THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBEY HOTEL ACQUISITION, LLC, SETAI HOTEL ACQUISITION, LLC, SETAI RESORT AND RESIDENCE CONDOMINIUM ASSOCIATION, INC, and SETAI VALET SERVICES, LLC<br>    Plaintiffs,<br><br>v.<br><br>NATIONAL SURETY CORPORATION,<br>    Defendant. | Civil Action No.: |

**CORPORATE DISCLOSURE STATEMENT**

National Surety Corporation, an Illinois corporation, is a wholly owned subsidiary of Fireman's Fund Insurance Company, a California corporation. Fireman's Fund Insurance Company is a wholly owned subsidiary of Allianz Global Risks US Insurance Company ("AGR US"). AGR US is a nongovernmental corporation, with its principal place of business in Chicago, Illinois. Allianz of America, Inc. is the parent corporation for AGR US and owns eighty percent of its voting stock. The remaining twenty percent of the AGR US voting stock is owned by AGCS International Holding B.V. Each of Allianz of America, Inc. and AGCS International Holding B.V. are wholly owned indirect subsidiaries of Allianz SE, a publically traded company. Thus, Allianz SE indirectly owns 10% percent or more of the AGR US Stock.

                                              Respectfully submitted,

Dated: April 20, 2021                           *s/ Michael D. Hynes*
                                                          Michael D. Hynes

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Tel:    (212) 335-4942
Fax:    (973) 520-2551
michael.hynes@dlapiper.com

*Attorney for Defendant*
*National Surety Corp.*