# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABBEY HOTEL ACQUISITION, LLC, SETAI HOTEL ACQUISITION, LLC, SETAI RESORT AND RESIDENCE CONDOMINIUM ASSOCIATION, INC. and SETAI VALET SERVICES, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SURETY CORPORATION<br><br>*Defendant*. | Civil Action No. 1:21-cv-03506 |

## DEFENDANT NATIONAL SURETY CORPORATION'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1(a), Defendant National Surety Corporation ("National Surety") moves the Court to dismiss Plaintiffs Abbey Hotel Acquisition, LLC, Setai Hotel Acquisition, LLC, Setai Resort and Residence Condominium Association, Inc. and Setai Valet Services, LLC ("Plaintiffs")' Complaint for failure to state a claim on the grounds set forth in National Surety's Memorandum of Law filed contemporaneously herewith. Because any amendment to the Complaint would be futile, National Surety respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice.

Pursuant to Rule 4.D. of Your Honor's Individual Practices in Civil Cases, National Surety respectfully requests oral argument on this Motion to Dismiss.

Respectfully Submitted,

Dated: June 10, 2021

*/s/ Anna K. Finger*_____
**DLA PIPER LLP (US)**
Michael D. Hynes
Anna K. Finger
1251 Avenue of the Americas
27th Floor
New York, NY 10020

Tel: (212) 335-6474  
michael.hynes@us.dlapiper.com  
anna.finger@us.dlapiper.com  
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I certify that on June 10, 2021, a copy of the foregoing document was served on all counsel of record via the Court's ECF system and/or email.

*/s/ Anna K. Finger*_____  
*Attorney for Defendant*