# Exhibit A



MAY 14,   2019

Dear  ABBEY  HOTEL  ACQUISITION     LLC

Re:              Policy  Number:   DXJ80996603
                 Issuing  Company:   NATIONAL  SURETY  CORPORATION

Thank  you for choosing  Allianz.   Your  commercial  business  insurance  policy  is enclosed.   Please  keep your  policy
in  a secure  place.

We're also  writing  to share  exciting  news about  your  commercial  business  insurance  company - Fireman's  Fund.
Fireman's  Fund  is now  part  of Allianz  Global  Corporate  & Specialty  (Allianz).   Uniting  these  two  complementary
businesses  into  one  organization  under  the  Allianz  brand  creates  a strong  business  platform  from  which  we can
better  serve  our  customers.

From  a policyholder  perspective,  this  does  not  represent  a significant  change.   Fireman's  Fund  has  been  part  of the
Allianz  Group  since  1991.   The  biggest  change  is the  brand  name.   As you  can  see on the  enclosed  package,  you
now  see the  Allianz  brand  more  prominently  than  in the  past.   The  Fireman's  Fund  name  or one of its subsidiaries
will  continue  to  appear  on your  policy  as the  issuing  company.

Here  is a just  a glimpse  of why  we are  so proud  to be part  of the  Allianz  brand.

**Safety  and  stability** - Allianz  Global  Corporate  & Specialty  rated  A+   by A.M.  Best  and  AA by Standard  and
Poor's,  earns  one  of the  highest  financial  ratings  of the  leading  global  property  and  casualty  insurance  companies.
Allianz  is the  world's  largest  property  and  casualty  company  by revenue  and  its globally  diversified  portfolio  helps
provide  you  with  the  scale,  strength  and  sustainability  to grow  your  business  in the  US and  beyond.

**Protecting  your  increasingly  complex  business  risks** - Allianz  has  a 125-year  history  of delivering  exceptional  insur-
ance  products  and  services  to businesses  around  the  world.   Our  broad  product  portfolio  and  risk  mitigation  services
are  designed  to support  the  increasingly  complex  risks  your  business  faces.

**One  of the  world's  most  admired  companies** - Allianz  is ranked  by *Interbrand*  as "One  of the  top  global  brands  in
the  world"  and  "One  of the  world's  most  admired  companies"  by *Fortune*.   And,  most  importantly  for  our  cus-
tomers,  Allianz  has  long  held  a global  reputation  for  delivering  exceptional  claims  service.

We will  continue  to update  you  as we make  progress  in uniting  these  two  great  companies.   In the  interim,  please
know  that  we truly  appreciate  your  business  and  the  trust  you  have  placed  in us.

We  look  forward  to serving  you  under  the  Allianz  brand.

Thank  you  for trusting  Allianz  to serve  your  insurance  needs.

Best  regards,

Arthur  E. Moossmann
President  & CEO,  AGCS  North  America  and  Fireman's  Fund  Insurance  Company
Member  of the  Allianz  Global  Corporate  & Specialty  SE Board  of Management

3865166-15



**Fireman's Fund**

# Table of Contents

Portfolio Policy

POLICY  NUMBER   **S 61 DXJ 80996603**

Named  Insured
**ABBEY HOTEL ACQUISITION LLC**

Producer
MAURY DONNELLY & PARR, INC.
24 COMMERCE ST
BALTIMORE            MD 21202

This policy contains  the following  sections:

| Section | Pages |
|---|---|
| General Declarations ..................... | GD - 1 to  GD - 6 |
| Property Declarations .................... | PR - 1 to  PR - 23 |
| General Liability Declarations........... | GL - 1 to  GL - 9 |
| Business Auto Policy Declarations........ | AU - 1 to  AU - 6 |

General          **GD**

# GENERAL



**Fireman's Fund**

POLICY NUMBER        Previous Policy Numbers        Coverage for sections
**S 61 DXJ 80996603**    S 61 DXJ 80987285           other than WORKERS'
                                                     COMPENSATION is provided
                                                     in the following Company:
                                                         NATIONAL SURETY
                                                         CORPORATION
PORTFOLIO POLICY (R)                                     CHICAGO, IL  60603
                                                     A STOCK INSURANCE CO. (07)
**GENERAL DECLARATIONS**

                                                         Risk ID.  I29/

Named Insured and Mailing Address

    **ABBEY HOTEL ACQUISITION LLC**
(Named Insureds are continued following the Premium Summary section of
 these General Declarations)

    **1400  BROADWAY**
    **NEW YORK              NY  10018**

Producer Name and Address

    **MAURY DONNELLY & PARR, INC.**

    **24 COMMERCE ST**
    **BALTIMORE            MD 21202**

The Named Insured is a(n) LIMITED LIABILITY COMPANY

Business or Operations of the Named Insured:  HOTEL OPERATOR
_____
The insurance provided by this policy consists of the following coverage
form(s).  The premium may be subject to adjustment.  In return for payment of
the premium and subject to all the terms of this policy, we agree with you to
provide the insurance as stated in this policy.

            **PROPERTY COVERAGES**
            **GENERAL LIABILITY COVERAGES - OCCURRENCE**
            **AUTO INSURANCE COVERAGES**

            Policy Period    (For above coverages)
             **INCEPTION DATE    04-27-19**
             **EXPIRATION DATE   04-27-20**
            Beginning and Ending at 12:01 A.M., Standard Time
                  at the address of the insured

If this policy includes the "Business Auto Coverage Form", and/or the "Truckers
Coverage Form" and/or the "Garage Coverage Form", each such form shall
be construed independent of any other  such form, and none of the terms or
conditions contained in one such form  shall be construed as being applicable
to any other such form.
Premium is included in the premium summary below.
_____

POLICY  NUMBER  **S 61 DXJ 80996603**
PORTFOLIO POLICY (R)
Named Insured
    ABBEY HOTEL ACQUISITION LLC

GENERAL DECLARATIONS Continued

PREMIUM SUMMARY:

  **Estimated Total Annual Premium     $359,700.94**

    **Terrorism Risk Insurance Act ("The Act") - Certified Acts Coverage -
    All Coverages Subject to the Act Excl WC and Umbrella -
    Covered                                             $3,359**

    Includes FLORIDA Surcharge of                $352.94
    Includes FLORIDA EMPATF Surcharge of          $4.00

Premium is payable on installments as follows:
              $90,192.94  Due at Inception     $89,836.00  Due  06-27-19
              $89,836.00  due  08-27-19       $89,836.00  due  10-27-19
_____

(Named Insured continued)

    **SETAI HOTEL ACQUISITION LLC
    SETAI RESORT & RESIDENCES CONDOMINIUM ASSOCIATION, INC.
    SETAI VALET SERVICES, LLC**

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations
(Not applicable to WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY)

    LOC.
    001   101 20TH ST
          MIAMI BEACH                FL  33139-1903  MIAMI-DADE      (CNTY)

    002   2001-2009 COLLINS AVE (HOTEL)
          MIAMI BEACH                FL  33139-1913  MIAMI-DADE      (CNTY)

    003   2001-2009 COLLINS AVE (FITNESS CENTER)
          MIAMI BEACH                FL  33139-1913  MIAMI-DADE      (CNTY)

    004   2001-2009 COLLINS AVE (RESTAURANT/BAR)
          MIAMI BEACH                FL  33139-1913  MIAMI-DADE      (CNTY)

    005   300 21ST ST
          MIAMI BEACH                FL  33139       MIAMI-DADE      (CNTY)

    006   395 NE 59TH STREET
          MIAMI BEACH                FL  33139       MIAMI-DADE      (CNTY)

POLICY  NUMBER  **S 61 DXJ 80996603**
PORTFOLIO POLICY (R)
Named Insured
     ABBEY HOTEL ACQUISITION LLC

GENERAL DECLARATIONS Continued

LOCATIONS OF PREMISES--Applicable to Coverages specified in these Declarations
(Not applicable to WORKERS' COMPENSATION AND EMPLOYERS' LIABILITY POLICY)

```
LOC.
007   1900 LIBERTY AVENUE #107
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

008   1900 LIBERTY AVENUE #110
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

009   1900 LIBERTY AVENUE #203
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

010   1900 LIBERTY AVENUE #204
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

011   1900 LIBERTY AVENUE #205
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

012   355 19TH STREET #112
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

013   355 19TH STREET #109
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

014   355 19TH STREET #113
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

015   1900 LIBERTY AVENUE #207
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

016   355 19TH STREET #202
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)

017   355 19TH STREET #207
      MIAMI BEACH              FL  33139      MIAMI-DADE        (CNTY)
```

POLICY  NUMBER  **S 61 DXJ 80996603**
PORTFOLIO POLICY (R)
Named Insured
   ABBEY HOTEL ACQUISITION LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**


  **GENERAL PROVISIONS**

    IL0003 09-08 CALCULATION OF PREMIUM (IL 00 03 09 08)
    IL0017 11-98 REV  2 COMMON POLICY CONDITIONS (IL 00 17 11 98)
    IL0021 09-08 NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)
           (IL 00 21 09 08)
    IL0141 09-08 NEW JERSEY CHANGES - CIVIL UNION (IL 01 41 09 08)
    IL0175 09-07 FLORIDA CHANGES - LEGAL ACTION AGAINST US (IL 01 75 09 07)
    IL0208 09-07 NEW JERSEY CHANGES - CANCELLATION AND NONRENEWAL
           (IL 02 08 09 07)
    IL0255 03-16 FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (IL 02 55 03 16)
    IL0401 01-10 FLORIDA - SINKHOLE LOSS COVERAGE (IL 04 01 01 10)
    IL0935 07-02 EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES (IL 09 35 07 02)
    145901 01-02 DETRIMENTAL CODE EXCLUSION (145901 01 02)
    145917 06-04 SILICA PARTICLES EXCLUSION (145917 06 04)
    145927 01-15 DISCLOSURE OF PREMIUM AND ESTIMATED PREMIUM FOR CERTIFIED ACTS
           OF TERRORISM COVERAGE
           (PURSUANT TO TERRORISM RISK INSURANCE ACT)
           (145927 01 15)
    145985 06-14 ECONOMIC OR TRADE SANCTIONS COMPLIANCE (145985 06 14)

  **PROPERTY**

    250000 01-13 PROPERTY-GARD PINNACLE COVERAGE FORM (250000 01 13)
    250000DEC 01-15 PROPERTY-GARD PINNACLE COVERAGE FORM - DECLARATIONS
           (250000DEC 01 15)
    250001 01-13 PROPERTY-GARD PINNACLE - ADDITIONAL COVERED CAUSES OF LOSS
           (250001 01 13)
    250006 01-13 PROPERTY-GARD PINNACLE - NAMED STORM EXCLUSION (250006 01 13)
    250007 01-13 PROPERTY-GARD PINNACLE - STORM EXCLUSION (250007 01 13)
    250014 01-13 PROPERTY-GARD PINNACLE - WATER BACK-UP AND SUBSURFACE WATER
           SUBLIMIT OF INSURANCE (250014 01 13)
    250037 01-13 PROPERTY-GARD PINNACLE - EMPLOYEE THEFT AND FORGERY OR
           ALTERATION COVERAGE - LIMITED (250037 01 13)
    250039 01-13 PROPERTY-GARD PINNACLE - WINE AND SPIRITS COLLECTION COVERAGE
           (250039 01 13)
    250040 01-13 PROPERTY-GARD PINNACLE - HOSPITALITY EXTENSION ENDORSEMENT
           (250040 01 13)
    250048 01-13 PROPERTY-GARD PINNACLE - EQUIPMENT BREAKDOWN COVERAGE
           ENDORSEMENT (250048 01 13)
    250050 01-13 PROPERTY-GARD PINNACLE - CONDITIONAL VACANCY EXCLUSION
           (250050 01 13)
    250059FL 01-13 PROPERTY-GARD PINNACLE - CONDOMINIUM ENDORSEMENT
           (250059FL 01 13)
    250062 01-13 REV PROPERTY-GARD PINNACLE - CRISIS MANAGEMENT COVERAGE
           (250062 01 13R)

POLICY NUMBER **S 61 DXJ 80996603**
PORTFOLIO POLICY (R)
Named Insured
   ABBEY HOTEL ACQUISITION LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

  **PROPERTY**

   250074 01-13 PROPERTY-GARD PINNACLE - FLORIDA STATE EXCEPTION ENDORSEMENT
       (250074 01 13)
   250124 01-15 PROPERTY-GARD PINNACLE - COURSE OF CONSTRUCTION ENDORSEMENT
       (250124 01 15)

  **GENERAL LIABILITY**

   CG0001 04-13 REV  2 COMMERCIAL GENERAL LIABILITY COVERAGE FORM
       (CG 00 01 04 13S)
   CG0033 04-13 REV LIQUOR LIABILITY COVERAGE (CG 00 33 04 13R)
   CG0220 03-12 FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (CG 02 20 03 12)
   CG2004 11-85 ADDITIONAL INSURED - CONDOMINIUM UNIT OWNERS (CG 20 04 11 85)
   CG2018 04-13 ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE, OR RECEIVER
       (CG 20 18 04 13)
   CG2035 04-13 ADDITIONAL INSURED - GRANTOR OF LICENSES - AUTOMATIC STATUS
       WHEN REQUIRED BY LICENSOR (CG 20 35 04 13)
   CG2106 05-14 EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL
       INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED
       BODILY INJURY EXCEPTION (CG 21 06 05 14)
   CG2147 12-07 EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 12 07)
   CG2245 04-13 EXCLUSION - SPECIFIED THERAPEUTIC OR COSMETIC SERVICES
       (CG 22 45 04 13)
   CG2406 04-13 LIQUOR LIABILITY - BRING YOUR OWN ALCOHOL ESTABLISHMENTS -
       (CG 24 06 04 13)
   CG2407 01-96 REV PRODUCTS - COMPLETED OPERATIONS HAZARD REDEFINED
       (CG 24 07 01 96R)
   CG2416 12-07 CANOES OR ROWBOATS (CG 24 16 12 07)
   CG2504 05-09 DESIGNATED LOCATION(S)GENERAL AGGREGATE LIMIT (CG 25 04 05 09)
   CG7053 05-05 VALET PARKING ENDORSEMENT (CG 70 53 05 05)
   CG7092 12-92 REV  2 COMPLETE LEAD POISONING AND LEAD CONTAMINATION
       EXCLUSION (CG 70 92 12 92 S)
   CG7093 12-92 REV COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92R)
   CG7158 01-14 MULTICOVER (CG 71 58 01 14)
   CG7170 08-05 AMENDMENT TO POLLUTION EXCLUSION (CG 71 70 08 05)
   CG7246FL 04-13 HOSPITALITY SERVICES ERRORS AND OMISSIONS INSURANCE COVERAGE
       FORM (CG 72 46 FL 04 13)
   CG7249 12-07 HOSPITALITY SERVICES COVERAGE (CG 72 49 12 07)
   CG7252 12-07 AMENDMENT - MEDICAL PAYMENTS FOR RESTAURANTS (CG 72 52 12 07)
   CG7266 04-13 ADDITIONAL INSURED - GOLFMOBILE USERS (EXCESS BASIS)
       (CG 72 66 04 13)
   CG7275 06-07 PERSONAL AND ADVERTISING INJURY HAZARD REDEFINED
       (CG 72 75 06 07)
   CG7277 04-08 FUNGI OR BACTERIA EXCLUSION (CG 72 77 04 08)
   CG7299 04-13 EXCLUSION - COMMON INTEREST PROPERTY CONVERSIONS
       (CG 72 99 04 13)

POLICY  NUMBER  **S 61 DXJ 80996603**
PORTFOLIO POLICY (R)
Named Insured
    ABBEY HOTEL ACQUISITION LLC

GENERAL DECLARATIONS Continued

**FORMS ATTACHED AT INCEPTION**

  **GENERAL LIABILITY**

    EB7000 12-97 EMPLOYEE BENEFITS ADMINISTRATION ERRORS AND OMISSIONS
                 INSURANCE (EB 70 00 12 97)
    EB7001 12-97 FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (EB 70 01 12 97)

  **AUTOMOBILE**

    CA0001 10-13 BUSINESS AUTO COVERAGE FORM (CA 00 01 10 13)
    CA0128 06-17 FLORIDA CHANGES (CA 01 28 06 17)
    CA0267 06-17 FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (CA 02 67 06 17)
    CA2172 06-17 FLORIDA UNINSURED MOTORISTS COVERAGE - NONSTACKED
                 (CA 21 72 06 17)
    CA2210 02-18 FLORIDA PERSONAL INJURY PROTECTION (CA 22 10 02 18)
    CA7003 10-01 EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)
    CA7018 10-14 REV FLEETCOVER ENDORSEMENT (CA 70 18 10 14R)
    CA9903 10-13 AUTO MEDICAL PAYMENTS COVERAGE (CA 99 03 10 13)
    CA9937 03-10 GARAGEKEEPERS COVERAGE (CA 99 37 03 10)

Countersignature of Authorized Agent: _____
                                                    Date 05/14/19
Producer MAURY DONNELLY & PARR, INC.
         24 COMMERCE ST
         BALTIMORE            MD 21202

                                                              GD - 6

# Calculation of Premium - IL 00 03 09 08

Policy Amendment(s)   Commercial  General  Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Railroad Protective Liability Coverage Part**

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____   _____
Secretary                          President

IL0003 9-08
Ⓒ ISO Properties, Inc., 2007

# Common Policy Conditions - IL 00 17 11 98

All Coverage Parts included in this policy are subject to the following conditions.

### A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. Examination of Your Books and Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. Inspections and Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

a.   Are safe or healthful; or

b.   Comply with laws, regulations, codes or standards.

3.   Paragraphs **1.** and **2** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.   Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E.   **Premiums**

The first Named Insured shown in the Declarations:

1.   Is responsible for the payment of all premiums; and

2.   Will be the payee for any return premiums we pay.

F.   **Transfer of Your Rights and Duties Under This Policy.**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

# Nuclear Energy Liability Exclusion Endorsement – Broad Form
## IL 00 21 09 08

Policy Amendment(s)   Commercial   General   Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Farm Coverage Part**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Railroad Protective Liability Coverage Part**
**Underground Storage Tank Policy**

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to **bodily injury** or **property damage**:

        (1)  With respect to which an **insured** under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2)  Resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to **bodily injury** resulting from **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

    C.  Under any Liability Coverage, to **bodily injury** or **property damage** resulting from **hazardous properties** of **nuclear material** if:

        (1)  The **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom:

        (2)  The **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an **insured**; or

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____    _____
Secretary                    President

(3) The **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

2.  As used in this endorsement

**Hazardous properties** included radioactive, toxic or explosive properties.

**Nuclear material** means **source material**, **special nuclear material** or **by-product material**.

**Source material, special nuclear material,** and **by-product material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

**Spent fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**.

**Waste** means any waste material (a) containing **by-product material** other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its **source material** content, and (b) resulting from the operation by any person or organization of any **nuclear facility** included under

the first two paragraphs of the definition of **nuclear facility**.

**Nuclear facility** means:

(a)  Any **nuclear reactor**;

(b)  Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel** or (3) handling, processing or packaging **waste**;

(c)  Any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d)  Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**;

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property damage** includes all forms of radioactive contamination of property.

# New Jersey Changes - Civil Union - IL 01 41 09 08
Policy Amendments

**This endorsement modifies insurance provided under the following:**

**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Liability Umbrella Coverage Part**
**Electronic Data Liability Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Farm Coverage Part**
**Farm Umbrella Liability Policy**
**Liquor Liability Coverage Part**
**Medical Professional Liability Coverage Part**
**Owners and Contractors Protective Liability Coverage Part**
**Pollution Liability Coverage Part**
**Product Withdrawal Coverage Part**
**Products/Completed Operations Liability Coverage Part**
**Underground Storage Tank Policy**

A.  The term **spouse** is replaced by the following:

Spouse or party to a civil union recognized under New Jersey law.

B.  Under the Commercial Auto Coverage Part, the term **family member** is replaced by the following:

**Family member** means a person related to the:

1.  Individual Named Insured by blood, adoption, marriage or civil union recognized under New Jersey law, who is a resident of such Named Insured's household, including a ward or foster child; or

2.  Individual named in the Schedule by blood, adoption, marriage or civil union recognized under New Jersey law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage - Broadened Coverage For Named Individual Endorsement is attached.

C.  With respect to coverage for the ownership, maintenance, or use of **covered autos** provided under the Commercial Liability Umbrella Coverage Part, the term **family member** is replaced by the following:

**Family member** means a person related to you by blood, adoption, marriage or civil union recognized under New Jersey law, who is a resident of your household, including a ward or foster child.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

IL0141 9-08 NJ
Ⓟ Insurance Services Office, Inc., 2008

# Florida Changes - Legal Action Against Us - IL 01 75 09 07

Policy Amendment(s)   Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**

The following replaces the second paragraph of the **Legal Action Against Us** Condition:

**Legal Action Against Us**

Legal action against us involving direct physical loss or damage to property must be brought within 5 years from the date the loss occurs.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

IL0175 9-07 FL
Copyright, ISO Properties, Inc., 2006

# New Jersey Changes - Cancellation and Nonrenewal - IL 02 08 09 07

Policy Amendment(s)   Commercial   General   Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Automobile Coverage Part**
**Commercial General Liability Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Liability Umbrella Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Employment-Related Practices Liability Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**
**Farm Umbrella Liability Policy**
**Liquor Liability Coverage Part**
**Pollution Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**

A.   Pursuant to New Jersey law, this policy cannot be cancelled or nonrenewed for any underwriting reason or guideline which is arbitrary, capricious or unfairly discriminatory or without adequate prior notice to the insured. The underwriting reasons or guidelines that an insurer can use to cancel or nonrenew this policy are maintained by the insurer in writing and will be furnished to the insured and/or the insured's lawful representative upon written request.

This provision shall not apply to any policy which has been in effect for less than 60 days at the time notice of cancellation is mailed or delivered, unless the policy is a renewal policy.

B.   Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2.   If this policy has been in effect for less than 60 days, we may cancel this policy for any reason subject to the following:

a.   We may cancel this policy by mailing or delivering to the first Named Insured and

any person entitled to notice under this policy written notice, of cancellation, at least:

(1)   10 days before the effective date of cancellation if we cancel for:

(a)   Nonpayment of premium; or

(b)   Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f) as follows:

(i)   **The risk, danger or probability that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. Any change in the circumstances of an insured that will increase the probability of such a destruction may be considered a 'moral hazard'; and**

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

(ii) **The substantial risk, danger or probability that the character, circumstances or personal habits of the insured may increase the possibility of loss or liability for which an insurer will be held responsible.  Any change in the character or circumstances of an individual, corporate, partnership or other insured that will increase the probability of such a loss or liability may be considered a 'moral hazard'.**

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

b.  In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation.

C.  The following is added to the **Cancellation** Common Policy Condition:

7.  Cancellation of Policies in Effect for 60 Days or More

a.  If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Existence of a moral hazard, as defined in N.J.A.C. 11:1-20.2(f);

(3) Material misrepresentation or nondisclosure to us of a material fact at the time of acceptance of the risk;

(4) Increased hazard or material change in the risk assumed which we could not have reasonably contemplated at the time of assumption of the risk;

(5) Substantial breaches of contractual duties, conditions or warranties that materially affect the nature and/or insurability of the risk;

(6) Lack of cooperation from the insured on loss control matters materially affecting insurability of the risk;

(7) Fraudulent acts against us by the insured or its representative that materially affect the nature of the risk insured;

(8) Loss of or reduction in available insurance capacity;

(9) Material increase in exposure arising out of changes in statutory or case law subsequent to the issuance of the insurance contract or any subsequent renewal;

(10) Loss of or substantial changes in applicable reinsurance;

(11) Failure by the insured to comply with any Federal, State or local fire, health, safety or building or construction regulation, law or ordinance with respect to an insured risk which substantially increases any hazard insured against within 60 days of written notification of a violation of any such law, regulation or ordinance;

(12) Failure by the insured to provide reasonable and necessary underwriting information to us upon written request therefor and a reasonable opportunity to respond;

(13) Agency termination, provided:

(a) We document that replacement coverage at comparable rates and terms has been provided to the first Named Insured, and we have informed the first Named Insured, in writing, of the right to continue coverage with us; or

(b) We have informed the first Named Insured, in writing, of the right to continue coverage with us and the first Named Insured has agreed, in writing,

to the cancellation or nonrenewal based on the termination of the first Named Insured's appointed agent.

(14) Any other reasons in accordance with our underwriting guidelines for cancellation of commercial lines coverage.

b. If we cancel this policy based on Paragraphs 7.a.(1) or (2) above, we will mail or deliver a written notice, to the first Named Insured and any person entitled to notice under this policy, at least 10 days before the effective date of cancellation. If we cancel this policy for any other reason listed above, we will mail or deliver a written notice to the first Named Insured and any person entitled to notice under this policy, not more than 120 days nor less than 30 days before the effective date of such cancellation.

c. In the notice of cancellation which is sent to the first Named Insured, we will state the reason for cancellation. For cancellation due to the nonpayment of premium, the notice will state the effect of nonpayment by the due date. Cancellation for nonpayment of premium will not be effective if payment of the amount due is made before the effective date set forth in the notice.

d. Notice will be sent to the last mailing addresses known to us, by:

(1) Certified mail; or

(2) First class mail, if we have obtained from the post office a date stamped proof of mailing showing names and addresses.

e. We need not send notice of cancellation if you have:

(1) Replaced coverage elsewhere; or

(2) Specifically requested termination.

D. The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. We may elect not to renew this policy for any reason permitted to cancel it. If we elect not to renew this policy, we will mail a notice of nonrenewal, stating the reasons for nonrenewal, to the first Named Insured at least 30 days but not more than 120 days before the expiration date of this policy. If this policy does not have a fixed expiration date, it shall be deemed to expire annually on the anniversary of its inception.

2. This notice will be sent to the first Named Insured at the last mailing address known to us by:

a. Certified mail; or

b. First class mail, if we have obtained from the post office a date stamped proof of mailing showing the first Named Insured's name and address.

3. We need not mail or deliver this notice if you have:

a. Replaced coverage elsewhere; or

b. Specifically requested termination.

# Florida Changes - Cancellation and Nonrenewal - IL 02 55 03 16
Policy Amendment(s)  Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Capital Assets Program (Output Policy) Coverage Part**
**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Equipment Breakdown Coverage Part**
**Farm Coverage Part**
**Standard Property Policy**

A.  Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2.  Cancellation for Policies in Effect 90 Days or Less

a.  If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1)  10 days before the effective date of cancellation if we cancel for non-payment of premium; or

(2)  20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a)  A material misstatement or misrepresentation; or

(b)  A failure to comply with underwriting requirements established by the insurer.

b.  We may not cancel:

(1)  On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(2)  Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

B.  Paragraph 5. of the **Cancellation** Common Policy Condition is replaced by the following:

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____                    _____
Secretary                                    President

The cancellation will be effective even if we have not made or offered a refund.

C. The following is added to the **Cancellation** Common Policy Condition:

7. Cancellation for Policies in Effect for More than 90 Days

a. If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) There has been a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage;

(4) There has been a substantial change in the risk covered by the policy;

(5) The cancellation is for all insureds under such policies for a given class of insureds;

(6) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(7) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

(8) The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

b. If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the specific reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if cancellation is for nonpayment of premium;

(2) 45 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs 7.a.(2) through 7.a.(7) above, and this policy does not cover a residential structure or its contents; or

(b) Cancellation is based on the reason stated in Paragraph 7.a.(8) above;

(3) 120 days before the effective date of cancellation if:

(a) Cancellation is for one or more of the reasons stated in Paragraphs 7.a.(2) through 7.a.(7) above; and

(b) This policy covers a residential structure or its contents.

c. If this policy has been in effect for more than 90 days and covers a residential structure or its contents, we may not cancel this policy based on credit information available in public records.

D. The following is added:

**Nonrenewal**

1. If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the specific reason for nonrenewal, at least:

a. 45 days prior to the expiration of the policy if this policy does not cover a residential structure or its contents, or if nonrenewal is for the reason stated in Paragraph D.5.; or

b. 120 days prior to the expiration of the policy if this policy covers a residential structure or its contents.

2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

3. We may not refuse to renew this policy:

    a. On the basis of property insurance claims that are the result of an act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

    b. On the basis of filing of claims for sinkhole loss. However, we may refuse to renew this policy if:

        (1) The total of such property insurance claim payments for this policy equals or exceeds the policy limits in effect on the date of loss for property damage to the covered building; or

        (2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

    c. Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

4. Notwithstanding the provisions of Paragraph D.3., we may refuse to renew this policy if this policy includes Sinkhole Loss coverage. If we nonrenew this policy for purposes of removing Sinkhole Loss coverage, pursuant to section 627.706, Florida Statutes, we will offer you a policy that includes catastrophic ground cover collapse coverage.

5. Notwithstanding the provisions of Paragraph D.3., we may refuse to renew this policy if nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

E. Limitations on Cancellation and Nonrenewal in the Event of Hurricane or Wind Loss - Residential Property

1. The following provisions apply to a policy covering a residential structure or its contents, if such property has sustained damage as a result of a hurricane or windstorm that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

    a. Except as provided in Paragraph E.1.b., we may not cancel or nonrenew the policy until at least 90 days after repairs to the residential structure or its contents have been substantially completed so that it is restored to the extent that it is insurable by another insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least 100 days' notice that we intend to nonrenew 90 days after the substantial completion of repairs.

    b. We may cancel or nonrenew the policy prior to restoration of the structure or its contents, for any of the following reasons:

        (1) Nonpayment of premium;

        (2) Material misstatement or fraud related to the claim;

        (3) We determine that you have unreasonably caused a delay in the repair of the structure; or

        (4) We have paid the policy limits.

        If we cancel or nonrenew for nonpayment of premium, we will give you 10 days' notice. If we cancel or nonrenew for a reason listed in Paragraph b.(2), b.(3) or b.(4), we will give you 45 days' notice.

2. With respect to a policy covering a residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a hurricane will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium for the period of time for which the policy period is extended.

3. With respect to Paragraph E.2., a hurricane is a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service (hereafter referred to as NHC). The hurricane occurrence begins at the time a hurricane watch or hurricane warning is issued for any part of Florida by the NHC and ends 72 hours after the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the NHC.

© Insurance Services Office, Inc., 2015

# Florida - Sinkhole Loss Coverage - IL 04 01 01 10
Policy Amendment(s)  Commercial  General  Provisions

| | |
|---|---|
| Insured: **ABBEY HOTEL ACQUISITION LLC** | Policy Number: **S 61 DXJ 80996603** |
| Producer: **MAURY DONNELLY & PARR, INC.** | Effective Date: **04-27-19** |

**This endorsement modifies insurance provided under the following:**

**Capital Assets (Output Policy) Coverage Part**
**Commercial Property Coverage Part**
**Farm Coverage Part**

**Schedule**

**Premises Number**                                    **Building Number**

Information  required  to complete  this Schedule,  if not shown  above,  will be shown  in the Declarations.

With  respect  to the location(s)  indicated  in the Sched-ule,  the following  provisions  apply.

A.   When this endorsement  is attached  to the Standard  Property  Policy **CP 00 99,** the term Coverage Part  in this endorsement  is replaced  by the term Policy.

B.   When  this endorsement  is attached  to the Farm  Livestock  Coverage Form,  reference  to loss (other  than  in the term Sinkhole  Loss itself)  means **loss** as defined  in that Coverage Form.

C.   The following  is added  to this Coverage Part as a  Covered  Cause of Loss.  In the forms  which ad-dress **specified causes of loss**, the following  is also  added  as a **specified cause of loss**.  However,  as a  **specified cause of loss,** the following  does not apply  to the Additional  Coverage - Collapse.

   **Sinkhole Loss,** meaning  loss or damage  to Covered  Property  when structural  damage  to the building,  including  the foundation,  is caused  by settlement  or systematic  weakening  of the earth  supporting  the building,  only when such settlement  or sys-tematic  weakening  results  from movement  or  raveling  of soils, sediments,  or rock materials  into  subterranean  voids created  by the effect of water  on a limestone  or similar rock formation.

   Coverage  for Sinkhole  Loss includes  stabilization  of the building  (including  land stabilization)  and  repair to the foundation  provided  such work is in  accordance  with the requirements  of Florida  In-surance  Law and in accordance  with the recom-mendation  of a professional  engineer  and in  consultation  with you.  The professional  engineer  must  be selected  or approved  by us.  However,  until you enter  into a contract  for performance  of  building  stabilization  or foundation  repair:

This Form  must be attached  to Change  Endorsement  when issued  after  the policy  is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____                        _____
Secretary                                              President

1. We will not pay for underpinning or grouting or any other repair technique performed below the existing foundation of the building; and

2. Our payment for Sinkhole Loss to Covered Property may be limited to the actual cash value of the loss to such property.

After you have entered into a contract for performance of building stabilization or foundation repair, we will pay the amounts necessary to begin and perform such repairs as the work is performed and the expenses are incurred. If repair has begun and the aforementioned professional engineer determines that the repairs will exceed the applicable Limit of Insurance, we will pay only the remaining portion of the applicable Limit of Insurance upon such determination. The most we will pay for the total of all Sinkhole Loss, including building and land stabilization and foundation repair, is the applicable Limit of Insurance on the affected building.

D. Sinkhole Loss does not include:

1. Sinking or collapse of land into man-made underground cavities; or

2. Earthquake.

E. With respect to coverage provided by this endorsement, the Earth Movement exclusion and the Collapse exclusion do not apply.

F. With respect to a claim for alleged Sinkhole Loss, the following provision is added:

Following receipt by us of a report from a professional engineer or professional geologist on the cause of loss and recommendations for land stabilization and repair of property, or if we deny your claim, we will notify you of your right to participate in a neutral evaluation program administered by the Florida Department of Financial Services (hereinafter referred to as the Department). For alleged Sinkhole Loss to commercial residential or farm residential properties, this program applies instead of any mediation or appraisal procedure set forth elsewhere in this policy.

You or we may file a request with the Department for neutral evaluation; the other party must comply with such request. We will pay the costs associated with the neutral evaluation, regardless of which party makes the request. The neutral evaluator will be selected from a list maintained by the Department. The recommendation of the neutral evaluator will not be binding on you or us.

Participation in the neutral evaluation program does not change your right to file suit against us in accordance with the Legal Action Against Us Condition in this policy; except that the time for filing suit is extended for a period of 60 days following the conclusion of the neutral evaluation process or five years, whichever is later.

G. Coverage for Sinkhole Loss under this endorsement does not increase the applicable Limit of Insurance. Even if loss or damage qualifies under, or includes, both Catastrophic Ground Cover Collapse (addressed elsewhere in this Coverage Part) and Sinkhole Loss, only one Limit of Insurance will apply to such loss or damage.

# Exclusion of Certain Computer-Related Losses – IL 09 35 07 02
Policy Amendment(s)   Commercial General Provisions

**This endorsement modifies insurance provided under the following:**

**Commercial Inland Marine Coverage Part**
**Commercial Property Coverage Part**
**Crime and Fidelity Coverage Part**
**Standard Property Policy**

A. We will not pay for loss (**loss**) or damage caused directly or indirectly by the following. Such loss (**loss**) or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss (**loss**) or damage.

 1. The failure, malfunction or inadequacy of:

    a. Any of the following, whether belonging to any insured or to others:

       (1) Computer hardware, including microprocessors;

       (2) Computer application software;

       (3) Computer operating systems and related software;

       (4) Computer networks;

       (5) Microprocessors (computer chips) not part of any computer system; or

       (6) Any other computerized or electronic equipment or components; or

    b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

 2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

 1. In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

 2. Under the Commercial Property Coverage Part:

    a. In a **Specified Cause of Loss**, or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    b. In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

 we will pay only for the loss (**loss**) or damage caused by such **Specified Cause of Loss**, elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____          _____
Secretary                                President

IL0935 7-02
Copyright, ISO Properties, Inc., 2001

# Detrimental Code Exclusion - 145901 01 02

Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial Property Coverage Part**
**Property-Gard Select Real and Personal Property Coverage Section**
**Commercial Inland Marine Coverage Part**
**Commercial Crime Coverage Part**
**Standard Property Policy**
**All Other Property, Inland Marine, or Crime Coverage Forms or Endorsements attached to this policy**

The following exclusion applies to any coverage part, coverage form, coverage section, coverage provision, extension of coverage, additional coverage, coverage enhancement, or amendatory endorsement attached to this policy:

1. This insurance does not apply to any loss, damage, expense, injury, economic loss, economic detriment, liability, or claim, directly or indirectly, arising out of, caused by, resulting from, happening through, or in consequence of **detrimental code**, notwithstanding any other provision of this policy to the contrary.

2. Such loss, damage, expense, injury, economic loss, economic detriment, liability, or claim is excluded regardless of any other cause, condition, or event that contributes concurrently or in any sequence to the loss, damage, expense, injury, economic loss, economic detriment, liability, or claim.

3. This exclusion applies regardless of who introduced the **detrimental code**, even if the **detrimental code** was introduced by your employees.

**Definition:**

**Detrimental code** means any computer virus, program, routine, sub-routine, trojan horse, worm, script or other code string that destroys, alters, or corrupts Covered Property, Property Insured, or property of others for which you are liable, regardless of how the **detrimental code** was introduced or acquired.

This endorsement is otherwise subject to all terms, conditions, provisions and stipulations of the policy to which it is attached.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

145901 1-02

# Silica Particles Exclusion – 145917 06 04
Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage**
**Liquor Liability Coverage**
**Owners and Contractors Protective Liability Coverage**
**Pollution Liability Coverage**
**Products/Completed Operations Liability Coverage**
**Railroad Protective Liability Coverage**
**Underground Storage Tank Liability Coverage**
**Farm Liability Coverage**
**American Business Coverage (Section II)**
**Garage Coverage (Section II)**

The following exclusion is added:

This insurance does not apply to any claim or liability arising, in whole or in part, directly or indirectly out of, or which is in any way related to, **Silica**.

As used in this exclusion, the term **Silica** includes, but is not limited to, silicon dioxide, silica, silica products, silica fibers, silica dust, any other silica byproducts, and silica, whether alone or in combination with any substance, product or material.

Without limiting the foregoing, this exclusion applies to every injury, damage, loss, cost or expense otherwise covered by this policy, if any.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

1459176-04

# Disclosure of Premium and Estimated Premium for Certified Acts of Terrorism Coverage (Pursuant to Terrorism Risk Insurance Act) 145927 01 15

**This Endorsement is attached to and made part of your policy in response to the disclosure requirements of the Terrorism Risk Insurance Act.**

A. **Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act, as amended ("**certified acts of terrorism**"). The portion of your premium attributable to such coverage is shown in the policy Declarations. This premium is based on the rates in effect at the time of policy issuance or policy anniversary and was calculated for the full term of the current policy period.

B. **Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended, exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceed $100 billion.

C. **Cap on Insurer Participation in Payment of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act, as amended, exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, as amended, then we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

D. **Possibility of Additional or Return Premium**

The premium for **certified acts of terrorism** coverage is calculated based in part on the federal participation in payment of terrorism losses as set forth in the Terrorism Risk Insurance Act, as amended. If the federal program terminates or if the level or terms of federal participation change, the premium charge for acts of terrorism as shown in the Declarations of this policy may also change. If this policy contains a Conditional Exclusion, continuation of coverage for **certified acts of terrorism**, or termination of such coverage, will be determined upon disposition of the federal program, subject to the terms and conditions of the Conditional Exclusion. If this policy does not contain a Conditional Exclusion, coverage for **certified acts of terrorism** will continue. In either case, when disposition of the federal program is determined, we will recalculate the premium charge made for those acts of terrorism covered by the Terrorism Risk Insurance Act, as amended, that remain covered by this policy after the disposition of the federal program. We will calculate the premium charge as follows:

1. We will calculate the pro-rated premium shown in the Declarations for **certified acts of terrorism** from the effective date of your policy to the date of expiration or change of the federal program.

---

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

145927 1-15
Ⓒ 2015 Fireman's Fund Insurance Company, Novato, CA. All rights
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2. We will calculate the pro-rated premium charge for acts of terrorism that remain covered for the policy period that remains in effect from the expiration or change of the federal Program to the anniversary or expiration date of your policy.

3. We will add the amount determined in D.1. above to the amount determined in D.2. above. Such premium will be your revised annual premium for coverage for acts of terrorism.

a. If the revised annual premium determined above is an additional premium, this additional premium may be waived by us for the remainder of the policy term.

b. If the revised annual premium determined above is a return premium, we will refund this amount to you.

All other terms and conditions of the policy remain unchanged.

145927 1-15
© 2015 Fireman's Fund Insurance Company, Novato, CA. All rights
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Economic or Trade Sanctions Compliance – 145985 06 14
Policy Amendment


The following is added to the Policy and replaces any other provision in the Policy addressing economic or trade sanctions:

This insurance does not apply to the extent that economic or trade sanctions or other laws or regulations prohibit us (the Company) from providing insurance.


All other terms and conditions of the policy remain unchanged.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

1459856-14
Ⓒ 2014 Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

# PROPERTY

**Property**　　**PR**

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
     ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY-GARD PINNACLE COVERAGE FORM –**
**DECLARATIONS – 250000DEC 01 15**
    Commercial Property Coverage Section

---

Insurance is provided only for those coverages for which an entry is
shown by an X on the applicable line and for which Limits of Insurance
are shown in the place provided in these Declarations.  These
declarations are issued with and are a part of the Property-Gard
Pinnacle Coverage Form 250000.

If a coverage shown in the Declarations does not show a corresponding
Limit of Insurance, then no coverage is provided for such coverage.

If "0", "N/A", or "not covered" appears as a Limit of Insurance in the
Declarations for a described coverage, then no coverage is provided
for such described coverage.

If the term "included" appears as a Limit of Insurance in the
Declarations for a described coverage, then the Limit of Insurance for
such coverage is included within, not in addition to, the applicable
Limit of Insurance shown in the Declarations for Business Real
Property, Business Personal Property, or Business Income and Extra
Expense.

If one or more numbers are shown in the Loc. No(s) column of these
Declarations, then each number represents that specific "location(s)"
(as defined in the Policy). If the word "all" is shown in the Loc.
No(s) column shown in these Declarations, then such word means all
"locations" (as defined in the Policy).

---

Limits of Insurance
Business Real Property and Business Personal Property

| Loc. | Business | Buildings | Business | Limits of | Val-U- | Actual |
|------|----------|-----------|----------|-----------|--------|--------|

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

| No(s) | Real Property | While in the Course of Construction | Personal Property | Insurance | Gard Coverage | Cash Value |
|-------|------|------|------|------|------|------|
| 001-006 | X | | X | $ 158,710,000 | 0 % | No |
| 005 | | X | | $ 5,200,000 | 0 % | No |

Business Personal Property Subject to Sublimits of Insurance

| Loc. No(s) | Subject of Insurance | Sublimits of Insurance |
|------|------|------|
| 001-006 | Accounts Receivable | $ 2,500,000 |
| 001-006 | Data, Media, Software | $ 5,000,000 |
| 001-006 | Personal Effects | $ 1,000,000 |
| 001-006 | Personal Property of Others | $ 2,500,000 |
| 001-006 | Prototypes | $ 1,000,000 |
| 001-006 | Research and Development Documentation | $ 1,000,000 |
| 001-006 | Valuable Papers and Records | $ 2,500,000 |

Business Income and Extra Expense Coverage (Includes Ordinary Payroll unless limited or excluded below)

| Loc. No(s) | Business Income and Extra Expense Coverage | Extra Expense Sublimit of Insurance | Business Income Coverage (Only) | Extra Expense Coverage (Only) |
|------|------|------|------|------|
| 001-006 | $ 10,000,000 | $ | $ | $ |

| Limited Ordinary Payroll | Additional Exemptions From Ordinary Payroll Job Classifications or Employees | Exclude Ordinary Payroll |
|------|------|------|
| ( ) Yes    Days | | ( )  Yes |

Deductible Schedule
Property Damage Loss

| Loc. | Business Real and Personal Property | Business Real Property Dollar | Business Personal Property Dollar |
|------|------|------|------|

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
     ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

| No(s) | Dollar Deductible Amount ($) | Deductible Amount ($) | Deductible Amount ($) |
|-------|------------------------------|-----------------------|-----------------------|
| 001-006 | $  25,000 | $ | $ |

Time Element Loss

| Loc. No(s) | Dollar Deductible Amount ($) | Hour Deductible (Hours) | Minimum Deductible Amount |
|------------|------------------------------|-------------------------|---------------------------|
| 001-006 | $ | 24 Hours | $ 25,000 |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**EXTENSIONS OF COVERAGE**

| Property Damage | Limit of Insurance | Deductible |
|---|---|---|
| Consequential Loss Assumption Coverage | $       100,000 | $ |
| Contract Penalty Clause Coverage | $       100,000 | $ |
| Debris Removal Coverage | | |
|    Debris of Property Insured | $    25,000,000 | No Deductible |
|    Debris of Property Owned by Others | $       250,000 | $      1,000 |
| Extended Warranty Coverage | $       100,000 | $ |
| Fine Arts Coverage | | |
|   Miscellaneous Unscheduled Fine Arts | | |
|     Any One Item, Pair or Set | $       500,000 | |
|     Per Occurrence or Loss Event | $     1,100,000 | $ |
|   Individually Scheduled Fine Arts | See Below | See Below |
|   Fine Arts at an Exhibition | | |
|     Exposition, Fair, or Trade Show | $        50,000 | $ |
| Fire Department Service Charge Coverage | $       100,000 | $ |
| Fire Protection Equipment Coverage | $       100,000 | No Deductible |
| Installation Coverage | $       100,000 | $ |
| Loss Avoidance or Mitigation Coverage | $       250,000 | $ |
| Mobile Communication Equipment Coverage | $       100,000 | $ |
| Money and Securities Coverage | $        50,000 | $ |
| Money Orders and Counterfeit Currency Coverage | $        50,000 | $ |
| Realty Tax Coverage | $       100,000 | $ |
| Removal of Property Coverage | $       250,000 | No Deductible |
| Reward Coverage | | |
|   Any One Person | $        10,000 | |
|   Per Occurrence or Loss Event | $       250,000 | No Deductible |
| Salesperson's Samples Coverage | $       250,000 | $ |
| Tenant's Lease Agreement Coverage | $       250,000 | $ |
| Theft of Precious Commodities Coverage | $       250,000 | $ |

| Business Income and Extra Expense | Miles | Calendar Days | Limit of Insurance | Deductible |
|---|---|---|---|---|
| Business Access Coverage  Three (3) | | | $     2,000,000 | 24 Hours |
| Civil Authority Coverage  Three (3) | | | $     2,000,000 | 24 Hours |
| Delayed Occupancy Coverage | | | $     1,000,000 | |
| Dependent Property Coverage | | | See Below | See Below |
| Expediting Expense Coverage | | | $     1,000,000 | No Deductible |
|  Extended Business Income | | | | |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

```
    and Extra Expense Coverage
      Business Income Coverage        365
      Extra Expense Coverage          365
    Leasehold Interest Coverage            $      1,000,000    $
    Research and Development
     Operations Coverage                   $      1,000,000    $
    Tenant Moving Coverage                 $      1,000,000    $

    Property, Business Income         Limit of Insurance  Deductible
    and Extra Expense

    Communicable Disease Coverage
      Per Occurrence or Loss Event         $      1,000,000    $
      Annual Aggregate                     $      1,000,000
    Fungus Remediation Coverage            $        250,000
    Loss Adjustment Expense Coverage       $      1,000,000
    Newly Acquired Location Coverage       $     10,000,000    $
    Ordinance or Law Coverage - Coverage A
     through E                        See below
    Outdoor Trees, Shrubs, Plants
     and Lawn Coverage
      Any One Tree, Shrub, Plant, or Lawn  $         50,000
      Per Occurrence or Loss Event         $      2,500,000    $
    Pollutant Cleanup Coverage
      Per Occurrence or Loss Event         $        500,000    $
      Annual Aggregate                     $        500,000
    Trade Show Coverage                    $      1,000,000    $
    Transit Coverage
      Your Vehicles                        $        100,000    $
      Carriers for Hire                    $        100,000    $
      International Air Shipments          $        100,000    $
    Unintentional Property Errors and
     Omissions Coverage                    $      2,500,000    $
    Unnamed Location Coverage              $      2,500,000    $
    Utility Services Coverage -            $      2,500,000    $
      Business Income Deductible                             24 Hours
      Overhead Transmission Lines and Equip: (X)  Excluded   ( )  Included


    Ordinance or Law Coverage

                          Blanket
                    Limit(s) of Insurance
```

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

| Loc.<br>No(s) | Coverage<br>A | Coverage<br>B | Coverage<br>C | Coverage<br>B & C Blanket |
|---|---|---|---|---|
| 001 | Included | | | $ 25,000,000 |
| 002 | Included | | | $ 10,000,000 |
| 003-004 | Included | | | $    500,000 |
| 005 | Included | | | $  5,000,000 |

| Loc.<br>No(s) | Coverage<br>D | Coverage<br>E |
|---|---|---|
| 001 | $ 10,000,000 | $ 5,000,000 |
| 002 | $  5,000,000 | $ 2,500,000 |
| 003-004 | $    250,000 | $   250,000 |
| 005 | $  1,000,000 | $   500,000 |

Dependent Property Coverage
Schedule of Dependent Property Locations:

   1. All

Dependent Property Coverage

| Loc.<br>No(s) | Blanket Per Occurrence<br>Limits(s) of Insurance | Per Occurrence<br>Sublimit(s) of Insurance |
|---|---|---|
| All | $  2,000,000 | |

Dependent Property Coverage
Additional Covered Causes of Loss

| Loc.<br>No(s) | Hurricane | Named<br>Storm | Storm | Earth<br>Movement | Fire<br>Protection<br>Equipment<br>Leakage<br>From Earth<br>Movement | Flood |
|---|---|---|---|---|---|---|
| All | (X)Excl.*<br>( )Incl.* | (X)Excl.<br>( )Incl. | (X)Excl.<br>( )Incl. | (X)Excl.<br>( )Incl. | (X)Excl.<br>( )Incl. | (X)Excl.<br>( )Incl. |

  * Excl. means Excluded
  * Incl. means Included

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
     ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


     Dependent Property Coverage - Per Occurrence Deductible -
     Time Element Loss

| Loc. No(s) | Dollar Deductible Amount ($) | Loc. No(s) | Hour Deductible (Hours) | Minimum Deductible ($) |
|---|---|---|---|---|
| | $ | All | 24 Hours | $ |

**MORTGAGE HOLDER OR LOSS PAYEE PROVISIONS**

| Loc. No(s) | Interest | Description | Name and Address |
|---|---|---|---|
| 002-005 | Lenders Loss Payable (Mortgagee) | | Israel Discount Bank of New York As Agent for Itself & Co-Lenders their successors and assigns 511 Fifth Avenue, 8th Floor New York, NY 10017 |
| 001 | Loss Payable | Leased Equipment Lease #0017459855 | Pitney Bowes 2225 American Drive Neenah, WI 54956 |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
       ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY ENDORSEMENTS**

**MANUSCRIPT ENDORSEMENT EXCLUDING TSUNAMI
FROM EARTH MOVEMENT**

Property-Gard Pinnacle - Additional Covered Causes of Loss form  250001
01 13 is amended as follows:

II. Additional Exclusions

The following exclusions are added to Item IV.A.1. of the Property-Gard
Pinnacle Coverage Form - 250000 with respect to coverage provided by
this Endorsement.

A. Earth movement, fire protection equipment leakage from earth
movement, or flood that begins before the inception of this Policy; or
B. The cost to remove ash, dust, or other particulate matter caused by
or resulting from volcanic action that does not cause direct physical
loss or damage to property insured by this Endorsement.
C. Tsunami or tidal waves caused by or resulting from earth movement,
but only if earth movement is a covered cause of loss provided under
this Endorsement.

POLICY NUMBER **S 61 DXJ 80996603**

NAMED INSURED
     ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**ADDITIONAL COVERED CAUSES OF LOSS - 250001 01 13**

Earth Movement

### Blanket Limits of Insurance

| Loc.<br>No(s) | Per Loss Event | Annual Aggregate |
|---|---|---|
| 001-006 | $ 65,000,000 | $ 65,000,000 |

Per Loss Event Deductible - Property Damage Loss

| Loc.<br>No(s) | Dollar Deductible<br>Amount<br>($) | Loc.<br>No(s) | Percentage<br>Deductible<br>(%) | Minimum<br>Deductible<br>($) |
|---|---|---|---|---|
| 001-006 | $ 25,000 | | % | $ |

Per Loss Event Deductible - Time Element Loss

| Loc.<br>No(s) | Dollar Deductible<br>Amount<br>($) | Loc.<br>No(s) | Hour<br>Deductible<br>(Hours) | Minimum<br>Deductible<br>($) |
|---|---|---|---|---|
| 001-006 | $ | | 24 Hours | $ |

Fire Protection Equipment Leakage from Earth Movement

### Blanket Limits of Insurance

| Loc.<br>No(s) | Per Loss Event | Annual Aggregate |
|---|---|---|
| 001-006 | $ Included | $ Included |

Per Loss Event Deductible - Property Damage Loss

| Loc.<br>No(s) | Dollar Deductible<br>Amount<br>($) | Loc.<br>No(s) | Percentage<br>Deductible<br>(%) | Minimum<br>Deductible<br>($) |
|---|---|---|---|---|

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY ENDORSEMENTS (CONTINUED)**

**ADDITIONAL COVERED CAUSES OF LOSS - 250001 01 13**
(CONTINUED)

001-006        $  25,000                        %            $

Per Loss Event Deductible - Time Element Loss

| Loc. No(s) | Dollar Deductible Amount ($) | Loc. No(s) | Hour Deductible (Hours) | Minimum Deductible ($) |
|---|---|---|---|---|
| 001-006 | $ | | 24 Hours | $ |


Flood

| Loc. No(s) | Blanket Limits of Insurance | |
|---|---|---|
| | Per Loss Event | Annual Aggregate |
| 001-006 | $   NOT COVERED | $    NOT COVERED |


Per Loss Event Deductible - Property Damage Loss

| Loc. No(s) | Dollar Deductible Amount ($) | Loc. No(s) | Percentage Deductible (%) | Minimum Deductible ($) |
|---|---|---|---|---|
| 001-006 | $  NOT COVERED | | | |

Per Loss Event Deductible - Time Element Loss

| Loc. No(s) | Dollar Deductible Amount ($) | Loc. No(s) | Hour Deductible (Hours) | Minimum Deductible ($) |
|---|---|---|---|---|
| 001-006 | $  NOT COVERED | | Hours | $ |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**NAMED STORM EXCLUSION - 250006 01 13**

                      The Named Storm Exclusion
                  Applies to the following Location(s)

| Loc.<br>No(s) | Locations Insured Under Newly<br>Acquired Location Coverage | Locations Insured Under<br>Unnamed Location Coverage |
|---|---|---|
| 001-006 | (X)  Yes  ( )  No | (X)  Yes  ( )  No |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**STORM EXCLUSION - 250007 01 13**


                          The Storm Exclusion
                  Applies to the following Location(s)

| Loc. No(s) | Locations Insured Under Newly Acquired Location Coverage | Locations Insured Under Unnamed Location Coverage |
|---|---|---|
| 001-006 | (X)  Yes  ( )  No | (X)  Yes  ( )  No |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**WATER BACK-UP AND SUBSURFACE WATER SUBLIMIT OF INSURANCE
- 250014 01 13**

| Loc. No(s) | Applicable Causes of Loss | Deductible | Sublimit of Insurance | Annual Aggregate Limit of Insurance |
|---|---|---|---|---|
| 001-006 | Water Back-up and Subsurface Water | $ 100,000 | $1,000,000 | $1,000,000 |

Note:  Water Back-up and Subsurface Water is not covered when Storm,
Named Storm and / or Flood exclusions are applicable.

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**EMPLOYEE THEFT AND FORGERY OR ALTERATION COVERAGE - LIMITED**
**- 250037 01 13**

Limits of Insurance
Employee Theft and Forgery or Alteration - Limited

| Coverage Description | Limits of Insurance | Deductible |
|---|---|---|
| Employee Theft and Forgery or Alteration - Limited | | |
| Property of Your Client - Inside the Premises of a Client | $     10,000 | |
| Per Occurrence | $    100,000 | $ 25,000 |
| Annual Aggregate | $    100,000 | |

Employee Benefit Plan Added as a Named Insured under Employee Theft -
                        Limited:
                (Describe the Name of Each Plan)

1.
2.

PR - 14

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**WINE AND SPIRITS COLLECTION COVERAGE - 250039 01 13**

Extensions of Coverage
Applicable only to Property Coverage

| Loc.<br>No(s) | Wine and Spirits Collection Coverage<br>Sublimit of Insurance | Deductible<br>Property Damage Loss |
|---|---|---|
| 001-006 | $ 1,000,000 | $ 25,000 |

POLICY NUMBER **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**HOSPITALITY EXTENSION ENDORSEMENT – 250040 01 13**

Extensions of Coverage
Applicable only to Property Coverage

| Coverage Description | Limit of Insurance | Deductible Property Damage Loss |
|---|---|---|
| Guest Property Coverage | | |
|   Any One Guest | $ 100,000 | |
|   Per Occurrence or Loss Event | $ 500,000 | $ |
|   Annual Aggregate | $ 500,000 | |
| Lost Key Coverage | $ 25,000 | No Deductible |

Extensions of Coverage
Applicable only to Business Income and Extra Expense Coverage

| Coverage Description | Limit of Insurance | Deductible Time Element Loss |
|---|---|---|
| Customer Reimbursement Coverage | | |
|   Any One Guest | $ 1,000 | |
|   Per Occurrence or Loss Event | $ 250,000 | No Deductible |
|   Annual Aggregate | $ 250,000 | |
| Emergency Vacating Expense Coverage | | |
|   Per Occurrence or Loss Event | $ 250,000 | No Deductible |
|   Annual Aggregate | $ 250,000 | |
| Off Premises Special Event Cancellation Coverage | $ 250,000 | 24 Hours |

Extensions of Coverage
Applicable to Property, Business Income, and Extra Expense Coverage

| Coverage Description | Limit of Insurance | Deductible Property Damage Loss | Deductible Time Element Loss |
|---|---|---|---|
| Contaminated Food Coverage | | | |
|   Per Occurrence or Loss | | | |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY ENDORSEMENTS  (CONTINUED)**

**HOSPITALITY EXTENSION ENDORSEMENT - 250040 01 13**
  (CONTINUED)
    Event                         $     250,000  $               24 Hours
    Annual Aggregate              $     250,000

  Refrigerant Contamination
   Coverage                       $     250,000  $               24 Hours

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT - 250048 01 13**

Equipment Breakdown Coverage

Equipment Breakdown Coverage is subject to the Limits of Insurance shown
in the Property-Gard Pinnacle - Equipment Breakdown Coverage Endorsement
- 250048, except as specifically shown below.  If no limit of insurance
is shown below, then the limit of insurance shown in the Property-Gard
Pinnacle - Equipment Breakdown Coverage Endorsement - 250048 will apply.

                     Equipment Breakdown Coverage
                          Limits of Insurance

Coverage Description                    Limit of Insurance
                                           Per Accident

Property Insured:                      $ 100,000,000
Business Income Coverage:              $    Included
Extra Expense Coverage:                $    Included
Expediting Expense Coverage:           $     250,000
Hazardous Substances Coverage:         $     250,000
Perishable Stock Coverage:             $     250,000
Data Restoration Coverage:             $     250,000
Service Interruption Coverage:         Combined with Business Income

                     Equipment Breakdown Coverage
                              Deductibles

         Deductible Description      Deductible Per Accident

Property Insured:                       $ 25,000
Time Element Loss:                         24  Hours

Special Provisions
Extended Period of Restoration:  5 days
Interruption of Service Waiting Period: 24 Hours

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY-GARD PINNACLE - CONDITIONAL VACANCY EXCLUSION**
**(250050 01 13)**

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
  ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


 **PROPERTY-GARD PINNACLE - CONDOMINIUM ENDORSEMENT (250059FL
 01 13)**

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
     ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**CRISIS MANAGEMENT COVERAGE – 250062 01 13R**

Extensions of Coverage
Applicable only to Business Income and Extra Expense Coverage

| Coverage Description | Limit of Insurance | Deductible Time Element Loss | Minimum Deductible |
|---|---|---|---|
| Crisis Event Response Communication Cost | | | |
| Per Occurrence or Loss Event | $    250,000 | No Deductible | |
| Annual Aggregate | $    250,000 | | |
| | | | |
| Crisis Event Business Income and Extra Expense Coverage | | | |
| Per Occurrence or Loss Event | $    250,000 | 24 Hours    $ | |
| Annual Aggregate | $    250,000 | | |
| | | | |
| Post Crisis Event Expense Coverage | | | |
| Per Occurrence or Loss Event | $    250,000 | No Deductible | |
| Annual Aggregate | $    250,000 | | |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**PROPERTY-GARD PINNACLE - FLORIDA STATE EXCEPTION ENDORSEMENT
(250074 01 13)**

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


  **PROPERTY-GARD PINNACLE - COURSE OF CONSTRUCTION ENDORSEMENT**
  **(250124 01 15)**



# Property-Gard - Pinnacle® Coverage Form - 250000  01  13
# Table of Contents

| Section | Page Number |
|---|---|
| Preface | 4 |
| **I.  Property  Coverage** | |
| Property  Insured | 5 |
| Sublimits  Applicable  to  Business  Personal  Property | |
| Accounts  receivable | 5 |
| Data,  media,  and  software | 5 |
| Personal  effects | 5 |
| Personal  property  of others | 5 |
| Prototypes | 5 |
| Research  and development  documentation | 5 |
| Valuable  papers  and records | 5 |
| **II.  Business  Income  and Extra  Expense  Coverage** | 5 |
| **III.  Property  Not  Insured** | 5 |
| **IV.  Exclusions** | |
| Exclusions  Applicable  to all Coverages | 6 |
| Exclusions  Applicable  to  Business  Income  and Extra  Expense  Coverage | 11 |
| **V.  Extensions  of Coverage** | |
| Applicable  only to Property  Coverage | |
| Consequential  Loss Assumption  Coverage | 12 |
| Contract  Penalty  Clause  Coverage | 12 |
| Debris  Removal  Coverage | 12 |
| Extended  Warranty  Coverage | 13 |
| Fine  Arts  Coverage | 13 |
| Fire  Department  Service  Charge  Coverage | 14 |
| Fire  Protection  Equipment  Coverage | 14 |
| Installation  Coverage | 15 |
| Loss  Avoidance  or Mitigation  Coverage | 15 |
| Mobile  Communication  Equipment  Coverage | 16 |
| Money  and Securities  Coverage | 16 |
| Money  Orders  and Counterfeit  Currency  Coverage | 16 |
| Realty  Tax  Coverage | 17 |
| Removal  of Property  Coverage | 17 |
| Reward  Coverage | 17 |
| Salesperson's  Samples  Coverage | 18 |
| Tenant's  Lease  Agreement  Coverage | 18 |
| Theft  of Precious  Commodities  Coverage | 18 |
| Applicable  only to Business  Income  and Extra  Expense  Coverage | |
| Business  Access  Coverage | 18 |
| Civil  Authority  Coverage | 19 |
| Delayed  Occupancy  Coverage | 19 |
| Dependent  Property  Coverage | 19 |

# Table of Contents (Continued)

**Section**  **Page Number**

V.  Expediting  Expense  Coverage  20
Extended  Business  Income  and  Extra  Expense  Coverage  20
Leasehold  Interest  Coverage  21
Research  and  Development  Operations  Coverage  22
Tenant  Moving  Coverage  22

Applicable  to  Property,  Business  Income,  and  Extra  Expense  Coverage
Communicable  Disease  Coverage  23
Fungus  Remediation  Coverage  24
Loss  Adjustment  Expense  Coverage  24
Newly  Acquired  Location  Coverage  25
Ordinance  or  Law - Coverage  A, B, C, D, and  E  25
Outdoor  Trees,  Shrubs,  Plants,  and  Lawn  Coverage  28
Pollutant  Cleanup  Coverage  29
Trade  Show  Coverage  30
Transit  Coverage  30
Unintentional  Property  Errors  and  Omissions  Coverage  32
Unnamed  Location  Coverage  33
Utility  Services  Coverage  33

VI.  Valuation
Valuation  of  Property  Coverages
Replacement  Cost  Coverage  34
Actual  Cash  Value  35
Accounts  Receivable  35
Animals  36
Brand,  Label,  and  Trademarks  36
Fine  Arts  37
Gold,  Silver,  and  Platinum  Commodities  37
Information  Restoration  Cost  38
Installation  Coverage  38
Operational  Replacement  Cost  39
Ordinance  or  Law - Coverage  A, B, and  C  39
Personal  Property  of  Others  40
Stock  40
Transit  Coverage  41

Valuation  of  Business  Income  and  Extra  Expense
Sources  of  Information  41
Business  Income  Coverage  41
Extra  Expense  Coverage  42
Resumption  of  Your  Business  Operations  43

VII.  Mortgage  Holders  or  Loss  Payee  Provisions
Lender's  Loss  Payable  Provisions  43
Loss  Payable  Provisions  44
Contract  of  Sale  Provisions  44

VIII.  Coverage  Options
Val-U-Gard  Coverage  45

IX.  Limitations  of  Coverage
Coverage  for  Animals  45
Damage  From  Water  or  Other  Liquid - Tear  Out  and  Repair  45

# Table of Contents (Continued)

| Section | Page Number |
|---|---|
| IX.      Expenses to Reduce a Business Income Loss | 46 |
| X.   Deductibles | |
|      Property Damage Loss | 46 |
|      Time Element Loss | 46 |
|      Deductibles Applicable to Extensions of Coverage | 46 |
|      When Multiple Deductibles Apply | 47 |
|      Extra Expense or Expediting Expense Coverage | 47 |
| XI.   Limits of Insurance | 47 |
| XII.   Loss Conditions | |
|      Abandonment | 47 |
|      Appraisal | 48 |
|      Duties In The Event Of Loss or Damage | 48 |
|      Loss Payment | 49 |
|      Pair or Set | 50 |
|      Recovered Property | 50 |
| XIII.   General Conditions | |
|      Authorization and Notices | 50 |
|      Calculation of Premium | 50 |
|      Cancellation and Nonrenewal | 50 |
|      Changes | 51 |
|      Concealment, Misrepresentation, or Fraud | 51 |
|      Conformity to Statute | 51 |
|      Control of Property | 51 |
|      Coverage Territory | 51 |
|      Defense Costs | 52 |
|      Examination of Your Books and Records | 52 |
|      Inspections and Surveys | 52 |
|      Insurance Under Two or More Coverages | 52 |
|      Legal Action Against Us | 53 |
|      Liberalization Clause | 53 |
|      No Benefit to Bailee | 53 |
|      Other Insurance | 53 |
|      Policy Period | 53 |
|      Premiums | 53 |
|      Reinstatement of Limits After a Loss | 54 |
|      Subrogation | 54 |
|      Trade or Economic Sanctions | 54 |
|      Transfer of Your Rights and Duties Under This Policy | 54 |
| XIV.   Definitions | 54 |

# Property-Gard Pinnacle℞ Coverage Form - 250000 01 13
Commercial  Property  Coverage Section

Insured:                                                    Policy  Number:

Producer:                                                   Effective  Date:

---

This Property-Gard  Pinnacle Coverage Form - 250000 (hereinafter  referred  to as "Coverage Form"),  together with its Declarations  and endorsements,  complete  the coverage  provided  under  the Commercial  Property  Coverage Section  of this Policy.

- Insurance  is provided  only for those  coverages for which an entry is shown by an X on the applicable  line and for which Limits of Insurance  are shown in the place provided  in the Declarations  attached to this Policy.  Such Declarations  are issued with and are a part of this Coverage Form.

- If the Declarations  do not show a Limit of Insurance  providing  a specific Coverage or Coverage Extension,  then such Coverage or Coverage Extension  is not provided  by this Policy even though  the language  for such Coverage or Coverage Extension  may appear  within the Policy.

- Various  provisions  in this Coverage Form  restrict  coverage,  such as but not limited  to the following  sections: Property  Not Insured,  Exclusions,  Limitations  of Coverage,  and Limits of Insurance.

- Section XII. Loss Conditions  describe  your duties in the event of a loss and other provisions  which apply to loss settlement  under the Commercial  Property  Coverage Section.

- Section XIII. General Conditions  describe  the conditions  that apply in common  to all coverage provided  within the Commercial  Property  Coverage Section.

- Endorsements  describe  enhancements  in coverage or restrictions  in coverage which may amend this Coverage Form  or the Declarations.

- State Exception  or State Amendatory  Endorsements  alter coverage provided  under the Commercial  Property Coverage Section  in accordance  with state law.

The titles of paragraphs  contained  in this Coverage Form  and the subsequent  endorsements  that make up the Commercial  Property  Coverage Section are inserted solely for the convenience  of reference  and shall not be deemed in any way to limit or affect the provisions  to which they relate.

Throughout  the Commercial  Property  Coverage Section the words you and your refer to the Named  Insured shown on the Declarations.   The words we, us and our, refer to the Company  providing  this insurance.

Other  words  and phrases  that  appear  in **bold face**  have special  meaning.   Refer to the Definitions  Section of this Coverage  Form  or the Additional  Definitions  Section located  within any endorsements  that may be attached  which make up the Commercial  Property  Coverage Section.

Read  the entire  Policy carefully  to determine  rights, duties  and what is and is not covered.

This Form  must be attached  to Change  Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____          _____
Secretary                                                  President

I.   Property Coverage

    A.   If a Limit of Insurance for Business Real Property or Business Personal Property is shown in the Declarations, then we will pay for direct physical loss or damage to **Property Insured** while at a **location**, including such property in the open (or in a **vehicle** in the open) within 1,000 feet of such **location**, caused by or resulting from a **covered cause of loss** during the Policy Period.

    B.   We insure **Property Insured**:

        1.   Which you own;

        2.   In which you have an insurable interest; or

        3.   Which you lease or rent from others under a written agreement.

    For coverage to apply to property leased or rented from others, you must be legally or contractually required to provide property insurance covering such property.

    C.   The following types of **business personal property** are subject to Sublimits of Insurance shown in the Declarations:

        1.   **Accounts receivable**;

        2.   **Data, media**, and **software**;

        3.   **Personal effects**;

        4.   **Personal property of others**;

        5.   **Prototypes**;

        6.   **Research and development documentation**; and

        7.   **Valuable papers and records**.

    The Sublimits of Insurance applicable to the types of **business personal property** shown above are the most we will pay for loss or damage to such property. If more than one Sublimit of Insurance applies to the lost or damaged property shown above, then the Sublimit of Insurance most specifically applicable to such property will apply.

II.   Business Income and Extra Expense Coverage

    A.   If a Limit of Insurance for Business Income and Extra Expense is shown in the Declarations, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of your **operations** during the **period of restoration** arising from direct physical loss or damage to property at a **location**, or within 1,000 feet of such **location**, caused by or resulting from a **covered cause of loss**.

    B.   If a Sublimit of Insurance is shown in the Declarations applicable to a type of **business personal property** listed in Item I.C. above, then any payments under Business Income and Extra Expense, made necessary due to the loss or damage of such types of **business personal property**, are included within and not in addition to such Sublimit of Insurance.

III.   Property Not Insured

    This Coverage Form does not insure any of the following property:

    A.   Land or land values; destabilization of land; or the cost of stabilizing, restoring, or remediating of land; air; or water; except **processing water**.

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

B.  Digging, excavating, backfilling, filling, compaction, or grading of land not directly related to the repair, rebuilding, or replacement of **business real property**.

C.  Growing crops; standing timber; or outdoor trees, shrubs, plants, or lawns; except to the extent such coverage may be specifically provided by Item V.F.6. Outdoor Trees, Shrubs, Plants, and Lawn Coverage in this Coverage Form, if the Declarations show that you have such coverage.

D.  Live eggs, embryos, or animals; except animals owned by others while in your care, custody, or control; or animals you sell as **stock**.

E.  Bullion; accounts, notes, bills, evidences of debt or title, letters of credit, or deeds; except to the extent such coverage may be specifically provided by **business personal property** for **valuable papers and records** in this Coverage Form, if the Declarations show that you have such coverage.

F.  **Fine arts, money, securities**, or **salesperson's samples** except to the extent such coverage may be specifically provided by:

1.  Item V.D.5. Fine Arts Coverage;

2.  Item V.D.11. Money and Securities Coverage; or

3.  Item V.D.16. Salespersons Samples Coverage;

in this Coverage Form, if the Declarations show that you have such coverage(s).

G.  Aircraft, spacecraft, satellites, watercraft while afloat, and any property contained therein.

H.  **Vehicles** including **vehicles** held for sale.

I.  Dams, dikes, tunnels, trestles, air-supported structures, underground mines, mine shafts, caverns, caves, and any property contained therein.

J.  Property which you have sold under conditional sale, trust agreement, installment payment or other deferred payment plan, or property which you have retained a security interest after delivery to customers.

K.  Contraband or property in the course of illegal transportation or trade.

L.  Confidential information of another person or entity which is held by you including, financial information, medical information, personal information, credit card information, or other similar non-public information.

M.  Property which is more specifically described and covered under another Coverage Section of this Policy or under any other Policy.

IV.  Exclusions

A.  Exclusions Applicable to all Coverages: We will not pay under Property Coverage, Business Income and Extra Expense Coverage, or any Extensions of Coverage, for any loss, damage, or expense caused directly or indirectly by or resulting from any of the following excluded causes of loss; such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

1.  Regardless of how the cause of loss occurs, we will not pay for direct physical loss, damage, or expense caused by or resulting from the following causes of loss:

a.  Boiler Explosion

Explosion, implosion, bursting, burning, bulging, or cracking of boilers, turbines, engines, or any unfired vessel normally subject to vacuum or internal pressure, including piping, or apparatus

attached to and forming a part thereof; or any other internal condition or event occurring inside such equipment. This exclusion does not apply to explosion of gases or fuel within the furnace of any fired vessel, or within the flues or passages through which the gases of combustion pass.

b. Collapse

**Collapse**. This Collapse exclusion only applies if **collapse** is caused by or results from **flood** or **earth movement**.

c. Consequential Loss, Loss of Market, and Other Indirect Losses

(1) Delay, loss of use, loss of market, loss of occupancy;

(2) Suspension, lapse, or cancellation of any contract;

(3) Delay in completion of contract terms or noncompliance with contract terms or conditions;

(4) Any guarantee or warranty (express or implied);

(5) Loss of bonuses, fines, penalties, or liquidated damages; or

(6) Any other consequential, indirect, or remote loss of any kind.

d. Detrimental Code

**Detrimental Code**. This Detrimental Code exclusion applies regardless of how the **Detrimental Code** was introduced or acquired.

e. Disappearance or Shortages

(1) The disappearance of covered property ("covered property" here and hereinafter refers to property not excluded or limited from coverage in this Coverage Form) where there is no physical evidence to show what happened to such property; or the only evidence of loss is an audit, an inventory computation, or a profit and loss computation; or any combination thereof.

(2) Where you have independently established that you have sustained an otherwise insurable loss under this Coverage Form, then you may offer your audit, inventory computation, profit and loss computation, or any combination thereof in support of the amount of loss claimed.

f. Dishonesty

(1) Dishonest, fraudulent, or criminal acts or omissions by you, any of your partners, **members**, **managers**, officers, directors, trustees, employees (including leased employees), authorized representatives, or anyone to whom you entrust property for any purpose:

(a) Acting alone or in collusion with others; or

(b) Whether or not occurring during the hours of employment.

(2) This Dishonesty exclusion does not apply to:

(a) Covered property that is entrusted to others who are bailees or carriers for hire; or

(b) Acts of vandalism or destruction by any of your employees (including leased employees), but theft by any of your employees (including leased employees) is not covered.

g.   Fungus

**Fungus**.  This  Fungus  exclusion  does  not  apply  to  **fungus**  caused  by  or  resulting  from  fire,  explosion,  or lightning,  provided  that  such  causes of loss are  **covered causes of loss**  under  this  Coverage  Form.

h.   Mortality  and  Disease

Mortality,  death by natural  causes, disease, sickness, any  condition  of health,  bacteria,  or virus.

i.   Ordinance  or Law

The  enforcement  of any  **ordinance or law**,  except  to  the extent  such  coverage  may be specifically  provided  by Item V.F.5.  Ordinance  or Law  Coverage  in this  Coverage  Form,  if the Declarations  show  that  you have  such  coverage.

j.   Testing

(1)  Hydrostatic,  pneumatic,  or gas pressure  testing;  or

(2)  Electrical  insulation  breakdown  testing  of any type of electrical  equipment.

k.   Voluntary  Parting

Voluntary  parting  with  any  property  by you  or anyone  else to whom  you have  entrusted  the  property  if induced  to do so by any  fraudulent  scheme,  trick,  device,  or false pretense;  or  unauthorized  instructions  to transfer  property  to any person  or any place.

l.   War and Military  Action

(1)  War,  including  undeclared  or civil war;

(2)  Warlike  action  by a military  force,  including  action  in hindering  or defending  against  an  actual  or expected  attack,  by any  government,  sovereign,  or other  authority  using  military  personnel  or other  agents;  or

(3)  Insurrection,  rebellion,  revolution,  usurped  power,  or action  taken  by governmental  authority  or military  authority,  whether  de jure  or de facto,  in hindering  or defending  against  any  of these.

2.   If a cause of loss which is excluded below causes or results in a  **covered cause of loss**,  then  we will pay  for the direct  physical  loss or damage  caused  by or resulting  from such  **covered cause of loss**  up to the  Limits  of Insurance  stated  in the  Declarations:

a.   Computer  Fraud

**Theft**  of any property,  regardless  of ownership,  arising  from  the use of any computer.

b.   Errors,  Omissions,  Acts,  or Decisions

Errors  or omissions  in, or faulty,  inadequate,  or defective:

(1)  Manufacturing,  processing,  installation,  research  or development,  or testing  operations;

(2)  Accounting,  bookkeeping,  calibrating,  copying,  developing,  distributing,  math,  record-keeping,  billing,  erasure,  or the alteration  of such  errors  or omissions;

(3)  Development  of, programming  of, or instructions  to: **Data, media, or software; electronic data processing equipment; mobile communication equipment; voice communications systems**; or any other  machinery  or equipment;

(4)  Specifications;  design;  planning;  zoning;  development;  surveying;  siting;  grading;  compaction;  maintenance;  workmanship;  repair;  or materials  used in repair,  construction,  renovation,  or remodeling  except  if **collapse**  is caused  by or results  from  this cause  of loss, but only if such cause of loss is hidden  or is not  known  by you prior  to such  **collapse**; or

(5)  Acts or decisions,  including  the failure  to act or decide,  of any person,  group,  organization  or governmental  body other than  you;

which results in loss or damage  to **Property Insured** under  this Coverage  Form.

c.  Mechanical  Breakdown

Mechanical  breakdown  however  caused,  including  any malfunction  of machinery  or equipment  caused by or resulting  from any:

(1)  Rupture  or bursting  caused by centrifugal  force; or

(2)  Condition  or event  within  machinery  or equipment.

d.  Insects, Animals,  or Other Vermin

Insects,  animals,  or other vermin  including  any:

(1)  Nesting  or infestation;  or

(2)  Discharge  or release of any secretions  or waste  products.

This exclusion  does not apply if **collapse**  is caused  or results  from  this cause  of loss, but only if such cause of loss is hidden  or is not  known  by you prior  to such  **collapse**.

e.  Pollution

(1)  The actual,  alleged,  or threatened  discharge,  dispersal,  seepage,  migration,  release,  or escape  of **pollutants**.

(2)  If the discharge,  dispersal,  seepage,  migration,  release,  or escape  of **pollutants** is caused  by or results  from a **covered cause of loss**,  then  we will pay for the direct physical  loss or damage  caused  by the actual  contact  of the **pollutant**  with covered  property  up to the Limits  of Insurance  stated in the Declarations.

f.  Theft of Precious  Commodities

**Theft**  of jewelry comprised  of precious  or semi-precious  stones, metals,  or alloys; precious  or semi-precious  stones, metals  or alloys; watches  or watch  movements;  furs, fur garments,  or garments  trimmed  with fur.

g.  Utility Supply Failure

The reduction,  interruption,  or failure of **utility services**, however  caused.

h.  Wear and Tear,  Deterioration,  Latent  Defect,  or Other  Developing  Losses

The action  or effects of:

2500001-13
Copyright  2013, Fireman's Fund Insurance Company, Novato, CA.  All  rights reserved.

    (1) Smog, smoke, fumes, vapors, dust, or other developing losses such as **pollutants** from agricultural smudging or industrial operations;

    (2) Wear and tear, deterioration, decomposition, inherent vice, hidden or latent defect, any quality in property that causes it to damage or destroy itself, erosion, rust, oxidation, corrosion, decay, wet or dry rot, except if **collapse** is caused by or results from this cause of loss, but only if such cause of loss is hidden or is not known by you prior to such **collapse**;

    (3) Depletion, leakage of contents, or spillage;

    (4) Cracking, settling, sagging, bending, bulging, shifting, or leaning;

    (5) The pressure or impact of ice forming under floors or foundations;

    (6) Water, ice, or impact of watercraft on retaining walls, bulkheads, docks, piers, pilings, wharves and property located thereon;

    (7) Spoilage or contamination;

    (8) Exposure to light;

    (9) Change in color, flavor, texture, or finish;

    (10) Evaporation or dissipation;

    (11) Shrinkage or expansion;

    (12) Any refrigerant including ammonia; or

    (13) Condensation, vapor, moisture, humidity, changes in humidity, dampness or dryness of atmosphere, changes in or extremes of temperature, all whether atmospheric or not.

3.   If fire or explosion is a **covered cause of loss** under this Coverage Form, and fire or explosion results from the causes of loss excluded below, then we will pay for the direct physical loss or damage caused by such fire or explosion up to the Limits of Insurance stated in the Declarations:

   a.   Earth Movement

      Any **earth movement**. This Earth Movement exclusion does not apply to Transit Coverage.

   b.   Flood

      **Flood**. This Flood exclusion does not apply to Transit Coverage.

4.   If fire is a **covered cause of loss** under this Coverage Form, and fire results from the cause of loss excluded below, then we will pay for the direct physical loss or damage caused by such fire up to the Limits of Insurance stated in the Declarations:

Electrical Arcing

   a.   Artificially generated electrical, magnetic, or electromagnetic energy that damages, disturbs, disrupts, or otherwise interferes with any:

    (1) Electrical or electronic wire, device, appliance, system, or network; or

    (2) Device, appliance, system, or network utilizing cellular or satellite technology.

   b.   For the purpose of this exclusion, electrical, magnetic, or electromagnetic energy includes but is not limited to:

      (1)  Electrical  current,  including  arcing;

      (2)  Electrical  charge  produced  or conducted  by a magnetic  or electromagnetic  field;

      (3)  Pulse  of electromagnetic  energy;  or

      (4)  Electromagnetic  waves  or microwaves.

5.   Nuclear  Hazard

Nuclear  reaction,  nuclear  radiation,  or  radioactive  contamination,  however  caused.   If nuclear reaction,  nuclear  radiation,  or  radioactive  contamination  results  in fire,  then  we will  pay for the direct physical  loss  or damage  caused  by or resulting  from  such  fire up to the Limits  of Insurance  stated  in the  Declarations  but  only  if there  is a statute  in effect  in the  jurisdiction  where  the  loss  or damage occurs  that  expressly  prohibits  us from  excluding  such  ensuing  loss  or damage  caused  by fire.

6.   Government  Action

Actions  or orders  of any  governmental  agency  or military  authority,  whether  de jure  or de facto,  that result  in:

    a.   You  incurring  expenses  you  would  not  otherwise  have  incurred;

    b.   You  paying  taxes,  fines,  or penalties;  or

    c.   Seizure  or destruction  of covered  property.

If fire is a **covered cause of loss** under  this  Coverage  Form,  and acts  of destruction  are ordered  by a governmental  or military  authority  in order  to prevent  the  spread  of a fire,  then  we will  pay for the direct physical  loss  or damage  to covered  property  caused  by or resulting  from  such  acts  of destruction up to the applicable  Limits  of Insurance  stated  in the Declarations.

B.   Exclusions  Applicable  to Business  Income  and Extra  Expense  Coverage:   We will  not pay for any loss  or expense  under  Business  Income  and Extra  Expense  Coverage  or any Extensions  of Coverage,  caused  by or resulting  from:

1.   Damage  to or destruction  of **finished stock** or the time  required  to reproduce  **finished stock**. This exclusion  does  not apply  to **extra expense**.

2.   Any  increase  in loss  caused  by or resulting  from:

    a.   Delay  in rebuilding,  repairing,  or replacing  property  or resuming  **operations** due  to interference at the  location  of loss  by strikers  or other  persons.

    b.   (1)  Suspension,  lapse,  or cancellation  of any license, lease, rental  agreement,  or contract.

       (2)  However,  if the  suspension,  lapse,  or  cancellation  is directly  caused  by a **suspension** of **operations** which  is caused  by or resulting  from  a covered  loss,  then  we will  cover  your  loss of **business income** and **extra expense** incurred  during  the  **period of restoration**. If Extended Business  Income  and Extra  Expense  Coverage  applies,  then  we will  also  cover  the **period of restoration** in accordance  with  the  terms  of such  coverage  provided  below  under  Item  V.E.6.

    c.   The  **extra expense** you  incur  for the demolition  or removal  of debris.

    d.   Any  period  of time  during  which  your  **operations** could  not  have  been  conducted  or were  not expected  to have  been  conducted  had  no loss  or damage  occurred.

V.   Extensions  of Coverage

A.   The Extensions  of Coverage  are subject  to the terms and conditions  of this Coverage  Form  and the Policy to which it is attached.  If the Declarations  do not show a Limit of Insurance  providing  a specific Coverage Extension,  then such Coverage  Extension  is not provided  by this Policy  even though  the language  for such Coverage  Extension  may appear  within  the Policy.

B.   We will not pay under Business  Income  and Extra Expense  Coverage  or consequential  loss of any kind or nature  following  a covered  loss sustained  under  the Extensions  of Coverage  unless  specifically  provided within  an Extension  of Coverage.  If an Extension  of Coverage  does grant Business  Income  and Extra Expense  Coverage,  then such coverage  will be governed  by the terms and conditions  of Business  Income and Extra  Expense  Coverage  provided  under this Coverage  Form.

C.   Unless  otherwise  specifically  stated,  the Limits of Insurance  or Sublimits  of Insurance  provided  under  the Extensions  of Coverage  are in addition  to any Limit of Insurance  stated  in the Declarations  applicable  to **Property Insured** or Business  Income  and Extra  Expense  Coverage.

D.   Extensions  of Coverage  Applicable  only to Property  Coverage:

1.   Consequential  Loss Assumption  Coverage

a.   We will pay the reduction  in **fair market value** of the undamaged  parts of **stock**, which are part of a pair or set, when  the reduction  in **fair market value** is caused by direct physical loss or damage by a **covered cause of loss** to other  parts of the pair or set at a location  and the undamaged parts cannot  be used in conjunction  with other  **stock**.

b.   The most  we will pay under this Extension  of Coverage  in any one occurrence  or **loss event** is the Limit of Insurance  shown  in the Declarations  applicable  to Consequential  Loss Assumption Coverage.

2.   Contract  Penalty  Clause Coverage

a.   (1)  We will pay the contractual  penalties  you are required  to pay to your customers,  as a result of any clause  in contracts  you enter into prior to a loss, for failure  to timely  deliver  your product  according  to the contract  terms.

(2)  Such penalties  must solely result  from direct physical loss or damage  to **Property Insured** caused  by or resulting  from a **covered cause of loss** at a location.

b.   The most  we will pay under this Extension  of Coverage  in any one occurrence  or **loss event**, regardless  of the number  of contracts  affected,  is the Limit of Insurance  shown  in the Declarations applicable  to Contract  Penalty  Clause Coverage.

3.   Debris Removal  Coverage

a.   Debris of Property  Insured

If direct physical loss or damage  occurs to **Property Insured** caused by or resulting  from a **covered cause of loss** at a location,  then we will pay the necessary  expense  you incur  to remove  the debris from such location.  Necessary  debris removal  expense  includes:

(1)  Planning,  testing, monitoring,  and debris classification  related  to the process  of debris removal;

(2)  Demolition  of damaged  property;  and

(3)  Clean  up, removal,  and disposal  of debris.

    b.    Debris of Property Owned by Others

We will also pay the necessary expense you incur at a location to remove the debris of property owned by others, not covered under this Policy, but only if such debris is caused by or resulting from a **covered cause of loss**.

    c.    We will not pay under Debris Removal Coverage for:

    (1)    Any expense to:

        (a)    Demolish and clear the site of the undamaged portion of **Property Insured**;

        (b)    Extract **pollutants** from land, water or air;

        (c)    Remove, restore, or replace polluted land, water, or air; or

        (d)    Otherwise test for, monitor, mitigate, clean up, remove, contain, treat, remediate, detoxify, neutralize, or in any way respond to or assess the effects of **pollutants**.

    (2)    A claim that has been reported to us in writing after one hundred eighty (180) consecutive calendar days from the date that covered loss or damage occurred.

    d.    Subject to the applicable Limit of Insurance shown in the Declarations for **Property Insured**, the most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations for Debris Removal Coverage - Debris of Property Insured, or Debris Removal Coverage - Debris of Property Owned by Others, or both, as may be applicable.

4.    Extended Warranty Coverage

    a.    If a **covered cause of loss** results in a direct total physical loss to an item of **Property Insured** at a location, then we will pay the unused pro-rata portion of the non-refundable purchase price for extended warranties or service contracts which you purchased for such destroyed property. An extended warranty does not include the basic warranty that is provided by the manufacturer of the destroyed property.

    b.    The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Extended Warranty Coverage.

5.    Fine Arts Coverage

    a.    We will pay for direct physical loss or damage to **fine arts** caused by or resulting from a **covered cause of loss**, but only while located within the interior portion of a **premises** at a **location**.

    b.    We will also pay for direct physical loss or damage to **fine arts** caused by or resulting from a **covered cause of loss** while such property is away from a **location** and:

    (1)    In transit to;

    (2)    Situated at; and

    (3)    In transit back from;

an exhibition, exposition, fair, or trade show, but only while within the Coverage Territory.

    c.    We will not pay under Fine Arts Coverage for any loss, damage, or expense caused by or resulting from:

    (1)    Any **fine arts** while leased, rented, or loaned to others.

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

     (2)   Any **fine arts** while in the possession of others under an agreement of sale.

     (3)   Any repairing, restoration, refinishing, or retouching processes.

     (4)   Any waterborne shipments except when **fine arts** are being transported on a **vehicle** aboard a licensed ferry on an inland waterway. If property covered under Fine Arts Coverage suffers loss or damage while being transported on such **vehicle**, then we will pay for general average and salvage charges that may be assessed against such **vehicle**.

     (5)   Shipments covered by ocean marine or cargo insurance.

  d.   Miscellaneous Unscheduled Fine Arts

     (1)   The most we will pay under this Extension of Coverage for any one item, pair of items, or set of related items, in any one occurrence or **loss event**, is the Limit of Insurance shown in the Declarations applicable to Miscellaneous Unscheduled Fine Arts under Fine Arts Coverage.

     (2)   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of **fine arts** lost or damaged, is the Per Occurrence Limit of Insurance shown in the Declarations applicable to Miscellaneous Unscheduled Fine Arts under Fine Arts Coverage.

  e.   Individually Scheduled Fine Arts

     The most we will pay under this Extension of Coverage for each individually scheduled item of **fine art** in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to such item of **fine art**.

  f.   Fine Arts at an Exhibition, Exposition, Fair, or Trade Show

     The most we will pay under Item 5.b. of this Extension of Coverage for **fine art**, whether individually scheduled or not, in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Fine Arts at an Exhibition, Exposition, Fair, or Trade Show.

6.   Fire Department Service Charge Coverage

  a.   If a fire department or other government agency charged with preserving public safety is called to save or protect **Property Insured** against direct physical loss or damage from a **covered cause of loss** at a location, then we will pay the fire department service charges you incur and are legally required to pay.

  b.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Fire Department Service Charge Coverage.

7.   Fire Protection Equipment Coverage

  a.   (1)   We will pay the necessary costs to recharge or refill **fire protection equipment**, and clean up and remove the fire extinguishing agent, caused by or resulting from the discharge of a fire extinguishing agent from **fire protection equipment** at a location.

     (2)   No deductible applies to Fire Protection Equipment Coverage.

  b.   We will not pay under Fire Protection Equipment Coverage for any loss, damage, or expense caused by or resulting from your failure to use reasonable care to maintain the **fire protection equipment** in proper operating condition prior to the loss.

2500001-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.       Page 14 of 69

c. The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Fire Protection Equipment Coverage.

8. Installation Coverage

a. (1) We will pay for direct physical loss or damage to **business personal property** destined to become a permanent part of an installation or erection that you have contracted to perform at a location not specifically described in the Declarations caused by or resulting from a **covered cause of loss**:

(a) While awaiting installation at a temporary warehouse;

(b) During installation or testing at a job site; or

(c) While awaiting acceptance by the buyer.

(2) Installation Coverage terminates the earlier of the following events:

(a) Your interest in the property that you have contracted to install or erect ceases;

(b) The installation or erection of the property is completed and accepted by the buyer;

(c) The property you have contracted to install or erect is put to use for its intended purpose; or

(d) This Policy expires or is cancelled.

b. We will not pay under Installation Coverage for any loss, damage, or expense caused by or resulting from:

(1) **Business personal property** destined to become a permanent part of the installation or erection while at a location that you own, lease, or operate;

(2) **Business personal property** while at the location of a manufacturer or supplier, whether or not such property is designated for a specific installation covered under Installation Coverage; or

(3) Interest on money loaned, advances for installation projects, or **soft costs**.

c. The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of locations involved, is the Limit of Insurance shown in the Declarations applicable to Installation Coverage.

9. Loss Avoidance or Mitigation Coverage

a. We will pay the necessary expense you incur to protect, avoid, or significantly mitigate potential covered loss or damage that is actually and imminently threatening **Property Insured**, including:

(1) Removal of ice or snow from the roof or balconies of **business real property** that has accumulated during and due to a **storm**;

(2) Pumping of standing water away from **business real property** that has accumulated during and due to a **flood, hurricane, named storm**, or **storm**;

(3) Application of fire retardant foam or similar fire suppression or extinguishing material to **business real property** as protection against an approaching fire; and

(4) Boarding up or sandbagging of doors, windows, or other external openings in **business real property** as protection against an approaching **flood, hurricane, named storm**, or **storm**.

However, we will not pay for any loss, damage, or expense caused by or resulting from such loss prevention actions.

b.  No Deductible applies to Loss Avoidance or Mitigation Coverage.

c.  To the extent possible, you must promptly notify us that you intend to incur necessary loss prevention expense.

d.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Loss Avoidance or Mitigation Coverage.

10.  Mobile Communication Equipment Coverage

a.  We will pay for direct physical loss or damage to your **mobile communication equipment** caused by or resulting from a **covered cause of loss** while away from a location and situated in anywhere the world.

b.  We will not pay under Mobile Communications Equipment Coverage for any loss or damage to **data, research and development documentation, or valuable records and papers**.

c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Mobile Communication Equipment Coverage.

11.  Money and Securities Coverage

a.  We will pay for direct physical loss or damage to **money**, **securities**, or both as shown by your records, caused by or resulting from a **covered cause of loss** while:

(1)  Located within the interior portions of a **premises**; or

(2)  Being carried to or from such **premises** while in the care, custody, or control of a **messenger** or an armored motor vehicle company.

b.  We will not pay under Money and Securities Coverage for any loss, damage, or expense caused by or resulting from **forgery**, alterations, or the giving or surrendering of **money**, **securities**, or both in exchange or purchase.

c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Money and Securities Coverage.

12.  Money Orders and Counterfeit Currency Coverage

a.  We will pay for your loss which directly results from you accepting:

(1)  **Counterfeit** United States or Canadian currency not accepted upon presentation; or

(2)  **Counterfeit** money orders purporting to have been issued by any United States or Canadian post office, express company, or bank not paid upon presentation;

in good faith and in exchange for merchandise, **money**, or services.

b.  The most we will pay under this Extension of Coverage in any one occurrence, regardless of the number of items contributing to the loss, is the Limit of Insurance shown in the Declarations applicable to Money Orders and Counterfeit Currency Coverage.

13.  Realty  Tax  Coverage

    a.  If direct physical loss or damage to **Property Insured** is caused by or results from a **covered cause of loss** at a location, then we will reimburse you for the increased realty tax liability attributable to the repair or rebuilding of such damaged property.

    b.  We will pay for such increased realty tax liability if it is assessed within two (2) years of a covered loss. However, we will only pay the first such increased assessment following any realty tax assessment increase that is insured under this Extension of Coverage.

    c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Realty Tax Coverage.

14.  Removal  of Property  Coverage

    a.  (1)  If you must move **Property Insured** from a location in order to protect such property from imminent or further direct physical loss or damage caused by or resulting from a **covered cause of loss**, then we will pay for direct physical loss or damage caused by a **covered cause of loss** to **Property Insured** while such property is:

        (a)  Being moved to a safe temporary storage location;

        (b)  Situated at a safe temporary storage location;

        (c)  Being returned from a safe temporary storage location to its original **location**; or

        (d)  In the due course of **transit** between such locations.

      (2)  We will also pay the necessary expense associated with moving **Property Insured** to a safe temporary storage location in order to avoid loss or damage. Such expense includes transportation and renting storage space at a safe temporary storage location.

      (3)  Removal of Property Coverage applies for one hundred and twenty (120) consecutive calendar days from the date **Property Insured** is removed from a **location**.

      (4)  No Deductible applies to Removal of Property Coverage.

    b.  We will not pay under Removal of Property Coverage for any loss, damage, or expense while **Property Insured** is removed from a **location** for normal storage.

    c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, including any **Property Insured** while in the due course of **transit**, is the Limit of Insurance shown in the Declarations applicable to Removal of Property Coverage.

15.  Reward  Coverage

    a.  (1)  We will reimburse you the rewards you pay for information leading to the arrest and subsequent conviction of the person or persons responsible for a covered loss under this Coverage Form caused by or resulting from an unlawful act.

      (2)  No deductible applies to Reward Coverage.

    b.  (1)  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** for any one person is the Any One Person Limit of Insurance shown in the Declarations applicable to Reward Coverage.

(2)  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of people being rewarded, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Reward Coverage.

16.  Salesperson's Samples Coverage

   a.  We will pay for direct physical loss or damage to **salesperson's samples** caused by or resulting from a **covered cause of loss** while located anywhere within the Coverage Territory.

   b.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Salesperson's Samples Coverage.

17.  Tenant's Lease Agreement Coverage

   a.  If a Limit of Insurance for Business Real Property is not shown in the Declarations, then we cover **business real property** at a **location** you have leased or rented and is occupied by you, if your lease or rental agreement specifically requires you to insure such property or makes you responsible for loss or damage to such property. We cover such **business real property** against direct physical loss or damage caused by or resulting from a **covered cause of loss**.

   b.  Item XIII.P. Other Insurance does not apply to Tenant's Lease Agreement Coverage if your lease or rental agreement specifically requires you to provide primary insurance on the property described above in Item V.D.17.a. or makes you responsible for loss or damage to such property.

   c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of property items lost or damaged, is the Limit of Insurance shown in the Declarations applicable to Tenant's Lease Agreement Coverage.

18.  Theft of Precious Commodities Coverage

   a.  We will pay for direct physical loss or damage to the following property at a **location** caused by or resulting from **theft**: Jewelry comprised of precious or semi-precious stones, metals, or alloys; precious or semi-precious stones, metals or alloys; watches or watch movements; furs, fur garments, or garments trimmed with fur.

   b.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of items lost or damaged, is the Limit of Insurance shown in the Declarations applicable to Theft of Precious Commodities Coverage.

E.  Extensions of Coverage Applicable only to Business Income and Extra Expense Coverage:

If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then the following Extensions of Coverage apply, but only if the Declarations also show that you have such Extensions of Coverage:

1.  Business Access Coverage

   a.  We will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** at a **location** if access to such **location** is impaired or obstructed. Such impairment or obstruction must:

   (1)  Arise from direct physical loss or damage to property other than at such **location**; and

   (2)  Be caused by or result from a **covered cause of loss**; and

   (3)  Occur within the number of miles stated in the Declarations from such **location**.

b.    We will not pay under Business Access Coverage for **business income** loss or **extra expense** incurred caused by or resulting from action of civil authority or military authority.

c.    The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Business Access Coverage.

2.   Civil Authority Coverage

    a.    We will pay for the actual loss of **business** income and necessary **extra expense** you sustain due to the necessary **suspension** of your **operations** caused by action of civil authority that prohibits access to a **location**. Such prohibition of access to such **location** by a civil authority must:

       (1)    Arise from direct physical loss or damage to property other than at such **location**; and

       (2)    Be caused by or result from a **covered cause of loss**; and

       (3)    Occur within the number of miles stated in the Declarations from such **location**.

    b.    The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Civil Authority Coverage.

    c.    Actions of civil authority do not include actions of military authority.

3.   Delayed Occupancy Coverage

    a.    We will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary delay in starting **operations** during the **period of restoration** arising from direct physical loss or damage to property at a **location** caused by or resulting from a **covered cause of loss**. The **period of restoration** begins immediately after the time that **operations** would have begun if the covered loss or damage had not occurred.

    b.    If a covered loss occurs under Delayed Occupancy Coverage, then we will also pay for the necessary **soft costs** you incur which are over and above such expense that you would have incurred during the **period of restoration** had there been no loss.

    c.    The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Delayed Occupancy Coverage.

4.   Dependent Property Coverage

    a.    Dependent Property Coverage

       (1)    We will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration** at a **location**.

       (2)    The **suspension** must be due to direct physical loss or damage at the **location** of a **dependent property**, situated inside or outside of the Coverage Territory, caused by or resulting from a **covered cause of loss**.

    b.    Dependent Property Coverage does not insure any loss or damage caused by or resulting from **earth movement, fire protection equipment leakage from earth movement, flood, hurricane, named storm**, or **storm** causes of loss unless:

       (1)    Such causes of loss are included as **covered causes of loss** in this Coverage Form or an endorsement attached to this Coverage Form which comprises a part of the Commercial Property Coverage Section; and

(2)  Such causes of loss are also shown as included in the Declarations applicable to Dependent Property Coverage.

c.  We will reduce the amount of your:

(1)  **Business income loss**, other than **extra expense**, to the extent you can resume **operations**, in whole or in part, by using any other available source of materials, or outlet for your products; and

(2)  **Extra expense** loss to the extent you can return **operations** to normal and discontinue such **extra expense**.

d.  With respect to Dependent Property Coverage the **period of restoration** begins immediately after the time that direct physical loss or damage occurs at the **location** of the **dependent property** caused by or resulting from a **covered cause of loss**.

e.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of **locations** or **dependent properties** involved, is the Limit of Insurance shown in the Declarations applicable to Dependent Property Coverage.

5.  Expediting Expense Coverage

a.  (1)  We will pay the necessary **expediting expense** you sustain due to direct physical loss or damage to property at a **location** caused by or resulting from a **covered cause of loss**.

(2)  No Deductible applies to Expediting Expense Coverage.

b.  We will not pay under Expediting Expense Coverage for:

(1)  Expenses recoverable elsewhere under this Coverage Form or the Commercial Property Coverage Section of this Policy, such as but not limited to Extra Expense Coverage; or

(2)  Your costs incurred for the temporary rental of property or temporary replacement of damaged property.

c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Expediting Expense Coverage.

6.  Extended Business Income and Extra Expense Coverage

a.  If a **business income** and **extra expense** loss is covered under this Coverage Form, then subject to the Limit of Insurance for Business Income and Extra Expense Coverage:

(1)  We will pay for the actual loss of **business income** you sustain during the period that begins on the date property (except **finished stock**) is actually repaired, rebuilt, or replaced, and **operations** are resumed and ends on the earlier of:

(a)  The date you could restore your **operations** with reasonable speed, to the level which would generate the **business income** amount that would have existed if no direct physical loss or damage occurred; or

(b)  The number of consecutive calendar days, stated in the Declarations, after the date **operations** are resumed.

(2)  We will pay the necessary **extra expense** you incur for advertising, direct mail, discount coupons, or other promotional expense you incur to attract customers back to **your business** during the period that begins on the date property (except **finished stock**) is actually repaired, rebuilt, or replaced, and **operations** are resumed and ends on the earlier of:

(a)   The date you could restore your **operations** with reasonable speed, to the level which would generate the **business income** amount that would have existed if no direct physical loss or damage occurred; or

(b)   The number of consecutive calendar days, stated in the Declarations, after the date **operations** are resumed.

b.   We will not pay for the loss of **business income** or **extra expense** sustained as a result of unfavorable business conditions caused by the impact of the **covered cause of loss** in the area where the **location** is situated.

7.   Leasehold Interest Coverage

a.   We will pay for the actual loss of the following Leasehold Interest Coverages you sustain due to the cancellation of your lease which results from direct physical loss or damage to property at a location caused by or resulting from a **covered cause of loss**:

(1)   Lessee's Leasehold Interest Coverage

(a)   If you are a lessee and your lease or rental agreement is cancelled pursuant to the terms of the lease agreement due to a covered loss, then we will pay you for your Gross Lessee's Leasehold Interest for the first twelve (12) months following covered loss and for your **net leasehold interest** for the remaining unexpired term of the lease or rental agreement.

(b)   Gross Lessee's Leasehold Interest means the difference between the actual rent you currently pay for the same or similar replacement property and the rent you would have otherwise paid at the location had there been no covered loss for each month during the unexpired term of your lease or rental agreement.

(c)   Rent means the actual monthly rent including taxes, insurance, janitorial, or other services that you pay for as part of the rent and does not change whether you occupy all or part of the location or if you sublet the location.

(2)   Lessor's Leasehold Interest Coverage

(a)   If you are a lessor and your lease or rental agreement is cancelled pursuant to the terms of the lease agreement due to a covered loss, then we will pay you for your Gross Lessor's Leasehold Interest for the first twelve (12) months following covered loss and for your **net leasehold interest** for the remaining unexpired term of the lease or rental agreement.

(b)   Gross Lessor's Leasehold Interest means the difference between the actual rent paid by a tenant for your property and the rent you would have otherwise received at the location had there been no covered loss for each month during the unexpired term of your lease or rental agreement.

(c)   Rent means the actual monthly rent including taxes, insurance, janitorial, or other services that you charge as part of the rent for the location.

(3)   Bonus Payments Coverage

We will pay you for the unamortized portion of a bonus payment that will not be refunded to you due to a covered loss. A bonus payment is a sum of money you paid to acquire your lease. Bonus payments do not include rent, whether or not prepaid, or security deposits.

(4) Prepaid Rent Coverage

We will pay you for the unamortized portion of prepaid rent that will not be refunded to you due to a covered loss. Prepaid rent is a sum of money you paid as advance rent. Prepaid rent does not include the customary rent due at the beginning of each month or any other rental period.

(5) Tenant's Improvements and Betterments Coverage

We will pay you for the unamortized portion of payments made by you for **tenant's improvements and betterments** that will not be refunded to you due to a covered loss. Tenant's Improvements and Betterments Coverage does not include the value of such improvements and betterments recoverable under any other insurance, but only to the extent of such other insurance.

b.  If you suffer a loss under this Additional Coverage, then you must use any suitable property or service owned or controlled by you or obtainable from another source in order to reduce any loss sustained under Leasehold Interest Coverage.

c.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Leasehold Interest Coverage.

8.  Research and Development Operations Coverage

a.  We will pay for the actual loss of **business income** and necessary **extra expense** you sustain during the **period of restoration**, due to a necessary **suspension** of your **research and development operations**, which in turn causes a delay in the introduction of a new product or the enhancement of an existing product.

b.  The **suspension** must be caused by direct physical loss or damage by a **covered cause of loss** to property directly related to your **research and development operations** at a **location**.

c.  Payment will be made only:

(1) After the new product or the enhanced product is made available in the marketplace; and

(2) If you discover the **business income** loss within two years after the date of loss or damage.

d.  If a competitor introduces a similar product prior to the date you scheduled the introduction of your new or enhanced product, then we will reduce the amount of such actual **business income** loss to the extent attributable to the competitor's product.

e.  We will not pay under this Extension of Coverage for the loss of **business income** or **extra expense** you incur solely due to loss or damage to **research and development documentation**.

f.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Research and Development Operations Coverage.

9.  Tenant Moving Coverage

a.  We will pay the necessary **tenant moving costs** incurred by tenants who temporarily vacate a portion of your **premises** that is rendered untenable due to direct physical loss or damage to property at such location caused by or resulting from a **covered cause of loss**.

b.  The tenant who has moved out of the **premises** must move back to such **premises** within 60 days after the damaged portion of the covered **business real property** rented by the tenant has been

repaired or rebuilt and is ready for occupancy or we will not pay the **tenant moving costs** related to such tenant move-back.

    c.   We will pay for **tenant moving costs** related to moving out of and moving back to the **premises** whether or not the tenants have moved back before the expiration date of this Policy.

    d.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of tenants requiring relocation, is the Limit of Insurance shown in the Declarations applicable to Tenant Moving Coverage.

F.   Extensions of Coverage Applicable to Property, Business Income, and Extra Expense Coverages:

   1.   Communicable Disease Coverage

    a.  (1)  We will pay for direct physical loss or damage to **Property Insured** caused by or resulting from a covered **communicable disease event** at a location including the following necessary costs incurred to:

       (a)  Tear out and replace any part of **Property Insured** in order to gain access to the **communicable disease**;

       (b)  Repair or rebuild **Property Insured** which has been damaged or destroyed by the **communicable disease**; and

       (c)  Mitigate, contain, remediate, treat, clean, detoxify, disinfect, neutralize, cleanup, remove, dispose of, test for, monitor, and assess the effects the **communicable disease**.

    (2)  If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to he necessary **suspension** of **operations** during the **period of restoration** The **suspension** must be due to direct physical loss or damage to property at a location caused by or resulting from a covered **communicable disease event**.

    b.  (1)  We will not pay under Communicable Disease Coverage for any loss, damage, or expense caused by or resulting from:

       (a)  A loss incurred prior to the Policy Period shown in the Declarations;

       (b)  Testing or monitoring to assess the existence, concentration, or effects of a **communicable disease** or **pollutants** beyond ninety (90) consecutive calendar days following the date when damaged property is remediated, repaired, rebuilt, or any combination thereof; or

       (c)  A claim that has been reported to us in writing after thirty (30) consecutive calendar days from the date the **public health authority** ordered the location to be evacuated, decontaminated, or disinfected due to the **communicable disease event**.

    (2)  A covered loss under Communicable Disease Coverage does not create, nor will it invoke coverage for Debris Removal Coverage, as described above under Item V.D.3. of this Coverage Form, except as provided by Communicable Disease Coverage.

    c.  (1)  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income**, **extra expense**, and debris removal, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Communicable Disease Coverage.

(2)   The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Communicable Disease Coverage.

2.   Fungus Remediation Coverage

a.   (1)   If **fungus** is caused by or results from a **covered cause of loss** other than fire, explosion, or lightning at a location, then we will pay for the necessary expense incurred to:

(a)   Tear out and replace any part of **Property Insured** in order to gain access to **fungus**;

(b)   Repair or rebuild **Property Insured** which has been damaged or destroyed by **fungus**; and

(c)   Mitigate, contain, remediate, treat, clean, detoxify, disinfect, neutralize, cleanup, remove, dispose of, test for, monitor, and assess the effects of **fungus**.

(2)   (a)   If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain during the increased **period of restoration** due to the presence of **fungus**.

(b)   Such increased **period of restoration** caused by the presence of **fungus** includes any increased period of time beyond the **period of restoration** required to remediate **fungus**.

(c)   The expiration date of this Policy will not cut short the increased **period of restoration**.

b.   (1)   We will not pay under Fungus Remediation Coverage for any loss, damage, or expense caused by or resulting from:

(a)   A loss incurred prior to the Policy Period shown in the Declarations;

(b)   Testing or monitoring to assess the existence, concentration, or effects of **fungus** beyond ninety (90) consecutive calendar days following the date when damaged property is remediated, repaired, rebuilt, or any combination thereof; or

(c)   A claim that has been reported to us in writing after thirty (30) consecutive calendar days from the date that covered loss or damage occurred.

(2)   A covered loss under Fungus Remediation Coverage does not create, nor will it invoke coverage for Debris Removal Coverage, as described above under Item V.D.3. of this Coverage Form, except as provided by Fungus Remediation Coverage.

c.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income**, **extra expense**, and debris removal, is the Limit of Insurance shown in the Declarations applicable to Fungus Remediation Coverage.

3.   Loss Adjustment Expense Coverage

a.   If covered loss or damage occurs under this Coverage Form, then we will pay the necessary loss adjustment expenses you incur that would not have been incurred had there not been a covered loss. Loss adjustment expenses include but are not limited to:

(1)   Extra wages paid to your employees for preparing inventories;

(2)   Expenses incurred to document your **business income** loss or **extra expense** sustained;

(3)   Public Accountant or Certified Public Accountant fees;

(4)  The cost of appraisals;  or

(5)  Other  expenses  incurred  to  obtain  loss data  in  support  your claim  or to complete  your proof of loss.

b.  We will not  pay under Loss Adjustment  Expense  for:

(1)  Any expenses  or fees paid  to legal  counsel,  public adjusters,  insurance  agents  or brokers, property  managers,  consultants,  or any of their  employees,  representatives  or consultants; any of your subsidiaries  or affiliates;  or

(2)  Costs  you  incur to prove  if a loss  is a covered  loss under  this Policy.

c.  The most  we will pay under this Extension  of Coverage  in any one occurrence  or **loss event** is the Limit of Insurance  shown  in the Declarations  applicable  to Loss Adjustment  Expense.

4.  Newly  Acquired  Location  Coverage

a.  (1)  We will pay  for direct  physical  loss or damage  to **Property Insured** caused  by or resulting from a **covered cause of loss** occurring  at a newly  acquired  location  not  specifically  described in  the Declarations.

(2)  If the Declarations  show a Limit of Insurance  for Business  Income  and Extra  Expense Coverage,  then we will pay for the actual loss of **business income** and necessary  **extra expense** you sustain  due to the necessary  **suspension** of **operations** during  the **period of restoration**. The **suspension** must be due to direct physical loss or damage to property  at a newly acquired location  not  specifically  described  in the Declarations  caused by or resulting  from a **covered cause of loss**.

b.  (1)  For  each  newly  acquired  location,  Newly  Acquired  Location  Coverage  ends  one  hundred and twenty (120) consecutive  calendar  days from the date you acquire  the location,  on the date you report  the values  of the property  to us, or on the date this Policy  expires,  whichever occurs  first.

(2)  When  you report  the values  of the property  to us, you will owe us additional  premium  from the date of acquisition  or the date construction  begins.

c.  We will not  pay under Newly  Acquired  Location  Coverage  for:

(1)  Any loss or damage  to:

(a)  **Property Insured** while  in **transit**;

(b)  **Buildings while in the course of construction** for which  separate  insurance  coverage  has been  obtained  and such separate  insurance  covers your interest;

(c)  Property  acquired  through  any foreclosure  process  that you have initiated;  or

(2)  Any loss, damage,  or expense  caused  by or resulting  from **earth movement** or **flood**, even  if such causes  of loss are insured  by endorsement  to this Policy.

d.  The  most  we will pay under this Extension  of Coverage  in any one occurrence  or **loss event** including **business income** and **extra expense** is the Limit of Insurance  shown  in the Declarations applicable  to Newly  Acquired  Location  Coverage.

5.  Ordinance  or Law Coverage

a.  We will pay under Ordinance  or Law Coverage  A through  E described  below if:

(1) **Property Insured** at a **location** sustains direct physical loss or damage caused by or resulting from a **covered cause of loss**; and

(2) Such covered loss or damage results in the enforcement of a covered **ordinance or law**.

b.  Coverage A - Loss of Value

(1) Loss in Value to the Undamaged Portion of Property Insured

We will pay under Coverage A for the loss in **value** to the undamaged portion of **Property Insured** that is a consequence of the enforcement of an **ordinance or law** which requires the demolition of undamaged parts of such **Property Insured**

(2) Loss in Value of Non-conforming Property

(a) We will pay under Coverage A for the loss in value of **non-conforming property**, a portion of which is not repaired or rebuilt as a consequence of the enforcement of any **ordinance or law** that does not permit the repair or rebuilding of **non-conforming property**.

(b) If the enforcement of an **ordinance or law** does not permit you to repair or rebuild **Property Insured** to the same height, floor area, number of units, leasable square footage, occupancy, or style that existed immediately preceding covered loss, then Replacement Cost Item VI.A.2.b.(2) will not prohibit coverage for the loss in **value** of the portion of **Property Insured** that is not rebuilt which is provided by Ordinance or Law Coverage A.

c.  Coverage B - Demolition Cost:  We will pay under Coverage B for the amount you actually spend to demolish and clear the site of undamaged parts of **Property Insured** caused by the enforcement of an **ordinance or law** at a **location**.

d.  Coverage C - Increased Cost of Construction:  We will pay the necessary increased costs to repair or rebuild **Property Insured** caused by the enforcement of an **ordinance or law**.

e.  Coverage D - Increased Period of Restoration:

(1) If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay under Coverage D for the actual loss of **business income** and necessary **extra expense** you sustain during the increased **period of restoration**.

(2) With respect only to insurance provided under Coverage D, the **period of restoration** includes any increased period of time beyond the **period of restoration** required to demolish, repair, or rebuild **Property Insured** in order to comply with the minimum standards of any **ordinance or law** in force at the time of loss.  The expiration date of this Policy will not cut short the increased **period of restoration**.

f.  Coverage E - Loss of Business Income from Non-Conforming Property

(1) If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay under Coverage E for the actual loss of **business income** and necessary **extra expense** you sustain beyond the **period of restoration** due to the reduction in leasable square footage caused by or resulting from the inability to repair or rebuild a portion of **non-conforming property** at a **location** due to the enforcement of an **ordinance or law**.

(2) We will not pay under Coverage E for the same **business income** loss or **extra expense** incurred that is payable under Coverage D - Increased Period of Restoration.

(3)   The expiration date of this Policy will not cut short the duration of the coverage provided by this Extension of Coverage.

g.   We will not pay under Ordinance or Law Coverage A through E for any loss, damage, or expense caused by or resulting from:

(1)   Compliance with any recommended actions or standards that exceed the actual minimum requirements of a covered **ordinance or law**.

(2)   The enforcement of any **ordinance or law** which requires:

(a)   The demolition, repair, rebuilding or remediation of any property due to contamination by **pollutants**; or

(b)   Any insured or others to test for, monitor, mitigate, clean up, remove, contain, treat, remediate, detoxify, neutralize, or in any way respond to, or assess the effects of **pollutants**.

(3)   (a)   The enforcement of any **ordinance or law** that is attributable to an excluded cause of loss. However, if **Property Insured**:

1)   Sustains loss or damage that is covered under this Coverage Form; and

2)   Sustains loss or damage that is excluded under this Coverage Form; and

3)   Such loss or damage results in the enforcement an **ordinance or law**;

then we will pay that portion of such loss under Ordinance or Law Coverage equal to the proportion that the covered loss or damage bears to the total loss or damage sustained, not including costs that are a consequence of the enforcement of any **ordinance or law**.

(b)   If the covered loss or damage, alone, would have resulted in enforcement of the covered **ordinance or law**, then we will pay the full amount of Ordinance or Law Coverage payable under this Extension of Coverage.

(4)   Any **ordinance or law** that you were required to comply with before the loss but you failed to comply.

(5)   The enforcement of any **ordinance or law** which requires alteration, remediation, repair, or rebuilding of any **Property Insured** which has not sustained direct physical loss or damage caused by or resulting from a **covered cause of loss**.

h.   We will not pay under Ordinance or Law Coverage C for any loss, damage, or expense caused by or resulting from increased cost of construction:

(1)   If the **actual cash value** method of valuation applies to **Property Insured**;

(2)   If the repair or rebuilding is not intended for similar height, floor area, number of units, leasable square footage, occupancy, style, and like kind and quality of the original **Property Insured** which existed immediately preceding the covered loss or damage, unless such construction characteristic or occupancy is not permitted by an **ordinance or law**;

(3)   Until the property is actually repaired or rebuilt at the same **location** or another site; or

(4)   Unless the damaged property is repaired or rebuilt as soon as reasonably possible after the loss or damage, not to exceed two years.

i. (1) Coverage A through E:  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of **locations** involved, is the Blanket Limit of Insurance shown in the Declarations applicable to Ordinance or Law Coverage.  However, the most we will pay under this Extension of Coverage in any one occurrence or **loss event** with respect to a **location** that has been assigned a Sublimit of Insurance applicable to Ordinance or Law Coverage is the applicable Sublimit of Insurance shown in the Declarations.

(2) If the Declarations applicable to Ordinance or Law Coverage show a Blanket Limit of Insurance in conjunction with a Sublimit of Insurance, then such sublimit is included within, not in addition to, the corresponding Blanket Limit of Insurance.

(3) Coverage A:  If the Limit of Insurance for Coverage A is shown as "included" or a dollar amount is shown in the Declarations, then Coverage A is included within, not in addition to, the Limit of Insurance shown in the Declarations for **Property Insured**.

(4) Coverage B - Demolition Cost Coverage:  Unless Item V.F.5.i.(6) applies, the most we will pay in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Coverage B.

(5) Coverage C - Increased Cost of Construction Coverage:  Unless Item V.F.5.i.(6) applies, the most we will pay in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Coverage C.

(6) Coverage B and C Blanket:

(a) If a Limit of Insurance is shown in the Declarations for Coverage B and C Blanket, then Items V.F.5.i.(4) and (5) described above do not apply.  Instead, the most we will pay in any one occurrence or **loss event** under Coverage B and C Blanket is the least of:

1) Any combination of covered losses under Coverage B or Coverage C; or

2) The Limit of Insurance shown in the Declarations applicable to Coverage B and C Blanket.

(b) If the Declarations show a Limit of Insurance for Coverage B and C Blanket, in addition to a Limit of Insurance for Coverage B or Coverage C, then only the Coverage B and C Blanket applies.

(7) Coverage D - Increased Period of Restoration:  The most we will pay in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Coverage D - Increased Period of Restoration.

(8) Coverage E - Loss of Business Income from Non-Conforming Property:  The most we will pay in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Coverage E - Loss of Business Income from Non-Conforming Property.

6. Outdoor Trees, Shrubs, Plants, and Lawn Coverage

a. (1) We will pay for direct physical loss or damage to your trees, shrubs, plants, and lawns growing and situated outside of covered **business real property** at a location caused by or resulting from any of the following causes of loss:  Aircraft; explosion; fire; lightning; riot or civil commotion;  smoke; vandalism or malicious mischief; or **vehicles**.

(2) Outdoor Trees, Shrubs, Plants, and Lawn Coverage includes the necessary expense incurred to:

(a)   Trim, remove, replace, replant, or reposition trees, shrubs, plants, or lawns; and

(b)   Cleanup, remove, and dispose of the debris of covered trees, shrubs, plants, and lawns;

anywhere at your location which have suffered covered loss or damage.

(3)   If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to your trees, shrubs, plants, and lawns growing and situated at a location caused by or resulting from a **covered cause of loss** described above in Item V.F.6.a.(1).

b.   We will not pay under Outdoor Trees, Shrubs, Plants, and Lawn Coverage:

(1)   To replace or repair trees, shrubs, plants, or lawns under this Extension of Coverage until such property has been repaired or replaced. However, this restriction does not apply to the cost to remove such property from a location; or

(2)   For any loss, damage, or expense caused by or resulting from:

(a)   Outdoor trees, shrubs, plants, or lawn that you hold for sale; or

(b)   Growing crops.

c.   A covered loss under this Extension of Coverage does not create, nor will it invoke coverage for Debris Removal Coverage, as described above under Section V.D.3. of this Coverage Form, except as provided by Outdoor Trees, Shrubs, Plants, and Lawn Coverage.

d.   (1)   The most we will pay under this Extension of Coverage for any one tree, shrub, plant, or lawn, in any one occurrence or **loss event**, is the Limit of Insurance shown in the Declarations applicable to Any One Tree, Shrub, Plant, or Lawn shown under Outdoor Trees, Shrubs, Plants, and Lawn Coverage.

(2)   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, including **business income**, **extra expense**, and debris removal, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Outdoor Trees, Shrubs, Plants, and Lawn Coverage.

7.   Pollutant Cleanup Coverage

a.   (1)   We will pay the necessary expense you incur to cleanup, remove, extract, and dispose of **pollutants** from land, water, or air, at a **location**, if the discharge, dispersal, seepage, migration, release, or escape of such **pollutants** is the result of direct physical loss or damage to **Property Insured** caused by or resulting from a **covered cause of loss** during the Policy Period at a **location**.

(2)   (a)   If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain during the increased **period of restoration** due to the cleanup, removal, extraction, and disposal of **pollutants**.

(b)   Such increased **period of restoration** caused by a covered loss under Pollutant Cleanup Coverage includes any increased period of time beyond the **period of restoration** required to cleanup, remove, extract, and dispose of **pollutants**.

(c)   The expiration date of this Policy will not cut short the increased **period of restoration**.

    b.   We will not pay under Pollutant Cleanup Coverage for:

       (1)  Any expense caused by or resulting from testing or monitoring to assess the existence, concentration, or effects of **pollutants** beyond ninety (90) consecutive calendar days following the date that **pollutants** have been cleaned up, removed, and extracted from land, water, or air; or

       (2)  A claim that has been reported to us in writing after one hundred and eighty (180) consecutive calendar days from the date that an actual discharge, dispersal, seepage, migration, release, or escape of **pollutants** has occurred.

    c.   (1)  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, including **business income** and **extra expense**, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Pollutant Cleanup Coverage.

       (2)  The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Pollutant Cleanup Coverage.

8.   Trade Show Coverage

    a.   (1)  We will pay for direct physical loss or damage to **Property Insured** caused by or resulting from a **covered cause of loss** while such property is away from a location within the Coverage Territory and located at an exhibition, exposition, fair, or trade show.

       (2)  Trade Show Coverage includes the necessary expense incurred to cleanup, remove, and dispose of the debris of **Property Insured** which is caused by a covered loss.

    b.   If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to **Property Insured** while located at an exhibition, exposition, fair, or trade show not specifically described in the Declarations caused by or resulting from a **covered cause of loss**.

    c.   We will not pay under Trade Show Coverage for any:

       (1)  Loss or damage to **fine arts** or **mobile communication equipment**; or

       (2)  Loss, damage, or expense caused by or resulting from **earth movement** or **flood**, even if such causes of loss are insured by endorsement to this Policy.

    d.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income**, **extra expense**, and debris removal, is the Limit of Insurance shown in the Declarations applicable to Trade Show Coverage.

9.   Transit Coverage

    a.   (1)  Domestic Shipments

          We will pay for direct physical loss or damage to **Property Insured** caused by or resulting from a **covered cause of loss** while in the due course of **transit** by the following modes of transportation anywhere within the Coverage Territory:

         (a)  Your Vehicles: This mode of transportation covers **Property Insured** while being transported by a **vehicle** which you own, lease, rent, or operate; and

(b) Carriers for Hire:  This mode of transportation  covers **Property Insured** while in the care, custody,  or control  of a carrier for hire including any **vehicle**, rail, or licensed air transportation   delivery service.

(2) International   Air Shipments

We will pay for direct physical loss or damage to **Property Insured** caused by or resulting from a **covered cause of loss** while in the care, custody,  or control  of a licensed air transportation   delivery service and being shipped:

(a) By you from any location  within the Coverage Territory to anywhere  in the world; and

(b) To you from anywhere  in the world to any location  within the Coverage Territory.

Coverage  applies  from the delivery of **Property Insured** at the point  of origin shown  in the air waybill until it is discharged  at the destination  shown  in the air waybill.

(3) Transit  Coverage  includes  loss or damage to such property  caused  by or resulting from:

(a) **Loading** and **unloading** of **Property Insured** from a transporting   conveyance  provided such loss or damage  is caused or results  from a **covered cause of loss**;

(b) Your interest  in property  shipped  Free on Board (F.O.B.)   after the title of a shipment passes to the consignee;

(c) Your interest  in property  shipments  which have been refused by the consignee,  ending the earlier of:

1) Fifteen  (15) consecutive  calendar  days after such property  has been refused;  or

2) The time that the returned  shipment  of property  arrives at a location  that you own, lease, or operate;

(d) Fraud  or deceit  perpetrated  by any person  or persons  who may represent  themselves  to be the proper  party  or parties  to receive or accept goods for shipment;  or

(e) The necessary  additional  expense  you incur to inspect, repackage  and reship Property Insured  which has been damaged  by a **covered cause of loss**.

(4) If the Declarations  show a Limit of Insurance  for Business  Income  and Extra Expense Coverage,  then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain  due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to **Property Insured** while in the due course  of **transit** caused by or resulting from a **covered cause of loss**.

b. We will not pay under Transit Coverage for any loss, damage, or expense caused by or resulting from:

(1) Shipments  by mail from the time **Property Insured** passes into the custody  of a public or private  mail delivery service.

(2) Any waterborne  shipments  except when on a **vehicle** aboard a licensed ferry on an inland waterway.  If property  covered under Transit  Coverage suffers loss or damage while on such **vehicle**, then we will pay for general average and salvage charges that may be assessed against such **vehicle**.

(3) Shipments  covered by ocean marine  or cargo insurance.

(4) Property owned by others while you are acting as a carrier for hire, such as but not limited to a common carrier, contract carrier, broker, or freight forwarder.

(5) Jewelry comprised of precious or semi-precious stones, metals, or alloys; precious or semi-precious stones, metals or alloys; watches or watch movements; furs, fur garments, or garments trimmed with fur; **fine arts**; **money**; **securities**; or **salespersons samples**.

(6) Concealed damage to **Property Insured** or expenses you incur to recalibrate or adjust **Property Insured**, unless there are visible marks on the container or packing material surrounding the damaged item, evidencing that direct physical loss or damage was caused by or resulting from an external **covered cause of loss**.

c.  Expiration or cancellation of this Policy will not interrupt the insurance provided by Transit Coverage until the property being shipped:

(1) Is accepted by or on behalf of the consignee or receiver at the intended destination; or

(2) Arrives at a location that you own, lease, or operate;

but for no longer than 30 days after the date of shipment from the point of origination.

d.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, including **business income** and **extra expense**, regardless of the number of **vehicles**, railroad cars, or aircraft involved, are the Limits of Insurance shown in the Declarations applicable to Transit Coverage.

10.  Unintentional Property Errors and Omissions Coverage

a.  We will pay for:

(1) Direct physical loss or damage to property; and

(2) If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the resulting actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**.

b.  We will only pay under Item V.F.10.a. described above if the loss or damage is caused by or results from a **covered cause of loss** which is not payable under this Policy because of an unintentional error or omission at the time of Policy inception in:

(1) Determining or reporting values; or

(2) Describing or including the address of a location to be included as **Property Insured**.

Such error or omission shall not void or impair coverage by this Coverage Form to the extent we would have provided coverage had the unintentional error or omission not been made.

c.  You must report such errors or omissions to us in writing as soon as you discover them and you will pay such additional premium as may be appropriate.

d.  We will not pay under Unintentional Property Errors and Omissions Coverage for any loss, damage, or expense caused by or resulting from **earth movement** or **flood**, even if such causes of loss are insured by endorsement to this Policy.

e.  This coverage does not apply if there is coverage available under Newly Acquired Location Coverage, Unnamed Location Coverage, or any other provision in this Policy.

f.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, including **business income** and **extra expense**, is the Limit of Insurance shown in the Declarations applicable to Unintentional Property Errors and Omissions Coverage.

11.  Unnamed Location Coverage

a.   (1)  If the Declarations show a Limit of Insurance for Business Real Property or Business Personal Property, then we will pay for direct physical loss or damage to such property for which a limit of insurance is shown and is insured under this Coverage Form while situated at a location not specifically described in the Declarations caused by or resulting from a **covered cause of loss**.

(2)  If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to property at a location not specifically described in the Declarations caused by or resulting from a **covered cause of loss**.

b.   We will not pay under Unnamed Location Coverage for:

(1)  Any loss or damage to **Property Insured**:

(a)  Insured under Newly Acquired Location Coverage;

(b)  While at an exhibition, exposition, fair, or trade show;

(c)  While in **transit**;

(d)  Insured under Installation Coverage;

(e)  Insured under Mobile Communication Equipment Coverage;

(f)  That is **mobile equipment**;

(g)  Acquired through any foreclosure process that you have initiated; or

(2)  Any loss, damage, or expense caused by or resulting from **earth movement** or **flood**, even if such causes of loss are insured by endorsement to this Policy.

c.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income** and **extra expense** is the Limit of Insurance shown in the Declarations applicable to Unnamed Location Coverage.

12.  Utility Services Coverage

a.   (1)  We will pay for direct physical loss or damage to **Property Insured** at a **location** caused by the interruption of **utility services**. The interruption of **utility services** must result from direct physical loss or damage by a **covered cause of loss** to **utility services** property not owned by you.

(2)  If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration** caused by the interruption of **utility services**. The interruption of **utility services** and subsequent **suspension** of **operations** must be due to direct physical loss or damage to **utility services** property not owned by you and be caused by or result from a **covered cause of loss**.

    b.   We will not pay under Utility Services Coverage for any loss, damage, or expense caused by or resulting from:

        (1)  An interruption of **utility services** due to direct physical loss or damage to:

            (a)  Satellites; or

            (b)  Any type of **overhead transmission lines and equipment**, unless shown as included in the Declarations; or

        (2)  An interruption of **cloud computing** services.

    c.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income** and **extra expense** is the Limit of Insurance shown in the Declarations applicable to Utility Services Coverage.

## VI. Valuation

  A.  The valuation provisions described below apply to **property damage loss** insured under this Coverage Form:

    1.  a.  Subject to the applicable Limit of Insurance and the valuation provisions described below, if covered loss or damage occurs, then we will either:

        (1)  Pay the **value** of covered property which has sustained loss or damage in exchange for such property; or

        (2)  Repair, rebuild, or replace covered property which has sustained loss or damage with other such property of like kind and quality for the same use or occupancy.

      b.  The cost of repair or replacement under any of the valuation provisions described below does not include the increased cost attributable to the enforcement of any **ordinance or law**.

    2.  Replacement Cost

      a.  If covered loss or damage occurs, then we will determine the **value** of covered property which has sustained loss or damage on a **replacement cost** basis at the time of loss or damage unless:

        (1)  A different valuation basis is shown in the Declarations; or

        (2)  A different valuation method applies under Section VI. Valuation.

      b.  We will not pay more for covered property which has sustained loss or damage than the least of the following dollar amounts:

        (1)  The **replacement cost** of the covered property;

        (2)  The amount you actually spend to repair or replace the covered property; or

        (3)  The Limit of Insurance shown in the Declarations applicable to covered property.

      c.  You may make a claim for loss or damage covered by this insurance on an **actual cash value** basis instead of a **replacement cost** basis. In the event you elect to have loss or damage settled on an **actual cash value** basis, you may still make a claim for the additional coverage which **replacement cost** provides if you notify us of your intent to do so within 180 days after the loss or damage and you comply with Item VI.A.2.d. described below.

      d.  We will not pay on a **replacement cost** basis until you actually repair or replace the lost or damaged property. The repair or replacement of damaged property must be made as soon as

reasonably possible, but in no event later than two years after the date that you sustained covered loss or damage.

e.  Until the lost or damaged property is actually repaired or replaced, we will only pay the **value** of such property on an **actual cash value** basis as of the time of the loss or damage.

f.  If there is a total loss to a building that is **business real property**, then you may voluntarily elect to purchase another existing building or rebuild on another site but we will not pay more than the amount of loss or damage that we would have otherwise paid to rebuild at the current location.

g.  With respect to **tenant's improvements and betterments**:

   (1)  If **tenant's improvements and betterments** have not been repaired or replaced within two years of the covered loss or damage, then we will pay the unamortized portion of your original cost of **tenant's improvements and betterments**.  We will determine the unamortized portion of such cost as follows:

      (a)  Multiply the original cost of **tenant's improvements and betterments** by the number of days from the loss or damage to the expiration of the lease or rental agreement; and

      (b)  Divide the amount determined above in Item VI.A.2.g.(1)(a) by the number of days from the installation of **tenant's improvements and betterments** to the expiration of the lease or rental agreement.

   (2)  If your lease or rental agreement contains a renewal option, then the expiration of the renewal option period will replace the expiration of the lease or rental agreement in this procedure.

   (3)  We will deduct from the total amount of covered loss or damage insured under **tenant's improvements and betterments** any dollar amounts that are paid by others, or covered elsewhere under any other insurance Policy, whether collectible or not.

3.  Actual Cash Value

   a.  If covered loss or damage occurs and the valuation basis for covered property shown in the Declarations is designated as **actual cash value**, then we will determine the **value** of such property which has sustained loss or damage on an **actual cash value** basis at the time of loss or damage.

   b.  We will not pay more for covered property which has sustained loss or damage than the least of the following dollar amounts:

      (1)  The **actual cash value** of the covered property;

      (2)  The amount you actually spend to repair or replace the covered property; or

      (3)  The Limit of Insurance shown in the Declarations applicable to covered property.

   c.  **Actual cash value** valuation applies to covered property regardless of whether such property has sustained partial or total loss or damage and may be significantly less than its **value** on a **replacement cost** basis.

4.  Accounts Receivable

   Subject to the applicable Limit of Insurance shown in the Declarations, if covered loss or damage occurs to **accounts receivable**, then we will determine the **value** of such property at the time of loss or damage as follows:

a. We will **value** accounts receivable at:

   (1) The necessary expenses that you incur to re-establish your records of **accounts receivable**;

   (2) All amounts due from your customers on current accounts that you are unable to collect;

   (3) Interest charges on any loan required to offset amounts you are unable to collect; and

   (4) Collection expenses in excess of your normal collection expenses that directly result from the loss.

b. When a covered loss has occurred but you cannot accurately establish the amount of **accounts receivable** outstanding at the time of the loss, the following method will be used:

   (1) Determine the total of the average monthly amounts of **accounts receivable** for the 12 months immediately preceding the month in which the loss occurs; and

   (2) Adjust that total for any normal fluctuations in the amount of **accounts receivable** for the month(s) in which the loss occurred or for any demonstrated variance from the average for that month.

c. The following will be deducted from the total amount of **accounts receivable**, however that amount is established:

   (1) The amount of any accounts from which there is no loss;

   (2) The amount of any accounts that you are able to establish or collect;

   (3) The amount normally allowed for probable bad debts that you are unable to collect; and

   (4) All unearned interest and service charges.

d. You will pay us the amount of all recoveries you receive for a loss paid by us. Any recoveries in excess of the amount we have paid belong to you.

5. Animals

   If covered loss or damage occurs to an animal, then we will determine the **value** of such animal at the time of loss or damage as follows:

   a. We will not pay more for a covered animal which has sustained loss or damage than the least of the following dollar amounts:

      (1) The cost to purchase a replacement animal of comparable species, age, and quality;

      (2) The amount you actually spend to replace the animal; or

      (3) The applicable Limit of Insurance shown in the Declarations.

   b. We will not pay the cost to replace an animal until you actually replace such animal. The replacement of the animal must be made as soon as reasonably possible, but in no event later than two years after the date that you sustained covered loss or damage.

6. Brands, Labels, and Trademarks

   a. (1) If covered loss or damage occurs to your **stock** or similar **personal property of others** and such damaged property has a brand, label, trademark, or other similar identification, then at your option, we will pay for the cost of removing brands, labels, trademarks, or other similar identification from your **stock**. You may:

(a)  Remove the brand, label, trademark, or other similar identification from the damaged property;

(b)  Re-label or stamp the damaged property as salvage; or

(c)  Dispose of the damaged property in a manner you deem appropriate.

(2)  Under any option described above, the re-labeling or disposal of damaged property must be accomplished in accordance with applicable law or regulations and we will not pay for any further loss or damage during the process of removing, re-labeling, or stamping damaged property.

b.  We will deduct from the amount of loss otherwise payable, the **fair market value** of the salvage which could have been obtained by the sale or other disposition of damaged property through customary insurance industry salvage practices. The salvage value of damaged property will be determined after the removal or relabeling of brands, labels, trademarks, or other similar identification.

c.  Payments under Brand, Label, and Trademark Coverage are included within, not in addition to, the Limits of Insurance for **business personal property** shown in the Declarations.

7.  Fine Arts

If covered loss or damage occurs to **fine arts**, then we will determine the **value** of such property which has sustained loss or damage at the time of loss or damage in the following manner:

a.  Subject to the applicable Limit(s) of Insurance shown in the Declarations, for partial losses we will pay:

(1)  The cost to restore the article to its condition immediately before the loss or damage; or

(2)  If we agree that such restoration cannot fully restore the article to its condition immediately before the loss or damage, then we will pay the difference between the article's **fair market value** immediately before and after the loss or damage. We will pay this amount in addition to the cost incurred in attempting to restore the article.

b.  Subject to the applicable Limit(s) of Insurance shown in the Declarations, for total losses we will pay:

(1)  The **fair market value** of each article of **fine art** that would have applied immediately before the loss or damage if the article of **fine art** is not specifically declared and individually described in the Declarations under the Schedule of Individual **Fine Arts**.

(2)  The Limit of Insurance applicable to the article of **fine art** which is lost or damaged if such article is specifically declared and individually described in the Declarations under the Schedule of Individual **Fine Arts**.

8.  Gold, Silver, and Platinum Commodities

Subject to the applicable Limit of Insurance shown in the Declarations, if covered loss or damage occurs to the following metals or metal salts held as **stock** that are not already incorporated into other **business personal property**, then we will determine the **value** of such property which has sustained loss or damage based upon the applicable closing price at the Chicago Board of Trade on the day the covered loss occurred, less all applicable discounts and un-incurred expenses:

a.  Gold;

b.  Silver; and

c.   Platinum.

9.   Information  Restoration  Cost

a.   If covered loss or damage occurs to the following covered property, then we will determine the **value** of such property  which has sustained loss or damage on an **information restoration cost** basis at the time of loss or damage:

(1)   **Data**  or **software**;

(2)   **Research and development documentation**; and

(3)   **Valuable papers and records**.

b.   We will not pay more for covered property  described above in Item VI.A.9.a.  than the applicable Limit of Insurance  shown  in the Declarations  for:

(1)   **Data, media** or **software**;

(2)   **Research and development documentation**; or

(3)   **Valuable papers and records**.

c.   We will only pay under Information  Restoration  Cost if you actually research, repair, restore, recreate,  and  replace  the  covered  property  described  above in Item VI.A.9.a. as soon as reasonably  possible,  but in no  event later than two  years after the date such covered loss or damage occurs.

10.   Installation  Coverage

If covered  loss or damage  occurs to **business personal property** that you have contracted  to install or erect, then we will determine  the **value** of such property  which has sustained loss or damage at the time of loss or damage as follows:

a.   We will not pay more for covered property  which has sustained loss or damage than the least of the following  dollar amounts:

(1)   The **replacement cost** of covered property  plus your interest in labor, materials,  or services furnished  or arranged by you and other expenses accrued; or

(2)   The amount  you actually spend to repair or replace the covered property;  or

(3)   The Limit of Insurance  shown in the Declarations  applicable to Installation  Coverage.

b.   You may make a claim for loss or damage covered by this insurance  on an **actual cash value** basis instead of a **replacement cost** basis.  In the event you elect to have loss or damage settled on an **actual cash value** basis, you may still make a claim for the additional  coverage which **replacement cost** provides  if you notify us of your intent to do so within 180 days after the occurrence  of covered loss or damage and you comply with Item VI.A.10.c.  below.

c.   We will not pay under Installation  Coverage until you actually repair or replace the lost or damaged property.  The repair or replacement of damaged property  must be made as soon as reasonably  possible,  but in no event later than two years after the date that you sustained covered loss or damage.

d.   Until the lost or damaged  property  is actually repaired or replaced, we will only pay the **value** of such property  on an **actual cash value** basis as of the time of the loss or damage.

11.  Operational Replacement Cost

    a.  If covered loss or damage occurs to the following covered property, then we will determine the **value** of such property which has sustained loss or damage on an **operational replacement cost** basis at the time of loss or damage:

        (1)  **Electronic Data Processing Equipment**;

        (2)  Keys, Locks, and Security Systems; and

        (3)  **Media**.

    b.  We will not pay more for covered property described above in Item VI.A.11.a. which has sustained loss or damage than the least of the following dollar amounts:

        (1)  The **operational replacement cost** of covered property;

        (2)  The amount you actually spend to repair or replace covered property; or

        (3)  The Limit of Insurance shown in the Declarations applicable to covered property.

    c.  You may make a claim for loss or damage covered by this insurance on an **actual cash value** basis instead of a **operational replacement cost** basis. In the event you elect to have loss or damage settled on an **actual cash value** basis, you may still make a claim for the additional coverage which **operational replacement cost** provides if you notify us of your intent to do so within 180 days after the loss or damage and you comply with Item VI.A.11.d. below.

    d.  We will not pay on an **operational replacement cost** basis until you actually repair or replace the lost or damaged property. The repair or replacement of damaged property must be made as soon as reasonably possible, but in no event later than two years after the date that you sustained covered loss or damage.

    e.  Until the lost or damaged property is actually repaired or replaced, we will only pay the **value** of such property on an **actual cash value** basis as of the time of the loss or damage.

12.  Ordinance or Law Coverage

    a.  Coverage A: The **value** of Coverage A will be determined at the least of the following dollar amounts described in (1) through (3) below:

        (1)  (a)  If the **replacement cost** valuation applies and the property is repaired or rebuilt at the same **location** or another site, then we will pay the **replacement cost** amount it would actually cost you to rebuild:

            1)  The undamaged portion of **Property Insured** that the **ordinance or law** requires you to demolish; or

            2)  The portion of **nonconforming property** that the **ordinance or law** does not permit you to repair or rebuild.

        (b)  If the **replacement cost** valuation applies and the property is not repaired or rebuilt, or if the **replacement cost** valuation does not apply, then the **actual cash value** provisions of this Coverage Form apply and we will pay the **actual cash value** of:

            1)  The undamaged portion of **Property Insured** that the **ordinance or law** requires you to demolish; or

2)   The portion  of **nonconforming property** that  the  **ordinance or law** does not permit you  to  repair  or rebuild.

(c)   In determining  either  the  **replacement cost**  or  the  **actual cash value**  amount,  the  **value** of Ordinance  or Law Coverage A will be determined  at the  **location**  and will be based upon  the  same height,  floor  area, number  of units,  leasable  square  footage,  occupancy, style,  and  like kind  and  quality  of the  original  **Property Insured** which  existed immediately  preceding  the  covered  loss.

(2)   The  remaining  applicable  Limit  of  Insurance  for  **Property Insured**  shown  in  the Declarations,  after payment  of the  covered  direct physical loss or damage using the valuation method  indicated  in the  Declarations.

(3)   The  Limit  of Insurance  or Sublimit  of Insurance,  whichever  is less,  shown  in  the Declarations  applicable  to  Ordinance  or  Law - Coverage A.

b.   Coverage  B:  The  **value**  of Coverage  B  will  be  determined  at  the  least  of  the  following  dollar amounts  described  below:

(1)   The  amount  you  actually  spend  to  demolish  and  clear  the  **location**  of undamaged  parts  of **Property Insured** caused  by  the  enforcement  of an  **ordinance or law**.

(2)   The  Limit  of  Insurance  or  Sublimit  of  Insurance,  whichever  is  less,  shown  in  the Declarations  applicable  to Ordinance  or Law Coverage B.

c.   Coverage  C:  The  **value**  of Coverage  C  will  be  determined  at  the  least  of  the  following  dollar amounts  described  below:

(1)   (a)   The  **replacement cost**  amount  to  repair  or  rebuild  damaged  or  undamaged  portions  of **Property Insured**, whether  or  not  demolition  is required,  at  the  same  **location**  if:

1)   **Property Insured** is repaired  or rebuilt  at the  same  **location**; or

2)   The  **ordinance or law** allows you to  repair or rebuild at the same  **location**, but you elect to  rebuild  **Property Insured** at another  site  or move  **Property Insured** to another  site.

(b)   The  **replacement cost**  amount  to repair  or rebuild at a new site, but only if the **ordinance or law** will not  allow you  to repair  or rebuild  at the same  **location**.

(2)   The  amount  you  actually  spend  to  repair  or  rebuild  **Property Insured**  which  has  sustained loss  or damage.

(3)   The  Limit  of  Insurance  or  Sublimit  of  Insurance,  whichever  is  less,  shown  in  the Declarations  applicable  to Ordinance  or Law - Coverage C.

13.   Personal  Property  of Others

If covered  loss  or damage  occurs  to  **personal property of others**,  then  we will determine  the  **value** of such  property  which  has sustained  loss or damage using the applicable valuation provisions, but we will not  pay more than  the amount  for which you are legally liable, or the applicable Limit of Insurance,  whichever  is less.

14.   Stock

Subject  to  the  applicable  Limit  of Insurance  shown  in the  Declarations,  if covered  loss  or damage occurs  to  **stock**,  then  we will determine  the  **value** of such property  which  has sustained loss or damage at the  time  of loss  or damage  as follows:

a. The **value** of the following types of **stock** will be determined on a **replacement cost** basis:

(1) Supplies or raw materials; and

(2) **Stock** that you have purchased from others for resale.

b. The **value** of **stock** that is work-in-process will be determined at the cost of raw materials, supplies, labor, and overhead incurred.

c. The **value** of **finished stock** will be determined at your selling price less all applicable discounts and un-incurred expenses.

d. The **value** of **stock** that has been sold but not delivered will be determined at your selling price less all applicable discounts and un-incurred expenses.

e. The **value** of **stock** that is economically or technologically obsolete or used will be determined at its wholesale **fair market value** at the time of the loss or damage.

15. Transit Coverage

Subject to the applicable Limit of Insurance shown in the Declarations, if covered loss or damage occurs to **Property Insured** which is in **transit**, then we will determine the **value** of such property which has sustained loss or damage at the time of the loss or damage as follows:

a. The **value** of **Property Insured** which is in **transit** will be determined at the dollar amount stated on the invoice plus any additional expenses that have accrued and been incurred, less all applicable discounts and un-incurred expenses.

b. The **value** of **Property Insured** which is in **transit** but not under invoice will be determined in accordance with the applicable valuation method for the type of property described under Section VI. Valuation plus any additional expenses that have accrued and been incurred, less all applicable discounts and un-incurred expenses.

B. The valuation provisions described below apply to **time element loss** insured under this Coverage Form:

1. In making any determination of **business income** loss or the amount of **extra expense** incurred, we may utilize any relevant sources of information, including your:

a. Balance sheets, income statements, general ledgers, payroll records, and other financial records which have been prepared in accordance with generally acceptable accounting principles;

b. Bank statements;

c. Accounting procedures;

d. Budgeting, forecasting, and marketing records;

e. Bills, invoices, bill of materials, and other vouchers;

f. Deeds, liens, or contracts, including contracts with customers (verified through confirmations).

If your financial records are not prepared in accordance with generally acceptable accounting principles, then additional accounting procedures may be required.

2. Business Income Coverage:

a. The amount of covered **business income** loss will be determined based on:

(1) The net profit or loss before income taxes of your **operations** before covered loss or damage occurred;

(2) The likely net profit or loss before income taxes of your **operations** if no covered loss or damage occurred, not including any **business income** that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the **covered cause of loss** on customers or on other businesses; and

(3) The continuing normal operating expenses, including your continuing normal payroll expenses, necessary to resume your **operations** with the same quality of service that existed just before the covered direct physical loss or damage.  Continuing expenses will be calculated based on the:

    (a) **Period of restoration**; or

    (b) Period of time provided for **business income** as described above under Extension of Coverage - Item V.E.6.a.(1);

    whichever is applicable.

b. The amount of payroll expense covered when determining the amount of a **business income** loss will be determined based on the following:

(1) If your **ordinary payroll expense** is not shown in the Declarations as limited or excluded, then your **ordinary payroll expense** is covered and your **ordinary payroll expense** will be included when determining your **business income** loss.

(2) (a) If your **ordinary payroll expense** is shown in the Declarations as limited, then **business income** includes your **ordinary payroll expense** but for only the number of days stated in the Declarations when determining your **business income** loss.  The number of days need not be consecutive but must fall within:

    1) The **period of restoration**; or,

    2) The period of time provided for **business income** as described above under Extension of Coverage - Item V.E.6.a.(1);

    (b) In determining the annual operating expenses for Coinsurance purposes, payroll expenses will only include the **ordinary payroll expense** incurred during the number of days shown in the Declarations.  If the **ordinary payroll expense** varies during the Policy year, then the period of greatest **ordinary payroll expense** will be used.

(3) If your **ordinary payroll expense** is shown in the Declarations as excluded, then your entire **ordinary payroll expense** will be deducted when determining your **business income** loss.

c. If you are operating at a net loss, then continuing normal operating expenses will be offset by the net loss.

3. Extra Expense Coverage:

The amount of covered **extra expense** incurred will be determined based on necessary expenses that:

a. Exceed your normal operating expenses that would have been incurred by your **operations**, had no covered loss or damage occurred, during the following periods of time:

(1) The **period of restoration**; or

(2)   The period of time provided for **extra expense** as described above under Extension of Coverage - Item V.E.6.a.(2).

b.   Reduce the **business income** loss that otherwise would have been incurred.

c.   We will deduct from the total of such expenses:

(1)   The salvage value that remains of any property bought for temporary use during the **period of restoration** once your **operations** are resumed; and

(2)   Any **extra expense** that is paid for by other insurance.

4.   Resumption of Your Business Operations

a.   We will reduce the amount of your **business income** loss, other than **extra expense**, to the extent you can resume your **operations**, in whole or in part, by using damaged or undamaged property (including merchandise or **stock**) at the **location** or elsewhere.

b.   We will reduce the amount of your **extra expense** to the extent you can return your **operations** to normal and discontinue such **extra expense**.

c.   If you do not resume all or part of your **operations**, or do not resume all or part of your **operations** as quickly as possible, then we will pay based on the length of time it would have taken to resume your **operations** as quickly as possible.

5.   In no event or circumstance will the loss computation result in payments greater than the actual loss sustained or the applicable Limit of Insurance, whichever is less.

VII. Mortgage Holders or Loss Payee Provisions

A.   Lender's Loss Payable Provisions

1.   The Loss Payee shown in the Declarations is a creditor, mortgage holder, trustee, or receiver whose interest in covered property is established by the following written instruments:

a.   Warehouse receipts;

b.   A contract for deed;

c.   Bills of lading;

d.   Financing statements;

e.   Mortgages, deeds of trust, or security agreements; or

f.   Court order.

2.   If a covered loss occurs to covered property in which both you and a Loss Payee have an insurable interest, and such Loss Payee is described in the Declarations as a Lenders Loss Payable prior to such covered loss, then:

a.   We will pay for covered loss or damage to each Loss Payee shown in the Declarations in their order of precedence, as interests may appear.

b.   The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the covered property.

c.   If we deny your claim because of your acts or because you have failed to comply with the terms of this Policy, then the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(1)   Pays any premium due under this Policy at our request if you have failed to do so;

(2)   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3)   Has notified us of any change in ownership, occupancy, or substantial change in risk known to the Loss Payee.

All of the terms of this Policy will then apply directly to the Loss Payee.

d.   If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Policy, then:

(1)   The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(2)   The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3.   If we cancel or elect not to renew this Policy, then we will give the Loss Payee the same written notice that we give you.

B.   Loss Payable Provisions

If a covered loss occurs to covered property which both you and a Loss Payee have an insurable interest and such Loss Payee is described in the Declarations as a Loss Payable prior to such covered loss, then we will:

1.   Adjust losses with you; and

2.   Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

C.   Contract of Sale Provisions

1.   The Loss Payee is described in the Declarations as a Contract of Sale and is a person or organization you have entered a contract with for the sale of covered property.

2.   If a covered loss occurs to covered property in which both you and the Loss Payee have an insurable interest, and such Loss Payee is described in the Declarations prior to such covered loss, then we will:

a.   Adjust losses with you; and

b.   Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3.   The following is added to the Other Insurance Clause contained in Section XIII. General Conditions:

For covered property that is the subject of a contract of sale, the word you includes such Loss Payee.

VIII.  Coverage  Options

Val-U-Gard   Coverage

If the Declarations  indicate that Val-U-Gard  Coverage applies to **Property Insured**, then at the time of covered loss or damage, the Limit of Insurance  for such **Property Insured** will automatically  increase by the percentage shown in the Declarations  applicable to Val-U-Gard  Coverage.  The amount  of increase will be determined  as follows:

Step 1: Multiply  the Limit of Insurance  that applied at the time of covered loss or damage by the Val-U-Gard percentage  shown in the Declarations,  expressed as a decimal (Example:  5%  =  .05).

Step 2: Multiply  the result of Step 1 by the number  of days since such Limit of Insurance  most recently became effective.

Step 3: Divide  the result of Step 2 by 365 to determine  the amount  of inflationary  increase in the Limit of Insurance  applicable  to **Property Insured**.

IX.  Limitations  of Coverage

A.   Coverage  for Animals

    1.   a.   We will pay for direct physical loss or damage to the following covered animals caused by or resulting  from  a **covered cause of loss**:

        (1)   Owned  by others while in your care, custody,  or control;  or

        (2)   You  sell as **stock**;

      b.   Coverage  includes  the following  necessary  expenses you incur which are directly attributable  to a covered  loss under  Coverage  for Animals:

        (1)   The expense of transporting  the covered animal  to a licensed veterinarian;

        (2)   The expense  of veterinarian  services in order to provide  medical  treatment  to an injured animal;  and

        (3)   The humane  destruction  of covered animals if necessary.  Humane  destruction  means the necessary  euthanasia  of an animal by a licensed veterinarian when such animal  suffers an injury that  is so excessive that  immediate  destruction  is necessary  for humane  reasons.

    2.   We will not pay under  Coverage for Animals for any loss, damage,  or expense caused by or resulting from any treatment  or process, or the rendering  or failure to render any professional  services.

B.   Damage From  Water or Other  Liquid - Tear Out  and Repair

If a covered loss is caused by or results from the escape of water or other liquid, including molten material, we will not pay for the cost to repair or replace the defective system or appliance  from which such substances  escaped.  However, subject to the applicable  limit of insurance,  we will pay for the cost to:

    1.   Tear out and replace parts of **Property Insured**, whether  or not such property  is damaged, in order to repair  covered loss or damage; and

    2.   Repair  or replace  damaged  parts of **fire protection equipment**  if such covered  loss is caused  by or results  from the discharge  of any substance  from such **fire protection equipment**.

C.   Expenses to Reduce a Business Income Loss

If a covered **business income** loss is sustained under this Coverage Form, then we will pay the necessary expenses you incur, except the cost of extinguishing a fire, to reduce or avoid further **business income** loss, but only to the extent they do not exceed the amount of **business income** loss that would otherwise have been paid.

X.   Deductibles

A.   Property Damage Loss

We will not pay for a **property damage loss** in any one occurrence or **loss event** until the amount of such **property damage loss** exceeds the Dollar Deductible Amount shown in the Declarations.   Subject to Section XI. Limits of Insurance, we will then pay the amount of such **property damage loss** in excess of the deductible.

B.   Time Element Loss

1.   We will not pay for a **time element loss** in any one occurrence or **loss event** until the amount of such **time element loss** exceeds the deductible shown in the Declarations.   Subject to Section XI. Limits of Insurance, we will then pay the amount of such **time element loss** in excess of the deductible.

2.   How Your Business Income Deductible(s) will be Determined

a.   If the deductible stated in the Declarations is a Dollar Deductible Amount, then the stated dollar amount is the sum we will subtract from a **time element loss** in any one occurrence or **loss event**.

b.   If the deductible stated in the Declarations is an Hour Deductible, then we will not pay for any **time element loss** you sustain during the specified number of consecutive hours immediately following the occurrence of covered loss or damage.   However, if a Minimum Deductible Amount is stated in the Declarations, then we will subtract at least the Minimum Deductible Amount from the **time element loss** you sustain in any one occurrence or **loss event**.

C.   The following deductible provisions apply to Section V. Extensions of Coverage:

1.   If the Declarations specify that a single deductible applies to **business real property** and **business personal property**, then such deductible applies to all **property damage loss** insured under Section V. Extensions of Coverage unless a specific deductible is shown in the Declarations.

2.   If the Declarations specify that different deductibles apply to **business real property** and **business personal property** then:

a.   The deductible described in the Declarations for **business real property** applies to all **property damage loss** insured under Newly Acquired Property Coverage and Unnamed Location Coverage; and

b.   The deductible described in the Declarations for **business personal property** applies to all **property damage loss** insured under other Extensions of Coverage;

unless a specific deductible is shown in the Declarations applicable to a specified Extension of Coverage.

3.   If the Declarations specify that a deductible applies to **time element loss**, then such deductible applies to a **time element loss** insured under Section V. Extensions of Coverage, unless a specific deductible is shown in the Declarations applicable to a specified Extension of Coverage.

4.  If the Declarations specify that different deductibles apply to a **property damage loss** and a **time element loss**, and a **property damage loss** and a **time element loss** are insured under a single coverage provided under Section V. Extensions of Coverage, then deductibles will be applied as described below under Item X.D. of this Coverage Form.

D.  When Multiple Deductibles Apply

If more than one deductible is applicable to a covered loss insured under this Coverage Form or the Commercial Property Coverage Section, then we will only apply the single highest deductible that is applicable. However, if deductibles are shown in the Declarations for a **property damage loss** and a **time element loss**, then each deductible will be subtracted from the applicable **property damage loss** and the applicable **time element loss** in any one occurrence or **loss event**.

E.  Extra Expense or Expediting Expense Coverage

The deductibles stated in the Declarations do not apply to Extra Expense Coverage or Expediting Expense Coverage.

XI.  Limits of Insurance

A.  The most we will pay for covered loss, damage, or expense in any one occurrence or **loss event** is the applicable Limit of Insurance or Sublimit of Insurance, whichever is less, shown in:

1.  The Declarations of this Coverage Form;

2.  The provisions within this Coverage Form; or

3.  Any endorsement attached to this Coverage Form which comprises a part of the Commercial Property Coverage Section.

B.  Payments under any Sublimit of Insurance shown in the Declarations are included within, not in addition to, any Limit of Insurance provided by this Coverage Form.

C.  Insurance is only provided for those coverages for which:

1.  An entry is shown by an X on the applicable line in the Declarations; and

2.  A dollar amount is shown as a Limit of Insurance or Sublimit of Insurance in the Declarations.

D.  If a coverage shown in the Declarations does not show a corresponding Limit of Insurance, then no insurance is provided for such coverage.

E.  If "0", "N/A", or "not covered" appears as a Limit of Insurance in the Declarations for a described coverage, then no insurance is provided for such described coverage.

F.  If the term "included" appears as a Limit of Insurance in the Declarations for a described coverage, then the Limit of Insurance for such coverage is included within, not in addition to, the applicable Limit of Insurance shown in the Declarations for Business Real Property, Business Personal Property, or Business Income and Extra Expense.

XII.  Loss Conditions

A.  Abandonment

There can be no abandonment of any property to us.

B.  Appraisal

1.  If we and you disagree on the **value** of the property, the amount of net income (net profit or loss before income taxes), the amount of operating expenses, or the amount of loss, then either party may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, then either party may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the applicable **value** of such property, the amount of such net income (net profit or loss before income taxes), the amount of such operating expenses, or the amount of such loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two parties will be binding. Each party will:

   a.  Pay its chosen appraiser; and

   b.  Bear the other expenses of the appraisal and umpire equally.

2.  If there is an appraisal, we will still retain our right to deny the claim.

C.  Duties In The Event Of Loss Or Damage

1.  In the event of covered loss or damage you must see that the following are done:

   a.  Notify the police if a law may have been broken.

   b.  Give us prompt notice of the loss or damage. Include a description of the property involved.

   c.  Give us a description of how, when, and where loss or damage occurred as soon as possible.

   d.  Take all reasonable steps to protect the covered property from further damage and, if feasible, set the damaged property aside and in the best possible order for examination. We will not pay for any subsequent loss or damage that is caused by or results from your failure to take such steps.

   e.  Keep a record of your necessary expenses that you incurred:

      (1)  To protect covered property from further damage; and

      (2)  For emergency and temporary repairs;

      for consideration in the settlement of the claim. Such expenses incurred, if covered, will not increase the Limit of Insurance.

   f.  At our request, give us complete inventory of the damaged and undamaged property. Include quantities, costs, values, and amount of loss claimed.

   g.  As often as may be reasonably be required, permit us to:

      (1)  Inspect your property in order to prove the loss or damage;

      (2)  Take samples of damaged and undamaged property for inspection, testing, and analysis; and

      (3)  Examine your books and records and make copies of such books and records.

   h.  Send us a signed, sworn statement of loss containing the information we request to investigate the claim. We will supply the necessary forms. You must complete such forms within ninety (90) consecutive calendar days of our request.

   i.  Cooperate with us in the investigation or settlement of the claim.

2.  We may examine under oath:

    a.   You, your partners, or **members**;

    b.   **Managers**, officers, directors, trustees, or employees (including leased employees);

    c.   Authorized representatives, or anyone to whom you entrust property for any purpose;

while not in the presence of other such persons (other than your legal counsel), and at such times as may reasonably be required, about any matter relating to this Policy or a claim under this Policy, including your books and records. In the event of an examination under oath, the person being examined must verify that their answers are accurately recorded.

3.   The failure of any person, other than:

    a.   You, your partners, or **member** of **your business**;

    b.   A person employed by **your business** as a **manager**, officer, director, or member of your management level staff; or

    c.   A trustee or other person with legal authority over **your business**;

to notify us of any loss or damage that may be covered under this Coverage Form, shall not invalidate the insurance afforded by this Policy.

D.   Loss Payment

1.   Within 30 days of receiving the properly executed, sworn statement of loss, we will give you notice that:

    a.   Your claim is denied;

    b.   Your claim will be paid; or

    c.   We need more time to determine whether your claim will be denied or paid;

in whole or in part.

2.   If your claim is denied, then such notice will be in writing and will state any applicable Policy provision, condition, or exclusion used as the basis for the denial.

3.   For that portion of the loss or damage that is covered under this Coverage Form, we will pay your claim within 30 days of receiving the properly executed sworn statement of loss, if:

    a.   You have complied with all of the terms and conditions of the Policy; and

    b.   We have reached agreement with you on the amount of loss or an appraisal award has been made.

However, we will not pay you more than your financial interest in lost or damaged property.

4.   If more time is needed to determine whether your claim should be denied or paid, then we will notify you in writing and state why more time is needed.

5.   We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, then such payments will satisfy your claims against us for the owners' property.

E.  Pair  or  Set

If a covered  loss  occurs  to  your  covered  property  that  is part  of a pair  or set, then  we will  only  pay  for  a reasonable  and  fair  proportion  of the  total  value  of the  pair  or set.  We will  not  pay  on  the  basis  of a loss to  the  entire  pair  or set.

F.  Recovered  Property

1.  If either  you  or we recover  any property  after  loss settlement,  that  party  must  give  the  other  prompt notice.  At  your  option,  the  property  will  be returned  to  you.  If the recovered  property  is returned to you, then  you must  return  to us the amount  of the claim we paid to you for the property.

2.  Subject  to the Limit  of Insurance  described  in the Declarations:

a.  We will  pay  recovery  expenses  and  the  expenses  to repair  the  recovered  property;  and

b.  If the  recovered  property  is damaged  and  we agree  that  it cannot  be restored,  but  you  wish  to keep  the  damaged  property,  then  you  will  pay  us the  property's  **fair market value** immediately after  the  recovery,  but  not  more  than  the  amount  of the  claim  we paid  you  for  the  property.

XIII.  General  Conditions

A.  Authorization  and  Notices

You  agree  that  the  first  Named  Insured  shown  in the  Declarations  shall  act  on  behalf  of all other  Named Insureds.  All correspondence  concerning  the  Commercial  Property  Coverage  Section  of this  Policy  will take  place  between  the  first  Named  Insured  and  us.  Notice  sent  to the  first  Named  Insured  at the  address of such  first  Named  Insured  stated  in the  Declarations  shall  also  constitute  notice  to all Named  Insureds.

B.  Calculation  of Premium

The  premium  shown  in the  Declarations  was  computed  based  on rates  in effect  at the  time  the  Policy  was issued.  On  each  renewal,  continuation,  or anniversary  of the  effective  date  of this  Policy,  we will  compute the  premium  in accordance  with  our  rates  and  rules  then  in effect.

C.  Cancellation  and  Nonrenewal

1.  Cancellation

a.  The  first  Named  Insured  in the  Declarations  may  cancel  this  Policy  by mailing  or delivering  to us advance  written  notice  of cancellation.  The  Policy  will  end  on  the  effective  date  requested.

b.  We may  cancel  this  Policy  by mailing  by first  class  mail  or delivering  to the  first  Named  Insured and  to  the  agent  or  broker  of record,  at the  address  shown  in the  Declarations,  written  notice  of cancellation  stating  the  reason  for  cancellation  at least:

(1)  Ten  (10)  consecutive  calendar  days  before  the  effective  date  of cancellation  if we cancel  for nonpayment  of premium;  or

(2)  Thirty  (30)  consecutive  calendar  days  before  the  effective  date  of cancellation  if we cancel  for any  other  reason.

c.  Notice  of cancellation  will  state  the  effective  date  of cancellation.  The  Policy  Period  will  end  on that  date.

d.  If this  Policy  is canceled,  then  we will  send  the  first  Named  Insured  any  premium  refund  due. If we cancel,  then  the  refund  will  be pro  rata.  If the  first  Named  Insured  cancels,  then  the  refund

may be less than pro rata but no less than the amount determined by our rules in effect at the time. The cancellation will be effective even if we have not made or offered a refund.

   e.   If notice is mailed, then proof of mailing will be sufficient proof of notice.

2.   Nonrenewal

   a.   We are not required to renew this Policy when it expires.

   b.   If we elect not to renew this Policy, then we will mail by first class or deliver to the first Named Insured and the agent or broker of record, at their address shown in the Declarations, written notice stating the reason for nonrenewal, at least sixty (60) consecutive calendar days but not more than one hundred and twenty (120) consecutive calendar days before the effective date of nonrenewal.

   c.   Notice of nonrenewal will state the effective date of nonrenewal. The Policy Period will end on the date of nonrenewal.

   d.   If the notice is mailed, then proof of mailing will be sufficient proof of notice.

D.   Changes

The Policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this Policy with our consent. This Policy's terms can be amended or waived only by endorsement issued by us and made a part of this Policy.

E.   Concealment, Misrepresentation, or Fraud

This Policy is void in any case of fraud by you. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning this Policy, covered property within this Policy, your interest in such covered property, or a claim under this Policy.

F.   Conformity to Statute

Terms of the Coverage Form which are in conflict with the statutes of the state where such Policy is issued are amended to conform to such statutes.

G.   Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance. The breach of any condition of this Policy at any one or more locations will not affect coverage at any one location where, at the time of loss or damage, the breach of condition does not exist.

H.   Coverage Territory

Except as more specifically provided in this Coverage Form or the Commercial Property Coverage Section of this Policy, the coverage provided this Coverage Form and by the Commercial Property Coverage Section of this Policy applies as follows:

1.   Other Than Transit Coverage

   The Coverage Territory, other than for Transit Coverage, is the 48 contiguous States of the United States of America, the State of Alaska, the State of Hawaii, the District of Columbia, Puerto Rico, territories and possessions of the United States of America, and Canada.

2.   Transit Coverage

The Coverage Territory for Transit Coverage is within and between the 48 contiguous States of the United States of America, the State of Alaska, the State of Hawaii, the District of Columbia, Puerto Rico, territories and possessions of the United States of America, and Canada.

I.   Defense Costs

1.   We may elect to defend any suit against you alleging direct physical loss or damage resulting from a **covered cause of loss** to **personal property of others**, if such **personal property of others** is insured under this Policy.  However, we will not defend you against any suit, or that portion of a suit, for direct physical loss or damage to which this insurance does not apply.

2.   If we elect to defend you, then we will do so at our expense to the extent of your liability, even if such suit is groundless, false, or fraudulent.  We may, without prejudice, make such investigation, negotiation, or settlement of any such claim or suit as we deem expedient.  But:

a.   The most we will pay for a covered loss to **personal property of others** is the applicable Limit of Insurance shown in the Declarations;

b.   Payments for our defense costs are in addition to the applicable Limit of Insurance; and

c.   Our defense of the suit will end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements.

J.   Examination of Your Books and Records

We may examine and audit your books and records as they relate to this Policy at any time during the Policy Period and up to three years afterward.

K.   Inspections and Surveys

1.   We have the right but are not obligated to make inspections and surveys at any time, give you reports on the conditions we find, and recommend changes.

2.   Any such inspections, surveys, reports, or recommendations relate only to insurability and the premiums to be charged.  We do not make safety inspections and we do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  We do not warrant that conditions are safe, healthful, or comply with laws, regulations, codes, or standards.

3.   Items XIII.K.1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports, or recommendations.

4.   Item XIII.K.2. of this condition does not apply to any inspections, surveys, reports or recommendations we make, or any other inspection service or other similar organization may make, relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels, or elevators.

L.   Insurance Under Two or More Coverages

1.   If two or more of this Policy's coverages apply to the same loss, damage, or expense, then we will not pay more than the actual amount of such loss, damage, or expense.

2.   If two or more coverages apply to the same item of property which suffers covered loss or damage under:

     a.   This Coverage Form;

     b.   An Endorsement to this Coverage Form; or

     c.   This Policy;

then the most we will pay for any loss, damage, or expense is the largest single Limit of Insurance shown in the Declarations applicable to such covered property.

3. The applicable Limit of Insurance shown in the Declarations is the most we will pay for loss, damage, or expense under any coverage in this Coverage Form or the Commercial Property Coverage Section regardless of the number of Named Insureds or other interests that have suffered such loss, damage, or expense. Payments made under this Policy will not exceed the actual amount of covered loss, damage, or expense.

M. Legal Action Against Us

No one may bring a legal action against us under this Policy unless:

1. There has been full compliance with all of the terms of this Policy; and

2. The legal action is brought within 2 years after the date upon which the direct physical loss or damage occurred.

N. Liberalization Clause

If we adopt any revision that would broaden the coverage under this Policy without additional premium within 45 days prior to or during the Policy Period, then such broadened coverage will immediately apply to this Policy.

O. No Benefit to Bailee

No person or organization, other than you, having custody of covered property will benefit from this insurance.

P. Other Insurance

1. If you have other insurance subject to the same plan, terms, conditions, and provisions as the insurance provided under this Policy, then we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Policy bears to the total Limits of Insurance for all insurance covering such loss or damage on the same basis.

2. If there is other insurance covering the same covered loss or damage, other than that described above in XIII.P.1., then subject to the deductible shown in the Declarations, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. Our payment for any covered loss or damage is subject to the terms and conditions of this Policy and the applicable Limit of Insurance shown in the Declarations.

Q. Policy Period

Under this Policy we insure covered loss or damage commencing during the Policy Period shown in the Declarations.

R. Premiums

The first Named Insured shown in the Declarations is responsible for the payment of all premiums and will be the payee for any return premiums we pay.

S.   Reinstatement  of Limits  After a Loss

Covered  loss  or damage  sustained  under  this Coverage  Form  shall  not reduce  the Limits  of Insurance
shown  in  the  Declarations,   except  where  an **Annual Aggregate**  Limit  of Insurance  applies.   The
reinstatement  of any exhausted  **Annual Aggregate**  Limit  of Insurance  is not permitted  unless  authorized
by us in writing.

T.   Subrogation

1.   Other  Than  Transit  Coverage

If any person  or organization  to or for whom  we make  payment  under  this Coverage  Form  has rights
to recover  damages  from another,  then those  rights  are transferred  to us to the extent  of our payment.
That person  or organization  must  do everything  necessary  to secure  our rights  and must  do nothing
after loss to impair  them.  But you may  waive  your rights  against  another  party in writing:

a.   Prior  to loss to your covered  property  or covered  income.

b.   After  a loss to your covered  property  or covered  income  only if, at the time of loss, that party  is
one of the following:

(1)   Someone  insured  by this insurance;

(2)   A business  firm owned  or controlled  by you or that owns  or controls  you; or

(3)   Your  tenant.

This  will not restrict  your insurance.

2.   Transit  Coverage

With  respect  to covered  property  under  Transit  Coverage,  you are permitted  to accept  released  value
bills of lading  from carriers  for hire.  You are not permitted  to enter  into any special  agreements  with
carriers  or bailees  releasing  them  from their  common  law or statutory  liability.  We will not be liable
for any loss or damage  which,  without  our written  consent,  has been settled  or compromised  by you.

U.   Trade  or Economic  Sanctions

Whenever  coverage  under  this Policy  would  be in violation  of any U.S.  trade  or economic  sanctions  such
as, but not limited  to, those  sanctions  administered  and enforced  by the U.S. Treasury  Department's  Office
of Foreign  Assets  Control  ("OFAC"),  such coverage  shall  be null and void.

V.   Transfer  of Your  Rights  and Duties  Under  This Policy

1.   Your  rights  and duties  under  this Policy  may not be transferred  without  our written  consent  except
in the case of death  of an individual  named  insured.

2.   If you die, your rights  and duties  will be transferred  to your legal  representative  but only while  acting
within  the scope  of duties  as your legal  representative.   Until  your legal  representative  is appointed,
anyone  having  proper  temporary  custody  of your property  will have  your rights  and duties  but only
with respect  to that property.

## XIV.  Definitions

A.   Words  and phrases  contained  within  this Coverage  Form  that appear  in **bold face** have special  meaning.
When  words  or phrases  that appear  below  in **bold face** do not appear  in **bold face** in this Coverage  Form,
then those  words  or phrases  are to be interpreted  using  their common  meaning.  The section  below  defines

the following terms appearing  in **bold face**  which  are used  in this  Coverage  Form  or in the  Declarations applicable  to this Coverage  Form:

1.  **Accounts  receivable** means  all records  of amounts  due from  your customers  on current  accounts.

2.   a.   **Actual cash value**  means  the cost  to repair  or replace  covered  property  which  has sustained  loss or damage  with other  property:

(1)   Of like  kind,  quality,  usefulness,  size, and  capacity,  as that  with which  it was  originally constructed;  and

(2)   Used  for the  same  occupancy  and  purpose;

subject  to a deduction  for deterioration,  depreciation,  depletion,  obsolescence,  or a combination thereof.

b.   **Actual cash value** includes  your interest  in labor,  materials,  or services  furnished  or arranged  by you  and other  expenses  accrued,  but only  with respect  to **buildings while in the  course of construction**.

3.   **Annual aggregate**  means  the most  we will  pay for all loss,  damage,  or expense  arising  from  all occurrences,  **loss events**,  or both  (as applicable),  during  any one  Policy Period.  **Annual Aggregate** Limits of Insurance  are reduced  by the amount  of any paid  loss.

If the Policy  is written  for a term  of more  than one  year, then  we will  apply  the **Annual Aggregate** Limit of Insurance  separately  to each  consecutive  year of the Policy  Period.  If the Policy  is extended for a period  of time  that is less  than a year,  then the  remaining  **annual aggregate**  from  the prior  term applies  to the extended  period  of time.

4.   a.   **Buildings while in the course of construction**  means  **business real property**  while  in the course  of initially  being  constructed  or while  undergoing  alterations,  remodeling,  or renovations,  including the following  types of property:

(1)   Any property  used in the  course  of construction,  alteration,  remodeling,  or renovation activities  that is destined  to become  a permanent  part of the building  or realty  surrounding such building;  and

(2)   Temporary  structures  built  or assembled  on the  site which  support  such construction, alteration,  remodeling,  or renovation  activities  including  cribbing,  scaffolding,  or construction  forms.

b.   **Buildings while in the course of construction**  does  not  mean:

(1)   Outdoor  trees, shrubs,  plants  or lawns;

(2)   **Buildings while in the course of construction**  for which  separate  insurance  coverage  has been obtained  and such  separate  insurance  covers  your interest;  or

(3)   **Soft  costs**.

5.   a.   **Business income**  means:

(1)   The net  profit  or loss  before  income  taxes  from your  **operations**  including:

(a)   The sales  of merchandise  or services;

(b)   The net  sales  value  of manufacturing  production;

(c)   Previously documented grants, research contracts, fund raising, or donations likely to reoccur;

(d)   The lease or rental of tenant occupancies at a location, as furnished and equipped by you;

(2)   Continuing normal operating expenses incurred, including your continuing normal payroll expenses;

(3)   Charges which are the legal obligation of your tenants but would otherwise be your obligations;  and

(4)   The fair rental value of any portion of a location occupied by you;

that would have been earned or incurred by you had there been no covered loss or damage.

b.   If **ordinary payroll expense** is covered under this Coverage Form, then **business income** includes tip income of your employees as reported by you to the Internal Revenue Service.

c.   **Business income** does not mean bank interest or investment income.

6.   **Business personal property** means the following types of property:

a.   **Accounts receivable**;

b.   Animals owned by others while in your care, custody, or control, or animals you sell as **stock**;

c.   **Data**, **media**, and **software**;

d.   Furniture, fixtures, machinery, equipment, **mobile equipment**, materials, and supplies;

e.   **Electronic data processing equipment**;

f.   **Mobile communication equipment**;

g.   Patterns, molds and dies;

h.   **Personal effects**;

i.   **Personal property of others**;

j.   **Processing water**;

k.   **Prototypes**;

l.   **Research and development documentation**;

m.   **Stock**;

n.   **Tenant's improvements and betterments**;

o.   Trees, shrubs and plants used inside the building as decoration;  and

p.   **Valuable papers and records**.

**Business personal property** does not mean outdoor trees, shrubs, plants, or lawns; **fine arts**; **money**; **securities**; or **salesperson's samples**.

7.   **Business real property** means the following types of property:

    a.    Buildings or structures, foundations, completed alterations, repairs, and additions to such buildings or structures; fixtures, permanently installed machinery and equipment; awnings; or glass forming a part of the structure, including lettering and ornamentation, whether located on the exterior or interior of such building or structure;

    b.    Underground pipes, flues, or drains necessary for the service of **business real property**;

    c.    Radio or television towers, antennas, and satellite dishes, including attachments;

    d.    Personal property used to maintain or service the building including fire extinguishing equipment; outdoor furniture; floor coverings; and appliances used for refrigerating, ventilating, cooking, dishwashing, or laundering;

    e.    Outdoor fixtures and structures, including light standards, fences, signs, well-housings; and artificial trees, shrubs, plants, and lawns; and

    f.    **Buildings while in the course of construction**.

**Business real property** does not mean trees, shrubs, plants, or growing outdoors; any item which meets the definition of **fine arts**; or any item that is insured under Fine Arts Coverage contained in this Coverage Form.

8.    **Cloud computing** means computer or information technology capabilities hosted by others and accessed through the internet or other means, including storage, software, applications, computing power, specially crafted development environments, and other computer or information technology related capabilities that are provided as a service.

9.    **Collapse** means the actual abrupt falling down or caving in of a building or part of a building with the result that the building or part of the building cannot be occupied for its intended purpose. **Collapse** does not mean:

    a.    The threat of **collapse**, even if **collapse** is imminent; or

    b.    Impairment whether or not substantial; or

    c.    A condition of a building still standing including cracking, bulging, sagging, bending, shifting, leaning, settling, shrinkage, or expansion that could lead to or contribute to its actual abrupt falling down; or

As used in the definition of **collapse**, the term "building" does not include retaining walls or other structures that do not provide structural support to such building.

10.    **Communicable disease** means any disease, bacteria, or virus that may be transmitted directly or indirectly from human or animal to a human.

11.    **Communicable disease event** means an event in which a **public health authority** has ordered that a location be evacuated, decontaminated, or disinfected due to the outbreak of a **communicable disease** at such location.

12.    **Counterfeit** means an imitation of an actual valid original intended to deceive and to be taken as the original.

13.    **Covered cause of loss** means risks of direct physical loss or damage not excluded or limited in this Coverage Form.

14.    **Data, media**, and **software**:

2500001-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Page 57 of 69

a.   The Definitions described below in XIV.A.14.b. apply separately to **data**, **media**, and **software** which

(1)   You own; or

(2)   Is owned by others and is in your care, custody, or control.

b.   (1)   **Data** means information other than **software**, which has been recorded, installed, or stored on **media** and is usable in your **electronic data processing equipment** or **mobile communication equipment**. **Data** also means the original source **data** installed or included within **electronic data processing equipment** or **mobile communications equipment**.

(2)   **Media** means the physical materials upon which **data** or **software** are recorded, installed, or stored; and **media** originally installed or included within **electronic data processing equipment** or **mobile communication equipment**.

(3)   **Software** means instructions, programs, or routines that are recorded, installed, or stored on **media** which are used to control or direct processes, computing, or other functions in your **electronic data processing equipment** or **mobile communication equipment**. **Software** also means the original **software** installed or included within **electronic data processing equipment** or **mobile communication equipment** used to program or control the functions and processes of such equipment.

(4)   **Data**, **media**, or **software** does not mean **data**, **media**, or **software**:

(a)   Held for sale; or

(b)   No longer used in your **operations**.

15.   **Dependent property** means property operated by others upon whom you depend to:

a.   Deliver materials or services to you or to others for your account other than **utility services** (Contributing Locations);

b.   Accept your products or services (Recipient Locations);

c.   Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); and

d.   Attract customers to your business (Leader Locations).

16.   **Detrimental code** means any computer virus, malware, program, routine, sub-routine, trojan horse, worm, script, or other code string that damages, destroys, alters, or corrupts **Property Insured** or **personal property of others**.

17.   **Earth movement** means any natural or man-made earth movement, including **earthquake**; landslide; avalanche; **volcanic action**; the sinking, rising, shifting, subsidence, settling, erosion, expansion, or contraction of earth; or **mine subsidence**. **Earth movement** includes:

a.   Tsunami or tidal waves caused by or resulting from **earth movement**; and

b.   **Fire protection equipment leakage from earth movement**.

**Earth movement** does not include **sinkhole collapse**.

18.   **Earthquake means**, tremors or vibrations within and upon the earth's crust caused by seismic displacement, rupture or creation of faults within the earth's crust that are associated with natural tectonic processes.

19. a. **Electronic data processing equipment** means:

    (1) Computer hardware;

    (2) Machinery or equipment; and

    (3) **Voice communication systems**;

    which uses **software** for the input, output, processing, or storage of **data**; or to control or direct processes.

    b. **Electronic data processing equipment** does not mean:

    (1) **Electronic data processing equipment** held for sale; or

    (2) **Mobile communication equipment**

20. **Expediting expense** means the following necessary extra costs, including overtime wages and express freight or other rapid means of transportation, in order to expedite:

    a. Emergency or temporary repairs of damaged covered property; or

    b. Permanent repair or replacement of such damaged property.

21. **Extra expense** means the necessary expenses you incur during the **period of restoration**, over and above the expenses you would have normally incurred had there been no covered loss, in order to:

    a. Avoid or minimize the **suspension** of business and to continue **operations** at the location or at replacement or temporary locations, including relocation expenses and costs to equip and operate such replacement or temporary locations;

    b. Minimize the **suspension** of business if you cannot continue **operations**; or

    c. Repair or replace covered property, but only to the extent it reduces the amount of loss that otherwise would have been payable under Business Income and Extra Expense Coverage.

22. **Fair market value** means the price that a willing buyer would pay to a willing seller in an open market if the property had been offered for sale on the date of the loss.

23. **Fine arts** means the following types of property that are bona fide works of art which:

    1. You own; or

    2. Are owned by others and are in your care, custody, or control;

    including items that are part of a pair or set: Paintings; rare books; etchings; pictures; prints; drawings; tapestries; rugs; sculptures; statuary; pottery; marbles; bronzes; antique furniture; antique silver; manuscripts; porcelains; rare glass; stained glass, whether a part of **business real property** or not; and items of rarity, historical value, or artistic merit, including trophies, scientific instruments or experiments, or musical instruments.

24. **Finished stock** means **stock** you have manufactured including whiskey and alcoholic products being aged, but does not include **stock** you have manufactured which is in its completed state and held for sale at the **location** of any distribution warehouse, wholesale outlet, or retail outlet.

25. **Fire protection equipment** means wet, dry, chemical, or gaseous fire suppression systems including sprinklers or discharge nozzles; supply lines, ducts, or piping; fire suppression supply tanks; pumps; water mains or hydrants; standpipes or outlets; and their component parts or supports; which you own, lease, or rent from others.

26. **Fire protection equipment leakage from earth movement** means leakage or discharge of any substance from **fire protection equipment** caused by or resulting from **earth movement**.

27. **Flood** means a general and temporary condition of partial or complete inundation of normally dry land areas from the following, regardless of how caused, whether driven by wind or not:

   a. Waves, tides, tidal waves, tsunami, or storm surge;

   b. The unusual and rapid accumulation or run-off of surface waters from any source;

   c. Mud flow or mudslides caused or precipitated by accumulation of water on or under the ground;

   d. The overflow or expansion beyond normal boundaries of inland or tidal waters, including natural or man-made lakes, reservoirs, ponds, brooks, rivers, streams, harbors, seas, oceans, or any other body of water or watercourse; or

   e. Any material, object, or debris that is carried, propelled, or in any manner moved by a **flood**.

   **Flood** is not any weather condition as referenced in the definitions of **hurricane, named storm**, or **storm**.

28. **Forgery** means the signing of the name of another person or organization with intent to deceive. **Forgery** does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

29. **Fungus** means all types of fungus, such as mildew and mold, and all of their resulting spores and byproducts, including mycotoxins and allergens. **Fungus** does not mean **fungus** for human ingestion.

30. a. **Hurricane** means a hurricane, typhoon, or tropical cyclone that, as reported or recorded by the National Weather Service:

   (1) Has sustained wind speed of 74 miles per hour or greater; or

   (2) Has been declared to be a hurricane.

   b. **Hurricane** includes loss or damage to the interior of any covered building or structure or to covered property located inside any building or structure which is caused by or resulting from:

   (1) An opening in such building or structure created by the force of a **hurricane**;

   (2) One or more tornados that are the result of a **hurricane**;

   (3) Any hail, rain, material, object, or debris that is carried, propelled, or in any manner moved by a **hurricane**; and

   (4) Any weather condition other than a **hurricane**, if such loss or damage would not have occurred but for the occurrence of a **hurricane**.

31. **Information restoration cost** means the least of the following dollar amounts:

   a. The cost to reproduce covered property from back-up files or original source documents;

   b. The cost to purchase covered property of comparable kind, functionality, and quality, intended to be used for the same purpose that existed immediately before loss or damage;

   c. The necessary cost to research, repair, restore, recreate, or replace covered property, used for the same purpose and to the same condition that existed immediately before loss or damage; or

    d.   The amount you actually spend to research, repair, restore, recreate, or replace covered property used for the same purpose and to the same condition that existed immediately before loss or damage;

without a deduction for physical deterioration, depreciation, depletion, or obsolescence.

32.  **Loading** means the act of moving **Property Insured** from the ground or a platform immediately adjacent to the transporting conveyance onto the transporting conveyance. **Loading** begins when the slings or other devices used to move **Property Insured** have been attached, or the act of lifting or moving such property onto the transporting conveyance has begun. **Loading** ends when **Property Insured** has been placed on the transporting conveyance and any slings or other devices used to move such property have been released.

33.  **Location** means the legal boundaries of a parcel of property at the address described in the Declarations. If the word "location" is not shown in **bold face**, then such reference includes all of the following:

    a.   **Location(s)**; and

    b.   The legal boundaries of a parcel of property insured by Newly Acquired Location Coverage, or Unnamed Location Coverage, or both.

34.  **Loss event** means:

    a.   With respect to a single **hurricane**, all elements of loss, regardless of the number of locations involved, caused by or resulting from a **hurricane** and includes the period of time:

       (1)  When a **hurricane** watch or warning with respect to such **hurricane** is declared; and

       (2)  The entire duration of the **hurricane**; and

       (3)  72 hours immediately following the reclassification of a **hurricane** to a lesser **storm** or **named storm**;

    as reported or recorded by the National Weather Service (NWS). A single **hurricane** will constitute a single **loss event**.

    b.   With respect to subsequent **hurricanes** that cause loss or damage after a **hurricane** begins as described in Item XIV.A.34.a.(1) above, all elements of loss, regardless of the number of locations involved, caused by or resulting from such subsequent **hurricanes** that:

       (1)  Cause loss or damage at your location(s) subsequent to the initial **hurricane** affecting such location(s); and

       (2)  Are declared a **hurricane** before, with respect to the initial **hurricane**, the expiration of the time period described in Item XIV.A.34.a(3) above; and

       (3)  Occur within the interval of time described in Item XIV.A.34.a. above, such that assignment of loss or damage to a specific **hurricane** is not possible.

    Multiple **hurricanes** that originate within this defined period of time will constitute a single **loss event**.

    c.   With respect to a single **named storm**, all elements of loss, regardless of the number of locations involved, caused by or resulting from a **named storm** and includes the period of time:

       (1)  When the NWS issues a watch or warning with respect to such **named storm**; and

(2)  The entire duration of the **named storm**; and

(3)  Ends when such watch or warning is terminated by the NWS with respect to such **named storm**.

d.  With respect to subsequent **named storms** that cause loss or damage after a **named storm** begins as described in Item XIV.A.34.c.(1) above, all elements of loss, regardless of the number of locations involved, caused by or resulting from such subsequent **named storms** that:

(1)  Cause loss or damage at your location(s) subsequent to the initial **named storm** affecting such location(s); and

(2)  Are declared a **named storm** before, with respect to the initial **named storm**, the expiration of the time period described in Item XIV.A.34.c(3) above; and

(3)  Occur within the interval of time described in Item XIV.A.34.c. above, such that assignment of loss or damage to a specific **named storm** is not possible.

Multiple **named storms** that originate within this defined period of time will constitute a single **loss event**.

e.  With respect to a single **storm**, all elements of loss, regardless of the number of locations involved, caused by or resulting from such **storm** as reported or recorded by the NWS or other similar weather reporting agency. A single **storm** will constitute a single **loss event**.

f.  With respect to multiple **storms**, all elements of loss, regardless of the number of locations involved, caused by or resulting from such multiple **storms** where assignment of the loss to a specific **storm**, as reported or recorded by the NWS or other similar weather reporting agency, is not possible because the **storms** occur within an interval of time that makes assignment to a specific **storm** impossible. Multiple **storms** that originate within this defined period of time will constitute a single **loss event**.

g.  The expiration of this Policy will not reduce the time periods described above in Item XIV.A.34.a., b., c., d., e., and f.

35. **Manager** means a person or entity responsible for managing a limited liability company.

36. **Member** means an owner of a limited liability company represented by its membership interest, who also may serve as a **manager**.

37. **Messenger** means you, your partners, **members**, officers, **managers**, directors, trustees, or employees (including leased employees) while having care, custody, or control of **money**, **securities**, or both outside the **premises**.

38. **Mine subsidence** means a failure or subsidence initiated at the mine level of a man-made underground mine, including coal, clay, limestone, or fluorspar mines, whether or not mining activity has ceased.

39. a.  **Mobile communication equipment** means handheld communication devices which:

(1)  You own; or

(2)  Are owned by others and are in your care, custody, or control;

including portable laptop computers, cellular telephones, computer tablets, pagers, personal digital assistants (PDAs), global positioning devices, and their accessories.

b.  **Mobile communication equipment** does not mean **mobile communication equipment** held for sale.

40. a. **Mobile equipment** means mobile machinery and equipment which:

    (1) You own; or

    (2) Is owned by others and is in your care, custody, or control;

    whether or not such property is permanently mounted on a **vehicle**. If **mobile equipment** is permanently mounted on a **vehicle**, then such **vehicle** will also be considered **mobile equipment**. **Mobile equipment** includes cranes; backhoes; bulldozers; tractors; graders; hand tools; and accessories, repair parts, or spare parts, intended for use in the operation or maintenance of such **mobile equipment**.

  b. **Mobile equipment** does not mean:

    (1) A **vehicle**;

    (2) **Mobile equipment** held for sale; or

    (3) **Mobile equipment** covered under any other insurance.

41. **Money** means:

  a. Currency, coins, and bank notes in current use and having a face value; and

  b. Unused money orders, food stamps, travelers checks, register checks, tokens, lottery and other tickets; but only when held by you in storage or for sale to the public.

42. a. **Named storm** means a specific storm system, including **hurricane**, that has been named by the National Weather Service.

  b. **Named storm** includes loss or damage to the interior of any covered building or structure or to covered property located inside any building or structure which is caused by or resulting from:

    (1) An opening in such building or structure created by the force of a **named storm**;

    (2) One or more tornados that are the result of a **named storm**;

    (3) Any hail, rain, material, object, or debris that is carried, propelled, or in any manner moved by a **named storm**; and

    (4) Any weather condition other than a **named storm**, if such loss or damage would not have occurred but for the occurrence of a **named storm**.

43. **Net leasehold interest** means the present value of your Gross Lessee's Leasehold Interest or Gross Lessor's Leasehold Interest for each remaining month, or portion thereof, of the unexpired term of the lease or rental agreement computed at the prime rate of interest in effect at the time of loss.

44. **Non-conforming property** means **Property Insured** whose height, floor area, number of units, leasable square footage, occupancy, or style was permitted at the time of original construction, but whose height, floor area, number of units, leasable square footage, occupancy, or style is not permitted by an **ordinance or law** in force at the time of the covered loss.

45. **Operational replacement cost** means:

  (a) The cost to repair covered property which has sustained loss or damage to the same functionality and purpose that existed immediately before such loss or damage without deduction for physical deterioration, depreciation, depletion, or obsolescence; or

(b)  If repair of covered property which has sustained loss or damage is not possible due to the extent of loss or damage, or as a result of obsolescence, then the cost to replace such property, including delivery and setup costs, with similar new property to be used for the same purpose and which provides the same functionality that such property provided immediately before such loss or damage, even if the capacity of the replaced property is improved, without deduction for physical deterioration, depreciation, depletion, or obsolescence.

46.  **Operations** means the usual and customary business activities in the conduct of **your business** occurring at the **location**, including the tenability of the **premises**.

47.  **Ordinance or law** means any ordinance, law, regulation, or rule that is in force at the time of the covered loss or damage and:

   a.  Regulates the construction, use, occupancy, operation, improvement, replacement, modification, installation, zoning, or repair of any property; or

   b.  Requires the demolition or tearing down of any property, including the cost of removing its debris.

48.  **Ordinary payroll expense** means payroll expenses for all your employees except: Officers; executives; department managers; employees under contract; and any Additional Exemptions From Ordinary Payroll as described in the Declarations under the heading Job Classifications or Employees.

   **Ordinary payroll expense** includes payroll; employee benefits, if directly related to payroll; FICA payments you pay; union dues you pay; and workers compensation premiums.

49.  **Overhead transmission lines and equipment** means:

   a.  Overhead transmission or distribution lines supplying electricity, telephone, radio, internet, television, or other services to a **location**; and

   b.  Overhead transformers or other overhead equipment which assist in supplying electricity, telephone, radio, internet, television, or other services to a **location**; and

   c.  Any towers, poles, or similar supporting structures.

50.  a.  **Period of restoration** means the period of time that begins immediately after the time of direct physical loss or damage caused by or resulting from a **covered cause of loss** to property at the **location** and ends on the earlier of:

      (1)  The date when such property at the **location** should be repaired, rebuilt, or replaced with reasonable speed and like kind and quality; or

      (2)  The date when business is resumed at a new permanent location.

   b.  **Period of restoration** does not include any increased period due to the enforcement of any **ordinance or law**, including any **ordinance or law** that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **pollutants**.

   c.  The expiration date of this Policy will not cut short the **period of restoration**.

51.  **Personal effects** means apparel, tools, and other personal possessions owned by you, your partners, **members**, officers, **managers**, directors, trustees, or employees (including leased employees). **Personal effects** does not mean a **vehicle**.

52. **Personal property of others** means personal property that does not belong to you and is in your care, custody, or control. **Personal property of others** does not mean personal property you lease or rent from others or **personal effects**.

53. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, asbestos, and waste. Waste includes material to be recycled, reconditioned, or reclaimed.

54. **Premises** means the building(s) at the **location** you occupy. If you occupy only part of the building at the **location**, then your **premises** is the portion of the building which you rent, lease, or occupy.

55. **Processing water** means water used in your **operations**, which is contained within any enclosed water storage tanks, associated piping used for the delivery of such water; or processing equipment.

56. **Property damage loss** means covered loss, damage, or expense insured under any coverage provided by this Coverage Form, other than that insured under a **time element loss**.

57. **Property Insured** means **business real property**, **business personal property**, or both.

58. a. **Prototype** means an original version or model of a newly designed product which:

    (1) You own; or

    (2) Is owned by others and is in your care, custody, or control.

    A **prototype** includes cultures, sample designs, experimental models or displays integral to the manufacture of the original version or model of a newly designed product.

    b. **Prototype** does not mean **stock** held for sale.

59. **Public health authority** means the governmental authority having jurisdiction over your **operations** relative to health and hygiene standards necessary for the protection of the public.

60. a. **Replacement cost** means the cost to repair or replace covered property which has sustained loss or damage with other property:

    (1) Of like kind, quality, size, and capacity, as that with which it was originally constructed; and

    (2) Used for the same occupancy and purpose;

    without a deduction for physical deterioration, depreciation, depletion, or obsolescence.

    b. **Replacement cost** includes:

    (1) The cost of digging, excavating, backfilling, filling, or grading of land directly related to the repair, rebuilding, or replacement of **business real property**; and

    (2) Your interest in labor, materials, or services furnished or arranged by you and other expenses accrued, but only with respect to **buildings while in the course of construction** or **business personal property** insured under Installation Coverage.

61. **Research and development documentation** means recorded evidence of your **research and development operations** which:

    a. You own; or

    b. Is owned by others and is in your care, custody, or control.

**Research and development documentation** includes facts, information, research, concepts, processes, or formulas that are directly related to the development of new products or enhancement of existing products.

**Research and development documentation** does not mean **research and development documentation** no longer used in your **research and development operations**.

62. **Research and development operations** means your **operations** that are directly related to the development of new products or enhancement of existing products.

63. **Salesperson's samples** means samples of **stock** while in the care, custody, or control of a salesperson employed by you.

64. **Securities** means negotiable and nonnegotiable instruments or contracts representing either **money** or property and includes:

a. Checks, drafts, money orders, travelers checks, and register checks drawn to your order that you have accepted as payment;

b. Revenue and other stamps in current use (whether represented by actual unused stamps or unused value in a meter); and

c. Evidences of debt issued in connection with credit or charge cards that you have accepted as payment, which cards are not issued by you.

**Securities** does not include **money**.

65. **Sinkhole collapse** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. **Sinkhole collapse** does not mean sinking, subsidence, or collapse of land into a man-made underground mine or other such cavity, or the cost of filling sinkholes.

66. **Soft costs** mean:

a. Realty taxes or other government assessments which you incur;

b. Insurance premiums;

c. Marketing, advertising, and promotional expenses;

d. Commissions which result from renegotiation of leases and other similar extra expenses;

e. Fees for services from attorneys, architects, engineers, surveyors, public accountants, or Certified Public Accountants;

f. Permit fees; and

g. Interest expense incurred including bond interest, financing fees or charges, or other debt service payments, on money you borrow in order to finance construction or repair.

**Soft costs** do not include fees for any services from a public adjuster.

67. a. **Stock** means the following:

(1) Merchandise including animals which are held for sale, or for delivery after sale;

(2) Raw materials, in the state in which you receive it, used for conversion into **finished stock**;

(3) Stock-in-process,  which is raw materials that are undergoing the mechanical process of manufacturing,  aging, or seasoning but which is not yet **finished stock**; or

(4) **Finished stock**.

b.  **Stock** includes:

(1) Your interest in labor, materials,  or services furnished  or arranged  by you on **personal property of others**; or

(2) Supplies used in packing or shipping of any of these items described as **stock** including the shipping  or marketing  container.

68.  a.  **Storm** means all types of weather conditions, atmospheric  disturbances, precipitation,  or any combination  thereof, including tornados,  wind, hail, rain, snow, ice, sleet, sand, or dust, whether driven by wind or not, but not including  **hurricane**, **named storm**, or changes in temperature.

b.  **Storm** includes loss or damage to the interior of any covered building or structure  or to covered property  located inside any building or structure  which is caused by or resulting from:

(1) An opening  in such building  or structure  created by the force of a **storm**;

(2) The weight or accumulation  of hail, rain, snow, ice, sleet, sand, or dust; or

(3) Any hail, rain, material, object, or debris that is carried, propelled,  or in any manner  moved by the force of a **storm**.

69.  **Suspension** means the slowdown  or cessation  of your **operations**, or that a part or all of the described **premises** is rendered  untenable.

70.  a.  **Tenant's improvements and betterments** means fixtures, alterations,  installations,  or additions:

(1) Made a part of the **business real property** you occupy but do not own; and

(2) You acquired  or made at your expense, exclusive of rent paid by you, and cannot  legally remove.

b.  **Tenant's improvements and betterments** also means **business personal property**, including the **value** of any repairs, additions,  or improvements,  while awaiting  or during  the course of construction  or renovation  activities as long as such property  is destined  to become a **tenant improvement and betterment** and a permanent  part of **business real property**.

c.  **Tenant's improvements and betterments** while in the course of construction  does not mean:

(1) **Soft costs**; or

(2) **Tenant's improvements and betterments** for which separate  insurance  coverage has been obtained  and such separate insurance  covers your interest.

71.  **Tenant moving costs** means the following documented  and necessary costs or fees associated with moving from and moving back to the **premises** for:

a.  Packing, insuring, and carting **business personal property**;

b.  Re-establishing  utility services that were in place prior to the tenant  moving  from the **premises**, less refunds  from discontinued  services;

c.  Assembling  and setting up fixtures and equipment;

d.  Unpacking  and re-shelving  of **stock** and  supplies;  and

e.  Rent  abatement  offered  to the tenant(s)  as an incentive  to reoccupy  the premises.

72.  **Theft** means  any  act  of stealing,  including  robbery  or burglary.

73.  **Time element loss** means  a covered  **business income** or **extra expense** loss such  as losses insured  under  the  following  types  of coverage:   Business  Income  Coverage;  Extra  Expense  Coverage;  Business  Income  with  Extra  Expense;  Extended  Business  Income  and  Extra  Expense  Coverage;  Dependent  Property  Coverage;  Rental  Value  Coverage;  Utility  Services  Coverage.

74.  **Transit** means  the  transportation   or shipping  of **Property Insured** using  your  **vehicles** or carriers  for  hire:

a.  If the  mode  of transportation   is a **vehicle** which  you  own,  lease, rent,  or operate,  then  **transit** begins  from  the  time  **Property Insured** departs  from  your  location  or the  originating  point  of  shipment.

b.  If the  mode  of transportation   is a carrier  for hire,  then  **transit** begins  from  the  time  **Property Insured** is placed  in the  care, custody,  or control  of any carrier  for hire.

c.  **Transit** extends  continuously   thereafter,  while  in the  due  course  of **transit**, and  includes  any  reasonable  stops,  interruptions,   delays  or transfers  incidental  to the route  and  method  of shipment  including  connecting  carriers.

d.  **Transit** ends  on the  earlier  of the following:

(1)  When  responsibility  for the  **Property Insured** is the buyer's  in accordance  with the  terms  of  sale or bill of lading,  as applicable;

(2)  When  the  **Property Insured** is accepted  by or on behalf  of the  consignee  or receiver  at the  intended  destination;  or

(3)  When  the  **Property Insured** arrives  at a location.

75.  **Unloading** means  the  act  of moving  **Property Insured** from  the  transporting  conveyance  to a  consignee's  conveyance,  a platform,  or the  ground  immediately  adjacent  to the  transporting  conveyance.  **Unloading** ends  when  **Property Insured** has  been  placed  on the  consignee's  conveyance,  ground,  or loading  platform  and  the  any  slings  or other  devices  used  to move  such  property  have  been  released.

76.  **Utility services** means  services  that  are  necessary  to conduct  your  **operations** at the  **location**, including:

a.  Water  Supply  Services,  defined  as the  following  types  of property  supplying  water  to the  **location**: Pumping  stations  and  water  mains.

b.  Communication   Supply  Services,  defined  as the  following  types  of property  supplying  telephone,  internet,  cellular,  radio,  microwave,  **cloud computing**, or television  services  to the  **location**: Communication   transmission   or distribution  lines,  including  fiber  optic  transmission  or  distribution  lines;  coaxial  cables;  microwave  radio  relays;  and  satellites.

c.  Power  Supply  Services,  defined  as the  following  types  of property  supplying  electricity  to the  **location**: Utility  generating  plants;  switching  stations;  substations;  transformers;  and  transmission  or distribution  lines.

d.  Sewage  Treatment  Services,  defined  as the  following  types  of property  discharging  sewage  from  the  **location**: Pumping  stations;  sewer  lines;  and  public  waste  treatment  plants.

2500001-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

    e.    Other Supply Services supplying goods or services to the **location** necessary for your **operations**, including refrigeration, steam, gas, or fuel.

77.  a.  **Valuable papers and records** mean the following types of property which you own; or is owned by others and is in your care, custody, or control:

    (1)  Inscribed, printed, or written documents such as: Passports; manuscripts or records; abstracts; books; magazines; periodicals; newspapers; deeds; drawings; mechanical drawings; maps; stamp collections; mortgages or leases; and

    (2)  Recordings of any type such as: Film, negatives, slides, photographs, videotape, cylinders, or vinyl records, including such records which exist in electronic or magnetic media, discs, or tape.

    b.  **Valuable papers and records** do not mean:

    (1)  **Money** or **securities**;

    (2)  **Valuable papers and records** held for sale; or

    (3)  **Valuable papers and records** no longer used in your **operations**.

78.  **Value** means the monetary worth of covered property at the time of covered loss or damage that is determined based on the applicable valuation method.

79.  **Vehicle(s)** means any:

    a.  Self-propelled land motor vehicle required to be licensed for use on public roads including: Automobiles, buses, motorcycles, trucks, or tractors;

    b.  Trailers or semi-trailers required to be licensed for use on public roads; or

    c.  Similar means of transporting people or property on land.

Two or more **vehicles** connected together will be considered a single **vehicle**. A **vehicle** does not mean **mobile equipment**.

80.  **Voice communication systems** means telephone systems, telephone switch-gear including operating programs and related **software**, voice terminals, telephone circuit packs, and other such equipment and component parts whose function is the transmission of voice communications.

81.  **Volcanic action** means the eruption, explosion, or effusion of a volcano including the airborne volcanic blast; airborne shock waves; ash, dust, or particulate matter; lava flow, mud flow, or other debris flow.

82.  **Your business** means the trade, profession, or occupation in which you are engaged.

B.  Additional Definitions may be included within endorsements that may be attached to this Coverage Form.

# Property-Gard Pinnacle® - Additional Covered Causes of Loss 250001 01 13

Policy Amendment  - Commercial  Property  Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.  A.  If a Limit of Insurance  is shown  in the Declarations  applicable  to this Endorsement  for any of the following  causes of loss,  then  each such cause of loss  is a **covered cause of loss**  and  we will pay for direct physical loss  or damage  to **Property Insured**  caused by or resulting  from  such  **covered cause(s) of loss**  at a **location**  shown  in the Declarations  applicable  to this Endorsement:

   1.  **Earth movement**;

   2.  **Fire protection equipment leakage from earth movement**; or

   3.  **Flood**.

   B.  Business Income  and  Extra  Expense

   1.  If the Declarations  show you have Business Income  and Extra Expense  Coverage,  then  we will pay for the actual  loss  of **business income**  or necessary  **extra expense**  that you sustain  due to the necessary **suspension** of your **operations**  during the **period of restoration**.  The **suspension** of your **operations**  must be caused by or result  from  direct  physical loss or damage  to property  at a **location**  shown  in the Declarations  applicable  to this Endorsement  caused by a **covered cause of loss**  insured  under  this Endorsement.

   2.  A covered loss  under this Endorsement  involving **business income**  or necessary  **extra expense**  will be governed by the terms and conditions  of Business Income and Extra Expense Coverage  provided under the Property-Gard  - Pinnacle Coverage Form  - 250000 but will be subject to the Limits of Insurance  shown  in the Declarations  applicable  to this Endorsement.

   C.  1.  If **earth movement** or **fire protection equipment leakage from earth movement** are **covered causes of loss** insured under this Endorsement,  then  the Earth Movement  exclusion (Item  IV.A.3.a.)  contained  in the Property-Gard  - Pinnacle  Coverage Form  - 250000 does not apply,  but only with  respect  to coverage  provided  by this Endorsement.

   2.  If **flood**  is a **covered causes of loss**  insured  under this Endorsement,  then  the Flood  exclusion (Item IV.A.3.b.)  contained  in the Property-Gard  - Pinnacle Coverage Form  - 250000 does not apply,  but only with respect  to coverage  provided  by this Endorsement.

II.  Additional  Exclusions

   The  following  exclusions  are added  to Item IV.A.1. of the Property-Gard  Pinnacle Coverage Form  - 250000 with  respect  to coverage  provided  by this Endorsement:

   A.  **Earth movement**, **fire protection equipment leakage from earth movement**, or **flood** that  begins before the inception  of this Policy;  or

This Form  must be attached  to Change Endorsement  when issued  after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

B. The cost to remove ash, dust, or other particulate matter caused by or resulting from **volcanic action** that does not cause direct physical loss or damage to property insured by this Endorsement.

III. Deductible

A. 1. The deductible(s) stated in the Declarations applicable to this Endorsement supersedes any other deductible contained elsewhere in this Policy but only with respect to covered **property damage loss** or **time element loss** caused by or resulting from the **covered causes of loss** insured under this Endorsement. Except as provided in this Endorsement, no other deductible applies to such covered **property damage loss** or **time element loss** caused by or resulting from the **covered causes of loss** insured under this Endorsement.

2. The deductible(s) stated in the Declarations, applicable to the **covered causes of loss** insured under this Endorsement, apply to each **loss event**, except as described below in Item III.B.3.

3. We will not pay for covered **property damage loss** or **time element loss** in any one **loss event** until the amount of covered **property damage loss** or **time element loss** exceeds the deductible shown in the Declarations applicable to the **covered causes of loss** insured under this Endorsement. We will then pay the amount of such covered **property damage loss** or **time element loss** in excess of the deductible, up to the applicable Limit of Insurance.

B. Property Damage Loss

1. If the deductible stated in the Declarations applicable to this Endorsement is a Dollar Deductible Amount, then the stated dollar amount is the sum we will subtract from a covered **property damage loss** in any one **loss event**.

2. If the deductible stated in the Declarations applicable to this Endorsement is a Percentage Deductible, then for covered property that has sustained loss or damage, the sum we will subtract from a **property damage loss** in any one **loss event** is the indicated percentage multiplied by 100% of the total **value** of such covered property immediately prior to the loss. However, if a Minimum Deductible amount is stated in the Declarations, then we will subtract at least the Minimum Deductible amount from the covered **property damage loss** you sustain in any one **loss event**.

3. The Dollar Deductible Amount and Percentage Deductible indicated in the Declarations applicable to this Endorsement will be calculated separately for and applied separately to the following subjects of insurance for each **loss event** wherever such loss or damage is sustained and for which claim is made:

a. Each **building** that sustains covered loss or damage, if any part of such **building** sustains covered loss or damage;

b. **Business personal property** in each **building** if any portion of such **business personal property** sustains covered loss or damage;

c. **Business personal property** situated outside of a **building** and in the open, and **business real property** other than **buildings** situated outside of a **building** and in the open, if any portion of such property sustains covered loss or damage; and

d. Any other covered property insured by an Extension of Coverage under Section V. of the Property-Gard - Pinnacle Coverage Form - 250000.

C. Time Element Loss

1. If the deductible stated in the Declarations applicable to this Endorsement is a Dollar Deductible Amount, then the stated dollar amount is the sum we will subtract from a covered **time element loss** in any one **loss event**.

2. If the deductible stated in the Declarations applicable to this Endorsement is an Hour Deductible, then we will not pay for any covered **time element loss** you sustain during the specified number of

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

consecutive hours immediately following the initial covered loss or damage. However, if a Minimum Deductible amount is stated in the Declarations applicable to this Endorsement, then we will subtract at least the Minimum Deductible amount from the covered **time element loss** you sustain in any one **loss event**.

D.  When Multiple Deductibles Apply

If more than one deductible is applicable to covered loss, damage, or expense insured under this Endorsement, then each such deductible applies separately and will be determined based on the deductible shown in the Declarations applicable to this Endorsement. If deductibles are shown in the Declarations applicable to this Endorsement for a **property damage loss** and a **time element loss**, then each deductible will be subtracted from the applicable covered **property damage loss** or **time element loss** in any one **loss event**.

IV.  Limits of Insurance

A.  Regardless of any other coverage, Limits of Insurance stated in this Policy, or the number of locations involved, the most we will pay for **property damage loss** or **time element loss**, or both, in any one **loss event** caused by or resulting from a **covered cause of loss** is the Blanket Per Loss Event Limit of Insurance shown in the Declarations applicable to this Endorsement. However, the most we will pay with respect to such losses to a **location** that has been assigned a Per Loss Event Sublimit of Insurance is the applicable Per Loss Event Sublimit of Insurance shown in the Declarations applicable to this Endorsement.

B.  If the Declarations applicable to this Endorsement show a Blanket Per Loss Event Limit of Insurance in conjunction with a Per Loss Event Sublimit of Insurance, then such sublimit is included within, not in addition to, the corresponding Blanket Per Loss Event Limit of Insurance.

C.  The most we will pay for **property damage loss** or **time element loss** in all **loss events** in any one Policy Period under this Endorsement, is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to this Endorsement.

D.  If a **covered cause of loss** insured under this Endorsement causes fire or explosion, and both **covered causes of loss** create covered loss or damage, then only the higher of the two Limits of Insurance will apply.

V.  Additional Definitions

The following are additional definitions applicable only to this Endorsement:

A.  **Building** means a type of **business real property** which is a structure used to support or shelter your **operations**.

B.  **Loss event** means:

1.  With respect to **earth movement** and **fire protection equipment leakage from earth movement**, all elements of loss, regardless of the number of locations involved, caused by or resulting from **earth movement** and **fire protection equipment leakage from earth movement**. All **earth movement** that occurs within any 168 hour period will constitute a single **loss event**. The expiration of this Policy will not reduce the 168 hour period.

2.  With respect to **flood**, all elements of loss, regardless of the number of locations involved, caused by or resulting from a single **flood** that begins when **flood** water enters your location during the Policy Period.

VI.  Examples - Application of Percentage Deductible in a Covered Loss

A.  As used in the following examples, the terms Specific Limits of Insurance and Blanket Limits of Insurance have the following meanings:

1. Specific Limits of Insurance means each subject of insurance at each **location** under a separate Limit of Insurance. For example:

    a. **Business real property** at a **location** insured under a Limit of Insurance which applies only to such **location**; or

    b. **Business personal property** at a **location** insured under a Limit of Insurance which applies only to such **location**.

2. Blanket Limits of Insurance means two or more subjects of insurance under a single Limit of Insurance. For example:

    a. **Business real property** and **business personal property** located at a single **location** insured under a single Limit of Insurance; or

    b. **Business real property**, **business personal property**, or both combined, at two separate **locations** insured under a single Limit of Insurance.

   Subjects of insurance, **locations**, and corresponding Limits of Insurance are shown in the Declarations applicable to this Endorsement.

B. Example 1: Specific Limits of Insurance

1. The Limits of Insurance shown in the Declarations are as follows:

    a. **Building** = $80,000

    b. **Business personal property** situated in such **building** = $64,000

2. The **value** of the **building** is $100,000. The **value** of **business personal property** situated in such **building** is $80,000.

3. **Building** and **business personal property** situated in such **building** have sustained covered loss or damage. The amounts of such covered loss or damage are:

    a. **Building** = $60,000; and

    b. **Business personal property** situated in such **building** = $40,000.

4. The Percentage Deductible shown in the Declarations that applies is 2%.

5. The application of the Percentage Deductible is determined and applied as follows:

| Building | Business Personal Property |
|---|---|
| Step 1: $100,000 X 2% = $2,000 <br> Step 2: $60,000 - $2,000 = $58,000 | Step 1: $80,000 X 2% = $1,600 <br> Step 2: $40,000 - $ 1,600 = $38,400 |

6. The most we will pay in this example is $96,400 ($58,000 + $38,400 = $96,400). That portion of the total loss not covered due to application of the deductible is $3,600 ($2,000 + $1,600 = $3,600).

7. Note that the dollar equivalent of the Percentage Deductible shown in the Declarations applicable to this Endorsement is determined by applying such Percentage Deductible to the 100% total **value** of the damaged **building** and **business personal property** immediately before the covered loss or damage occurs.

C.   Example 2: Blanket Limits of Insurance

1.   The Blanket Limit of Insurance applicable to Business Real Property shown in the Declarations is $1,800,000 and insures **buildings** #1, #2, and #3.

2.   The **value** of each **building** included in such Blanket Limit of Insurance totals $2,000,000 and is comprised of the following:

    a.   **Building** #1 with a **value** of $500,000;

    b.   **Building** #2 with a **value** of $500,000; and

    c.   **Building** #3 with a **value** of $1,000,000.

3.   **Buildings** #1 and **building** #2 have sustained covered loss or damage. The amounts of loss to these buildings are:

    a.   **Building** #1 = $40,000; and

    b.   **Building** #2 = $20,000.

4.   The Percentage Deductible shown in the Declarations that applies is 2%.

5.   The application of the Percentage Deductible is determined and applied as follows:

| Building #1 | Building #2 |
|---|---|
| Step 1: $500,000 X 2% = $10,000<br>Step 2: $40,000 - $10,000 = $30,000 | Step 1: $500,000 X 2% = $10,000<br>Step 2: $20,000 - $10,000 = $10,000 |

6.   The most we will pay is $40,000 ($30,000 + $10,000 = $40,000). That portion of the total loss not covered due to application of the Percentage Deductible is $20,000 ($10,000 + $10,000 = $20,000).

7.   Note that the dollar equivalent of the Percentage Deductible shown in the Declarations applicable to this Endorsement is determined by applying such Percentage Deductible to the 100% total **value** of each damaged **building** (**building** #1 and **building** #2) immediately before the covered loss or damage occurs.

VII. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Named Storm Exclusion - 250006 01 13

Policy Amendment  - Commercial  Property  Coverage Section

---

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.  The  Exclusion  described  below  applies  to  coverage  provided  by  the  Property-Gard  - Pinnacle  Coverage  Form - 250000 and all endorsements  forming a part of this Policy.

II.  Exclusion

A.  If a **location** is shown as an Excluded Location in the Declarations  applicable to this Endorsement,  then we  do  not  cover  any  **property damage loss**  or  **time element loss**  caused  by  or  resulting  from  any  of  the following  causes  of  loss,  regardless  of  any  other  cause  or  event  that  contributes  concurrently  or in  any sequence  to  the  loss  or damage:

   1.  **Named Storm**;

   2.  **Water back-up**; or

   3.  **Subsurface water**.

B.  However,  if a cause of loss excluded by this Endorsement  results in an otherwise  **covered cause of loss**, then we will pay for the resulting  loss or damage caused by such  **covered cause of loss**.

C.  If Newly Acquired Location  Coverage or Unnamed  Location  Coverage, or both, are provided  under  the Property-Gard  Pinnacle Coverage Form - 250000, then Item II.A. and II.B. above apply to such coverage, unless  stated  otherwise  in the  Declarations  applicable  to this Endorsement.

III.  Additional  Definitions

The  following  are  additional  definitions  applicable  only to this Endorsement:

A.  **Water back-up** means  water that  backs up or overflows  from a sewer or drain, regardless  of how caused.

B.  **Subsurface water** means  water  outside  a building  and under  the  ground  surface  that  is pressing  on, or flowing, leaking, or seeping through:

   1.  Foundations,   walls, floors, or paved  surfaces;

   2.  Basements  whether  paved  or not; or

   3.  Doors,  windows,  or other  openings.

IV.  This Endorsement  is otherwise  subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

This Form  must be attached  to Change  Endorsement  when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named  in the policy

250006 1-13

Copyright  2013, Fireman's Fund Insurance Company, Novato,  CA.  All  rights reserved.

# Property-Gard Pinnacle® - Storm Exclusion - 250007 01 13

Policy Amendment  - Commercial  Property  Coverage Section

---

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.   The Exclusion described below applies to coverage provided by the Property-Gard  - Pinnacle Coverage Form - 250000 and all endorsements  forming a part of this Policy.

II.  Exclusion

A.  If a **location** is shown as an Excluded Location in the Declarations applicable to this Endorsement,  then we do not cover any **property damage loss** or **time element loss** caused by or resulting from any of the following causes of loss, regardless of any other cause or event that contributes  concurrently  or in any sequence to the loss or damage:

1.  **Storm**;

2.  **Water back-up**; or

3.  **Subsurface water**.

B.  However, if a cause of loss excluded by this Endorsement  results in an otherwise **covered cause of loss**, then we will pay for the resulting loss or damage caused by such **covered cause of loss**.

C.  If Newly Acquired Location Coverage or Unnamed Location Coverage, or both, are provided under the Property-Gard  Pinnacle Coverage Form - 250000, then Item II.A. and II.B. above apply to such coverage, unless stated otherwise in the Declarations  applicable to this Endorsement.

III. Additional  Definitions

The following are additional  definitions applicable only to this Endorsement:

A.  **Water back-up** means water that backs up or overflows from a sewer or drain, regardless of how caused.

B.  **Subsurface water** means water outside a building and under the ground surface that is pressing on, or flowing, leaking, or seeping through:

1.  Foundations,   walls, floors, or paved surfaces;

2.  Basements  whether paved or not; or

3.  Doors,  windows, or other openings.

IV.  This Endorsement  is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

250007 1-13
Copyright  2013, Fireman's Fund Insurance Company, Novato,  CA.  All  rights reserved.

# Property-Gard Pinnacle® - Water Back-up and Subsurface Water Sublimit of Insurance - 250014 01 13

Policy Amendment  - Commercial  Property  Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

I.  The Sublimit of Insurance described below applies to coverage provided by the Property-Gard  - Pinnacle Coverage Form  - 250000 and all endorsements  forming a part of this Policy.

II.  Sublimit  of Insurance

A.  Regardless of any other coverage, Limits of Insurance  stated in this Policy, or the number  of locations involved, the most  we will pay for **property damage loss** or **time element loss** in any one occurrence  or **loss event** caused by or resulting  from  **water back-up** or **subsurface water** is the Sublimit of Insurance  shown in the Declarations  applicable  to this Endorsement.

B.  Payments under the Sublimit of Insurance  shown in the Declarations  applicable  to this Endorsement  are included within, not in addition  to, any applicable  Limit of Insurance  provided  under the Property-Gard Pinnacle  Coverage Form  - 250000.

C.  1.  The most  we will pay for **property damage loss** or **time element loss** in all occurrences  or **loss events** in any one Policy Period  caused by or resulting  from a **water back-up** or **subsurface water** is the **Annual Aggregate** Limit of Insurance  shown in the Declarations  applicable  to this Endorsement.

2.  If an **Annual Aggregate** Limit of Insurance  is not shown in the Declarations  applicable  to this Endorsement,  then an **Annual Aggregate** Limit of Insurance  does not apply to the provisions  of this Endorsement.

III.  Deductible

A.  The deductible provisions  described  under Section X. of the Property-Gard  Pinnacle Coverage Form  - 250000 apply  to coverage provided  under  this Endorsement.

B.  The deductible shown in the Declarations  for Business Real Property  or Business Personal  Property, whichever  is applicable,  applies  to loss or damage covered  under this Endorsement  unless  a specific deductible  is shown in the Declarations  applicable  to this Endorsement.

IV.  Additional  Definitions

The following  are additional  definitions  applicable  only to this Endorsement:

A.  **Subsurface water** means  water outside  a building  and under  the ground  surface that  is pressing  on, or flowing, leaking,  or seeping  through:

1.  Foundations,   walls, floors or paved  surfaces;

2.  Basements  whether  paved  or not; or

3.  Doors,  windows  or other  openings.

This Form  must be attached  to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

B.   **Water back-up** means water that backs up or overflows from a sewer or drain, regardless of how caused.

V.   This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

2500141-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.                                                                                          Page 2 of 2

# Property-Gard Pinnacle® - Employee Theft and Forgery or Alteration Coverage - Limited - 250037 01 13

Policy Amendment - Commercial Property Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

I.   Section V.D., Extensions of Coverage Applicable only to Property Coverage, provided under the Property-Gard Pinnacle Coverage Form - 250000, is amended to include the following:

A.   Employee Theft and Forgery or Alteration Coverage - Limited

1.   Employee Theft - Limited

We will pay for loss or damage resulting directly from **theft** of:

a.   **Money**, **securities**, and **other tangible property**; and

b.   Tangible property belonging to your **client** or such property in your **client's** care, custody, or control, but only if such **theft** occurs during the time you are inside the premises of your **client**, whether or not you are legally liable for the loss of such property;

committed by an **employee**, whether identified or not, acting alone or in collusion with other persons. This insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

2.   Forgery or Alteration - Limited

We will pay for loss resulting directly from **forgery** or alteration of checks, drafts, promissory notes, or similar written promises, orders, or directions to pay a sum certain in **money** by other than an **employee** that are:

a.   Made or drawn by or drawn upon you; or

b.   Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn. For the purpose of Forgery or Alteration - Limited, a substitute check, as described or defined in the Check Clearing for the 21st Century Act, shall be treated the same as the original it replaced.

3.   Additional Locations and Employees

If, while this insurance is in force, you:

a.   Establish any additional locations; or

b.   Hire additional **employees**; or

c.   Consolidate, merge with, or purchase or acquire the assets or liabilities of, another entity;

then such locations and **employees** shall automatically be covered under the provisions of this Endorsement. Notice to us of an increase in the number of locations or **employees** need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations. However, you must give us written notice of such expansion in your **operations** prior to the next Policy renewal or anniversary.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

B.   Property  Not  Insured

Employee  Theft  and  Forgery  or  Alteration  Coverage  -  Limited  does  not  insure  **data, media**  and  **software**.

C.   Exclusions

We  will  not  pay  under  this  Endorsement  for  any  loss,  damage,  or  expense  caused  directly  or  indirectly  by  or  resulting  from  any  of  the  following  excluded  causes  of  loss;  such  loss,  damage,  or  expense  is  excluded  regardless  of  any  other  cause  or  event  that  contributes  concurrently  or  in  any  sequence  to  the  loss:

1.   Exclusions  Applicable  to  Employee  Theft  and  Forgery  or  Alteration  Coverage  -  Limited

Regardless  of  how  the  cause  of  loss  occurs,  we  will  not  pay  under  Employee  Theft  and  Forgery  or  Alteration  Coverage  -  Limited  for  direct  physical  loss  or  damage  caused  by  or  resulting  from  the  following  causes  of  loss:

a.   **Theft**  or  any  other  dishonest  act  committed  by  you  or  any  of  your  partners  or  **members**,  whether  acting  alone  or  in  collusion  with  other  persons.

b.   (1)   The  unauthorized  use  or  disclosure  of  your  confidential  information  including,  but  not  limited  to,  patents,  trade  secrets,  processing  methods,  or  customer  lists;  or

(2)   The  unauthorized  use  or  disclosure  of  confidential  information  of  another  person  or  entity  which  is  held  by  you,  including  but  not  limited  to,  financial  information,  personal  information,  credit  card  information,  or  similar  non-public  information.

c.   Consequential  loss  of  any  kind  that  is  an  indirect  result  of  an  **occurrence**  covered  by  Employee  Theft  and  Forgery  or  Alteration  -  Limited  including,  but  not  limited  to,  loss  resulting  from:

(1)   Your  inability  to  realize  income  that  you  would  have  realized  had  there  been  no  covered  loss  or  damage.

(2)   Payment  of  damages  of  any  type  for  which  you  are  legally  liable.   But,  we  will  pay  compensatory  damages  arising  directly  from  a  loss  covered  under  Employee  Theft  and  Forgery  or  Alteration  -  Limited.

(3)   Payment  of  costs,  fees,  or  other  expenses  you  incur  in  establishing  either  the  existence  or  the  amount  of  loss  under  Employee  Theft  and  Forgery  or  Alteration  -  Limited.

d.   Fees,  costs,  or  expenses  incurred  by  you  which  are  related  to  any  legal  action.

2.   Exclusions  Applicable  to  Employee  Theft  -  Limited

Regardless  of  how  the  cause  of  loss  occurs,  we  will  not  pay  under  Employee  Theft  -  Limited  for  direct  physical  loss  or  damage  caused  by  or  resulting  from  the  following  causes  of  loss:

a.   Loss  caused  by  any  **employee**  as  soon  as:

(1)   You,  a  partner,  or  **member**  of  **your  business**;

(2)   A  person  employed  by  **your  business**  as  a  **manager**,  officer,  director,  or  member  of  your  management  level  staff;  or

(3)   A  trustee  or  other  person  with  legal  authority  over  **your  business**;

not  in  collusion  with  the  **employee**,  learn  of  **theft**  or  any  other  dishonest  act  committed  by  the  **employee**  whether  before  or  after  becoming  employed  by  you.

    b.   Loss caused by any **employee** of yours, or predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

    c.   Disappearance of covered property where there is no physical evidence to show what happened to such property; or the only evidence of loss is an audit, an inventory computation, or a profit and loss computation; or any combination thereof. However, where you have independently established that you have sustained an otherwise insurable loss under Employee Theft - Limited, then you may offer your audit, inventory computation, profit and loss computation, or any combination thereof in support of the amount of loss claimed.

    d.   Loss resulting from trading, whether in your name or in a genuine or fictitious account.

    e.   Loss resulting from fraudulent or dishonest signing, issuing, canceling, or failing to cancel, a warehouse receipt or any papers connected with it.

3.   Exclusions Applicable to Forgery or Alteration - Limited

Regardless of how the cause of loss occurs, we will not pay under Forgery or Alteration - Limited for direct physical loss or damage caused by or resulting from **theft** or any other dishonest act committed by:

    a.   Any **employees** of **your business** including but not limited to **managers**, officers, directors, or other members of your management level staff; or

    b.   A trustee or other person with legal authority over **your business**;

whether acting alone or in collusion with other persons or while performing services for you or otherwise.

D.   Additional Conditions

The following Conditions apply in addition to the Loss Conditions and General Conditions contained in the Property-Gard Pinnacle Coverage Form - 250000, and the Common Policy Conditions:

1.   We will only pay for covered loss that you sustain occurring during the Policy Period shown in the Declarations and **discovered** by you:

    a.   During the Policy Period shown in the Declarations; or

    b.   No later than 1 year from the date of termination or cancellation of this insurance. However, this extended period to **discover** loss terminates immediately upon the effective date of any other insurance obtained by you replacing, in whole or in part, the insurance afforded hereunder, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

2.   An **employee** of any Named Insured is considered to be an **employee** of every Named Insured.

3.   Payment by us to the first Named Insured for covered loss sustained by any other Named Insured, other than an **employee benefit plan**, shall fully release us on account of such loss.

4.   Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or Policy Period to Policy Period.

5.   We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

6.   The following coverage clauses contained in the Property-Gard Pinnacle Coverage Form - 250000 or the Commercial Property Coverage Section do not apply to the coverages provided by this Endorsement:

    a.    Business  Income  Coverage;

    b.    Extra  Expense  Coverage;

    c.    Expediting  Expense  Coverage;  or

    d.    Loss  Adjustment  Expense  Coverage.

E.    Employee  Benefit  Plans

1.    The **employee benefit plan** shown in the Declarations  applicable to this Endorsement  is included as a Named Insured, but only with respect to coverage under Employee  Theft - Limited.

2.    If any **employee benefit plan** is insured  jointly with any other  entity under this insurance, then you or the administrator  of the **employee benefit plan** must select a Limit of Insurance  for Employee Theft - Limited that is sufficient to provide a Limit of Insurance  for each **employee benefit plan** that is at least equal to that required  if each **employee benefit plan** were separately  insured.

3.    With respect to loss sustained  or **discovered** by any such **employee benefit plan**, Item I.A.1., Employee Theft - Limited,  is replaced by the following:

We will pay for loss of or damage to **funds** and other tangible assets (other than **data, media** and **software**) resulting directly from  fraudulent  or dishonest  acts committed  by an **employee**, whether identified  or not, acting alone or in collusion with other persons.

4.    If the first Named  Insured is an entity other than a **employee benefit plan**, then any payment  we make for loss sustained  by any **employee benefit plan** will be made to the **employee benefit plan** sustaining the loss.

5.    If two or more  **employee benefit plans** are insured  under this insurance, then any payment  we make for loss:

    a.    Sustained  by two or more  **employee benefit plans**; or

    b.    Of commingled  **funds** or other  tangible assets (other  than **data, media** and **software**) of two or more  **employee benefit plans**;

resulting directly from an **occurrence** will be made to each **employee benefit plan** sustaining loss in the proportion  that the Limit of Insurance  required for each **employee benefit plan** bears to the total Limit of Insurance  of all **employee benefit plans** sustaining  loss.

6.    The Deductible  Amount  applicable to Employee Theft - Limited  does not apply to loss sustained  by any **employee benefit plan**.

F.    Deductible

1.    The deductible  stated in Declarations  applicable to this Endorsement  supersedes any other  such deductible  contained  elsewhere in this Policy but only with respect to coverage provided by this Endorsement.  No other  deductible  applies to coverage provided by this Endorsement.

2.    We will not pay for loss, damage, or expense in any one **occurrence** until the amount  of such covered loss, damage,  or expense exceeds the deductible  shown in the Declarations  applicable to this Endorsement.  We will then pay the amount  of covered loss, damage,  or expense in excess of the deductible,  up to the applicable Limit of Insurance  stated in the Declarations  applicable to this Endorsement.

2500371-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All  rights reserved.
Page 4 of 7

3.  If no deductible is stated in the Declarations applicable to this Endorsement, then the deductible applicable to Business Personal Property shown in such Declarations applies to coverage provided under this Endorsement.

G.  Limits of Insurance

1.  Property of Your Client - Inside the Premises of a Client:

The most we will pay under this Extension of Coverage for property insured above under Item I.A.1.b., in any one **occurrence**, is the Limit of Insurance shown in the Declarations applicable to this Endorsement for Property of Your Client - Inside the Premises of a Client.

2.  Per Occurrence Limit of Insurance:

The most we will pay under this Extension of Coverage, including property insured above under Item I.A.1.b., in any one **occurrence**, is the Per Occurrence Limit of Insurance shown in the Declarations applicable to this Endorsement for Employee Theft and Forgery or Alteration Coverage - Limited.

3.  Annual Aggregate Limit of Insurance:

The most we will pay under this Extension of Coverage in all **occurrences** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to this Endorsement for Employee Theft and Forgery or Alteration Coverage - Limited.

H.  Additional Definitions

The following are additional definitions applicable only to this Endorsement:

1.  **Client** means any person or entity for whom you perform services under a written agreement.

2.  **Discover** or **discovered** means the time when you first:

a.  Become aware of facts which would cause a reasonable person to presume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known; or

b.  Receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

3.  **Employee** means:

a.  Any natural person:

(1)  Who you compensate directly by salary, wages, or commissions;

(2)  Who you have the right to direct and control while performing services for you; and

(3)  While in your service and for thirty (30) consecutive calendar days after termination of service, unless such termination is due to **theft** or any dishonest act committed by the **employee**.

b.  Any natural person who is furnished temporarily to you to substitute for a permanent **employee** as defined above in Item I.H.3.a. who is on leave; or to meet seasonal or short-term work load conditions; while that person is subject to your direction and control and performing services for you.

    c.    Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined above in Item I.H.3.b.

    d.    Any natural person who is:

        (1)    Employed by **your business** as a **manager**, officer, director, member of your management level staff, or a trustee or other person with legal authority over **your business** (except an administrator or manager who is an independent contractor of any **employee benefit plan**), while:

            (a)    Performing acts within the scope of the usual duties of an **employee**; or

            (b)    Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf; and

        (2)    A director or trustee of yours while that person is engaged in handling **funds** or other assests of any **employee benefit plan**.

    e.    Any natural person who is a former **employee**, partner, **member**, **manager**, director, or trustee retained as a consultant while performing services for you.

    f.    Any natural person who is a guest student or intern pursuing studies or duties relating to **your business**.

    g.    Any **employee** of an entity merged or consolidated with you prior to the effective date of this Policy.

    h.    **Employee** does not mean any agent, broker, factor, commission merchant, consignee, independent contractor, or representative of the same general character not specified above in Items I.H. 3.a. through g.

4.    **Employee Benefit Plan** means any welfare or pension benefit plan shown in the Declarations applicable to this Endorsement that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

5.    **Funds** mean **money** and **securities**.

6.    a.    **Occurrence** means with respect to Employee Theft - Limited:

        (1)    An individual act;

        (2)    The combined total of all separate acts whether or not related; or

        (3)    A series of acts whether or not related;

    committed by an **employee** acting alone or in collusion with other persons, during the Policy Period shown in the Declarations.

    b.    **Occurrence** means with respect to Forgery or Alteration - Limited:

        (a)    An individual act;

        (b)    The combined total of all separate acts whether or not related; or

        (c)    A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations.

7. **Other tangible property** means:

   a. **Business real property**;

   b. Tangible **business personal property**;

   c. Tangible **personal property of others**; and

   d. Any other tangible property covered by the Property-Gard Pinnacle Coverage Form - 250000 and any endorsements forming a part of the Commercial Property Coverage Section.

8. **Theft** means the unlawful taking of property to your deprivation and includes **forgery** by an **employee**.

II. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Wine and Spirits Collection Coverage 250039 01 13

Policy Amendment - Commercial Property Coverage Section

**This Endorsement modifies Insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

I.   Section V.D., Extensions of Coverage Applicable only to Property Coverage, provided under the Property-Gard Pinnacle Coverage Form - 250000, is amended to include the following:

A.   Wine and Spirits Collection Coverage

1.   If an entry for a **location** and a Sublimit of Insurance applies to your **wine and spirits collection** shown in the Declarations applicable to this Endorsement, then we will pay for direct physical loss or damage to such **wine and spirits collection** caused by or resulting from a **covered cause of loss** at such **location**.

2.   We will determine the **value** of such **wine and spirits collection** which has sustained loss or damage, at the time of loss or damage as follows:

a.   If **your wine and spirits collection** is not readily replaceable with like kind and quality through normal distribution sources common in the industry, then we will determine the **value** of such **wine and spirits collection** based upon your published per bottle selling price to the public at such **location** immediately before you sustained covered loss or damage, less all applicable discounts and un-incurred expenses. If you have not published a per bottle selling price to the public for any portion of your **wine and sprits collection**, then the selling price will be determined utilizing your pre-loss inventory records and documented mark-up procedures, less all applicable discounts and un-incurred expenses.

b.   If your **wine and spirits collection** is readily replaceable with like kind and quality through normal distribution sources common in the industry, then we will determine the **value** of such **wine and spirits collection** on a **replacement cost** basis.

B.   Deductible

1.   The deductible provisions described under Section X. of the Property-Gard Pinnacle Coverage Form - 250000 apply to coverage provided under this Endorsement.

2.   The deductible shown in the Declarations for Business Personal Property will apply to loss, damage, or expense covered under this Endorsement unless a specific deductible is shown in the Declarations applicable to this Endorsement.

C.   Limits of Insurance

The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Sublimit of Insurance shown in the Declarations applicable to Wine Collection Coverage.

D.   Additional Definitions

The following are additional definitions applicable only to this Endorsement:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

2500391-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Page 1 of 2

1. **Wine and spirits collection** means your **stock** held for sale consisting of bottled alcoholic beverages made from fermented grape juice or distilled spirits.

II. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Hospitality Extension Endorsement 250040 01 13

Policy Amendment - Commercial Property Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000.**

---

I.   Section V.D., Extensions of Coverage Applicable only to Property Coverage, provided under the Property-Gard Pinnacle Coverage Form - 250000, is amended to include the following:

A.   Guest Property Coverage

1.   We will pay for direct physical loss or damage to **guest property** caused by or resulting from a **covered cause of loss** while located within the interior portion of the **premises** that you occupy at a **location**.

2.   Any other coverage provided in the Property-Gard Pinnacle Coverage Form - 250000 does not apply with respect to loss or damage to **guest property**.

3.   a.   The most we will pay under this Extension of Coverage for **guest property** of any one **guest**, in any one occurrence or **loss event**, is the Limit of Insurance shown in the Declarations applicable to Any One Guest shown under Guest Property Coverage.

b.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of **guests**, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Guest Property Coverage.

c.   The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Guest Property Coverage.

d.   Notwithstanding Item XIII.L.2. of the Property-Gard Pinnacle Coverage Form - 250000, if two or more coverages apply to the same item of **guest property** which suffers covered loss or damage under:

(1)   This Coverage Form;

(2)   An Endorsement to this Coverage Form; or

(3)   This Policy;

then the most we will pay for any loss, damage, or expense is the applicable Limit of Insurance shown in the Declarations for Guest Property Coverage.

B.   Lost Key Coverage

1.   We will pay for the actual expense you incur to replace keys, adjust locks to accept new keys, or if required, acquire and install new locks, caused by or resulting from a **covered cause of loss**.

2.   No deductible applies to Lost Key Coverage.

3.   The following exclusions located under Section IV. of the Property-Gard Pinnacle Coverage Form - 250000 are deleted, but only with respect to coverage provided by Lost Key Coverage under this Endorsement:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

    a.   Exclusion  IV.A.1.e.  Disappearance   or Shortages;  and

    b.   Exclusion  IV.A.1.f.  Dishonesty.

  4.   The  most  we will pay  under  this Extension  of Coverage  in any one  occurrence   or **loss event**  is the Limit  of Insurance  shown  in the Declarations   applicable  to Lost Key Coverage.

II.   Section  V.E., Extensions  of Coverage  Applicable  only to Business  Income  and  Extra  Expense  Coverage, provided  under the Property-Gard   Pinnacle  Coverage  Form  - 250000,  is amended  to include  the  following:

A.   Customer  Reimbursement   Coverage

  1.  a.   We  will pay  the  necessary  expense  you  incur  to reimburse  **guests**  for whom  prearranged accommodations   at a **location**  cannot  be honored  due to direct  physical  loss or damage  to property  at such **location**  caused  by or resulting  from a **covered cause of loss**.  We  will reimburse you only for the  following:

    (1)   The  increase  over the  room  rate  you  contracted  for with your  **guest**  that  is charged  by a hotel providing  comparable  hotel  accommodations   for your  **guests**,  not to exceed  the number  of nights  the  **guest**  originally  contracted  for with you;

    (2)   Necessary  expense  incurred  to transport  **guests**  to travel  from  your  **location**  to  the replacement  hotel  and to return  them  to your  **location**,  if necessary;  and

    (3)   Prepaid  amounts  that  your  **guests**  spent  for activities  away  from your  **location**  which  are lost solely  because  other  comparable  hotel  accommodations   are unavailable.

    b.   No  deductible  applies  to Customer  Reimbursement   Coverage.

  2.   We  will reimburse  you for the covered  expenses  listed  above  in Item  II.A.1.  which  are incurred  by any **guests**  between:

    a.   The  later  of the  following  dates:

    (1)   The  date the  **guest's**  prearranged  hotel  accommodations   are scheduled  to begin;  or

    (2)   The  date the  **guest's**  hotel  accommodations   are interrupted;  and

    b.   The  earliest  of the  following  dates:

    (1)   The  date damaged  property  at the  **location**  can be repaired  with reasonable  speed;  or

    (2)   The  date the  **guest's**  prearranged  hotel  accommodations   at your  **location**  are scheduled  to end.

  3.   We  will not pay  under  Customer  Reimbursement   Coverage  for any covered  expenses  you incur  that are not supported  by receipts  which  provide  a complete  accounting  of reimbursable  expenses.

  4.   We  will reduce  the  amount  payable  under  Customer  Reimbursement   Coverage  to the extent  you can resume  your  **operations**,  in whole  or in part,  by honoring  prearranged  hotel  accommodations   at the **location**  as soon  as the  damaged  property  at the  **location**  is repaired.

  5.  a.   The  most  we will pay  under  this Extension  of Coverage  for any  one  **guest**,  in any one  occurrence or **loss event**,  is the Limit  of Insurance  shown  in the Declarations   applicable  to Any  One  Guest shown  under  Customer  Reimbursement   Coverage.

    b.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of **guests**, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Customer Reimbursement Coverage.

B.   Emergency Vacating Expense Coverage

   1.   We will pay the **evacuation expense** you incur because of an **emergency event** at a **location**.

   2.   No deductible applies to Emergency Vacating Expense Coverage.

   3.   a.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event**, regardless of the number of people evacuated, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Emergency Vacating Expense Coverage.

    b.   The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Emergency Vacating Expense Coverage.

C.   Off Premises Special Event Cancellation Coverage

   1.   If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary cancellation of a **special event** due to direct physical loss or damage to property at the location of such **special event** caused by or resulting from a **covered cause of loss**, but only if the location of such **special event** is not specifically described in the Declarations and is situated within the Coverage Territory.

   2.   The amount we pay under Off Premises Special Event Cancellation Coverage will be reduced by any income you receive from the use, in whole or in part, of any other alternative location reserved for the **special event** that has been canceled.

   3.   Exclusion IV.B.2.b.contained in the Property-Gard Pinnacle Coverage Form - 250000 does not apply to Off Premises Special Event Cancellation coverage.

   4.   We will not pay under Off Premises Special Event Cancellation Coverage for any loss of **business income** or **extra expense** you sustain which is insured under Item V.F.11. Unnamed Location Coverage contained in the Property-Gard Pinnacle Coverage Form - 250000.

   5.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to Off Premises Special Event Cancellation Coverage.

III.  Section V.F., Extensions of Coverage Applicable to Property, Business Income, and Extra Expense Coverage, provided under the Property-Gard Pinnacle Coverage Form - 250000, is amended to include the following:

A.   Contaminated Food Coverage

   1.   We will pay for direct physical loss or damage to **Property Insured** caused by or resulting from a **contaminated food event** at a **location**, including the necessary expense incurred to:

    a.   Repair or rebuild **Property Insured** which has been damaged or destroyed by the **contaminated food event**;

    b.   Mitigate, contain, remediate, treat, clean, detoxify, disinfect, neutralize, cleanup, remove, dispose of, test for, monitor, and assess the effects of the **contaminated food event**; and

    c.   Replace consumable goods at such **location** which are declared contaminated by the local **public health authority**.

2. If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to property at a **location** caused by or resulting from a **contaminated food event**.

3. A covered loss under Contaminated Food Coverage does not create, nor will it invoke coverage for Debris Removal Coverage, as described in Item V.D.3. of the Property-Gard Pinnacle Coverage Form - 250000, except as provided by this Endorsement under Contaminated Food Coverage.

4. We will not pay under Contaminated Food Coverage for any loss, damage, or expense caused directly or indirectly by or resulting from:

   a. A loss incurred prior to the Policy Period shown in the Declarations;

   b. Testing or monitoring to assess the existence, concentration, or effects of a **contaminated food event** or **pollutants** beyond ninety (90) consecutive calendar days following the date when damaged property is remediated, repaired, rebuilt, or any combination thereof; or

   c. A claim that is reported to us in writing more than one hundred and eighty (180) consecutive calendar days after the date that a **contaminated food event** has occurred.

   Such loss, damage, or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

5. a. The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income**, **extra expense**, and debris removal, is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Contaminated Food Coverage.

   b. The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Contaminated Food Coverage.

B. Refrigerant Contamination Coverage

1. a. We will pay for direct physical loss or damage to **perishable stock** at a **location** caused by or resulting from spoilage or contamination arising from the release of a refrigerant, including but not limited to ammonia, due to direct physical loss or damage to property at such **location** caused by or resulting from a **covered cause of loss**.

   b. Refrigerant Contamination Coverage includes the necessary expense incurred to cleanup, remove, and dispose of the debris of **perishable stock** and refrigerant caused by loss or damage covered under Refrigerant Contamination Coverage.

2. If the Declarations show a Limit of Insurance for Business Income and Extra Expense Coverage, then we will pay for the actual loss of **business income** and necessary **extra expense** you sustain due to the necessary **suspension** of **operations** during the **period of restoration**. The **suspension** must be due to direct physical loss or damage to **perishable stock** at a **location** caused by loss or damage covered under Refrigerant Contamination Coverage.

3. Exclusion IV.A.2.h.(12) contained in the Property-Gard Pinnacle Coverage Form - 250000 does not apply to Refrigerant Contamination Coverage provided under this Endorsement.

4. We will not pay under Refrigerant Contamination Coverage for any loss, damage, or expense caused directly or indirectly by or resulting from:

   a. The normal storage life of the **perishable stock** having been exceeded; or

b.   Failure to use reasonable care to maintain all refrigerating, cooling, or humidity control systems in proper operating condition.

Such loss, damage, or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

5.   A covered loss under Refrigerant Contamination Coverage does not create, nor will it invoke coverage for Debris Removal Coverage, as described under Item V.D.3. of the Property-Gard Pinnacle Coverage Form - 250000, except as provided by this Endorsement under Refrigerant Contamination Coverage.

6.   The most we will pay under this Extension of Coverage in any one occurrence or **loss event** including **business income**, **extra expense**, and debris removal, is the Limit of Insurance shown in the Declarations applicable to Refrigerant Contamination Coverage.

## IV.   Deductible

A.   The deductible provisions described under Section X. of the Property-Gard Pinnacle Coverage Form - 250000 apply to coverage provided under this Endorsement.

B.   The deductible shown in the Declarations for Business Personal Property and Time Element Loss, whichever is applicable, will apply to loss, damage, or expense covered under this Endorsement unless a specific deductible is shown in the Declarations applicable to this Endorsement.

## V.   Additional Definitions

The following are additional definitions applicable only to this Endorsement:

A.   **Contaminated food event** means:

1.   A **public health authority** orders the closure of a **location** described in the Declarations due to the contamination of food; or

2.   You make an announcement warning the public of a health hazard because of your discovery or reasonable suspicion that contaminated food has been served to your patrons at a **location**.

B.   **Emergency event** means an external, unforeseen event or a condition at a **location** which places the people at such **location** in imminent danger of direct physical harm or loss of life, but only if the event or condition is caused by or results from a **covered cause of loss**.

C.   **Evacuation expense** means the necessary expense you incur to evacuate and transport the following people from the **location** of an **emergency event** to temporary facilities:

1.   You, a partner, or **member** of **your business**;

2.   **Managers**, officers, directors, and other employees;

3.   Trustees or other people with legal authority over **your business**; and

4.   Your **guests**.

**Evacuation expense** includes the necessary expense you incur, upon repair or replacement of the **location**, to return such described people from the temporary facilities to the **location**.

D.   **Guest(s)** means a customer(s), including members of the guest's family, at your **location**.

E.   **Guest property** means **money**, **securities**, or other tangible property including **precious commodities** belonging to your **guest**. **Guest property** does not include the following types of property:

1. **Data**, **media**, or **software**;

2. **Vehicles**, or **guest property** located within any such **vehicle**; or

3. Patents, trade secrets, processing methods, or customer lists, financial information, personal information, credit card information, or any other similar information.

F. **Guest room** means a room, including a suite of rooms, designed to provide sleeping accommodations for your **guest(s)**, including the **guest's** family.

G. **Perishable stock** means **stock** or **personal property of others**, which is intended for human consumption and which must be maintained under controlled conditions for its preservation and is susceptible to loss or damage if the controlled conditions change.

H. **Precious commodities** means jewelry, jewels, pearls, and other precious or semi-precious stones; watches or watch movements; gold, silver, platinum and other precious or semi-precious metals or alloys; furs, fur garments, or garments trimmed with fur.

I. **Public health authority** means the governmental authority having jurisdiction over your **operations** relative to health and hygiene standards necessary for the protection of the public.

J. **Special event** means a planned convention, conference, banquet, seminar, wedding, Bat Mitzvah, Bar Mitzvah, party, or other similar event for which you have reserved space, or contracted for food, equipment, or other supporting material or services.

VI. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

2500401-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.                                                    Page 6 of 6

# Property-Gard - Pinnacle® - Equipment Breakdown Coverage Endorsement 250048 01 13

Policy Amendment(s)  Commercial  Property  Coverage

**This Endorsement modifies Insurance provided under the Property-Gard - Pinnacle Coverage Form - 250000**.

**Equipment Breakdown Coverage Endorsement**

A.  The following is added to the Property-Gard  Pinnacle Coverage Form - 250000 as an additional **covered cause of loss**:

Equipment  Breakdown  Coverage

The  term  **covered cause of loss**  includes  coverage  as described  and  limited  below;

1.  We will pay for direct physical loss or damage to **Property Insured** that is the direct result of an **accident**.

2.  Unless otherwise shown in the Declarations applicable to Equipment Breakdown Coverage, the following coverages also apply as a direct result of an **accident**. These coverages do not provide additional amounts of insurance.

   a.  Expediting  Expenses  Coverage

   With respect to your damaged **Property Insured**, we will pay the necessary extra cost to:

   (1)  Make temporary  repairs; and

   (2)  Expedite permanent  repairs or permanent  replacement.

   The most we will pay for under this Expediting Expenses Coverage in any one **accident** is $250,000 unless otherwise shown in the Declarations applicable to Expediting Expense Coverage provided by Equipment Breakdown Coverage.

   b.  Hazardous  Substances  Coverage

   We will pay for the additional cost to repair or replace **Property Insured** because of contamination by a **hazardous substance**. This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination  of **perishable stock** by refrigerant, including but not limited to ammonia, which is addressed in A.2.c. below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no **hazardous substance** been involved.

   The most we will pay under this Hazardous Substances Coverage in any one **accident**, including actual loss of **business income** you sustain and necessary **extra expense** you incur, if shown as covered, is $250,000 unless otherwise shown in the Declarations applicable to Hazardous Substances Coverage provided by Equipment  Breakdown  Coverage.

   c.  Perishable  Stock  Coverage

   (1)  We will pay for:

      (a)  Direct physical loss or damage to **perishable stock** due to spoilage;

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

    (b)  Direct physical loss or damage to **perishable stock** due to contamination from the release of refrigerant, including but not limited to ammonia; and

    (c)  Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

  (2)  If you are unable to replace the **perishable stock** before its anticipated sale, then the amount of our payment will be determined on the basis of the sales price of the **perishable stock** at the time of the **accident**, less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation provision for **stock**.

    The most we will pay under this Perishable Stock Coverage in any one **accident** is $250,000 unless otherwise shown in the Declarations applicable to Perishable Stock Coverage provided by Equipment Breakdown Coverage.

d.   Data Restoration Coverage

    If an **accident** occurs causing loss or damage to **data**, then we will pay the **information restoration cost** with respect to such **data**.

    The most we will pay under this Data Restoration Coverage in any one **accident**, including actual loss of **business income** you sustain and necessary **extra expense** you incur, if shown as covered, is $250,000 unless otherwise shown in the Declarations applicable to Data Restoration Coverage provided by Equipment Breakdown Coverage.

e.   Service Interruption Coverage

  (1)  Any insurance provided for **business income, extra expense** or **perishable stock** is extended to apply to your loss, damage, or expense caused by the interruption of utility services. The interruption must result from an **accident** to equipment, including **overhead transmission lines**, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks, or **data** transmission. Such equipment must meet the definition of **covered equipment** with the exception that it need not be **Property Insured**.

  (2)  We will not pay for any loss of **business income** you sustain that results from the interruption of utility services during the first 24 hours following the **accident**. However, if the **Time Element Loss** deductible shown in the Declarations applicable to Service Interruption Coverage provided by Equipment Breakdown Coverage as provided for in paragraph C. below is expressed as a time period and is greater than 24 hours, then such deductible or time period will apply instead of the 24 hours provided for in this paragraph.

  (3)  The most we will pay under this Service Interruption Coverage in any **one accident** is the applicable Limit of Insurance for **business income**, **extra expense**, or **perishable stock**, except that if a Limit of Insurance is shown in the Declarations applicable to Service Interruption Coverage provided by Equipment Breakdown Coverage, then such Limit of Insurance will apply to **business income** and **extra expense** loss under this Service Interruption coverage.

f.   Business Income and Extra Expense Coverage

  (1)  Any insurance provided under the Property-Gard Pinnacle Coverage Form - 250000 for **business income** or **extra expense** is extended to the coverage provided by this Equipment Breakdown Coverage Endorsement. However, if a deductible applicable is shown in the Declarations applicable to Business Income and Extra Expense Coverage provided by Equipment Breakdown Coverage, then as respects Equipment Breakdown Coverage, the **period of restoration** will begin immediately after the **accident**, and the deductible for **Time Element Loss** shown in the

Declarations applicable to Business Income and Extra Expense Coverage provided by Equipment Breakdown Coverage will apply.

(2) The most we will pay for the actual loss of **business income** or necessary **extra expense** under this coverage in any one **accident** is the applicable Limit of Insurance stated in the Declarations for **business income** and **extra expense** provided by the Property-Gard Pinnacle Coverage Form - 250000, unless otherwise shown in the Declarations applicable to Business Income and Extra Expense Coverage provided by Equipment Breakdown Coverage.

g. Fungus Remediation Coverage

Any insurance provided under the Property-Gard Pinnacle Coverage Form - 250000 for **fungus** remediation coverage is extended to the coverage provided by this Endorsement. This does not include spoilage of **perishable stock**, which is addressed in A.2.c. Perishable Stock Coverage, above. The most we will pay under this Fungus Remediation Coverage in any one **accident** is the amount shown in the Declarations applicable to Fungus Remediation Coverage provided by the Property-Gard Pinnacle Coverage Form - 250000.

3. The following exclusions contained in Section IV. Exclusions of the Property-Gard - Pinnacle Coverage Form - 250000 do not apply, but only with respect to coverage provided by this Endorsement:

a. Exclusion IV.A.1.a. Boiler Explosion;

b. Exclusion IV.A.2.c. Mechanical Breakdown; and

c. Exclusion IV.A.4. Electrical Arcing.

B. Exclusions

1. We will not pay under this Endorsement for any loss, damage, or expense caused directly or indirectly by or resulting from any of the following excluded causes of loss; such loss, damage, or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

a. Fire or water or other means used to extinguish a fire, lightning, explosion (except as specifically provided in F.1.c. below), **hurricane, named storm, storm**, smoke, aircraft or vehicles, riot or civil commotion, vandalism, leakage from **fire protection equipment**, elevator collision, molten material, breakage of glass, falling objects, **collapse**, or weight of snow, ice or sleet;

b. Freezing from weather related events;

c. Any **earth movement**, such as an **earthquake**, landslide, **mine subsidence** or earth sinking, rising or shifting;

d. **Flood**, however, if electrical **covered equipment** requires drying out because of a **flood**, then we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and Deductible;

e. A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment;

f. Any of the following:

(1) Defect, programming error, programming limitation, computer virus, malicious code, loss of **data**, loss of access, loss of use, loss of functionality or other condition within or involving **data, media**, or **software** of any kind; or

(2) Misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.

However, if an **accident** results, we will pay for the resulting loss, damage, or expense caused by such **accident**; or

g.  **Fungus** whether or not caused by or resulting from an **accident**. However, this exclusion does not apply to the extent that coverage is provided above in A.2.g. Fungus Remediation or for spoilage of personal property that is **perishable stock**, to the extent that spoilage is covered under A.2.c. Perishable Stock Coverage, above.

2.  We will not pay under this Endorsement for any loss or damage to animals.

C.  Deductible

As respects this Endorsement only, Section X. Deductibles within the Property-Gard Pinnacle Coverage Form - 250000 is deleted and replaced with the following:

1.  The coverage provided by this Endorsement may be subject to one or more of the following deductibles if shown in the Declarations applicable to Equipment Breakdown Coverage:

a.  **Time Element Loss**: Such deductibles apply to **time element loss**, including **time element loss** under Service Interruption coverage.

b.  **Perishable Stock**: Such deductibles apply to loss, damage, or expense to **perishable stock**, including **perishable stock** loss under Service Interruption coverage.

c.  **Production Machinery**: Such deductible applies to loss, damage, or expense to **production machinery**.

d.  **Property Insured**: Such deductible applies to all other loss, damage, or expense covered by this Endorsement including loss to **perishable stock** if no other **Perishable Stock** Deductible is specified and **time element loss** if no other **Time Element Loss** Deductible is specified and loss to **production machinery** if no other **Production Machinery** Deductible is specified.

2.  If a dollar deductible is shown in the Declarations applicable to Equipment Breakdown Coverage, then we will not pay for covered loss, damage, or expense resulting from any **one accident** until the amount of such loss, damage, or expense exceeds the applicable Deductible shown. We will then pay the amount of covered loss, damage, or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

3.  If a time deductible is shown in the Declarations applicable to Equipment Breakdown Coverage for **Time Element Loss**, then we will not be liable for any loss occurring during the specified number of hours or days immediately following the **accident**. If a time deductible is expressed in days, then each day shall mean twenty-four (24) consecutive hours.

4.  If a Multiplier is shown in the Declarations applicable to Equipment Breakdown Coverage for **Time Element Loss**, then the deductible is calculated by multiplying the One Hundred Percent Average Daily Value (100% ADV) times the Multiplier.

a.  The 100% ADV is calculated by dividing the sum of the total:

(1)  net profits; and

(2)  normal continuing expenses (including your normal continuing payroll expenses);

that are covered by the Property-Gard Pinnacle Coverage Form - 250000, and that would have been earned had no damage occurred during the **suspension** of **operations**, by the number of working days in that **suspension** period.

b.  No reduction shall be made for net profits and normal continuing expenses (including your normal continuing payroll expenses) not being earned, or in the number of working days in the **suspension**

**period**, because of the physical loss or damage to **Property Insured** or other scheduled or unscheduled shutdown(s) during the **suspension**.

    c.   The ADV applies to all locations included in the valuation of the loss.

5.   If a **Perishable Stock** Deductible is expressed as a percentage of loss, then we will not be liable for the indicated percentage of the gross amount of loss, damage, or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, then the minimum deductible will be the applicable deductible.

D.   Conditions

As respects this Endorsement only, the following conditions are in addition to the Loss Conditions and General Conditions described within the Property-Gard - Pinnacle Coverage Form - 250000:

1.   Suspension

Whenever **covered equipment** is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an **accident** to that **covered equipment**. This can be done by mailing or delivering a written notice of suspension to:

    a.   Your last known address; or

    b.   The address where the **covered equipment** is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that **covered equipment**. If we suspend your insurance, then you will get a pro rata refund of premium for that **covered equipment** for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

2.   Jurisdictional Inspections

If any property that is **covered equipment** under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, then we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

3.   Environmental, Safety and Efficiency Improvements

If **covered equipment** requires replacement due to an **accident**, then we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 150% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which **actual cash value** applies.

E.   Limit of Insurance

1.   Except as otherwise provided in this Endorsement, the most we will pay for loss, damage, or expense under this Endorsement arising from any **one accident** is the applicable Limit of Insurance shown in the Declarations applicable to Equipment Breakdown Coverage.

2.   Payments under any Limit of Insurance provided by this Endorsement are included within, not in addition to, any applicable Limit of Insurance provided by the Property-Gard Pinnacle Coverage Form - 250000.

F.   Additional Definitions

The following are additional definitions applicable only to this Endorsement:

1.  **Accident** means a fortuitous event that causes direct physical damage to **covered equipment**. The **accident** event must be one of the following:

    a.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

    b.  Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

    c.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

    d.  Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

    e.  Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

    **One accident** means: If an initial **accident** causes other **accidents**, all will be considered **one accident**. All **accidents** that are the result of the same event will be considered **one accident**.

2.  **Covered equipment**

    a.  **Covered equipment** means, unless otherwise specified in the Declarations applicable to Equipment Breakdown Coverage, **Property Insured** that:

        (1) Generates, transmits, or utilizes energy; or

        (2) During normal usage, operates under vacuum or pressure, other than the weight of its contents.

    b.  None of the following is **covered equipment**:

        (1) Any structure, foundation, cabinet, compartment, or air supported structure or building;

        (2) Insulating or refractory material;

        (3) Sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;

        (4) Water piping, other than boiler feedwater piping, boiler condensate return piping or water piping, forming a part of a refrigerating or air conditioning system;

        (5) Any **vehicle** or any equipment mounted on a **vehicle**;

        (6) Any satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

        (7) Any dragline, excavation or construction equipment; or

        (8) Equipment manufactured by you for sale.

3.  **Hazardous substance** means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

4.  **Perishable stock** means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

5.  **Production machinery** means **covered equipment** that is a machine or apparatus that processes or produces a product intended for eventual sale. However, **production machinery** does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

6. **Vehicle** means, as respects this Endorsement only, any machine or apparatus that is used for transportation or moves under its own power. **Vehicle** includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a **vehicle**.

G. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Conditional Vacancy Exclusion - 250050 01 13

Policy Amendment  - Commercial  Property  Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.   Section IX., Limitations  of Coverage contained in the Property-Gard  Pinnacle Coverage Form - 250000, is
amended  to include  the following:

A.   Conditional  Vacancy Exclusion

1.   We will not  pay for any loss or damage sustained at any building insured under this Policy which has
been  **vacant** for more than 60 consecutive  days prior to the occurrence  of such loss or damage,
whether  or not such building  is at a **location**, unless:

a.   You notify us in writing prior to the 60th consecutive  day such building remains vacant; and

b.   Existing private  fire protection,  watch, or alarm  services at a location,  and within your control,
are properly  maintained  and kept in complete  working order.

2.   Item I.A.1. above does not  apply to:

a.   **Buildings while in the course of construction**, but only if:

(1)   Construction  permits have been approved  by, and are on file with, the building  department
having jurisdiction  over the work to be done in connection  with such construction;  and

(2)   Substantial  construction  activities  are being performed  by construction  personnel  at such
buildings on a regular and continuing  basis, not including architects, engineers, or inspectors;
or

b.   A building  that is **vacant** due to repairs being made following loss or damage that is covered  by
the Property-Gard  Pinnacle  Coverage Form - 250000 or an endorsement  attached  to such
Coverage  Form.

3.   If applicable  state law only allows the provisions  of this Endorsement  to apply to a building described
in the Declarations,  then such provisions  will continue to apply in such states to buildings that are
not described  in such Declarations,  but only with respect to causes of loss other  than fire.

4.   If you notify us that a building at a location  has become  **vacant**, then we may remove  such building
from the Policy and return  any applicable  premium  refund due to the first Named Insured shown in
the Declarations.   Such premium  refund will be calculated  on a pro-rata basis from the date that
coverage for such building  ceased to apply in accordance  with the terms of this Endorsement.

B.   Additional  Definitions

The following are additional  definitions applicable  only to this Endorsement:

This Form  must be attached  to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

1. **Vacant** means that:

   a. 70% or more of the rentable square footage of a building at an insured location is not being actively used by you or a tenant for its intended purpose; or

   b. 70% or more of the total square footage of a building at an insured location utilized by you to conduct **your business** is no longer used to conduct your customary **operations**; or

   c. A building at an insured location utilized by you to conduct **your business** does not contain enough **business personal property** to conduct your customary **operations**;

   whether or not you intend to use or rent such building.

II. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Condominium Endorsement - 250059FL  01  13

Policy Amendment  Commercial  Property  Coverage

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.   Item I.A. contained in the Property-Gard  Pinnacle Coverage Form - 250000 is deleted in its entirety and replaced by the following, but only with respect to coverage provided by this Endorsement:

    A.   If Limits of Insurance for Business Real Property or Business Personal Property are shown in the Declarations,  then we will pay for direct physical loss or damage to:

        1.   **Property Insured** that is:

           a.   Owned by you;

           b.   Owned jointly by all individual condominium  unit owners; or

           c.   **Personal property of others**, but only to the extent of your interest in the labor, materials or services furnished or arranged by you on such **personal property of others**; and

        2.   Fixtures, improvements,  additions and alterations, regardless of ownership, that are a part of the building or structure and contained within the boundaries of an individual condominium  unit not owned by you, but only when your Condominium  Declarations, or other similar recorded document, requires you to insure such property;

        while at a **location**, including such property in the open (or in a **vehicle** in the open) within 1000 feet of such **location**, caused by or resulting from a **covered cause of loss** during the Policy Period.

II.   Section III. Property Not Insured contained in the Property-Gard  Pinnacle Coverage Form - 250000 is amended by adding the following but only with respect to coverage provided by this Endorsement:

    Unless specifically covered in the Declarations, we do not cover:

    1.   Property which the Condominium  Declarations, or other similar recorded document, make the individual condominium  unit owners responsible to insure; or

    2.   Property owned by, used by, or in the care, custody or control of individual condominium  unit owners, except for personal property listed in paragraph  A.2. of Item I. above.

III.   Section VII. Mortgage Holders or Loss Payee Provisions contained in the Property-Gard  Pinnacle Coverage Form - 250000 is amended by deleting Item VII.A.2.a. and replacing it with the following, but only with respect to coverage provided by this Endorsement:

    a.   (1)   If an individual condominium  at the **location** is terminated, then we will pay for covered loss or damage to **business real property** to each Loss Payee shown in the Declarations in their order of precedence, as interests may appear.

        (2)   If an individual condominium  at a **location** is not terminated, then we will pay for covered loss or damage to **business real property** to you or the designated insurance trustee, if any, in accordance with Item XII., Loss Conditions, D. Loss Payment, contained in the Property-Gard  Pinnacle Coverage Form  - 250000, as modified by this Endorsement.

This Form must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

IV.  Item XII.D.  Loss Payment  is amended  by adding  the following,  but only with respect  to coverage  provided by this Endorsement:

If you name an insurance  trustee, we will adjust  losses with you, but we will pay the insurance  trustee.  If we pay the trustee,  the payments  will satisfy  your claims against  us.

V.  Section XIII.  General Conditions  is amended  as follows but only with respect  to coverage  provided  by this Endorsement:

A.  Item XIII.P.  is deleted  and replaced  by the following:

P.  Other  Insurance

1.  Except  as provided  in XIII.P.3.  below,  if you have other  insurance  subject  to the same  plan, terms, conditions,  and provisions  as the insurance  provided  under this Policy, then we will pay our share of the covered  loss or damage.  Our share is the proportion  that the applicable  Limit of Insurance  under this Policy bears  to the total Limits  of Insurance  for all insurance  covering such loss or damage  on the same basis.

2.  Except  as provided  in XIII.P.3.  below,  if there is other  insurance  covering  the same covered  loss or damage,  other than that described  above  in XIII.P.1.,  then subject  to the deductible  shown in the Declarations,  we will pay only for the amount  of covered  loss or damage  in excess of the amount  due from that other insurance,  whether  you can collect  on it or not.  Our payment  for any covered  loss or damage  is subject  to the terms  and conditions  of this Policy and the applicable  Limit of Insurance  shown in the Declarations.

3.  An individual  condominium  unit owner  may have other  insurance  covering  the same property as this insurance.  This insurance  is intended  to be primary,  and not to contribute  with such other insurance.

B.  Item XIII.T.  is deleted  and replaced  with the following:

T.  Subrogation

1.  Other  Than  Transit  Coverage

Except  as provided  in XIII.T.3.  below,  if any person  or organization  to or for whom we make payment  under this Coverage  Form has rights to recover  damages  from another,  then those rights are transferred  to us to the extent  of our payment.   That person  or organization  must do everything  necessary  to secure  our rights  and must do nothing  after loss to impair them.  But you may waive  your rights against  another  party in writing:

a.  Prior  to loss to your covered  property  or covered  income.

b.  After a loss to your covered  property  or covered  income  only if, at the time of loss, that party is one of the following:

(1)  Someone  insured  by this insurance;

(2)  A business  firm owned  or controlled  by you or that owns or controls  you; or

(3)  Your  tenant.

This will not restrict  your insurance.

2.  Transit  Coverage

Except as provided in XIII.T.3. below, with respect to covered property under Transit Coverage, you are permitted to accept released value bills of lading from carriers for hire. You are not permitted to enter into any special agreements with carriers or bailees releasing them from their common law or statutory liability. We will not be liable for any loss or damage which, without our written consent, has been settled or compromised by you.

    3.    Waiver of Rights of Recovery

We waive our rights to recover payment against:

    a.    Any individual condominium unit owner described in the Declarations in his or her capacity as an individual condominium unit owner, including the developer, and members of his or her household;

    b.    You; and

    c.    Members of your board of directors for acts or omissions within the scope of their duties for you;

but we reserve our rights to recover damages from the developer for which the developer may be held liable in its capacity as a developer.

C.    The following is added:

    W.    No act or omission by any individual condominium unit owner will void the policy or be a condition to recovery under this Policy, unless the individual condominium unit owner is acting within the scope of their authority on behalf of you.

    X.    With respect to the coverage provided under this Policy, such coverage will be provided for all portions of the condominium property as originally installed or replacement of like kind and quality, in accordance with the original plans and specifications.

VI.    Section XIV. Definitions, contained in the Property-Gard Pinnacle Coverage Form - 250000 is amended as follows, but only with respect to coverage provided by this Endorsement:

A.    Item XIV.A.7. **business real property** is deleted and replaced by the following:

    7.    a.    **Business real property** means the following types of property:

    (1)    Buildings or structures, foundations, completed alterations, repairs, and additions to such buildings or structures; fixtures that are not contained within individual units, permanently installed machinery and equipment; awnings; or glass forming a part of the structure, including lettering and ornamentation, whether located on the exterior or interior of such building or structure;

    (2)    Underground pipes, flues, or drains necessary for the service of **business real property**;

    (3)    Radio or television towers, antennas, and satellite dishes, including attachments;

    (4)    Personal property used to maintain or service the building including fire extinguishing equipment; outdoor furniture; floor covering; and appliances used for refrigerating, ventilating, cooking, dishwashing, or laundering that are not contained within individual units;

    (5)    Air conditioning and heating equipment, including air conditioning compressors, used to service any part of the building or structure, including individual units and limited common elements;

    (6)   Any other portion of the condominium property located outside of individual units, including improvements, additions and alterations;

    (7)   Outdoor fixtures and structures, including light standards, fences, signs, well-housings; and artificial trees, shrubs, plants, and lawns; and

    (8)   **Buildings while in the course of construction**.

b.   **Business real property** does not mean:

    (1)   Trees, shrubs, plants, or lawns growing outdoors;

    (2)   Any item which meets the definition of **fine arts**, or any item that is insured under Fine Arts Coverage contained in this Coverage Form;

    (3)   Any personal property within individual units or limited common elements except as provided in Item 7.a.(5) above;

    (4)   Floor coverings, wall coverings and ceiling coverings located within the boundaries of an individual unit and which serve only such unit.

    (5)   Electrical fixtures, water heaters, water filters, window treatments including curtains, drapes, blinds, hardware and similar window treatment components, and built-in cabinets and countertops, which are located within the boundaries of an individual unit and which serve only such unit; and

    (6)   Appliances such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping, which are located within the boundaries of an individual unit and which serve only such unit.

B.  Item XIV.A.51.  **Personal Effects** is deleted and replaced by the following:

51.  **Personal effects** means apparel, tools, and other personal possessions owned by you, your partners, **members**, officers, **managers**, directors, trustees, or employees (including leased employees). **Personal effects** does not mean:

a.   A **vehicle**; or

b.   Any apparel, tools, or personal possessions:

    (1)   Of your officers and employees that may be situated in an individual condominium unit owned by such officers or employees; or

    (2)   Which are covered elsewhere by this Policy or by any other insurance.

C.  Item XIV.A.52.  **Personal property of others** is deleted and replaced by the following:

52.  **Personal property of others** means personal property that does not belong to you and is in your care, custody, or control.  **Personal property of others** does not mean:

a.   Personal property you lease or rent from others;

b.   **Personal effects**; or

c.   Property of individual condominium unit owners or your customers unless the property is in your care, custody or control and you are legally liable for the loss or damage.

VII.  This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Crisis Management Coverage - 250062 01 13

Policy Amendment  - Commercial  Property  Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.   Section  V.E.,  Extensions  of  Coverage  Applicable  only  to  Business  Income  and  Extra  Expense  Coverage,  provided  under  the  Property-Gard  Pinnacle  Coverage  Form  - 250000,  is  amended  to  include  the  following:

A.   Crisis  Event  Response  Communication  Cost

1.   We  will  pay  your  **crisis event response communication cost**  resulting  from  a  **covered crisis event**  at  a  location  for  sixty  (60)  consecutive  days  after  a  **covered crisis event**  occurs.

2.   No  deductible  applies  to  Crisis  Event  Response  Communication  Cost.

3.   a.   The  most  we  will  pay  under  this  Extension  of  Coverage  in  any  one  occurrence  or  **loss event**  is  the  Per  Occurrence  or  Loss  Event  Limit  of  Insurance  shown  in  the  Declarations  applicable  to  Crisis  Event  Response  Communication  Cost.

b.   The  most  we  will  pay  under  this  Extension  of  Coverage  in  all  occurrences  or  **loss events**  during  any  one  Policy  Period  is  the  **Annual  Aggregate**  Limit  of  Insurance  shown  in  the  Declarations  applicable  to  Crisis  Event  Response  Communication  Cost.

B.   Crisis  Event  Business  Income  and  Extra  Expense  Coverage

1.   Business  Income  and  Extra  Expense  Coverage

We  will  pay  for  the  actual  loss  of  **business income**  and  necessary  **extra expense**  you  sustain  due  to  the  necessary  **suspension**  of  **operations**  during  the  **crisis event period of restoration**  caused  by  or  resulting  from  a  **covered crisis event**  at  a  location.

2.   Extended  Business  Income  and  Extra  Expense  Coverage

a.   If  a  **business income**  and  **extra expense**  loss  is  covered  under  Crisis  Management  Coverage  provided  by  this  Endorsement,  then  subject  to  the  Limit  of  Insurance  for  Crisis  Event  Business  Income  and  Extra  Expense  Coverage:

(1)   We  will  pay  for  the  actual  loss  of  **business income**  you  sustain  during  the  period  that  begins  on  the  date  your  **operations**  are  resumed  and  ends  on  the  earlier  of:

(a)   The  date  you  could  restore  your  **operations**  with  reasonable  speed,  to  the  level  which  would  generate  the  **business income**  amount  that  would  have  existed  if  no  **covered crisis event**  occurred;  or

(b)   Thirty  (30)  consecutive  calendar  days  after  the  date  your  **operations**  are  resumed.

(2)   We  will  pay  the  necessary  **extra expense**  you  incur  for  advertising,  direct  mail,  discount  coupons,  or  other  promotional  expense  you  incur  to  attract  customers  back  to  **your business**  during  the  period  that  begins  on  the  date  your  **operations**  are  resumed  and  ends  on  the  earlier  of:

(a)   The  date  you  could  restore  your  **operations**  with  reasonable  speed,  to  the  level  which  would  generate  the  **business income**  amount  that  would  have  existed  if  no  **covered crisis event**  occurred;  or

This  Form  must  be  attached  to  Change  Endorsement  when  issued  after  the  policy  is  written.

One  of  the  **Fireman's Fund Insurance Companies**  as  named  in  the  policy

2500621-13R
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All  rights reserved.

      (b)  Thirty (30) consecutive calendar days after the date your **operations** are resumed.

3.  a.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Crisis Event Business Income and Extra Expense.

    b.  The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Crisis Event Business Income and Extra Expense.

C.  Post Crisis Event Expense Coverage

1.  We will pay **post crisis event expense** incurred as a result of a **covered crisis event** at a location. Payments under Post Crisis Event Expense Coverage will begin immediately after the **covered crisis event** and will apply for up to sixty (60) consecutive days.

2.  No deductible applies to Post Crisis Event Expense Coverage.

3.  a.  The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Per Occurrence or Loss Event Limit of Insurance shown in the Declarations applicable to Post Crisis Event Expense Coverage.

    b.  The most we will pay under this Extension of Coverage in all occurrences or **loss events** during any one Policy Period is the **Annual Aggregate** Limit of Insurance shown in the Declarations applicable to Post Crisis Event Expense Coverage.

D.  Additional Exclusions

In addition to any other exclusions which apply in this Policy, the following exclusions apply to this Endorsement for any loss, damage, or expense regardless of whether any other cause or event contributes concurrently or in any sequence to the loss:

1.  Exclusions Applicable to Crisis Event Response Communication Cost, Crisis Event Business Income and Extra Expense Coverage, and Post Crisis Event Expense Coverage:

    a.  Illegal acts by you, any of your partners, **members, managers,** officers, directors, or trustees; or

    b.  Any claim or suit by a third party for bodily injury or property damage including defense costs related to such bodily injury or property damage.

2.  Exclusions Applicable to Crisis Event Business Income and Extra Expense Coverage:

    a.  Any **covered crisis events** described in Item I.I.1.e. in this Endorsement.

E.  Additional General Conditions

The following is added to Item XIII. General Conditions contained in the Property-Gard Pinnacle Coverage Form - 250000, but only with respect to Crisis Management Coverage provided by this Endorsement:

1.  Other insurance includes insurance coverage, self insured retentions, or non-insurance services which provide the same or similar services as provided under this Endorsement.

F.  Additional Loss Conditions

The following additional loss conditions are added to Item XII. Loss Conditions contained in the Property-Gard Pinnacle Coverage Form - 250000, but only with respect to Crisis Management Coverage provided by this Endorsement:

1.  Item XII.C.1.b. contained in the Property-Gard Pinnacle Coverage Form - 250000 is deleted and replaced with the following:

    Notice of a Covered Crisis Event

    You must notify us of any suspected **covered crisis event** or any event that is likely to lead to a **covered crisis event** within forty-eight (48) hours of first becoming aware of it.

G.  Valuation

    a.  Item VI.B. the valuation provisions applicable to **time element loss**, contained in the Property-Gard Pinnacle Coverage Form - 250000, apply to loss of **business income** and necessary **extra expense** you sustain caused by or resulting from a **covered crisis event** at a location.

    b.  The amount of **crisis event response communication cost** will be determined based on the documented additional expenses incurred by you to manage your organization's communications to your employees, shareholders, customers, government authorities, news media and other members of the public after the **covered crisis event**.

    c.  The amount of **post crisis event expense** will be determined based on the documented additional expenses incurred by you after the **covered crisis event**.

H.  Deductible

    1.  The deductible provisions described under Section X. of the Property-Gard Pinnacle Coverage Form - 250000 apply to coverage provided under this Endorsement.

    2.  The deductible shown in the Declarations for Time Element Loss will apply to loss or expense covered under this Endorsement unless a specific deductible is shown in the Declarations applicable to this Endorsement.

I.  Additional Definitions

    The following are additional definitions applicable only to this Endorsement:

    1.  **Covered crisis event** means the following occurring at a location that results in significant adverse regional or national news media coverage of you, unless otherwise excluded by this Endorsement:

        a.  Violent acts: An actual, attempted, or threatened act committed with malicious intent against any person(s) that results in physical injury or death to such person(s). Violent acts do not include an actual, attempted, or threatened act by an insured.

        b.  Premises contamination: The necessary closure of a location due to any sudden, accidental, and unintentional contamination or impairment of such location by **pollutants** which also results in bodily injury, illness, or death of any person(s). This includes contamination by **communicable disease** or Legionnaires' disease, but does not include contamination by **fungus**.

        c.  Contaminated food:

            (1)  A **public health authority** orders the closure of a location due to the contamination of food; or

            (2)  An announcement you or a government body makes warning the public of a health hazard because of the discovery or reasonable suspicion that contaminated food has been served to your patrons at a location.

        d.  Specified crimes: The following crimes, whether committed, attempted, or threatened:

            (1)  Criminal use of a firearm;

(2) Sexual assault;

(3) Stalking of one or more of your employees or customers; or

(4) Child abduction or kidnapping: The wrongful and illegal seizure of a child under age ten (10) by someone other than the child's parent or guardian;

e. Other crisis incidents:

(1) Explosion;

(2) Fire;

(3) Construction accident;

(4) Equipment failure; or

(5) Workplace accident.

2. **Crisis event period of restoration** means the period of time that begins immediately after the time of the **covered crisis event** and ends on the earlier of:

a. The date when your **operations** are resumed; or

b. The date when your **operations** should be resumed using reasonable speed.

3. **Crisis event response communication cost** means necessary expenses you incur for public relations services that are directly related to assisting you in minimizing negative publicity and restoring your reputation following a **covered crisis event**.

4. **Post crisis event expense** means:

a. Necessary expense incurred by persons who were physically present the location at the time the **covered crisis event** occurred for:

(1) Medical treatment;

(2) Psychological counseling or other mental health treatment; or

(3) Travel to or from a place of treatment for such treatments;

b. Necessary expense incurred for:

(1) Funeral expenses for persons physically present at the location at the time the **covered crisis event** occurred who die as a result of the **covered crisis event**; and

(2) Travel expenses for the immediate family to attend the funeral of such deceased person.

**Post crisis event expense** does not include expenses which are paid directly or indirectly to the person(s) who threatened, perpetrated, or participated in the **covered crisis event**, or their families.

5. **Public health authority** means the governmental authority having jurisdiction over your **operations** relative to health and hygiene standards necessary for the protection of the public.

II. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Florida State Exception Endorsement 250074 01 13

Policy Amendment - Commercial Property Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

---

I.  Section V., Extensions of Coverage, Item D., Extensions of Coverage Applicable Only to Property Coverage, is amended to add the following:

Catastrophic Ground Cover Collapse Coverage

We will pay for direct physical loss or damage to **Property Insured** in Florida caused by or resulting from **catastrophic ground cover collapse**.

However, damage consisting merely of the settling or cracking of a foundation, structure or building does not constitute loss or damage resulting from **catastrophic ground cover collapse**.

The Collapse Exclusion, Section IV., Exclusions, Item A.1.(b), does not apply to Catastrophic Ground Cover Collapse Coverage.

Coverage provided under this Extension of Coverage does not increase the applicable Limit of Insurance. Regardless of whether loss or damage attributable to **catastrophic ground cover collapse** also qualifies as **sinkhole collapse** or **earth movement** (if either or both of those causes of loss are covered under this Policy), only one Limit of Insurance will apply to such loss or damage.

II. Section V., Extensions of Coverage, Item E.2., Civil Authority Coverage, is amended to add the following:

d.  If Civil Authority Coverage includes a requirement that the described **premises** are not more than one (1) mile from the damaged property, then with respect to described **premises** located in Florida, such one-mile radius does not apply.

e.  If Civil Authority Coverage is limited to a coverage period of up to four (4) weeks, then with respect to described **premises** located in Florida, such four-week period is replaced by a three-week period.

f.  Civil Authority Coverage is subject to all other provisions of that Extension of Coverage.

III. Section XII., Loss Conditions, Item B., Appraisal, is amended and the following is added:

3.  With respect to mediation or appraisal of a loss to commercial residential property in Florida:

If we and you:

a.  Disagree or have a dispute regarding a claim, then either we or you may request a mediation of the commercial residential property loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount that you request. The settlement in the course of mediation is binding only if both parties agree, in writing, on a settlement, and you have not rescinded the settlement within three (3) business days after reaching settlement. You may not rescind the settlement after cashing or depositing the settlement check or draft we provided to you.

We will pay the cost of conducting the mediation conference. However, if:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

250074 1-13
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.   Page 1 of 7

(1)  You fail to appear at the mediation conference and you wish to schedule a new conference after failing to appear, then the new conference will be scheduled only upon your payment of a sum equal to the fees we paid for the mediation conference at which you failed to appear. This sum will then be applied to the cost of the rescheduled mediation conference, and we will pay the balance, if any, of the cost of conducting the rescheduled mediation conference; or

(2)  We fail to appear at a mediation conference without good cause, then we will pay your actual cash expenses you incur in attending the mediation conference and also pay the total cost of the rescheduled mediation conference.

b.  (1)  Disagree on the **value** of the property or the amount of loss, then either may request an appraisal of the loss, in writing. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, then either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the **value** of the property and amount of loss. If they fail to agree, then they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

(a)  Pay its chosen appraiser; and

(b)  Bear the other expenses of the appraisal and umpire equally.

(2)  If there is an appraisal, then we will still retain our right to deny the claim. However, you are not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if we:

(a)  Requested mediation and either party rejected the mediation result; or

(b)  Failed to notify you of your right to participate in the mediation program.

IV.  Section XII., Loss Conditions, Item C., Duties In The Event of Loss Or Damage, is amended to add the following:

4.  A claim, "supplemental claim", or "reopened claim" for loss or damage caused by windstorm or **hurricane** must be given to us in accordance with the terms of this Policy and within three (3) years after the **hurricane** first made landfall or the windstorm caused the covered damage. For purposes of this provision, "supplemental claim" or "reopened claim" means any additional claim for recovery from us for losses from the same **hurricane** or windstorm which we have previously adjusted pursuant to the initial claim.

This provision concerning time for submission of claim does not affect any limitation for legal action against us as provided in this Policy under Section XIII., General Conditions, Item M., including any amendment to that condition.

V.  Section XII., Loss Conditions, Item D.3., is deleted and replaced as follows:

3.  Provided you have complied with all the terms of this Policy, we will pay for covered loss or damage upon the earliest of the following:

a.  Within twenty (20) days after we receive the sworn proof of loss and reach written agreement with you;

b.  Within thirty (30) days after we receive the sworn proof of loss and:

(1)  There is an entry of a final judgment; or

(2)  There is a filing of an appraisal award with us; or

c.  Within ninety (90) days of receiving notice of an initial, reopened or supplemental claim, unless we deny the claim during that time or factors beyond our control reasonably prevent such payment. If a

portion of the claim is denied, then the 90-day time period for payment of claim relates to the portion of the claim that is not denied. However, this Item c. applies only to the following:

(1) A claim under a policy covering residential property in Florida;

(2) A claim for building or contents coverage if the insured structure is ten thousand (10,000) square feet or less and the policy covers only locations in Florida; or

(3) A claim for contents coverage under a tenant's policy if the rented **premises** are ten thousand (10,000) square feet or less and the policy covers only locations in Florida.

VI. Section XIII. General Conditions, Item C.1.b., is deleted and replaced by the following:

b.   (1)   If this Policy has been in effect for ninety (90) days or less, then we may cancel this Policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the specific reason or reasons for cancellation:

(a) At least ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) At least twenty (20) days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

1) A material misstatement or misrepresentation; or

2) A failure to comply with underwriting requirements established by us within ninety (90) days of the date of effectuation of coverage;

(2)   If this Policy has been in effect for more than ninety (90) days, then we may cancel this Policy only for one or more of the following reasons:

(a) Nonpayment of premium;

(b) The policy was obtained by a material misstatement;

(c) There has been a failure to comply with underwriting requirements established by us within ninety (90) days of the effectuation of coverage;

(d) There has been a substantial change in the risk covered by the Policy;

(e) The cancellation is for all insureds under such policies for a given class of insureds;

(f) On the basis of property insurance claims that are the result of an act of God, if we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(g) On the basis of filing of claims for partial loss caused by **sinkhole collapse** or clay shrinkage, or on the basis of the risk associated with the occurrence of such a claim, if:

1) The total of such property insurance claim payments for this Policy exceeds the current Policy limits of coverage for property damage; or

2) You have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based; or

(h) On the basis of a single property insurance claim which is the result of water damage, if we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property; or

(i)   The cancellation of some or all of our policies is necessary to protect the best interests of the public or policyholders and such cancellation is approved by the Florida Office of Insurance Regulation.

(3)   If we cancel this Policy for any of the reasons stated above in Item b.(2) above, then we will mail or deliver to the Named Insured(s) written notice of cancellation, accompanied by the specific reasons for cancellation:

(a)   At least ten (10) days before the effective date of cancellation if cancellation is for nonpayment of premium; or

(b)   At least forty-five (45) days before the effective date of cancellation if cancellation is for any reason other than nonpayment of premium and this Policy does not cover a residential structure or its contents; or

(c)   At least one hundred (100) days before the effective date of cancellation if cancellation is for any reason other than nonpayment of premium and this Policy covers a residential structure or its contents, unless there has been a substantial change in the risk covered by the Policy.

However, if cancellation is to become effective between June 1 and November 30, we will mail or deliver to the Named Insured(s) written notice of cancellation at least one hundred (100) days prior to the effective date of cancellation or by June 1, whichever is earlier. When cancellation is to become effective between September 9 and November 30, we will mail or deliver to the Named Insured(s) written notice of cancellation by June 1.; or

(d)   At least one hundred-twenty (120) days before the effective date of cancellation if cancellation is for any reason other than nonpayment of premium and the Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five year period immediately prior to the date of the written notice.

(4)   We may not cancel:

(a)   On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

(b)   On the basis of filing of claims for partial loss caused by **sinkhole collapse** or clay shrinkage, regardless of whether this Policy has been the subject of a **sinkhole collapse** or clay shrinkage claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may cancel this Policy if the total of claim payments for this Policy exceeds the current Policy limits of coverage for property damage; or you have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

(c)   Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

VII. Section XIII. General Conditions, Item C.1.d., is deleted and replaced by the following:

d.   If this Policy is cancelled, then we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, then the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this Policy is returned to us, then we will mail the premium refund within fifteen (15) working days after the effective date of cancellation, unless this is an audit policy. The cancellation will be effective even if we have not made or offered a refund.

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

If this is an audit Policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within ninety (90) days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within ten (10) working days of receipt of your audit. The cancellation will be effective even if we have not made or offered a refund.

VIII. Section XIII. General Conditions, Item C.2., Nonrenewal, is deleted and replaced by the following:

2.   Nonrenewal

    a.   If we decide not to renew this Policy, we will mail or deliver to the first Named Insured(s) written notice of nonrenewal, accompanied by the specific reason or reasons for nonrenewal:

        (1)   At least forty-five (45) days prior to the effective expiration date of the Policy if this Policy does not cover a residential structure or its contents, or if the nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation; or

        (2)   At least one hundred (100) days prior to the expiration of the Policy if this Policy covers a residential structure or its contents, unless Items a.(3) or a.(4) below apply.

        (3)   If this Policy covers a residential structure or its contents and nonrenewal is to become effective between June 1 and November 30, we will mail or deliver to the Named Insured(s) written notice of nonrenewal at least one hundred (100) days prior to the effective date of nonrenewal or by June 1, whichever is earlier. When nonrenewal is to become effective between September 9 and November 30, we will mail or deliver to the Named Insured(s) written notice of nonrenewal by June 1. If nonrenewal is due to a revision to this Policy's coverage for **sinkhole collapse** losses or **catastrophic ground cover collapse** pursuant to section 627.706 of the Florida Insurance Laws, then this Item a.(3) does not apply. Instead, in such a case Items a.(2) above or a.(4) below apply.

        (4)   At least one hundred-twenty (120) days prior to the effective date of nonrenewal if the Named Insured's residential structure has been insured by us or an affiliated insurer for at least a five (5) year period immediately prior to the date of the written notice.

    b.   Any notice of nonrenewal will be mailed or delivered to the Named Insured(s) at the last mailing address known to us.

    c.   If notice of nonrenewal is mailed, proof of mailing will be sufficient proof of notice.

    d.   We may not refuse to renew this Policy:

        (1)   On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that you have failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property;

        (2)   Solely on the basis of a single property insurance claim which is the result of water damage, unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

        (3)   On the basis of filing of claims for **sinkhole collapse** loss. However, we refuse to renew this Policy if the total of such property insurance claim payments for this Policy equals or exceeds the Policy limits in effect on the date of loss for property damage to the building; or you have failed to repair the structure in accordance with the engineering recommendations upon which any loss payment or policy proceeds were based.

    e.   We may refuse to renew this Policy if:

        (1)   This Policy includes **sinkhole collapse** coverage; or

(2)  The nonrenewal of some or all of our policies is necessary to protect the best interests of the public or policyholders and such nonrenewal is approved by the Florida Office of Insurance Regulation.

If we nonrenew this Policy for purposes of removing **sinkhole collapse** coverage, pursuant to section 627.706 of the Florida Insurance Laws, then we will offer you a policy that includes **catastrophic ground cover collapse** coverage.

f.  Limitations On Nonrenewal In The Event Of **Hurricane** Or Wind Loss - Residential Property

(1)  The following provisions apply to a policy covering a personal residential or commercial residential structure or its contents, if such property has been damaged as a result of a **hurricane** or wind loss that is the subject of a declaration of emergency by the Governor and filing of an order by the Commissioner of Insurance Regulation:

(a)  Except as provided in Items (1)(b) and (1)(c) below, we may not cancel or nonrenew the policy until at least ninety (90) days after repairs to the residential structure or commercial residential structure or its contents have been substantially completed and restored to the extent that it is insurable by another authorized insurer writing policies in Florida. If we elect to not renew the policy, we will provide at least one hundred (100) days' notice that we intend to nonrenew ninety (90) days after the substantial completion of repairs.

(b)  We may cancel or nonrenew the policy prior to repair of the structure or its contents for nonpayment of premium provided we give you ten (10) days' notice of nonrenewal.

(c)  We may cancel or nonrenew the policy prior to repair of the structure or its contents for the following reasons provided we give you forty-five (45) days' notice of nonrenewal:

1)  Material misstatement or fraud related to the claim;

2)  We determine that you have unreasonably caused a delay in the repair of the structure; or

3)  We have paid the policy limits.

(d)  With respect to a policy covering a residential structure or a commercial residential structure or its contents, any cancellation or nonrenewal that would otherwise take effect during the duration of a **hurricane** as defined in Item (1)(e) below, will not take effect until the end of the duration of such hurricane, unless a replacement policy has been obtained and is in effect for a claim occurring during the duration of the hurricane. We may collect premium at the prior rates or the rates then in effect for the period of time for which coverage is extended.

(e)  For purposes of this provision, a **hurricane** is defined as a storm system that has been declared to be a **hurricane** by the National Hurricane Center of the National Weather Service (hereafter referred to as "NHC"). The **hurricane** occurrence begins at the time a **hurricane** watch or **hurricane** warning is issued for any part of Florida by the NHC, and ends seventy-two (72) hours after the termination of the last **hurricane** watch or **hurricane** warning issued for any part of Florida by the NHC.

IX.  Section XIII. General Conditions, Item M.2., is deleted and replaced by the following:

2.  Legal action involving direct physical loss or damage to property is brought against us within five (5) years from the date the loss occurs.

X.  The following is added to Section XIV. Definitions:

A.  **Catastrophic ground cover collapse** means geological activity that results in all of the following:

1.  The abrupt collapse of the ground cover;

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

2. A depression in the ground cover clearly visible to the naked eye;

3. **Structural Damage**, as defined in Section 627.706(2)(k) of the the Florida Insurance Laws, to the building, including the foundation;  and

4. The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

B. For purposes of Catastrophic Ground Cover Collapse Coverage, **structural damage** means a covered building, regardless of the date of its construction, has experienced the following.

1. Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement-related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building code;

2. Foundation displacement or defection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement-related damage to the primary structural members or primary structural systems that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those primary structural members or primary structural systems exceed one and one-third the nominal strength allowed under the Florida Building Code for new buildings or similar structure, purpose, or location;

3. Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical primary structural members to such extant that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within Florida Building Code;

4. Damage that results in the building, or any portion of the building containing primary structural members or primary structural systems, being significantly likely to imminently collapse because of the movement or instability of the ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

5. Damage occurring on or after October 15, 2005, that qualifies as substantial structural damage as defined in the Florida Building code.

XI. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

# Property-Gard Pinnacle® - Course of Construction Endorsement 250124 01 15

Policy Amendment  - Commercial  Property  Coverage Section

**This Endorsement modifies insurance provided under the Property-Gard Pinnacle Coverage Form - 250000**.

I.   Property  Coverage

A.   If a Limit of Insurance  for Buildings While In The  Course Of Construction  is shown in the Declarations applicable  to this Endorsement  for a **location**, then  we will pay for direct physical loss or damage to **buildings while in the course of construction** at such **location** caused by or resulting  from a **covered cause of loss**, subject to Section IV. Term of Coverage of this Endorsement,  but only if such property  is:

1.   At such  **location**; or

2.   Within  1,000 feet of such  **location**.

B.   When a Limit of Insurance  for Buildings While In The  Course Of Construction  is shown in the Declarations applicable  to this Endorsement  at a **location**, then any Limit of Insurance  applicable  to **business real property** that would otherwise  be provided by the Property-Gard  Pinnacle Coverage Form - 250000, does not apply to such **location**, but only during the Term of Coverage as provided by Section IV. of this Endorsement.

II.   Extensions  of Coverage

If a Limit of Insurance  for the following Extension(s)  of Coverage is shown in the Declarations  applicable  to this Endorsement  at a **location**, then  the following Extension(s)  of Coverage also apply to such **location** in addition to the Extensions  of Coverage provided  by Section V. of the Property-Gard  Pinnacle Coverage Form - 250000:

A.   Delayed  Occupancy  Coverage

1.   Extension  of Coverage Item V.E.3., Delayed Occupancy  Coverage, contained in the Property-Gard Pinnacle  Coverage Form - 250000, is deleted  and replaced  by Items II.A.2. through  4. of this Endorsement,  but only with respect to Delayed  Occupancy  Coverage provided  under  this Endorsement.

2.   If a Limit of Insurance  for Delayed Occupancy  Coverage is shown in the Declarations  applicable  to this Endorsement  for a **location**, then  we will pay for the actual:

a.   Loss  of **business income**; and

b.   Necessary  **extra expense**;

you  sustain  due to the necessary delay in commencing  or recommencing  **operations** at such **location** during the **period of restoration**. Such delay in commencing  or recommencing  **operations** must be caused by or result from direct physical loss or damage by a **covered cause of loss** to property  at such **location**, subject to Section IV. Term of Coverage of this Endorsement.

3.   Delayed  Occupancy  Coverage does not  insure  **soft costs**, except to the extent  such coverage may be specifically  provided  by Item II.B., Soft Cost Coverage, of this Endorsement,  but only if the Declarations  applicable  to this Endorsement  show  that you have such coverage.

This Form  must be attached  to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

4. The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to this Endorsement for Delayed Occupancy Coverage.

B. Soft Cost Coverage

Section V.E., Extensions of Coverage Applicable only to Business Income and Extra Expense Coverage, provided under the Property-Gard Pinnacle Coverage Form - 250000, is amended to include the following, but only with respect to Soft Cost Coverage provided by this Endorsement:

1. If a Limit of Insurance is shown in the Declarations applicable to this Endorsement for Delayed Occupancy Coverage at a **location**, and if covered loss or damage occurs to **buildings while in the course of construction** at such **location**, then we will pay for any necessary additional **soft costs** you incur during the **period of restoration** that would not have been incurred had there been no covered loss or damage.

2. We will not pay under Soft Costs Coverage for:

   a. Any expenses or fees paid to:

      (1) Any of your subsidiaries or affiliates;

      (2) Legal counsel;

      (3) Public adjusters;

      (4) Insurance agents or brokers;

      (5) Property managers;

      (6) Consultants; or

      any of their employees, representatives, or consultants; or

   b. Costs you incur to prove if a loss is a covered loss under this Endorsement.

3. The most we will pay under this Extension of Coverage in any one occurrence or **loss event** is the Limit of Insurance shown in the Declarations applicable to this Endorsement for Soft Cost Coverage.

III. Additional Exclusions

A. The following exclusion is added to Item IV.A.1. contained in the Property-Gard Pinnacle Coverage Form - 250000, but only with respect to coverage provided by this Endorsement:

Damage by Weather to Property in the Open

Rain, snow, ice, sleet, sand, or dust, whether driven by wind or not, to any property awaiting installation or construction, while in the open. This exclusion does not apply to property in the custody of carriers for hire.

B. Exclusion IV.A.1.j., Testing, contained in the Property-Gard Pinnacle Coverage Form - 250000 is deleted and replaced by the following, but only with respect to coverage provided by this Endorsement:

   j. Testing

      Testing, commissioning, or start-up operations of any kind.

C. The following exclusion is added to Item IV.B. contained in the Property-Gard Pinnacle Coverage Form - 250000, but only with respect to coverage provided by this Endorsement:

Your failure to, or decision, not to repair, rebuild, or replace **buildings under the course of construction** that have suffered loss or damage insured under this Endorsement.

IV.  Term  of Coverage

    A.  Insurance  under  this  Endorsement  applies  during  the  period  of  time  specified  under  the  Course  of  Construction   Coverage Period  as shown  in the Declarations  applicable  to this Endorsement:

        1.  From  12:01 A.M.  Standard  Time  on the earliest day shown;

        2.  To 12:01 A.M.  Standard  Time  on the latest  day shown;

    at the address  of the **location**  shown  in such Declarations.

    B.  Notwithstanding   Item  IV.A.  of  this  Endorsement,   insurance  under  this  Endorsement   terminates  at  a  **location**  described  in the Declarations  applicable  to this Endorsement  at the earliest of the following  dates:

        1.  On the date this Policy  expires  or cancellation  thereof  becomes  effective;

        2.  When  the Course  of Construction   Coverage Period  as shown  in the Declarations  applicable  to this  Endorsement   expires;

        3.  When  your  interest  in, or responsibility  for, **buildings while in the course of construction**  ceases;

        4.  When  you or the purchaser  have accepted  **buildings while in the course of construction**;

        5.  When  all construction   on  **buildings while in the course of construction**  at the a **location**  has been  completed  for more than  sixty  (60) consecutive  calendar days;

        6.  When  **buildings while in the course of construction**  or any portion  thereof  have been occupied  or put  to their intended  use;

        7.  When  you abandon  **buildings while in the course of construction**  with no intention  of completing  construction;  or

        8.  When  any other  insurance  covers **buildings while in the course of construction**  as a completed  building  or structure.

    C.  If **buildings while in the course of construction**  are part of a project  involving  the construction  of multiple  buildings or structures,  at a **location**  described  in the Declarations  applicable  to this Endorsement,  then the  provisions  in Item  IV.B.  of this Endorsement  apply  separately  to each such building  or structure  insured  under  this Endorsement.

    D.  Insurance  under  this Endorsement  does not apply  at a **location**  described  in the Declarations  applicable  to  this Endorsement  when  construction  activities  have ceased  for more than  sixty  (60) consecutive  calendar  days, but such insurance  resumes  when such construction  activities  resume,  subject  to Items  IV.A., B., and  C. of this Endorsement.

V.  Completed  Building  Coverage

If your  interest  in **buildings while in the course of construction**  at a **location**  shown  in the Declarations  applicable  to this Endorsement  continues  after coverage  under  this Endorsement  ceases  in accordance  with Section  IV.  Term  of Coverage of this Endorsement,  then on the date such coverage  ceases:

    A.  Such  **buildings while in the course of construction**  will be considered  **business real property**  and coverage  for such **business real property** will continue  without  lapse under  the Property-Gard  Pinnacle Coverage  Form - 250000, subject  to the terms,  conditions,  exclusions,  limitations,  provisions,  and applicable Limits  of Insurance  of such Coverage Form,  and any other  applicable  endorsements  attached  to such Coverage  Form.

    B.  If the Declarations  applicable  to this Endorsement  show you had Delayed Occupancy  Coverage at such  **location**, then such Delayed Occupancy  Coverage will be considered  Business Income and Extra Expense  Coverage and will continue  at such **location**  without  lapse under  the Property-Gard  Pinnacle  Coverage  Form - 250000, subject  to the terms,  conditions,  exclusions,  limitations,  provisions,  and applicable Limits

Copyright 2015, Fireman's Fund Insurance Company, Novato, CA.  All  rights reserved.

of Insurance of such Coverage Form, and any other applicable endorsements attached to such Coverage Form.

Notwithstanding the provisions in this Section V., any covered loss, damage, or expense insured under this Endorsement which occurs prior to the date coverage under this Endorsement is continued under the Property-Gard Pinnacle Coverage Form - 250000 will be adjusted based on the terms, conditions, exclusions, limitations, provisions, and applicable Limits of Insurance of this Endorsement.

VI. Deductible

A. The deductible provisions described under Section X. of the Property-Gard Pinnacle Coverage Form - 250000 apply to coverage provided by this Endorsement.

B. The deductible shown in the Declarations for Business Real Property and Time Element Loss, whichever is applicable, will apply to loss, damage, or expense covered under this Endorsement unless a specific deductible is shown in the Declarations applicable to this Endorsement.

VII. Additional Definitions

The following definitions contained in the Property-Gard Pinnacle Coverage Form - 250000, are deleted and replaced with the following, but only with respect to coverage provided by this Endorsement:

A. **Period of restoration** means:

1. The period of time that begins immediately after the time that **operations** would have commenced or recommenced, if the covered loss or damage to property at the **location** had not occurred, and extends for the length of time that was required to repair, rebuild, or replace such loss or damage with reasonable speed and like kind and quality.

2. **Period of restoration** does not include any increased period due to the enforcement of any **ordinance or law**, including any **ordinance or law** that requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of **pollutants**.

3. The expiration date of this Policy or the termination of coverage provided by this Endorsement will not cut short the **period of restoration**.

B. **Soft costs** mean:

1. Realty taxes or other government assessments, including permit fees, which you incur;

2. Insurance premiums;

3. Marketing, advertising, and promotional expenses;

4. Commissions and attorney fees resulting from the necessary renegotiation of leases and other contracts;

5. Fees for services from architects, engineers, or surveyors; and

6. Interest expense incurred including bond interest, financing fees or charges, or other debt service payments, on money you borrow in order to finance construction or repair.

VIII. This Endorsement is otherwise subject to all the terms, conditions, exclusions, limitations, and provisions of the Policy to which it is attached.

250124 1-15
Copyright 2015, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Page 4 of 4

# GENERAL   LIABILITY

General  Liability   **GL**

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

    PORTFOLIO POLICY (R)

### GENERAL LIABILITY DECLARATIONS

Insurance is provided only for those Coverages, Limits of Liability and
Endorsements shown below.

| **Coverages** | **Limits of Liability** |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | |
| GENERAL AGGREGATE LIMIT (Other Than Products - Completed Operations) | $2,000,000 |
| PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT   ANY ONE PREMISES | $100,000 |
| MEDICAL EXPENSE LIMIT                    ANY ONE PERSON | $10,000 |
| LIQUOR LIABILITY AGGREGATE LIMIT | $1,000,000 |
| LIQUOR LIABILITY EACH COMMON CAUSE | $1,000,000 |
| | |
| EMPLOYEE BENEFITS ADMINISTRATION ERRORS AND OMISSIONS INSURANCE | |
| AGGREGATE LIMIT | $2,000,000 |
| EACH EMPLOYEE LIMIT | $1,000,000 |

_____
  The audit period shall be ANNUAL

### GENERAL LIABILITY ENDORSEMENT(S)

EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION
AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION
(CG 21 06 05 14)

ADDITIONAL INSURED - CONDOMINIUM UNIT OWNERS (CG 20 04 11 85)

EXCLUSION - SPECIFIED THERAPEUTIC OR COSMETIC SERVICES (CG 22 45 04 13)

GL - 1

POLICY NUMBER **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

      PORTFOLIO POLICY (R)

**COMMERCIAL GENERAL LIABILITY DECLARATIONS (continued)**

**GENERAL LIABILITY ENDORSEMENT(S) (continued)**

PRODUCTS - COMPLETED OPERATIONS HAZARD REDEFINED (CG 24 07 01 96R)

    Description of Premises and Operations:
      RESTAURANT

LIQUOR LIABILITY COVERAGE (CG 00 33 04 13R)

EMPLOYMENT - RELATED PRACTICES EXCLUSION (CG 21 47 12 07)

VALET PARKING ENDORSEMENT (CG 70 53 05 05)

COMPLETE LEAD POISONING AND LEAD CONTAMINATION EXCLUSION
(CG 70 92 12 92 S)

COMPLETE ASBESTOS EXCLUSION (CG 70 93 12 92R)

MULTICOVER (CG 71 58 01 14)

AMENDMENT TO POLLUTION EXCLUSION (CG 71 70 08 05)

EMPLOYEE BENEFITS ADMINISTRATION ERRORS AND OMISSIONS INSURANCE
(EB 70 00 12 97)

HOSPITALITY SERVICES COVERAGE (CG 72 49 12 07)

AMENDMENT - MEDICAL PAYMENTS FOR RESTAURANTS (CG 72 52 12 07)

ADDITIONAL INSURED - GOLFMOBILE USERS (EXCESS BASIS) (CG 72 66 04 13)

CANOES OR ROWBOATS (CG 24 16 12 07)

PERSONAL AND ADVERTISING INJURY HAZARD REDEFINED (CG 72 75 06 07)

FUNGI OR BACTERIA EXCLUSION (CG 72 77 04 08)

LIQUOR LIABILITY - BRING YOUR OWN ALCOHOL ESTABLISHMENTS - (CG 24 06 04 13)

EXCLUSION - COMMON INTEREST PROPERTY CONVERSIONS (CG 72 99 04 13)

GL - 2

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

     PORTFOLIO POLICY (R)

**COMMERCIAL GENERAL LIABILITY DECLARATIONS (continued)**

**SUPPLEMENTARY STATE ENDORSEMENT(S)**

**FLORIDA**

FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (CG 02 20 03 12)

FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (EB 70 01 12 97)

HOSPITALITY SERVICES ERRORS AND OMISSIONS INSURANCE COVERAGE FORM
(CG 72 46 FL 04 13)

ADDITIONAL INSURED - MORTGAGEE, ASSIGNEE,
OR RECEIVER (CG2018 04 13)
CG2018     0413  00

    SCHEDULE

    NAME OF PERSON(S) OR ORGANIZATION(S)        DESIGNATION OF PREMISES:

    ISRAEL DISCOUNT BANK OF NEW YORK        PREMISE 02
    AS AGENT FOR ITSELF & CO-LENDERS
    THEIR SUCCESSORS AND ASSIGNS
    511 FIFTH AVENUE, 8TH FLOOR
    NEW YORK, NY 10017

ADDITIONAL INSURED - GRANTOR OF LICENSES -
AUTOMATIC STATUS WHEN REQUIRED BY LICENSOR -
CG 20 35 04 13
CG2035     0413

    SCHEDULE:

    NAME OF PERSON(S) OR ORGANIZATION(S)        DESIGNATION OF PREMISES:

    LOVE FOODS, INC              PREMISE 02
    8901 NE 10 AVENUE           SETAI HOTEL
    MIAMI, FL 33138             2001 COLLINS AVE
                             MIAMI BEACH, FL 33139

DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT
(CG 25 04 05 09)
CG2504     0509  00

                 SCHEDULE

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

    PORTFOLIO POLICY (R)

**COMMERCIAL GENERAL LIABILITY DECLARATIONS (continued)**

**OTHER GENERAL LIABILITY ENDORSEMENT(S) (continued)**

DESIGNATED LOCATION(S) GENERAL AGGREGATE LIMIT
(CG 25 04 05 09)
CG2504          0509  00    (continued)

    DESIGNATED LOCATION(S):
    SEE LOCATION OF PREMISES SHOWN IN THE DECLARATIONS


HOSPITALITY SERVICES ERRORS AND OMISSIONS
INSURANCE COVERAGE FORM
(CG 72 46 FL 04 13)
CG7246FL        0413

    Limits of Insurance:

    EACH CLAIM LIMIT $1,000,000
    AGGREGATE LIMIT $1,000,000


    Deductible:

    EACH CLAIM DEDUCTIBLE $5,000

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

RATING PERIOD 04-27-19 TO 04-27-20

**GENERAL LIABILITY SCHEDULE**

**Premise 01**
Location 001   101 20TH ST
              MIAMI BEACH          FL  33139-1903 MIAMI-DADE          (CNTY)
**Premise 02**
Location 002   2001-2009 COLLINS AVE (HOTEL)
              MIAMI BEACH          FL  33139-1913 MIAMI-DADE          (CNTY)

Location 003   2001-2009 COLLINS AVE (FITNESS CENTER)
              MIAMI BEACH          FL  33139-1913 MIAMI-DADE          (CNTY)

Location 004   2001-2009 COLLINS AVE (RESTAURANT/BAR)
              MIAMI BEACH          FL  33139-1913 MIAMI-DADE          (CNTY)
**Premise 05**
Location 005   300 21ST ST
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)
**Premise 06**
Location 006   395 NE 59TH STREET
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)
**Premise 07**
Location 007   1900 LIBERTY AVENUE #107
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)

Location 008   1900 LIBERTY AVENUE #110
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)

Location 009   1900 LIBERTY AVENUE #203
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)

Location 010   1900 LIBERTY AVENUE #204
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)

Location 011   1900 LIBERTY AVENUE #205
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)

Location 015   1900 LIBERTY AVENUE #207
              MIAMI BEACH          FL  33139      MIAMI-DADE          (CNTY)
**Premise 12**
Location 012   355 19TH STREET #112
              MIAMI BEACH          FL  33139                          (CNTY)

Location 013   355 19TH STREET #109
              MIAMI BEACH          FL  33139                          (CNTY)

Location 014   355 19TH STREET #113
              MIAMI BEACH          FL  33139                          (CNTY)

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

RATING PERIOD 04-27-19 TO 04-27-20

### GENERAL LIABILITY SCHEDULE (continued)

**Premise 16**
Location 016    355 19TH STREET #202
              MIAMI BEACH          FL  33139      MIAMI-DADE        (CNTY)
**Premise 17**
Location 017    355 19TH STREET #207
              MIAMI BEACH          FL  33139      MIAMI-DADE        (CNTY)

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 01** | | | |
| Premises/Operations | | | |
| APTS/HOTELS-TIME SHARE-4 STORY & UP | UNITS | 40 | 95.7177 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | UNITS | 40 | 1.2116 |
| | | | |
| CONDOMINIUMS-RESIDENTIAL-ASSOC.RISK | UNITS | 158 | 55.0911 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | UNITS | 158 | .6974 |
| | | | |
| PARKING - PRIVATE | AREA | 77,040 | 25.2592 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | AREA | 77,040 | .3025 |
| | | | |
| **Premise 02** | | | |
| Premises/Operations | | | |
| FULL SERVICE HOTEL - 4 STAR | GROSS SALES | 30,300,000 | 4.9986 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | GROSS SALES | 30,300,000 | .0599 |
| | | | |
| FULL SERVICE RESTAURANTS-HIGHER | GROSS SALES | 11,000,000 | 2.2344 |
| INCREASED MEDICAL PAYMENTS | GROSS SALES | 11,000,000 | .0283 |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

RATING PERIOD 04-27-19 TO 04-27-20

**GENERAL LIABILITY SCHEDULE (continued)**

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| Premises/Operations (continued) | | | |
| BEACHES- BATHING- NOT COMM'LY OPTD.   EACH | | 1 | 1419.5000 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | EACH | 1 | 17.0000 |
| | | | |
| SPAS OR PERS ENHANCEMENT FAC | SALES | 1,826,000 | 3.7057 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | SALES | 1,826,000 | .0444 |
| | | | |
| BLDG/PREM BANK/OFC EMPLOYEE OCC-FP | AREA | 10,000 | 117.1231 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | AREA | 10,000 | 1.4027 |
| | | | |
| PARKING-PUBLIC-NOT OPEN AIR | GROSS SALES | 645,000 | 8.7290 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | GROSS SALES | 645,000 | .1105 |
| | | | |
| Products/Completed Operations | | | |
| FULL SERVICE RESTAURANTS-HIGHER | GROSS SALES | 11,000,000 | .1918 |
| | | | |
| Liquor Liability | | | |
| LIQ LIAB-UPSCALE RESTAURANT-HIGHER | GROSS SALES | 5,340,000 | 2.1392 |

**Premise 05**

| | | | |
|---|---|---|---|
| Premises/Operations | | | |
| MERCANTILE - LESSOR'S RISK ONLY-LRO | AREA | 20,471 | 88.2876 |
| Products/Completed Operations are Subject to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | AREA | 20,471 | 1.0573 |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

RATING PERIOD 04-27-19 TO 04-27-20

**GENERAL LIABILITY SCHEDULE (continued)**

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 06** | | | |
| Premises/Operations | | | |
| WAREHOUSES-PRIVATE - FOR PROFIT | AREA | 10,000 | 63.8128 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | AREA | 10,000 | .7642 |
| **Premise 07** | | | |
| Premises/Operations | | | |
| DWELLINGS-TWO FAM. (LESSOR'S RISK) | EACH | 6 | 140.9200 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | EACH | 6 | 1.6877 |
| **Premise 12** | | | |
| Premises/Operations | | | |
| DWELLINGS-TWO FAM. (LESSOR'S RISK) | EACH | 3 | 140.9200 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | EACH | 3 | 1.6877 |
| **Premise 16** | | | |
| Premises/Operations | | | |
| APARTMENT BUILDINGS - GARDEN | UNITS | 1 | 71.7894 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | UNITS | 1 | .8598 |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
   ABBEY HOTEL ACQUISITION LLC

RATING PERIOD 04-27-19 TO 04-27-20

**GENERAL LIABILITY SCHEDULE (continued)**

| Classification(s) | Bases of Premium | Exposure | Rate |
|---|---|---|---|
| **Premise 17** | | | |
| Premises/Operations | | | |
| APARTMENT BUILDINGS - GARDEN | UNITS | 1 | 71.7894 |
| Products/Completed Operations are Subject | | | |
| to the General Aggregate Limit | | | |
| INCREASED MEDICAL PAYMENTS | UNITS | 1 | .8598 |
| | | | |
| MULTICOVER | | | 5690 |
| | | | |
| Employee Benefits Administration Errors and Omissions | | | |
| EMPLOYEE BENEFITS ADMINISTRATION | NUMBER OF EMPLOYEES | 100 | |
| **Premise 01** | | | |
| Location 001   101 20TH STREET | | | |
| MIAMI BEACH | FL  33139 | | |
| | | | |
| HOSPITALITY SERVICES | GROSS SALES | 1,600,000 | .1891 |
| ERRORS AND OMISSIONS | | | |

# Commercial General Liability Coverage Form - CG 00 01 04 13

Policy Amendment(s)  Commercial General Liability

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words **we**, **us** and **our** refer to the company providing this insurance.

The word **insured** means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in bold face or quotation marks have special meaning. Refer to Section V - Definitions.

**Section I - Coverages**

**Coverage A - Bodily Injury and Property Damage Liability**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of **bodily injury** or **property damage** to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **bodily injury** or **property damage** to which this insurance does not apply. We may, at our discretion, investigate any **occurrence** and settle any claim or **suit** that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to **bodily injury** and **property damage** only if:

      (1) The **bodily injury** or **property damage** is caused by an **occurrence** that takes place in the **coverage territory**;

      (2) The **bodily injury** or **property damage** occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no **employee** authorized by you to give or receive notice of an **occurrence** or claim, knew that the **bodily injury** or **property damage** had occurred, in whole or in part. If such a listed insured or authorized **employee** knew, prior to the policy period, that the **bodily injury** or **property damage** occurred, then any continuation, change or resumption of such **bodily injury** or **property damage** during or after the policy period will be deemed to have been known prior to the policy period.

   c. **Bodily injury** or **property damage** which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim, includes any continuation, change or resumption of that **bodily injury** or **property damage** after the end of the policy period.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____        _____
Secretary                                                      President

d. **Bodily injury** or **property damage** will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any **employee** authorized by you to give or receive notice of an **occurrence** or claim:

(1) Reports all, or any part, of the **bodily injury** or **property damage** to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the **bodily injury** or **property damage**; or

(3) Becomes aware by any other means that **bodily injury** or **property damage** has occurred or has begun to occur.

e. Damages because of **bodily injury** include damages claimed by any person or organization for care, loss of services or death resulting at any time from the **bodily injury**.

2. **Exclusions**

This insurance does not apply to:

a. **Expected or Intended Injury**

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

**Bodily injury** or **property damage** for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an **insured contract,** provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an **insured contract,** reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of **bodily injury** or **property damage,** provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same **insured contract;** and

(b) Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

**Bodily injury** or **property damage** for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by that insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the **occurrence** which caused the **bodily injury** or **property damage**, involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or

unemployment compensation law or any similar law.

e. **Employer's Liability**

**Bodily injury** to:

(1) An **employee** of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an **insured contract.**

f. **Pollution**

(1) **Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) **Bodily injury** if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) **Bodily injury** or **property damage** for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the **pollutants** are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) **Bodily injury** or **property damage** arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of **mobile equipment** or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the **bodily injury** or **property**

**damage** arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) **Bodily injury** or **property damage** sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) **Bodily injury** or **property damage** arising out of heat, smoke or fumes from a **hostile fire**.

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

However, this paragraph does not apply to liability for damages because of **property damage** that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or **suit** by or on behalf of a governmental authority.

g. **Aircraft, Auto or Watercraft**

**Bodily injury** or **property damage** arising out of the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft owned or operated by or rented or loaned to any insured.  Use includes operation and **loading or unloading.**

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage** involved the ownership, maintenance, use or entrustment to others of any aircraft, **auto** or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property  for a charge;

(3) Parking an **auto** on, or on the ways next to, premises you own or rent, provided the **auto** is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any **insured contract** for the ownership, maintenance or use of aircraft or watercraft; or

(5) **Bodily injury** or **property damage** arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor

vehicle insurance law where it is licensed or principally garaged; or

    (b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of **mobile equipment**.

h. **Mobile Equipment**

**Bodily injury** or **property damage** arising out of:

    (1) The transportation of **mobile equipment** by an **auto** owned or operated by or rented or loaned to any insured; or

    (2) The use of **mobile equipment** in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

**Bodily injury** or **property damage**, however caused, arising, directly or indirectly, out of:

    (1) War, including undeclared or civil war;

    (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    (3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

j. **Damage to Property**

**Property damage** to:

    (1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

    (2) Premises you sell, give away or abandon, if the **property damage** arises out of any part of those premises;

    (3) Property loaned to you;

    (4) Personal property in the care, custody or control of the insured;

    (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the **property damage** arises out of those operations; or

    (6) That particular part of any property that must be restored, repaired or replaced because **your work** was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to **property damage** (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage to Premises Rented to you as described in Section III - Limits of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are **your work** and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to **property damage** included in the **products-completed operations hazard.**

k. **Damage to Your Product**

**Property damage** to **your product** arising out of it or any part of it.

l. **Damage to Your Work**

**Property damage** to **your work** arising out of it or any part of it and included in the **products-completed operations hazard.**

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. **Damage to Impaired Property or Property Not Physically Injured**

**Property damage** to **impaired property** or property that has not been physically injured arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in **your product** or **your work;** or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to **your product** or **your work** after it has been put to its intended use.

n. **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) **Your product;**

(2) **Your work;** or

(3) **Impaired property;**

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal and Advertising Injury**

**Bodily injury** arising out of **personal and advertising injury**.

p. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of **bodily injury**.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

q. **Recording and Distribution of Material or Information in Violation of Law**

**Bodily injury** or **property damage** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits of Insurance.

**Coverage B - Personal and Advertising Injury Liability**

1. **Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of **personal and advertising injury** to which this insurance applies. We will have the right and duty to defend the insured against any **suit** seeking those damages. However, we will have no duty to defend the insured against any **suit** seeking damages for **personal and advertising injury** to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or **suit** that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to **personal and advertising injury** caused by an offense arising out of your business but only if the offense was committed in the **coverage territory** during the policy period.

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation of Rights of Another**

**Personal and advertising injury** caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict **personal and advertising injury**.

b. **Material Published With Knowledge of Falsity**

**Personal and advertising injury** arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior to Policy Period**

**Personal and advertising injury** arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

**Personal and advertising injury** arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

**Personal and advertising injury** for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach of Contract**

**Personal and advertising injury** arising out of a breach of contract, except an implied contract to use another's advertising idea in your **advertisement**.

g. **Quality or Performance of Goods - Failure to Conform to Statements**

**Personal and advertising injury** arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your **advertisement**.

h. **Wrong Description of Prices**

**Personal and advertising injury** arising out of the wrong description of the price of goods, products or services stated in your **advertisement**.

i. **Infringement of Copyright, Patent, Trademark or Trade Secret**

**Personal and advertising injury** arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your **advertisement**.

However, this exclusion does not apply to infringement, in your **advertisement**, of copyright, trade dress or slogan.

j. **Insureds in Media and Internet Type Businesses**

**Personal and advertising injury** committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs 14.a., b. and c. of **personal and advertising injury** under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not

by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms or Bulletin Boards**

**Personal and advertising injury** arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use of Another's Name or Product**

**Personal and advertising injury** arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

**Personal and advertising injury** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants** at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

o. **War**

**Personal and advertising injury**, however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Recording and Distribution of Material or Information in Violation of Law**

**Personal and advertising injury** arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**Coverage C - Medical Payments**

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for **bodily injury** caused by an accident:

   (1) On premises you own or rent;

   (2) On ways next to premises you own or rent; or

   (3) Because of your operations;

   provided that:

   (a) The accident takes place in the **coverage territory** and during the policy period;

   (b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c)  The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.  We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance.  We will pay reasonable expenses for:

(1)  First aid administered at the time of an accident;

(2)  Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

(3)  Necessary ambulance, hospital, professional nursing and funeral services.

2.  **Exclusions**

We will not pay expenses for **bodily injury**:

a.  **Any Insured**

To any insured, except **volunteer workers**.

b.  **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c.  **Injury on Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d.  **Workers Compensation and Similar Laws**

To a person, whether or not an **employee** of any insured, if benefits for the **bodily injury** are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e.  **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f.  **Products-Completed Operations Hazard**

Included within the **products-completed operations hazard**.

g.  **Coverage A Exclusions**

Excluded under Coverage A.

**Supplementary Payments - Coverages A and B**

1.  We will pay, with respect to any claim we investigate or settle, or any **suit** against an insured we defend:

a.  All expenses we incur.

b.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

e.  All court costs taxed against the insured in the **suit**. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f.  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.  If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

a.  The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an **insured contract**;

b.  This insurance applies to such liability assumed by the insured;

c.   The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same **insured contract**;

d.   The allegations in the **suit** and the information we know about the **occurrence** are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.   The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.   The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement or defense of the **suit**;

(b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**;

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the **suit**; and

(b)  Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury and Property Damage Liability, such payments will not be deemed to be damages for **bodily injury** and **property damage** and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

**Section II - Who Is An Insured**

1.   If you are designated in the Declarations as:

a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b.   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c.   A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d.   An organization other than a partnership, joint venture or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e.   A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2.   Each of the following is also an insured:

a.   Your **volunteer workers** only while performing duties related to the conduct of your business, or your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** or **volunteer workers** are insureds for:

(1) **Bodily injury** or **personal and advertising injury**:

    (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), a co-**employee** while in the course of his or her employment or performing duties related to the conduct of your business, or to your other **volunteer workers** while performing duties related to the conduct of your business;

    (b) To the spouse, child, parent, brother or sister of that co-**employee** or **volunteer worker** as a consequence of Paragraph (1)(a) above;

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

    (d) Arising out of his or her providing or failing to provide professional health care services.

(2) **Property damage** to property:

    (a) Owned, occupied or used by;

    (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

    you, any of your **employees**, **volunteer workers**, any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your **employee** or **volunteer worker**), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

    (1) With respect to liability arising out of the maintenance or use of that property; and

    (2) Until your legal representative has been appointed.

    d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage A does not apply to **bodily injury** or **property damage** that occurred before you acquired or formed the organization; and

    c. Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## Section III - Limits of Insurance

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a. Insureds;

    b. Claims made or **suits** brought; or

    c. Persons or organizations making claims or bringing **suits**.

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**; and

    c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of **bodily injury** and **property**

**damage** included in the **products-completed operations hazard.**

4. Subject to Paragraph 2. above, the Personal And Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all **personal and advertising injury** sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all **bodily injury** and **property damage** arising out of any one **occurrence**.

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of **property damage** to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of **bodily injury** sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section IV - Commercial General Liability Conditions**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties in the Event of Occurrence, Offense, Claim or Suit**

   a. You must see to it that we are notified as soon as practicable of an **occurrence** or an offense which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the **occurrence** or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the **occurrence** or offense.

   b. If a claim is made or **suit** is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or **suit** and the date received; and

   (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

   c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment

against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.  Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

**b.  Excess Insurance**

(1)  This insurance is excess over:

(a)  Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for **your work;**

(ii)  That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii)  That is insurance purchased by you to cover your liability as a tenant for **property damage** to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv)  If the loss arises out of the maintenance or use of aircraft, **autos** or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury and Property Damage Liability.

(b)  Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2)  When this insurance is excess, we will have no duty under Coverage A or B to defend the insured against any **suit** if any other insurer has a duty to defend the insured against that **suit.** If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3)  When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a)  The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b)  The total of all deductible and self-insured amounts under all that other insurance.

(4)  We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.**  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.   Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c.   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6.   **Representations**

By accepting this policy, you agree:

a.   The statements in the Declarations are accurate and complete;

b.   Those statements are based upon representations you made to us; and

c.   We have issued this policy in reliance upon your representations.

7.   **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.   As if each Named Insured were the only Named Insured; and

b.   Separately to each insured against whom claim is made or **suit** is brought.

8.   **Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

9.   **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured

shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**Section V - Definitions**

1.   **Advertisement** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a.   Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b.   Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2.   **Auto** means:

a.   A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b.   Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment.**

3.   **Bodily injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.   **Coverage territory** means:

a.   The United States of America (including its territories and possessions), Puerto Rico and Canada;

b.   International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c.   All other parts of the world if the injury or damage arises out of:

(1)   Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) **Personal and advertising injury** offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

6. **Executive officer** means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. **Hostile fire** means one which becomes uncontrollable or breaks out from where it was intended to be.

8. **Impaired property** means tangible property, other than **your product** or **your work,** that cannot be used or is less useful because:

a. It incorporates **your product** or **your work** that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of **your product** or **your work** or your fulfilling the terms of the contract or agreement.

9. **Insured contract** means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an **insured contract**;

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for **bodily injury** or **property damage** to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

11. **Loading or unloading** means the handling of property:

    a.  After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or **auto**;

    b.  While it is in or on an aircraft, watercraft or **auto**; or

    c.  While it is being moved from an aircraft, watercraft or **auto** to the place where it is finally delivered;

but **loading or unloading** does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or **auto**.

12. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

    a.  Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    b.  Vehicles maintained for use solely on or next to premises you own or rent;

    c.  Vehicles that travel on crawler treads;

    d.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        (1)  Power cranes, shovels, loaders, diggers or drills; or

        (2)  Road construction or resurfacing equipment such as graders, scrapers or rollers;

    e.  Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

        (1)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

        (2)  Cherry pickers and similar devices used to raise or lower workers;

    f.  Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

    (1)  Equipment designed primarily for:

        (a)  Snow removal;

        (b)  Road maintenance, but not construction or resurfacing; or

        (c)  Street cleaning;

    (2)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, **mobile equipment** does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

13. **Occurrence** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. **Personal and advertising injury** means injury, including consequential **bodily injury**, arising out of one or more of the following offenses:

    a.  False arrest, detention or imprisonment;

    b.  Malicious prosecution;

    c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    d.  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

    e.  Oral or written publication, in any manner, of material that violates a person's right of privacy;

f.  The use of another's advertising idea in your **advertisement**; or

g.  Infringing upon another's copyright, trade dress or slogan in your **advertisement.**

15. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. **Products-completed operations hazard**:

a.  Includes all **bodily injury** and **property damage** occurring away from premises you own or rent and arising out of **your product** or **your work** except:

(1)  Products that are still in your physical possession; or

(2)  Work that has not yet been completed or abandoned. However, **your work** will be deemed completed at the earliest of the following times:

(a)  When all of the work called for in your contract has been completed.

(b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.  Does not include **bodily injury** or **property damage** arising out of:

(1)  The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the **loading or unloading** of that vehicle by any insured;

(2)  The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3)  Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. **Property damage** means:

a.  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.  Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the **occurrence** that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. **Suit** means a civil proceeding in which damages because of **bodily injury, property damage** or **personal and advertising injury** to which this insurance applies are alleged. **Suit** includes:

a.  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

20. **Volunteer worker** means a person who is not your **employee**, and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. **Your product**

   a. Means:

     (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       (a) You;

       (b) Others trading under your name; or

       (c) A person or organization whose business or assets you have acquired; and

     (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

     (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

     (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. **Your work**:

   a. Means:

     (1) Work or operations performed by you or on your behalf; and

     (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

     (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your work**; and

     (2) The providing of or failure to provide warnings or instructions.

# Liquor Liability Coverage Form - CG 00 33 04 13

Policy Amendment(s)  Commercial  General  Liability

Various  provisions  in  this  policy  restrict  coverage. Read  the  entire  policy  carefully  to  determine  rights, duties  and  what  is  and  is  not  covered.

Throughout  this  policy  the  words  **you**  and  **your**  refer to  the  Named  Insured  shown  in  the  Declarations,  and any  other  person  or  organization  qualifying  as  a  Named Insured  under  this  policy.  The  words  **we**, **us**  and  **our** refer  to  the  company  providing  this  insurance.

The  word  **insured**  means  any  person  or  organization qualifying  as  such  under  Section  II - Who  Is  An Insured.

Other  words  and  phrases  that  appear  in  bold  face  or quotation  marks  have  special  meaning.  Refer  to Section  V - Definitions.

## Section  I - Liquor Liability Coverage

1.  **Insuring Agreement**

    a.  We  will  pay  those  sums  that  the  insured becomes  legally  obligated  to  pay  as  damages because  of  **injury**  to  which  this  insurance applies  if  liability  for  such  **injury**  is  imposed on  the  insured  by  reason  of  the  selling,  serving or  furnishing  of  any  alcoholic  beverage.  We will  have  the  right  and  duty  to  defend  the insured  against  any  **suit**  seeking  those damages.  However,  we  will  have  no  duty  to defend  the  insured  against  any  **suit**  seeking damages  for  **injury**  to  which  this  insurance does  not  apply.  We  may,  at  our  discretion, investigate  any  **injury**  and  settle  any  claim  or **suit**  that  may  result.  But:

       (1)  The  amount  we  will  pay  for  damages  is limited  as  described  in  Section  III - Limits  Of  Insurance;  and

       (2)  Our  right  and  duty  to  defend  ends  when we  have  used  up  the  applicable  limit  of

insurance  in  the  payment  of  judgments or  settlements.

No  other  obligation  or  liability  to  pay  sums or  perform  acts  or  services  is  covered  unless explicitly  provided  for  under  Supplementary Payments.

b.  This  insurance  applies  to  **injury**  only  if:

   (1)  The  **injury**  occurs  during  the  policy period  in  the  **coverage territory**;  and

   (2)  Prior  to  the  policy  period,  no  insured listed  under  Paragraph  1.  of  Section  II - Who  Is  An  Insured  and  no  **employee** authorized  by  you  to  give  or  receive notice  of  an  **injury**  or  claim,  knew  that the  **injury**  had  occurred,  in  whole  or  in part.  If  such  a  listed  insured  or authorized  **employee**  knew,  prior  to  the policy  period,  that  the  **injury**  occurred, then  any  continuation,  change  or resumption  of  such  **injury** during  or  after the  policy  period  will  be  deemed  to  have been  known  prior  to  the  policy  period.

c.  **Injury**  which  occurs  during  the  policy  period and  was  not,  prior  to  the  policy  period, known  to  have  occurred  by  any  insured  listed under  Paragraph  1.  of  Section  II - Who  Is  An Insured  or  any  **employee**  authorized  by  you to  give  or  receive  notice  of  an  **injury**  or  claim, includes  any  continuation,  change  or  re- sumption  of  that  **injury**  after  the  end  of  the policy  period.

d.  **Injury**  will  be  deemed  to  have  been  known  to have  occurred  at  the  earliest  time  when  any insured  listed  under  Paragraph  1.  of  Section II - Who  Is  An  Insured  or  any  **employee** authorized  by  you  to  give  or  receive  notice  of an  **injury**  or  claim:

This  Form  must  be  attached  to  Change  Endorsement  when  issued  after  the  policy  is  written.
One  of  the  **Fireman's Fund Insurance Companies**  as  named  in  the  policy

<br>

_____                          _____
Secretary                                                 President

(1) Reports all, or any part, of the **injury** to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the **injury**; or

(3) Becomes aware by any other means that **injury** has occurred or has begun to occur.

2. **Exclusions**

This insurance does not apply to:

a. **Expected or Intended Injury**

**Injury** expected or intended from the standpoint of the insured. This exclusion does not apply to **bodily injury** resulting from the use of reasonable force to protect persons or property.

b. **Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

c. **Employer's Liability**

**Bodily injury** to:

(1) An **employee** of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the **injury**.

d. **Liquor License Not in Effect**

**Injury** arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

e. **Your Product**

**Injury** arising out of **your product**. This exclusion does not apply to **injury** for which

the insured or the insured's indemnitees may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

f. **Other Insurance**

Any **injury** with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for **injury** imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

g. **War**

**Injury**, however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any **suit** against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the insured in the **suit**. However, these payments do not include attorney's fees or attorney's expenses taxed against the insured.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

## Section II - Who Is An Insured

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your **executive officers** and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your **employees**, other than either your **executive officers** (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these **employees** is an insured for:

   (1) **Injury**:

      (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-**employee** while that co-**employee** is either in the course of his or her employment or performing duties related to the conduct of your business;

      (b) To the spouse, child, parent, brother or sister of that co-**employee** as a consequence of Paragraph (a) above; or

      (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b) above.

   (2) **Property damage** to property:

      (a) Owned or occupied by; or

      (b) Rented or loaned;

      to that **employee**, any of your other **employees**, by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

   b. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

   (2) Until your legal representative has been appointed.

   c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b.  Coverage does not apply to **injury** that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**Section III - Limits of Insurance**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or **suits** brought; or

    c.  Persons or organizations making claims or bringing **suits**.

2.  The Aggregate Limit is the most we will pay for all **injury** as the result of the selling, serving or furnishing of alcoholic beverages.

3.  Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all **injury** sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section IV - Liquor Liability Conditions**

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties in the Event of Injury, Claim or Suit**

    a.  You must see to it that we are notified as soon as practicable of an **injury** which may result in a claim. To the extent possible, notice should include:

    (1)  How, when and where the **injury** took place;

    (2)  The names and addresses of any injured persons and witnesses; and

    (3)  The nature and location of any **injury**.

    b.  If a claim is made or **suit** is brought against any insured, you must:

    (1)  Immediately record the specifics of the claim or **suit** and the date received; and

    (2)  Notify us as soon as practicable.

    You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

    c.  You and any other involved insured must:

    (1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

    (2)  Authorize us to obtain records and other information;

    (3)  Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

    (4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of **injury** to which this insurance may also apply.

    d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3.  **Legal Action Against Us**

    No person or organization has a right under this Coverage Part:

    a.  To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

    b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

    A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of

liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.   Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a.   **Primary Insurance**

This insurance is primary.   Our obligations are not affected unless any of the other insurance is also primary.   Then, we will share with all that other insurance by the method described in b. below.

b.   **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also.   Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.   Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.   Premium Audit**

a.   We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.   Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill.   If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c.   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.   Representations**

By accepting this policy, you agree:

a.   The statements in the Declarations are accurate and complete;

b.   Those statements are based upon representations you made to us; and

c.   We have issued this policy in reliance upon your representations.

**7.   Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.   As if each Named Insured were the only Named Insured; and

b.   Separately to each insured against whom claim is made or **suit** is brought.

**8.   Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us.   The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

**9.   When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## Section V - Definitions

1.   **Bodily injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2.   **Coverage territory** means:

a.   The United States of America (including its territories and possessions), Puerto Rico and Canada;

b.   International waters or airspace, but only if the **injury** occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c.   All other parts of the world if the **injury** arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above; or

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

3.  **Employee** includes a **leased worker. Employee** does not include a **temporary worker**.

4.  **Executive officer** means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

5.  **Injury** means damages because of **bodily injury** and **property damage**, including damages for care, loss of services or loss of support.

6.  **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business.  **Leased worker** does not include a **temporary worker**.

7.  **Property damage** means:

    a.  Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b.  Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

8.  **Suit** means a civil proceeding in which damages because of **injury** to which this insurance applies are alleged.  **Suit** includes:

    a.  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9.  **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

10. **Your product**

    a.  Means:

        (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            (a) You;

            (b) Others trading under your name; or

            (c) A person or organization whose business or assets you have acquired; and

        (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    b.  Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of **your product**; and

        (2) The providing of or failure to provide warnings or instructions.

    c.  Does not include vending machines or other property rented to or located for the use of others but not sold.

# Florida Changes - Cancellation and Nonrenewal - CG 02 20 03 12

Policy Amendment(s)   Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**
**Electronic Data Liability Coverage Part**
**Liquor Liability Coverage Part**
**Pollution Liability Coverage Part**
**Product Withdrawal Coverage Part**
**Products/Completed Operations Liability Coverage Part**

A. Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

2. Cancellation of Policies in Effect

a. For 90 Days or Less

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

(a) A material misstatement or misrepresentation; or

(b) A failure to comply with the underwriting requirements established by the insurer.

b. For More Than 90 Days

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) The policy was obtained by a material misstatement;

(3) Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

(4) A substantial change in the risk covered by the policy; or

(5) The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

(a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

(b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph 2.b.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

B.  Paragraph 3. of the **Cancellation** Common Policy Condition is replaced by the following:

   3.  We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

C.  Paragraph 5. of the **Cancellation** Common Policy Condition is replaced by the following:

   5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

   If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

   The cancellation will be effective even if we have not made or offered a refund.

D.  The following is added and supersedes any other provision to the contrary:

   **Nonrenewal**

   1.  If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

   2.  Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

# Additional Insured - Condominium Unit Owners - CG 20 04 11 85
Policy Amendment   General Liability

**Who is an Insured** (Section II) is amended to include as an insured each individual unit owner of the insured condominium, but only with respect to liability arising out of the ownership, maintenance or repair of that portion of the premises which is not reserved for that unit owner's exclusive use or occupancy.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

President

CG2004 11-85
Copyright, Insurance Services Office, Inc., 1984

# Additional Insured - Mortgagee, Assignee or Receiver - CG 20 18 04 13
Policy Amendment(s)  Commercial General Liability

Insured                                          Policy Number

Producer                                         Effective Date

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

**Schedule**

**Name Of Person(s) Or Organization(s)**                    **Designation Of Premises**

Information  required to complete  this Schedule,  if not shown  above,  will be shown  in the Declarations.

A. **Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance, or use of the premises by you and shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

B. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

C. With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                        President

# Additional Insured - Grantor of Licenses - Automatic Status When Required by Licensor - CG 20 35 04 13

Policy Amendment(s)  Commercial  General  Liability

Insured: **ABBEY HOTEL ACQUISITION LLC**

Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**

Effective Date: **04-27-19**

---

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. **Section II - Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) that grants licenses to you when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be named as an additional insured on your policy. Such person(s) or organization(s) is an insured only with respect to their liability as grantor of licenses to you.

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person(s) or organization(s) status as an additional insured under this endorsement ends when:

1. The license granted to you by such person(s) or organization(s) expires; or

2. Your license is terminated or revoked by such person(s) or organization(s) prior to expiration of the license as stipulated by the contract or agreement.

B. With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement you have entered into with the additional insured; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG2035 4-13
Ⓟ Insurance Services Office, Inc., 2012

# Exclusion - Access or Disclosure of Confidential or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception
## CG 21 06 05 14

Policy Amendment(s) Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. Exclusion 2.p. of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is replaced by the following:

2. Exclusions

This insurance does not apply to:

p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

Damages arising out of:

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph (1) above applies, this exclusion does not apply to damages because of **bodily injury**.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

B. The following is added to Paragraph 2. **Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

2. Exclusions

This insurance does not apply to:

**Access or Disclosure of Confidential or Personal Information**

**Personal and advertising injury** arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

CG2106 5-14
Ⓒ Insurance Services Office, Inc., 2013

# Employment - Related Practices Exclusion - CG 21 47 12 07

Policy Amendment(s)   Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

A. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability:**

This insurance does not apply to:

**Bodily injury** to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **bodily injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

This insurance does not apply to:

**Personal and advertising injury** to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of **personal and advertising injury** to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____

Secretary

_____

President

CG2147 12-07
Copyright, ISO Properties, Inc., 2006

# Exclusion - Specified Therapeutic or Cosmetic Services - CG 22 45 04 13

Policy Amendment(s)  Commercial General Liability

Insured: **ABBEY HOTEL ACQUISITION LLC**          Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**          Effective Date: **04-27-19**

---

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

**Schedule**

**Description Of Operations**:

Information  required  to complete  this Schedule,  if not  shown  above,  will be shown  in the Declarations.

The  following  exclusion  is added  to Paragraph  2. **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage  Liability** and  Paragraph  2. **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

With  respect  to any  operation  shown  in the Schedule, this insurance  does not  apply  to **bodily injury, property damage** or **personal and advertising injury** arising out of the  rendering  of or  failure  to render  any  service, treatment,  advice  or instruction  for the purpose  of appearance  or skin  enhancement,  hair  removal  or replacement,  or personal  grooming  or therapy.

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____                    _____
Secretary                                  President

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage**, or the offense which caused the **personal and advertising injury**, involved the rendering of or failure to render any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy.

© Insurance Services Office, Inc., 2012

# Liquor Liability - Bring Your Own Alcohol Establishments
## CG 24 06 04 13
Policy Amendment(s)  Commercial  General  Liability

**This endorsement modifies insurance provided under the following:**

**Liquor Liability Coverage Part**

The following is added to Paragraph 1. **Insuring Agreement** of **Section I - Liquor Liability Coverage**:

1. **Insuring Agreement**

An insured who permits any person to bring any alcoholic beverage on their premises, for consumption on the premises, whether or not a fee is charged for such activity, will also be considered selling, serving or furnishing alcoholic beverages.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____                      _____
Secretary                                     President

CG2406 4-13
Ⓟ Insurance Services Office, Inc., 2012

# Products/Completed Operations Hazard Redefined - CG 24 07 01 96

Insured: **ABBEY HOTEL ACQUISITION LLC**              Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**             Effective Date: **04-27-19**

---

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**
**Products/Completed Operations Liability Coverage Part**

**Schedule**

**Description of Premises and Operations**

(If no entry appears above, information required to complete this Endorsement will be shown in the Declarations as applicable to this Endorsement.)

With respect to **bodily injury** or **property damage** arising out of **your products** manufactured, sold, handled or distributed:

1.  On, from or in connection with the use of any premises described in the Schedule, or

2.  In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf, Paragraph a. of the definition of **Products - completed operations hazard** in the

**DEFINITIONS** Section is replaced by the following:

**Products - completed operations hazard**:

a.  Includes all **bodily injury** and **property damage** that arises out of **your products** if the **bodily injury** or **property damage** occurs after you have relinquished possession of those products.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____                           _____
Secretary                                         President

CG2407 1-96R
Contains Copyrighted Material of Insurance Services Office, Inc., 1994

# Canoes or Rowboats – CG 24 16 12 07
Policy Amendment(s)   Commercial General Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

1. Exclusion g. of Section I – **Coverage A – Bodily Injury And Property Damage Liability** does not apply to **bodily injury** or **property damage** arising out of any canoe or rowboat owned or used by or rented to the insured.

2. **Section II – Who Is An Insured** is amended to include as an insured any person or organization legally responsible for the use of any such canoe or rowboat you own, provided the actual use is with your permission.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary _____     President _____

CG2416 12-07
Copyright, ISO Properties, Inc., 2006

# Designated Location(s) General Aggregate Limit - CG 25 04 05 09

Policy Amendment(s)  Commercial General Liability

Insured: **ABBEY HOTEL ACQUISITION LLC**

Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**

Effective Date: **04-27-19**

---

**This endorsement modifies insurance under the following:**

**Commercial General Liability Coverage Part**

**Schedule**

**Designated Location(s)**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A.  For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under Section I - Coverage A, and for all medical expenses caused by accidents under Section I - Coverage C, which can be attributed only to on-going operations at a single designated **location** shown in the Schedule above:

1.  A separate Designated Location General Aggregate Limit applies to each designated **location**, and that limit is equal to the amount of the General Aggregate Limit shown in the Declarations.

2.  The Designated Location General Aggregate Limit is the most we will pay for the sum of all damages under Coverage A, except damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard**, and for medical expenses

under Coverage C regardless of the number of:

a.  Insureds;

b.  Claims made or **suits** brought; or

c.  Persons or organizations making claims or bringing **suits**.

3.  Any payments made under Coverage A for damages or under Coverage C for medical expenses shall reduce the Designated Location General Aggregate Limit for that designated **location**. Such payments shall not reduce the General Aggregate Limit shown in the Declarations nor shall they reduce any other Designated Location General Aggregate Limit for any other designated **location** shown in the Schedule above.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

4. The limits shown in the Declarations for Each Occurrence, Damage To Premises Rented To You and Medical Expense continue to apply. However, instead of being subject to the General Aggregate Limit shown in the Declarations, such limits will be subject to the applicable Designated Location General Aggregate Limit.

B. For all sums which the insured becomes legally obligated to pay as damages caused by **occurrences** under Section I - Coverage A, and for all medical expenses caused by accidents under Section I - Coverage C, which cannot be attributed only to operations at a single designated **location** shown in the Schedule above:

1. Any payments made under Coverage A for damages or under Coverage C for medical expenses shall reduce the amount available under the General Aggregate Limit or the Products-completed Operations Aggregate Limit, whichever is applicable; and

2. Such payments shall not reduce any Designated Location General Aggregate Limit.

C. When coverage for liability arising out of the **products-completed operations hazard** is provided, any payments for damages because of **bodily injury** or **property damage** included in the **products-completed operations hazard** will reduce the Products-completed Operations Aggregate Limit, and not reduce the General Aggregate Limit nor the Designated Location General Aggregate Limit.

D. For the purposes of this endorsement, the **Definitions** Section is amended by the addition of the following definition:

**Location** means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

E. The provisions of Section III - Limits of Insurance not otherwise modified by this endorsement shall continue to apply as stipulated.

Ⓒ Insurance Services Office, Inc., 2008

# Valet Parking Endorsement - CG 70 53 05 05

Policy Amendment(s)   Commercial General Liability

Section I - Coverages, Coverage A., 2. Exclusions, g.(3)
is amended by adding the following:

This exclusion does not apply to any customer's auto
under your care, custody or control while being parked
or stored as part of your business.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____                          _____
Secretary                                          President

CG7053 5-05

## Complete Lead Poisoning and Lead Contamination Exclusion
## CG 70 92 12 92

Insured: **ABBEY HOTEL ACQUISITION LLC**        Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**        Effective Date: **04-27-19**

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **lead**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **lead**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **lead**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **lead**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **lead**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving, **lead**.

As used in this exclusion, **lead** includes, but is not limited to the mineral **lead** (chemical element & symbol {lead (Pb)} Atomic number 82) in any form, whether or not the **lead** is:

(1) Pure;

(2) Contained in, or on, or incorporated into, products, goods or materials;

(3) Solid, liquid, gaseous or in fumes; or

(4) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **Bodily injury** or **Property damage** that is caused by a sudden, abrupt striking by, or impact with, **lead**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____        _____
Secretary        President

CG7092 12-92S

# Complete Asbestos Exclusion - CG 70 93 12 92

Insured: **ABBEY HOTEL ACQUISITION LLC**

Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**

Effective Date: **04-27-19**

---

This insurance does not apply to any injury, damage, liability, loss, cost or expense in whole or in part caused by, resulting from, arising out of, or in any way related to **asbestos**, including, but not limited to:

(1) The manufacture, sale, distribution, handling, use, installation, removal, abatement, containment, storage, transportation, disposal, existence, presence, emanation, emission, release, inhalation, ingestion, absorption, or transmission of or exposure to **asbestos**;

(2) Any supervision, instructions, recommendations, notices, warnings or advice given or which should have been given in connection with **asbestos**;

(3) Any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, remediate, neutralize, or in any way respond to or assess the extent or the effects of **asbestos**; or

(4) Any claim, **suit** or proceeding for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, remediating, neutralizing or in any way responding to, or assessing the effects of **asbestos**.

We shall have no obligation of any kind, including, but not limited to, any obligation to investigate, defend, pay defense costs, settle, or pay settlements or judgements as to any claim, **suit** or proceeding involving or allegedly involving **asbestos**.

As used in this exclusion, **asbestos** includes, but is not limited to the mineral **asbestos** in any form, whether or not the **asbestos** is:

(1) A fiber, particle, or dust;

(2) Contained in, or on, or incorporated into, products, goods or materials; or

(3) Contained in any part of any building, structure, building material, product or any other real or personal property.

This exclusion does not apply to any **bodily injury** or **property damage** that is caused by a sudden, abrupt striking by, or impact with, **asbestos**, which causes an immediate and conspicuous manifestation of physical injury to persons or property.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CG7093 12-92R

# MultiCover® - CG 71 58 01 14
Policy Amendment(s)  Commercial General Liability Coverage Form

Your Commercial General Liability Coverage Form is revised as follows:

1. **Broadened Named Insured**

   A. SECTION II - WHO IS AN INSURED, item 3., is deleted and replaced by the following:

      3. Any organization that you own at the inception of this policy, or newly acquire or form during the policy period, and over which you maintain during the policy period majority ownership or majority interest, will qualify as a Named Insured if:

         a. There is no other similar insurance available to that organization; and

         b. The first Named Insured shown in the Declarations has the responsibility of placing insurance for that organization; and

         c. That organization is incorporated or organized under the laws of the United States of America.

      However:

      (1) Coverage under this provision 3 is afforded only until the next occurring annual anniversary of the beginning of the policy period shown in the Declarations, or the end of the policy period, whichever is earlier; and

      (2) Coverage A does not apply to **bodily injury** or **property damage** that

occurred before you acquired or formed the organization; and

      (3) Coverage B does not apply to **personal and advertising injury** arising out of an offense committed before you acquired or formed the organization.

   B. SECTION II - WHO IS AN INSURED, the last paragraph, is deleted and replaced by the following:

      No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations. However, this does not apply to a limited liability company that meets all of the conditions in Section II - Who Is An Insured, item 3., above.

2. **Additional Insured**

   If an Additional Insured endorsement is attached to this policy that specifically names a person or organization as an additional insured, then this Section 2. Additional Insured does not apply to such person or organization.

   SECTION II - WHO IS AN INSURED, subsection 2.e., is added as follows:

      e. Any person or organization is included as an additional insured, but only to the extent such person or organization is legally obligated to pay for **bodily injury**, **property damage** or **personal and advertising injury** caused by your acts or omissions. With respect to the insurance afforded to such additional insured, all of the following additional provisions apply:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies**® as named in the policy

_____                    _____
Secretary                                          President

CG7158 1-14
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.                    Page 1 of 7

(1) You have agreed in a written **insured contract** that such person or organization be added as an additional insured under this policy;

(2) The **bodily injury**, **property damage** or **personal and advertising injury** for which said person or organization is legally obligated to pay occurs subsequent to the execution of such **insured contract**;

(3) The most we will pay is the lesser of either the amount of insurance available under the applicable Limits of Insurance shown in the Declarations or the limits of insurance required by the **insured contract**;

(4) The insurance afforded to such additional insured only applies to the extent permitted by law;

(5) Such person or organization is an additional insured only with respect to:

(a) Their ownership, maintenance, or use of that part of the premises, or land, owned by, rented to, or leased to you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(b) Your ongoing operations performed for that insured;

(c) Their financial control of you, except such person or organization is not an insured with respect to structural alterations, new construction or demolition operations performed by or on behalf of such person or organization;

(d) The maintenance, operation or use by you of equipment leased to you by such person or organization;

(e) Operations performed by you or on your behalf and for which a state or political subdivision has issued a permit, provided such operations are not performed for such state or

political subdivision, and are not included within the **products-completed operations hazard;** or

(f) Their liability as a grantor of a franchise to you.

(6) This insurance does not apply to **bodily injury**, **property damage**, **personal and advertising injury**, **occurrence** or offense:

(a) Which takes place at a particular premises after you cease to be a tenant of that premises;

(b) Which takes place after all work, including materials, parts or equipment furnished in connection with such work to be performed by or on behalf of the additional insured at the site of the covered operations, has been completed;

(c) Which takes place after that portion of **your work** out of which the injury or damage arises has been put to its intended use by any other person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project; or

(d) Which takes place after the expiration of any equipment lease to which (4)(d) above applies;

(7) With respect to architects, engineers or surveyors, coverage does not apply to **bodily injury**, **property damage** or **personal and advertising injury** arising out of the rendering or failure to render any professional services by or for you, including:

(a) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; or

(b) Supervisory, inspection, architectural, or engineering services.

These exclusions apply even if the claims against any insured allege negligence or

CG7158 1-14
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the **occurrence** which caused the **bodily injury** or **property damage**, or the offense which caused the **personal or advertising injury** involved the rendering of or the failure to render any professional services by or for you.

3. **Additional Insured - Vendors**

   If an Additional Insured Vendors endorsement is attached to this policy that specifically names a person or organization as an additional insured, then this Section 3. Additional Insured - Vendors does not apply to that person or organization.

   Unless the **products-completed operations hazard** is excluded from this policy, SECTION II - WHO IS AN INSURED, item 2.f. is added as follows:

   f. Any vendor of yours is included as an additional insured, but only with respect to **bodily injury** or **property damage** caused by **your products** which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

      (1) The insurance afforded such vendor does not apply to:

          (a) **Bodily injury** or **property damage** for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

          (b) Any express warranty unauthorized by you;

          (c) Any physical or chemical change in the product made intentionally by the vendor;

          (d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

          (e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

          (f) Demonstration, installation, servicing or repair operations, except such operations performed by the vendor in full compliance with the manufacturer's written instructions at the vendor's premises in connection with the sale of the product;

          (g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

          (h) **Bodily injury** or **property damage** arising out of the liability of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf.

      (2) This insurance does not apply to any insured person or organization from whom you have acquired such products or any ingredient, part or container, entering into, accompanying or containing such products;

      (3) The most we will pay is the lesser of either the amount of insurance available under the applicable Limits of Insurance shown in the Declarations or the limits of insurance required by the contract or agreement; and

      (4) The insurance afforded to such vendor only applies to the extent permitted by law.

4. **Additional Insured - Limited Primary and Non-contributory Provision**

   The following is added as a second paragraph to Section IV Conditions, Condition 4. Other Insurance, following paragraph b.(2):

   However, if you have added any person, organization or vendor of yours as an additional insured to

CG7158 1-14
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

this policy by way of this MultiCover ® endorsement and have agreed in a written **insured contract** that this insurance is primary and non-contributory with other insurance available to that additional insured, this insurance is primary and we will not seek contribution from such additional insured's other insurance, provided that the additional insured is a Named Insured under such other insurance.

5. **Waiver of Subrogation**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 8., is deleted and replaced by the following:

8. Transfer of Rights of Recovery Against Others to Us and Blanket Waiver of Subrogation

   a. If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after the loss to impair those rights. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

   b. If required by a written **insured contract** executed prior to the **occurrence** or offense, we waive any right of recovery we may have against any person or organization named in such **insured contract**, because of payments we make for injury or damage arising out of your operations or **your work** for that person or organization.

6. **Cancellation - 90 Days**

Common Policy Conditions endorsement IL0017, A. Cancellation, item 2.b. is deleted and replaced by the following:

b. 90 days before the effective date of cancellation if we cancel for any other reason.

7. **Liberalization**

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** , the following is added as an additional Condition:

**Liberalization**

If we adopt a change in our forms or rules which would broaden the coverage provided by any form that is a part of this policy without an extra premium charge, the broader coverage will apply to this policy. This extension is effective upon the approval of such broader coverage in your state.

8. **Fire, Explosion, Sprinkler Leakage, or Lightning Legal Liability Coverage**

   A. SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions, the last paragraph, is deleted and replaced by the following:

   Exclusions c. through n. do not apply to damage by fire, explosion, sprinkler leakage, or lightning to premises while:

   1. Rented to you;

   2. Temporarily occupied by you with the permission of the owner; or

   3. Managed by you under a written agreement with the owner.

   A separate limit of insurance applies to this coverage as described in Section III - LIMITS OF INSURANCE.

   B. SECTION III - LIMITS OF INSURANCE, item 6., is deleted and replaced by the following:

   6. Subject to 5. above, the Damage to Premises Rented To You Limit shown in the Declarations, for **property damage** to any one premises while rented to you, or in the case of damage by fire, explosion, sprinkler leakage, or lightning while rented to you, temporarily occupied by you with the permission of the owner, or managed by you under a written agreement with the owner, is the greater of:

      a. $1,000,000 Any One Premises; or

      b. The Damage To Premises Rented To You Limit shown in the Declarations.

C.  SECTION  IV - COMMERCIAL  GEN-
ERAL  LIABILITY  CONDITIONS,  4.
Other Insurance,  b. Excess Insurance,  (1)(a),
items (i) and (iii), are deleted and replaced by
the following:

(i)  That is Fire, Explosion, Sprinkler Leak-
age, or Lightning  insurance for premises
while rented to you, temporarily  occu-
pied by you with permission  of the
owner, or managed by you under a writ-
ten agreement  with the owner;

(iii) That is insurance purchased  by you to
cover  your  liability  as a tenant  for
**property damage** to premises rented to
you, temporarily  occupied by you with
the permission  of the owner, or managed
by you under a written  agreement  with
the owner; or

D.  SECTION  V - DEFINITIONS,   9.  **Insured
Contract**, item a., is deleted and replaced by
the following:

(a)  A contract  for a lease of premises.
However, that portion of the contract for
a lease of premises  that indemnifies  any
person  or organization  for damage by
fire, explosion,  sprinkler  leakage,  or
lightning to premises while rented to you,
temporarily  occupied by you with per-
mission of the owner, or managed by you
under a written  agreement  with the
owner, is not an **insured contract**;

9.  **Damage to Invitees' Automobiles from Falling
Trees or Tree Limbs - Limited Coverage**

This coverage applies to direct physical damage to
automobiles  owned by invitees subject to all of the
following:

1.  Provided such damage originates from trees
on premises owned, managed, leased or rented
by an insured;

2.  Coverage applies only to invitees of an in-
sured or an insured's tenant;

3.  Such damage is directly caused by wind-dri-
ven falling trees or tree limbs;

4.  The most we will pay for any one loss is the
lowest of:

a.  the actual cash value of the damaged au-
tomobile  as of the time of the loss; or

b.  the cost of repairing the damaged auto-
mobile; or

c.  the cost of replacing the damaged auto-
mobile with another automobile  of like
kind and quality.

Regardless  of the number  of occurrences,
losses or claims, this coverage is subject to a
limit of $25,000 in any one policy period;

5.  This coverage is not subject to the General
Liability General Aggregate Limit; and

6.  We will make payments under this coverage
without  regard to fault.

10.  **Non-Owned or Chartered Watercraft**

SECTION  I - COVERAGES,  COVERAGE  A
BODILY  INJURY  AND PROPERTY  DAM-
AGE LIABILITY,  2. Exclusions, item g. Aircraft,
Auto, or Watercraft,  item (2), is deleted and re-
placed by the following:

(2)  A watercraft  you do not own that is:

(a)  Less than  51 feet long; and

(b)  Not being used for public transportation
or as a common  carrier;

11.  **Chartered Aircraft**

SECTION  I - COVERAGES,  COVERAGE  A
BODILY  INJURY  AND PROPERTY  DAM-
AGE LIABILITY,  2. Exclusions, g. Aircraft,
Auto Or Watercraft,  item (6), is added as follows:

(6)  An aircraft in which you have no ownership
interest  and that you have chartered with
crew.

12.  **Coverage Territory - Broadened**

SECTION  V - DEFINITIONS,   item 4.a., is de-
leted and replaced by the following:

a.  The United States of America (including its
territories  and possessions),  Puerto Rico,
Canada, Bermuda, the Bahamas, The Cayman
Islands, and the British Virgin Islands;

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

13. **Personal and Advertising Injury - Contractual**

Unless **personal and advertising injury** is excluded from this policy the following applies:

SECTION I - COVERAGES, COVERAGE B, 2. Exclusions, item e., is deleted.

14. **Fellow Employee Coverage**

SECTION II - WHO IS AN INSURED, 2.a., item (1) is deleted and replaced by the following:

(1) **Personal and advertising injury:**

However, subsections (a), (b), (c) and (d) of item (1) remain unchanged.

15. **Bodily Injury Definition - Broadened**

SECTION V - DEFINITIONS, 3. **Bodily Injury** is deleted and replaced by the following:

**Bodily injury** means bodily injury, sickness or disease sustained by a person including death or mental anguish resulting from any of these at any time. Mental anguish means any type of mental or emotional illness or disease.

16. **Expected or Intended Injury - Amendment to Exclusion**

SECTION I. Coverage A Bodily Injury and Property Damage Liability, 2. EXCLUSIONS, a. Expected or Intended Injury, is deleted and replaced by the following:

a.   Expected or Intended Injury

**Bodily injury** or **property damage** expected or intended from the standpoint of the insured.

This exclusion does not apply to **bodily injury** or **property damage** resulting from the use of reasonable force to protect persons or property.

17. **Unintentional Failure to Disclose Hazards**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 6. Representations, the following is added:

d.   If you unintentionally fail to disclose any hazards existing at the inception date of this policy, we will not deny coverage under this Coverage Form because of such failure.

However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

18. **Supplementary Payments - Increased Limits**

SECTION I - COVERAGES, SUPPLEMENTARY PAYMENTS - COVERAGES A AND B, items 1.b. and 1.d., are deleted and replaced by the following:

b.   The cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

d.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including substantiated loss of earnings up to $500 a day because of time off from work.

19. **Duties in the Event of an Occurrence, Offense, Claim or Suit - Amended**

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, item 2.a. is deleted and replaced by the following:

(1) You must see to it that we or any licensed agent of ours are notified of a General Liability **occurrence** or offense which may result in a claim as soon as practicable after it becomes known to:

(a)   You, if you are an individual;

(b)   Your partner or member, if you are a partnership or joint venture;

(c)   Your member, if you are a limited liability company;

(d)   Your executive officer if you are an organization other than a partnership, joint venture or limited liability company; or

(e)   Your authorized representative or insurance manager.

Knowledge of an **occurrence** or offense by persons other than those listed above does not imply that those listed above also have such knowledge.

Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) To the extent possible, notice should include:

    (a) How, when and where the **occurrence** or offense took place;

    (b) The names and addresses of any injured persons and witnesses; and

    (c) The nature and location of any injury or damage arising out of the **occurrence** or offense.

**20. Non Employment Discrimination Liability**

Unless **personal and advertising injury** is excluded from this policy the following applies:

A. SECTION V - DEFINITIONS, 14. **Personal and advertising injury**, item h. is added as follows:

    h. **Discrimination**.

B. SECTION V - DEFINITIONS, item 23. is added as follows:

    23. **Discrimination** means the unlawful treatment of a person or class of persons because of their specific race, color, religion, gender, age, or national origin in comparison to one or more persons who are not members of the specified class.

C. SECTION I - COVERAGES, COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, 2. Exclusions, the following are added:

    q. **Discrimination** directly or indirectly related to the past employment, employment or prospective employment of any person or class of persons by any insured;

    r. **Discrimination** directly or indirectly related to the sale, rental, lease or sublease

or prospective sale, rental, lease or sublease of any dwelling or permanent lodging by or at the direction of any insured;

    s. **Discrimination**, if insurance thereof is prohibited by law; or

    t. Fines, penalties, specific performance, or injunctions levied or imposed by a governmental entity, governmental code, law, or statute because of **discrimination**.

**21. Medical Payments**

Unless COVERAGE C MEDICAL PAYMENTS, or the **products-completed operations hazard** has been excluded from this policy the following applies:

A. SECTION I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, 2. Exclusions, item f., is deleted and replaced by the following:

    f. **Products-Completed Operations Hazard**

    Included within the **products-completed operations hazard**. However, this exclusion does not apply to expenses for dental services.

B. Section I - COVERAGES, COVERAGE C MEDICAL PAYMENTS, is amended to include item 3. as follows:

    3. Limit of Insurance

    The Medical Expense Limit of Insurance shall be the greater of:

    a. $20,000 Any One Person; or

    b. The amount shown in the Declarations.

All other terms and conditions of the policy apply.

CG7158 1-14
Copyright 2013, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.                Page 7 of 7

# Amendment to Pollution Exclusion - CG 71 70 08 05

Policy Amendment(s)  Commercial General Liability

Exclusion f. Pollution, subsections (1)(a) and (1)(d) do not apply to **bodily injury** directly caused by any of the following that occur within a building or upon a premises any insured owns, rents, occupies or manages:

1. Pesticide application;

2. Fumes, vapors or gases, except those comprised of or containing asbestos, from flooring or wall covering materials or their installation materials, including adhesives;

3. Fumes, vapors or gases, except those comprised of or containing lead, from paint, varnish, sealant, adhesive or any building maintenance or cleaning materials; or

4. Chlorine, hydrochloric acid, bromine, sodium hydroxide, sodium bicarbonate, soda ash, diatomaceous earth, muriatic acid, or any other chemical, compound, or material used for the maintenance of a swimming pool, whirlpool or spa.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CG7170 8-05

# Hospitality Services Errors and Omissions Insurance Coverage Form
# CG 72 46 FL 04 13

Policy Amendment(s)  Commercial  General  Liability  Coverage Form

**SECTION I. - COVERAGES,** The following Coverage Form is added to your Commercial General Liability Coverage Form as follows.

**Hospitality Errors and Omissions Insurance Coverage Form**

**Additional Declarations of this Coverage Form**

**Limits of Insurance**

Each Claim Limit       $_____

Aggregate Limit       $_____

**Deductible**

Each Claim Deductible       $_____

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

1.    **Insuring Agreement**

   a.    We will pay those sums that the insured becomes legally obligated to pay as **damages** because of a **claim** resulting from a **wrongful act** that takes place in the **coverage territory**, and is first committed during the policy period in the course of providing **hospitality services**.

   b.    We will have the right and duty to defend the insured against any **suit** seeking **damages** in accordance with paragraph a. above. However, we will have no duty to defend the insured against any **suit** seeking damages for **wrongful acts** to which this insurance does not apply. We may, at our discretion, investigate any **wrongful act** and settle any **claim** or **suit** that may result. Our right and duty to defend

   end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   c.    The amount we will pay for **damages** is limited as described in **Section III - Limits of Insurance** of this Coverage Form. No other obligation or liability to make payments or perform acts or services is covered unless explicitly provided for under **Supplementary Payments - Coverages A and B**, which is hereby amended to also apply in its entirety to this Coverage Form.

2.    With respect to this Coverage Form, the following exclusions replace **Section I - Coverages, Coverage A., 2. Exclusions** and **Coverage B, 2. Exclusions** of the policy:

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____       _____

Secretary                                       President

**Exclusions**

This insurance does not apply to any **claim**:

a.  Criminal Acts, Intentional Injury

    Based upon, arising from, or in any way involving any dishonest, fraudulent, criminal, malicious, intentional or willful act or omission by any insured or any loss expected or intended by any insured.

b.  Auto, Aircraft, Watercraft, Mobile Equipment

    Based upon, arising from, or in any way involving any ownership, maintenance, operation, use, loading or unloading of any kind of auto, aircraft, watercraft or mobile equipment. This exclusion applies even if the **claim** against any insured alleges negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by that insured.

c.  Bodily Injury

    Based upon, arising from, or in any way involving any physical injury, sickness, disease or death of any person, including emotional distress or mental anguish whether or not accompanied by physical injury, sickness or disease.

d.  Property Damage

    Based upon, arising from, or in any way involving any actual or alleged injury to or destruction of any property or loss of use resulting therefrom.

e.  Personal and Advertising Injury

    Based upon, or arising from, or in any way involving any false arrest, detention or imprisonment, malicious prosecution, libel, slander, defamation, disparagement of a person's or organization's goods, products or services, invasion of the right of private occupancy, wrongful entry or eviction, invasion of the right of privacy, assault or battery.

f.  Intellectual Property

    Based upon, arising from, or in any way involving any infringement or alleged infringement of any copyright, patent, trademark, service mark, trade name, misappropriation of ideas, trade dress, trade secret or any other intellectual property right or contributing to or inducing the infringement thereof.

g.  Deceptive Trade Practices and Antitrust

    Based upon, arising from, or in any way involving any act of price fixing, restraint of trade, monopolization, unfair trade practices, unfair competition, interference with economic advantage or any actual or alleged violation of the Federal Trade Commission Act, the Sherman Antitrust Act, the Clayton Act, or any other federal statutory provision involving anti-trust, monopoly, price fixing, price discrimination, predatory pricing or restraint of trade activities, unfair competition or any amendment to any rule or regulation promulgated under or in connection with any such stature; or similar provision of any federal, state, or statutory law or common law anywhere in the world.

h.  Unauthorized Access

    Based upon, arising from, or in any way involving any access to, or use of a computer, computer system or computer network by an unauthorized person or persons or an authorized person in an unauthorized manner.

i.  Detrimental Code

    Based upon, arising from, or in any way involving any **detrimental code**, regardless of how or by whom the **detrimental code** was introduced, acquired or transmitted.

j.  Contractual Liability

    Based upon, arising from, or in any way involving any liability assumed under any contract or agreement. This exclusion does not apply to any liability the insured would have in the absence of such contract or agreement.

k.  Cost Guarantees

    Based upon, arising from, or in any way involving any cost guarantees, or estimates of, or exceeding probable costs; or any actual or alleged guaranty, warranty, promise, expressed or implied, or verbal or written, relating to costs of cost savings.

l.  Employee Injury

    Based upon, arising from, or in any way involving:

Copyright 2012, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

(1) any injury to any employee of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) any injury to the spouse, child, parent, brother or sister of that employee as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be held liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

m. Employment Practices

Based upon, arising from, or in any way involving:

(1) any refusal to employ any person or organization;

(2) any termination of employment of any person or organization; or

(3) any employment-related practices, acts or omissions, including, without limitation, coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination.

n. Discrimination

Based upon, arising from, or in any way involving any discrimination or harassment on the basis of race, sex, age, disability, ethnic background, nationality, immigration status, employment status, economic status, religious or sexual preference or any other legally protected status.

o. Worker's Compensation

Based upon, arising from, or in any way involving any obligation of any insured under any worker's compensation, disability benefits, unemployment compensation law or any similar law.

p. Funds Management

Based upon, arising from, or in any way involving:

(1) any actual or alleged theft, stealing, conversion, commingling, embezzlement or misappropriation by any person of any money, funds, securities, assets, or other legal tender, or any actual or alleged failure to return or collect any money, funds, securities, assets, or other legal tender.

(2) failure to collect, pay or return commissions or deposits or amounts charged or paid for your **hospitality services**.

q. Cost to Correct

Based upon, arising from, or in any way involving your cost to correct, re-perform, or complete any **hospitality services**. However, this exclusion does not apply to extra expenses that are over and above the amount agreed upon for your **hospitality services**, which are incurred by your customers to procure comparable replacement for such **hospitality services** due to your **wrongful act**.

r. Fiduciary Responsibilities

Based upon, or arising from, or in any way involving:

(1) any breach of fiduciary duty or inability or failure to collect, transfer or safeguard funds for any insured's services or capacity as a fiduciary under the Employee Retirement Income Security Act of 1974 and Amendments, or any similar State or local laws or any regulation or order issued pursuant thereto.

(2) any pension, welfare or benefit plan organized for the benefit of employees of any insured.

s. Securities Laws

Based upon, arising from or in any way involving any actual or alleged or in consequence of any actual or alleged violations of the Securities Act of 1933, Investment Company Act of 1940, any state "blue sky law", any other federal, state, or local securities law or any amendment thereto or any rule or regulation promulgated there under, or any other provision of statutory or common law that regulates or imposes liability in

Copyright 2012, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.

connection with the offer to sell or purchase, or the sale or purchase of securities.

t.   Insurance or Bond

Based upon, arising from or in any way involving any actual or alleged failure to obtain or maintain any insurance or bond, or to provide any advice about any insurance or bond.

u.   Real Estate Transactions and Property Management Services

Based upon, arising from, or in any way involving:

(1)   any formation, syndication, promotion, offer, sale or management of any real estate investment trust, or limited or general partnership; including without limitation the promotion, offer or sale of any security, or interest in any real estate investment trust or limited or general partnership.

(2)   any real estate or brokerage services or timeshare sales or real property provided by any insured or any real estate broker who is either employed by, or performing work on behalf of, any insured in such capacity.

(3)   failure to disclose or misrepresentation of any information relating to any property with respect to the condition or suitability of such property for an intended use.

(4)   liability, costs, or expenses in making physical changes, modifications, alterations, or improvements to accommodate or comply with any law prohibiting discrimination including but not limited to the Americans with Disabilities Act of 1990 including any amendments thereto, or any similar federal, state, or local law or regulation.

v.   Non-Hospitality Related Professional Services

Based upon or arising from, or in any way involving the rendering or failure to render professional services by any insured as an accountant, architect, attorney, engineer, property developer, contractor, appraiser, estimator, builder, licensed medical practitioner or psychological counselor.

w.   Liquor Liability

Based upon, arising from, or in any way involving any **wrongful act** for which any insured may be held liable by reason of:

(1)   Causing or contributing to the intoxication of any person;

(2)   The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3)   Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the **claims** against any insured allege negligence or other wrongdoing in:

(a)   The supervision, hiring, employment, training or monitoring of others by that insured; or

(b)   Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the **wrongful act** which caused the **damages** involved that which is described in Paragraph (1), (2) or (3) above.

x.   Weather

Based upon, arising from or in any way involving any adverse weather condition, including, but not limited to any natural disaster(s).

y.   Tour Operator

Based upon, arising from, or in any way involving tour services other than organizing and conducting land tours on public roads and making reservations. This exclusion applies even if the **claim** against any insured alleges negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by that insured.

z.   Notary

Based upon, arising from, or in any way involving notarizing a document in the absence of the person whose signature is being notarized.

aa.   Pollution

Based upon, arising from, or in any way involving any actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous, thermal irritant, pollutant or, contaminant, including but not limited to, smoke, vapors, soot, fumes, acids, alkalis, chemicals, or waste materials (including those that are or are to be stored, recycled, reconditioned or reclaimed), into or upon land, air, water or property.

bb.   Nuclear

Based upon, arising from, or in any way involving any nuclear reaction, radiation, radioactive contamination or radioactive substance, in any form, no matter how emitted.

cc.   War

Based upon, arising from, or in any way involving however caused, whether directly or indirectly, out of:

(1)   War, including undeclared or civil war;

(2)   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**Section II - Who is an Insured**, the following provision is added and applies solely to this Coverage Form:

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However, this Coverage Form does not apply to any **wrongful act** committed before you acquired or formed the organization.

**Section III - Limits of Insurance**

For the purposes of this Coverage Form, Section III - Limits of Insurance, is replaced by the following:

1.   The Limits of Insurance shown in the applicable Declarations and the rules below fix the most we will pay regardless of the number of:

a.   Insureds;

b.   **Claims** made or **suits** brought;  or

c.   Persons or organizations making **claims** or bringing **suits**.

2.   The applicable Aggregate Limit shown in the Declarations is the most we will pay for the total of all **damages** under this Coverage Form.

3.   Subject to 2. above, the applicable Each Claim Limit shown in the Declarations is the most we will pay under this Coverage Form for the sum of all **damages** because of any one **claim** resulting from a **wrongful act** committed by the insured in the course of providing **hospitality services**.

4.   Our obligation to pay **damages** applies to the amount of **damages** in excess of the applicable Each Claim Deductible shown in the Declarations, which applies to each **claim** resulting from a **wrongful act** committed by the insured in the course of providing **hospitality services**. You are responsible for the payment of the deductible amount.

5.   The terms of this Coverage Form and the policy, including those regarding our rights and duties to defend **suits** and your duties in the event of a **claim** or **suit** apply irrespective of the deductible amount.

6.   We may pay any part or all of the deductible amount to effect settlement of any **claim** or **suit** and, upon our notification to you of the action we have taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

7.   The applicable Limits of Insurance and Deductibles of this Coverage Form apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance and Deductibles.

**Section IV - Conditions**, the following conditions are added and apply solely to this Coverage Form:

1.   **Titles or Captions of Provisions**

The titles or captions used in this Coverage From and any attached endorsements, which amend this

CG7246FL 4-13 FL
Copyright 2012, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.

Coverage Form, are solely for convenience or reference. They do not in any way limit, extend or otherwise effect the provisions to which they relate.

2. **Duties in the Event of a Claim**

   In the event of a **claim** you must give us notice as soon as practicable including a description of the property involved, when and where the errors, **wrongful acts** or omissions occurred, the costs incurred and the amount claimed.

**Section V - Definitions**, the following definitions are added and apply solely to this Coverage Form. If any definition in the policy or any attached endorsement conflicts with the definitions below, solely with respect to this Coverage Form, the following definitions will prevail.

1. **Claim** means a written demand for monetary relief for a **wrongful act** committed by the insured in the course of providing **hospitality services**.

   For the purpose of the application of any limit of insurance or deductible, all **claims** or **suits** arising out of:

   a. a single **wrongful act**; or

   b. a series of **wrongful acts**, which arise out of, or flow from, either directly or indirectly, one or a series of the same, common, related, or repeated facts, matters, events, circumstances, transactions, practices, statements or decisions, whether such **wrongful acts** involve the same or different insureds, the same or different legal cause of action, or the same or different claimants;

   will be considered to be a single **claim** and will be deemed to have first occurred at the time of the earliest of such **wrongful acts**.

2. **Wrongful acts** means a negligent act, error or omission.

3. **Hospitality services** means those services you provide to your customers in the conduct of your business as a hotel; motel; inn; resort; restaurant; golf, yacht, sports, country or fitness club; caterer or food service provider; unless otherwise excluded.

4. **Detrimental code** means any virus, program, routine, sub-routine, Trojan horse, worm, script or

other code or code string that destroys, alters, or corrupts any electronic data, computer or computer system.

5. **Damages** means compensatory monetary damages, whether part of an award or settlement. **Damages** do not include:

   a. Costs, fees, service charges, commissions, profit, overhead or remuneration for your **hospitality services**;

   b. Civil or criminal fines or penalties;

   c. Taxes;

   d. Any liability or costs, incurred by the insured arising out of a request, order, judgment, or settlement agreement involving non-monetary relief; or

   e. Any **damages** deemed uninsurable under applicable law.

6. **Suit** means a civil proceeding in which **damages** because of a negligent act, error or omission to which this insurance applies are alleged. **Suit** includes:

   a. An arbitration proceeding in which such **damages** are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such **damages** are claimed and to which the insured submits with our consent.

**Section VI - Other Insurance**

**Other Insurance**

The coverage provided in this Coverage Form is excess over, and does not contribute with, any other valid and collectible insurance, whether such other insurance is stated to be primary, contributing, excess (except for insurance specifically written to be excess of this Coverage Form), contingent or otherwise.

The terms, conditions and other paragraphs and provisions of this Coverage Form apply solely to this Coverage Form. All other terms and conditions of the policy remain unchanged.

# Hospitality Services Coverage - CG 72 49 12 07

Policy Amendment(s)  Commercial General Liability Coverage Form

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

The following provisions are added to the Commercial General Liability Coverage Part:

A. The following forms, if attached to this policy, are deleted and replaced by this endorsement:

Exclusion - Specified Therapeutic or Cosmetic Services CG 22 45
Professional Liability Exclusion - Health or Exercise Clubs or Commercially Operated Health or Exercise Facilities CG 22 76
Professional Liability Exclusion - Spas or Personal Enhancement Facilities - CG 22 90
Real Estate Agents or Brokers Errors or Omissions CG 23 01

B. The following exclusion is added to Paragraph 2. **Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** and Paragraph 2. **Exclusions** of **Section I - Coverage B - Personal and Advertising Injury Liability**:

With respect to **hospitality services**, this insurance does not apply to **bodily injury**, **property damage** or **personal and advertising injury** arising out of the rendering or failure to render any service, treatment, advice or instruction for:

1. The following Beautician and Spa services:

   a. Body piercing other than ear piercing;

   b. Tattooing or permanent makeup;

   c. Ear candeling or coning;

d. Hair dying with coal-tar dyes;

e. Dying of eyelashes or eyebrows with dyes not approved by the Food and Drug Administration for that application;

f. Sales of products you manufacture or which are sold under your brand or label;

g. Hair removal by X-ray, laser or photocoagulation;

h. Any chemical peel or exfoliation technique using solely or in any combination:

   (1) Trichloroacetic acid (TCA) preparations with concentration over 20%;

   (2) Carbolic acid (phenol);

   (3) Alpha hydroxy acid preparations with concentration over 30% with a pH value lower than pH 3.0;

   (4) Jessner's solution preparations with concentration over 14%;

   (5) Any chemical preparations using ingredients intended solely for medical use

   whether administered independently or in conjunction with another facial treatment otherwise covered by this policy;

i. Skin treatments performed by means of laser or intense pulse light;

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary _____

President _____

CG7249 12-07
Includes copyrighted material of the Insurance Services, Inc., with its permission.

Page 1 of 2

j. Any invasive or sub dermal treatment, including:

    (1) Removal of moles, tattoos, warts or other growths;

    (2) Plastic surgery;

    (3) Sclerotherapy or other procedures to minimize the appearance of veins; or

    (4) Injections of any kind;

k. Any services performed by you without a license to do so, if the law requires such a license for the service performed; or

l. Medical, psychiatric, psychological chiropractic, surgical, dental, x-ray or nursing services.

2. The following Physical Fitness services:

a. Nutritional counseling;

b. Sales of nutritional products you manufacture or which are sold under your brand or label;

c. Training for professional athletes.

3. The following Travel services:

Services other than organizing and conducting land tours on public roads and making reservations.

4. The following Real Estate services:

a. Formation, syndication, promotion, offer, sale or management of any real estate investment trust, or limited or general partnership; including without limitation the promotion, offer or sale of any security, or interest in any real estate investment trust or limited or general partnership;

b. Real Estate or Brokerage services or timeshare sales or real property provided by any insured or any real estate broker who is either employed by, or performing work on behalf of, any insured in such capacity.

C. The following definition is added to the **Section V - Definitions**:

**Hospitality services** means those services you provide to your customers in the conduct of your business as a hotel; motel; inn; resort; restaurant; golf, yacht, sports, country or fitness club; health spa, beauty salon, caterer or food service provider; except as excluded in Paragraph B above.

All other terms and conditions of the policy apply.

CG7249 12-07
Includes copyrighted material of the Insurance Services, Inc., with its permission.

Page 2 of 2

# Amendment – Medical Payments for Restaurants – CG 72 52 12 07
Policy Amendment(s)  Commercial General Liability Coverage Form

This endorsement modifies insurance provided under the following:

A. Section 1., Coverage C. Medical Payments, 1., a. is deleted and replaced in its entirety by the following:

   1.    a.    We will pay medical expenses as described below for **bodily injury** caused by an accident:

         (1)   On premises you own or rent;

         (2)   On ways next to premises you own or rent; or

         (3)   Because of your operations;

provided that:

    (a)   The accident takes place in the **coverage territory** and during the policy period;

    (b)   The expenses are incurred and reported to us within three years of the date of the accident; and

    (c)   The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

B. Section 1., Coverage C. Medical Payments, Exclusion 2.f. is deleted.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

_____       _____
Secretary                                 President

CG7252 12-07
Copyright 2007, Fireman's Fund Insurance Company, Novato, CA. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Additional Insured - Golfmobile Users (Excess Basis) - CG 72 66 04 13

Policy Amendment(s)   Commercial General Liability Coverage Form

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

1.  Section II - Who is an Insured, subsection 2.e. is added as follows:

    e.  Any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or your concessionaires, but only with respect to their liability caused by the use of the golfmobiles.

2.  With respect to the coverage provided in 1. above, Section IV - Commercial General Liability Conditions, Other Insurance, subsection 4.b.(1)(v) is added as follows:

    (v)  that provides coverage to the user of a golfmobile.

3.  For the purposes of this endorsement, golfmobile means a motorized conveyance that is:

    a.  Designed to carry up to four persons on a golf course for the purpose of playing golf; and

    b.  Not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground.

All other terms and conditions of the policy apply.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____
Secretary

_____
President

CG7266 4-13
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Personal and Advertising Injury Hazard Redefined - CG 72 75 06 07

Policy Amendment(s)  Commercial  General  Liability  Coverage  Form

**Your Commercial General Liability Coverage Form is revised as follows:**

SECTION  V - DEFINITIONS,    14. **Personal and Advertising Injury**, item c., is replaced by the following:

c.   The  wrongful  eviction  from,  wrongful  entry  into, or  invasion  of  the  right  of  private  occupancy  of  a room,  dwelling  or  premises  that  a  person  or  organization  occupies,  committed  by  or  on  behalf of  its  owner,  landlord  or  lessor;

This  Form  must  be  attached  to  Change  Endorsement  when  issued  after  the  policy  is  written.

One  of  the  **Fireman's Fund Insurance Companies**  as  named  in  the  policy

Secretary

President

CG7275 6-07
Copyright  2007, Fireman's  Fund  Insurance  Company,  Novato,  CA.  All  rights  reserved.
Includes  copyrighted  material  of  Insurance  Services Office,  Inc.  with  its  permission.

# Fungi or Bacteria Exclusion - CG 72 77 04 08

Policy Amendment(s)  Commercial  General  Liability

**This endorsement modifies insurance provided under the following:**

**Commercial General Liability Coverage Part**

**Schedule**

**Specified Location (If Applicable)**

Information  required  to  complete  this  schedule,  if  not  shown  above,  will  be  shown  in  the  declarations.

With  respect  to  the  location(s)  shown  in  the  above  Schedule,  the  Commercial  General  Liability  Coverage  Part  is amended  as follows.

A.   The  following  exclusion  is  added  to  Paragraph  2. **Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**:

2.   Exclusions

This  insurance  does  not  apply  to:

**Fungi or Bacteria**

a.   **Bodily injury** or **property damage** which would  not  have  occurred,  in  whole  or  in  part,  but  for  the  actual,  alleged  or  threatened  inhalation  of,  ingestion  of,  contact  with,  exposure  to,  existence  of,  or  presence  of,  any  **fungi**  or  bacteria  on  or  within  a  building  or  structure,  including  its  contents,  regardless  of  whether  any  other  cause,  event,  material  or  product  contributed  concurrently  or  in  any  sequence  to  such  injury  or  damage.

b.   Any  loss,  cost  or  expenses  arising  out  of  the  abating,  testing  for,  monitoring,  cleaning  up,  removing,  containing,  treating,  detoxifying,  neutralizing,  remediating  or  disposing  of,  or  in  any  way  responding  to,  or  assessing  the  effects  of,  **fungi**  or  bacteria,  by  any  insured  or  by  any  other  person  or  entity.

This  exclusion  does  not  apply  to  any  **fungi**  or  bacteria  that  are,  are  on,  or  are  contained  in,  a  good  or  product  intended  for  bodily  consumption.

B.   The  following  exclusion  is  added  to  Paragraph  2. **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability**:

2.   Exclusions

This  insurance  does  not  apply  to:

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

| | |
|---|---|
| _Julie A. Glenn_ | _Peter E. Lucas_ |
| Secretary | President |

CG7277 4-08
Ⓟ2008 Fireman's Fund Insurance Company, Novato, CA, All  rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Fungi or Bacteria**

a.   **Personal and advertising injury** which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any **fungi** or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

b.   Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, **fungi** or bacteria, by any insured or by any other person or entity.

C.   The following definition is added to the **Definitions** section:

**Fungi** means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

All other terms and conditions of the policy remain unchanged.

CG7277 4-08
©2008 Fireman's Fund Insurance Company, Novato, CA, All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Exclusion - Common Interest Property Conversions - CG 72 99 04 13

Policy Amendment(s)  Commercial General Liability Coverage Form

Insured: **ABBEY HOTEL ACQUISITION LLC**          Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**          Effective Date: **04-27-19**

---

**Your Commercial General Liability Coverage Form is revised as follows:**

With respect to any **common interest property** conversion construction operations or work that take place at any time prior to, during or after the policy period, this insurance does not apply to **bodily injury** or **property damage** arising out of **your work**, regardless of:

1.  Whether such operations or work are conducted by you or on your behalf or whether the operations or work are conducted for yourself or for others; or

2.  Whether premises you sell, give away or abandon are **your work** and were never occupied, rented or held for rental by you; or

3.  Whether you assume liability under that part of any contract or agreement that indemnifies any person or organization for **bodily injury** or **property damage** arising out of such operations or work.

As used in this endorsement, **common interest property** is defined as real property which consists of separately owned units and an undivided ownership interest in common areas. **Common interest property** includes but is not limited to condominiums, townhouses, cooperatives, planned communities and time shares.

All other terms and conditions of the policy remain unchanged.

This Form  must be attached to Change Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary          President

CG7299 4-13
Copyright  2013, Fireman's Fund Insurance Company, Novato, CA.  All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Employee Benefits Administration Errors and Omissions Insurance
# EB 70 00 12 97

**IMPORTANT NOTE: THIS INSURANCE PROVIDES LIMITED COVERAGE FOR LIABILITY WHICH ARISES OUT OF THE ADMINISTRATION OF YOUR EMPLOYEE BENEFITS PROGRAM. IN PARTICULAR, IT DOES NOT FULLY PROTECT YOU OR ANY OTHER INSURED AGAINST LIABILITY CREATED BY THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974, OR ITS AMENDMENTS, OR ANY SIMILAR LAW.**

Various provisions in this Coverage Form restrict coverage. Read the entire Coverage Form carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words **you** and **your** refer to the Named Insured shown in the Declarations of this Coverage Form. The words **we, us** and **our** refer to the Company providing this insurance.

The word **insured** means any person or organization qualifying as such under **Section II - Who is an Insured** of this Coverage Form.

Other words and phrases that appear in bold face have special meaning. Refer to **Section V- Definitions.**

## Section I - Coverages

### A. Insuring Agreement

1. We will pay those sums that you become legally obligated to pay as damages because of a negligent act, error or omission in the **administration** of **your employee benefits program.** No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **Supplementary Payments** of this Coverage Form.

   We will have the right and duty to defend any **suit** seeking those damages. But:

   a. The amount we will pay for all damages is limited as described in **Section III -** Limits of Insurance of this Coverage Form;

   b. We may, at our discretion, investigate and settle any claim or **suit**; and

   c. Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under this Coverage Form.

2. This insurance applies to a negligent act, error or omission:

   a. that first occurs during the policy period; or

   b. that first occurred prior to the policy period where:

      (1) There is no other insurance which:

         (a) was expressly purchased to provide this coverage, and is valid and collectible; or

         (b) was expressly purchased to provide this coverage, and would be valid and collectible, but for the exhaustion of the limits of insurance or the insolvency of the insurer.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

(2) The insured had no prior knowledge or could not reasonably have foreseen any circumstances which might result in a claim or **suit**; and

(3) The claim is first made or **suit** is brought during the policy period.

3. This insurance applies only to negligent acts, errors or omissions:

    a. Which occur within the **coverage territory**; and

    b. For which the claim is made or **suit** is brought within the **coverage territory**.

**B. Exclusions**

This insurance does not apply to:

1. **Bodily injury, property damage** or **personal injury**;

2. Claims for injury or damage arising out of:

    a. A dishonest, fraudulent, criminal or malicious act, error or omission done by or at the direction of any insured;

    b. An insurer's failure to perform its contract;

    c. Failure of any plan to meet its obligations due to insufficient funds;

    d. Failure of any investment to perform as represented by any insured;

    e. Advice given by an insured to any person on whether or not to participate in any plan included in **your employee benefits program**;

    f. Your failure to meet the requirement of any law concerning Workers' Compensation, unemployment insurance, social security, disability benefits or the Fair Labor Standards Act of 1938 and its amendments; or any similar laws;

    g. Any insured's liability as a fiduciary under:

        (1) EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 and its amendments; or

        (2) INTERNAL REVENUE CODE OF 1986 (including the INTERNAL REVENUE CODE OF 1954) and its amendments;

    h. Any claims for injury or damage to a person or organization arising from:

        (1) Refusal to employ that person;

        (2) Termination of that person's employment;

        (3) **Employment-related Discrimination**, or employment-related practices, policies, acts or omissions, such as coercion, demotion, failure to promote, evaluation, criticism, reassignment, discipline, defamation, self-defamation, harassment, humiliation directed at that person or organization;

        (4) Consequential injury or damage as a result of (1) through (3) above;

    i. The act of terminating or altering any of **your employee benefits program**.

**C. Supplementary Payments**

We will pay, with respect to any claim we investigate or settle, or any **suit** against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or **suit**, including actual loss of earnings up to $250 a day because of time off from work.

4. All costs taxed against the insured in the **suit**.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a **suit** and an indemnitee of the insured is also named as a party to the **suit**, we will defend that indemnitee if all of the following conditions are met:

a.  The **suit** against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a written contract or agreement;

b.  This insurance applies to such liability assumed by the insured;

c.  The obligation to defend or the cost of the defense of that indemnitee, has also been assumed by the insured in the same written contract or agreement;

d.  The allegation in the **suit** and the information we know about the negligent act, error or omission are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such **suit** and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.  The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement or defense of the **suit**; and

(b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the **suit**; and

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the **suit**; and

(b)  Conduct and control the defense of the indemnitee in such **suit**.

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.

Our obligation to defend an insured's indemnitee and to pay for attorney's fees and necessary litigation expenses as Supplementary Payments ends when:

a.  We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b.  The conditions set forth above, or the terms of the agreement described in paragraph f. above, are no longer met.

## Section II - Who is an Insured

1.  We cover each of the following as insureds under this Coverage Form:

a.  You; and

b.  Your **employees**, but only with respect to the **administration** of **your employee benefits program**; and

c.  Any other person or organization authorized to perform the **administration** of **your employee benefits program**.

2.  In addition, if you are designated in the Declarations as:

a.  An individual:

   i.   Your spouse is an insured, but only with respect to the **administration** of **your employee benefits program**; and

   ii.   Your legal representatives are insureds if you die, but only with respect to duties in the **administration** of **your employee benefits program**. That representative will have all your rights and duties under this endorsement.

b.   A partnership or joint venture:

   i.   Your partners or your members are insureds, but only with respect to the **administration** of **your employee benefits program**; and

   ii.   The spouses of your partners or your members are also insureds, but only with respect to the **administration** of **your employee benefits program**.

c.   A limited liability company:

   i.   Your members are insureds, but only with respect to the **administration** of **your employee benefits program**; and

   ii.   Your managers are insureds, but only with respect to the **administration** of **your employee benefits program**.

d.   A corporation:

   i.   Your **executive officers** and directors are insureds, but only with respect to the **administration** of **your employee benefits program**; and

   ii.   Your stockholders are also insureds, but only with respect to their liability as stockholders and only with respect to the **administration** of **your employee benefits program**.

Any organization which you newly acquire or form, other than a partnership or joint venture, and over which you maintain a primary and controlling interest will be considered an insured if there is no similar insurance available to that organization. However, coverage under this provision is afforded only until the end of the policy period.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not shown as a Named Insured in the Declarations of this Coverage Form.

**Section III - Limits of Insurance**

1.   The Limits of Insurance stated in the Declarations of this Coverage Form and the rules below fix the most we will pay regardless of the number of:

   a.   Insureds;

   b.   Negligent acts, errors or omissions causing injury or damage;

   c.   Claims made or **suits** brought;

   d.   Persons or organizations making claims or bringing **suits**; or

   e.   Plans included in **your employee benefits program**.

2.   The Aggregate Limit is the most we will pay for all damages because of negligent acts, errors or omissions in the **administration** of **your employee benefits program**, covered by this policy.

3.   Subject to 2. above, the Each Employee Limit is the most we will pay for the sum of all damages incurred because of damages sustained, covered by this policy, by:

   a.   Any one **employee**, and

   b.   That **employee's** dependents or stated beneficiaries.

4.   The limits of this Coverage Part apply separately to each consecutive annual policy period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations. If the policy period is extended after issuance for an additional period of less than 12 months, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**Section IV - Conditions**

1.   **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event of a Negligent Act, Error, Omission, Claim or Suit**

a. You must see to it that we are notified as soon as practicable of an alleged negligent act, error, omission, claim or **suit** which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the alleged negligent act, error, or omission took place;

(2) The names and addresses of the persons or their representatives alleging the negligent act, error or omission;

(3) The nature of any injury or damage arising out of the negligent act, error or omission.

b. If a claim is made or **suit** is brought against any insured, you must:

(1) Immediately record the specifics of the claim or **suit** and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or **suit** as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or **suit**;

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a **suit** asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance**

This insurance is excess over any other valid and collectible similar insurance or insurance expressly purchased to provide this coverage, available to the insured.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representation**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or **suit** is brought.

8. **Transfer of Rights of Recovery Against Others to Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring **suit** or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

10. **Application of Insurance Services Office Endorsements Attached to This Coverage Part**

In the event that an Insurance Services Office Endorsement is attached to this Coverage Part, it shall apply to this insurance even if the Insurance Services Office endorsement does not include Employee Benefits Administration Errors and Omissions Insurance within the introductory language of the endorsement.

**Section V - Definitions**

With respect to coverage provided by this Coverage Form, the following definitions apply:

1. **Administration** means performance of the ministerial functions of **your employee benefits program** and could include:

a. Applying the program rules to determine who is eligible to participate in benefits;

b. Calculating service and compensation credits of **employees**;

c. Preparing messages to tell **employees** about their benefits;

d. Maintaining service and employment records of those **employees** participating in **your employee benefits program**;

e. Preparing reports required by government agencies;

f. Calculating benefits;

g. Informing new **employees** about **your employee benefits program**;

h. Implementing enrollment instructions from your **employees** in **your employee benefits program**;

i. Advising, other than legal advice, **employees** who are participating in **your employee benefits program** of their rights and options;

j. Collecting contributions and applying them as called for under the rules of **your employee benefits program**;

k. Preparing benefits reports for your **employees** participating in **your employee benefits program**;

l. Processing claims.

2. **Bodily Injury** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

3. **Coverage territory** means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada; or

b. All parts of the world if the insured's responsibility to pay damages is determined in a **suit** on the merits, in the territory described in a. above or in a settlement to which we agree.

4. **Employee** means your **executive officers** or any persons who have been employed and compensated by you, whether actively employed, formerly employed, disabled or retired, and includes **leased workers** and **temporary workers**, if they are subject to **your employee benefits program**.

5. **Employment-related discrimination** means the actual or alleged treatment of a person or group of persons based upon their race, color, nationality, ethnic origin, religion, gender, marital status, reproductive status, age, sexual orientation, sexual preference, physical disability, mental disability or on any basis which is prohibited by federal, state local law.

6. **Executive officer** means a person holding any of the officer positions created by your charter, constitution, by laws or any other similar governing document.

7. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

8. **Personal Injury** means injury, other than **bodily injury**, arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders, or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

9. **Property Damage** means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

10. **Suit** means a civil proceeding in which damages because of a negligent act, error or omission to which this insurance applies are alleged. **Suit** includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent.

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

11. **Temporary worker** means a person who is furnished to you to substitute for a permanent employee on leave or to meet seasonal or short-term workload conditions. **Temporary worker** does not mean a **leased worker**.

12. **Your employee benefits program** means a type of insurance or other plan you maintain solely for the benefit of your **employees** and could include one or more of the following types:

a. Group life insurance; group accident, dismemberment, dental, health insurance; health care and dependent care spending plans; legal advice plans; or educational tuition reimbursement plans;

b. Profit sharing plans; savings plans including 401K and 403B plans; pension plans and stock subscription plans;

c. Unemployment insurance; social security benefits; workers' compensation and disability benefits insurance.

# Florida Changes - Cancellation and Nonrenewal - EB 70 01 12 97

Policy Amendment(s) - Employee Benefits Administration Errors and Omissions Insurance

**This Endorsement Modifies Insurance Provided Under the Following:**

**Employee Benefits Administration Errors and Omissions Insurance**

A. Paragraph 2. of the CANCELLATION Common Policy Conditions is replaced by the following:

  a. For 90 Days or Less

  If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

  (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

  (2) 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

    (a) A material misstatement or misrepresentation; or

    (b) A failure to comply with the underwriting requirements established by the insurer.

  b. For More Than 90 Days

  If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

  (1) Nonpayment of premium;

  (2) The policy was obtained by a material misstatement;

  (3) Failure to comply with underwriting requirements established by the insurer

within 90 days of the effective date of coverage.

  (4) A substantial change in the risk covered by the policy; or

  (5) The cancellation is for all insureds under such policies for a given class of insureds.

  If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

    (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    (b) 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in paragraph 2.b.

B. The following is added and supersedes any other provision to the contrary:

  NONRENEWAL

  1. If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

  2. Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary

President

EB7001 12-97 FL

# BUSINESS   AUTO

| | |
|---|---|
| **Business Auto** | **AU** |

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
    ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

**BUSINESS AUTO POLICY DECLARATIONS**
INSURANCE IS PROVIDED ONLY FOR THOSE COVERAGES, LIMITS OF LIABILITY AND
ENDORSEMENTS SHOWN BELOW.

**ITEM TWO**       **SCHEDULE OF COVERAGES AND COVERED AUTOS**
      (SEE SUPPLEMENTARY STATE ENDORSEMENTS WHERE APPLICABLE)

| **COVERAGES** | **LIMITS** |
|---|---|
| COMBINED BODILY INJURY AND<br>PROPERTY DAMAGE LIABILITY COVERAGE | $ 1,000,000 EACH ACCIDENT |
| AUTO MEDICAL PAYMENTS COVERAGE | $      500 EACH PERSON |
| UNINSURED MOTORISTS COVERAGE<br>  STATE(S): FLORIDA | BODILY INJURY:  $ 1,000,000 EACH ACCIDENT |

| **COVERAGES** | **SYMBOLS - COVERED AUTO DESCRIPTION**<br>(SEE SECTION I, PARAGRAPH A AND B) |
|---|---|
| LIABILITY COVERAGE | 1.   ANY AUTO |
| PERSONAL INJURY PROTECTION | 5.   OWNED AUTOS SUBJECT TO NO-FAULT |
| AUTO MEDICAL PAYMENTS COVERAGE | 2.   OWNED AUTOS ONLY |
| UNINSURED MOTORISTS COVERAGE | 2.   OWNED AUTOS ONLY |

_____
PHYSICAL DAMAGE COVERAGE AT ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER
IS LESS, MINUS DEDUCTIBLE SHOWN BELOW UNLESS OTHERWISE SHOWN IN ITEM THREE,
SCHEDULE OF COVERED AUTOS YOU OWN:

| **COVERAGES** | **DEDUCTIBLES** | **SYMBOLS - COVERED AUTOS DESCRIPTION**<br>(SEE SECTION 1, PARAGRAPH A AND B) |
|---|---|---|
| COMPREHENSIVE | $1000* | 7.  SPECIFICALLY DESCRIBED AUTOS |

    * NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING

| COLLISION | $1000 | 7.  SPECIFICALLY DESCRIBED AUTOS |
|---|---|---|

**ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. SEE SEPARATE SCHEDULE ATTACHED.**
_____


_____
THESE DECLARATIONS ARE ISSUED IN CONJUNCTION WITH AND ARE PART OF POLICY
FORM CA0001-10-13

POLICY NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
  ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


**ENDORSEMENTS.  ONLY THOSE ENDORSEMENTS SHOWN BELOW APPLY**

 AUTO MEDICAL PAYMENTS COVERAGE (CA 99 03 10 13)

 EXPLANATION OF PREMIUM BASIS (CA 70 03 10 01)

 FLEETCOVER ENDORSEMENT (CA 70 18 10 14R)

**SUPPLEMENTARY STATE ENDORSEMENTS**

 **FLORIDA**

 FLORIDA CHANGES (CA 01 28 06 17)

 FLORIDA PERSONAL INJURY PROTECTION (CA 22 10 02 18)
    SCHEDULE
  DEDUCTIBLE AMOUNT: NONE

 FLORIDA UNINSURED MOTORISTS COVERAGE - NONSTACKED (CA 21 72 06 17)

 FLORIDA CHANGES - CANCELLATION AND NONRENEWAL (CA 02 67 06 17)


ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE


CA993710 GARAGEKEEPERS COVERAGE (CA9937 03 10)

SCHEDULE

LOCATION NUMBER  ADDRESS WHERE YOU CONDUCT YOUR GARAGE OPERATIONS
001      101 20TH ST, MIAMI BEACH, FL 33139
 COVERAGES   LIMIT OF INSURANCE AND DEDUCTIBLE


X COMPREHENSIVE  $1,000,000 LIMIT OF INSURANCE
       $ 1,000 DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR
           LOSS CAUSED BY THEFT OR MISCHIEF OR
           VANDALISM
       $ 5,000 MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY
           THEFT OR MISCHIEF OR VANDALISM IN ANY ONE
           EVENT
           OR
       $    LIMIT OF INSURANCE
       $    DEDUCTIBLE FOR ALL PERILS FOR EACH
           CUSTOMER'S AUTO

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)

ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE  (CONTINUED)

```
                      $         MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY
                                ONE EVENT
__SPECIFIED           $         LIMIT OF INSURANCE
  CAUSES OF LOSS      $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR
                                LOSS COVERED BY THEFT OR MISCHIEF OR
                                VANDALISM
                      $         MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY
                                THEFT OR MISCHIEF OR VANDALISM IN ANY
                                ONE EVENT
                                OR
                      $         LIMIT OF INSURANCE
                      $         DEDUCTIBLE FOR ALL PERILS FOR EACH
                                CUSTOMER'S AUTO
                      $         MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY
                                ONE EVENT
X COLLISION           $1,000,000 LIMIT OF INSURANCE
                      $ 1,000   DEDUCTIBLE FOR EACH CUSTOMER'S AUTO
```
---

```
LOCATION NUMBER       ADDRESS WHERE YOU CONDUCT YOUR GARAGE OPERATIONS

  COVERAGES           LIMIT OF INSURANCE AND DEDUCTIBLE


__COMPREHENSIVE       $         LIMIT OF INSURANCE
                                DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR
                                LOSS CAUSED BY THEFT OR MISCHIEF OR
                                VANDALISM
                      $         MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY
                                THEFT OR MISCHIEF OR VANDALISM
                                IN ANY ONE EVENT
                                OR
                      $         LIMIT OF INSURANCE
                      $         DEDUCTIBLE FOR ALL PERILS FOR EACH
                                CUSTOMER'S AUTO
                      $         MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY
                                ONE EVENT
__SPECIFIED           $         LIMIT OF INSURANCE
  CAUSES OF LOSS      $         DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR
                                LOSS CAUSED BY THEFT OR MISCHIEF OR
                                VANDALISM
                      $         MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY
                                THEFT OR MISCHIEF OR VANDALISM IN ANY
                                ONE EVENT
                                OR
```

AU - 3

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
      ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE  (CONTINUED)

|  |  |  |
|---|---|---|
|  | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO |
|  | $ | MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY ONE EVENT |
| __COLLISION | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR EACH CUSTOMER'S AUTO |

LOCATION NUMBER    ADDRESS WHERE YOU CONDUCT YOUR GARAGE OPERATIONS

  COVERAGES      LIMIT OF INSURANCE AND DEDUCTIBLE


|  |  |  |
|---|---|---|
| __COMPREHENSIVE | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM |
|  | $ | MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM IN ANY ONE EVENT |
|  |  | OR |
|  | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO |
|  | $ | MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY ONE EVENT |
| __SPECIFIED | $ | LIMIT OF INSURANCE |
| CAUSES OF LOSS | $ | DEDUCTIBLE FOR EACH CUSTOMER'S AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM |
|  | $ | MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM IN ANY ONE EVENT |
|  |  | OR |
|  | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR ALL PERILS FOR EACH CUSTOMER'S AUTO |
|  | $ | MAXIMUM DEDUCTIBLE FOR ALL LOSS IN ANY ONE EVENT |
| __COLLISION | $ | LIMIT OF INSURANCE |
|  | $ | DEDUCTIBLE FOR EACH CUSTOMER'S AUTO. |


DIRECT COVERAGE OPTIONS


AU - 4

POLICY  NUMBER  **S 61 DXJ 80996603**

NAMED INSURED
        ABBEY HOTEL ACQUISITION LLC

PORTFOLIO POLICY (R)


ENDORSEMENTS - OTHER AUTOMOBILE COVERAGE   (CONTINUED)


\_\_  EXCESS INSURANCE

X   PRIMARY INSURANCE

POLICY  NUMBER   **S 61 DXJ 80996603**

Named  Insured
**ABBEY HOTEL ACQUISITION LLC**                    Rating  Period **04-27-19** to **04-27-20**

### SCHEDULE OF COVERED AUTOS YOU OWN

The insurance  afforded hereunder  is only with respect to such and so many of the following coverages for
each Auto no. as are indicated  by 'X'.  The limit of the company's  liability against Bodily Injury and
Property  Damage  Liability (LIAB),  Medical  Payments  (MED),  Uninsured  Motorist  (UM),  Underinsured
Motorists  (UIM),  Personal  Injury Protection  (PIP),  Property  Protection  Insurance  (PPI),  and Towing
(TOW)  coverages  shall be as stated on the declarations  page subject to all the terms of the policy having
reference  thereto.   The limit of the company's  liability against Comprehensive  (COMP),  Fire (F),  Theft (T),
Specified  Causes of Loss (SCL),  Limited Specified  Causes of Loss (LSCL),  and Collision  (COLL)  coverages
shall be as stated herein  subject to all the terms of the policy having reference  thereto.   As used herein  'ACV'
means Actual  Cash Value,  'DED'  means Deductible,  'OTC'  means Automobile  Physical  Damage  Other
Than Collision  and "PHD"  means Automobile  Physical  Damage  for Collision  Coverage  and Specifed
Causes of Loss Coverage  or Comprehensive  Coverage.   The PHD  limit of coverage  is actual  Cash Value,
Stated Amount  Limit or Replacement  Cost Value less the deductible  amount shown.

| AUTO NO. | YR | VEHICLE DESCRIPTION AND GARAGE LOCATION | VEHICLE ID NO. | OTC COV | PHD LIMIT | OTC DED | COLL DED |
|---|---|---|---|---|---|---|---|
| **0001** | **12** | **CHEVROLET EXPRESS** | **1GCWGFFA8C1108650** | **COMP** | **ACV** | **$ 1,000** | **$ 1,000** |
| | | MIAMI BEACH | FL 33139 | | | | |

| AUTO NO. | COVERAGES AFFORDED (INDICATED BY 'X' IN COVERAGE COLUMN) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | LIAB | MED | UM | UIM | PIP | PPI | OTC | COLL | TOW |
| 0001 | X | X | X | | X | | X | X | |

# Business Auto Coverage Form - CA 00 01 10 13

Policy Amendment(s) Commercial Business Auto Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words **you** and **your** refer to the Named Insured shown in the Declarations. The words **we**, **us** and **our** refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions..

## Section I - Covered Autos

Item Two of the Declarations shows the **autos** that are covered **autos** for each of your coverages. The following numerical symbols describe the **autos** that may be covered **autos**. The symbols entered next to a coverage on the Declarations designate the only **autos** that are covered **autos.**

A. **Description of Covered Auto Designation Symbols**

**Symbol**       **Description of Covered Auto Designation Symbols**

1.   = ANY **AUTO.**

2.   = OWNED **AUTOS** ONLY. Only those **autos** you own (and for Covered Autos Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** you acquire ownership of after the policy begins.

3.   = OWNED PRIVATE PASSENGER **AUTOS** ONLY. Only the private passenger **autos** you own. This includes those private passenger **autos** you acquire ownership of after the policy begins.

4.   = OWNED **AUTOS** OTHER THAN PRIVATE PASSENGER **AUTOS** ONLY. Only those **autos** you own that are not of the private passenger type (and for Covered Autos Liability Coverage any **trailers** you don't own while attached to power units you own). This includes those **autos** not of the private passenger type you acquire ownership of after the policy begins.

5.   = OWNED **AUTOS** SUBJECT TO NO-FAULT. Only those **autos** you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those **autos** you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged.

6.   = OWNED **AUTOS** SUBJECT TO A COMPULSORY UNINSURED MOTORISTS LAW. Only those **autos** you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those **autos** you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement.

7.   = SPECIFICALLY DESCRIBED **AUTOS.** Only those **autos** described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any **trailers** you don't own while attached to any power unit described in Item Three).

8.   = HIRED **AUTOS** ONLY. Only those **autos** you lease, hire, rent or borrow. This does not include any **auto** you lease, hire, rent or borrow from any of your **employees**, partners (if you are a partnership), members (if you are a limited liability company) or members of their households.

This Form must be attached to Change Endorsement when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named in the policy

_____          _____
Secretary                                                               President

9. = NON-OWNED **AUTOS** ONLY. Only those **autos** you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes **autos** owned by your **employees**, partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs.

19. = MOBILE EQUIPMENT SUBJECT TO COMPULSORY OR FINANCIAL RESPONSIBILITY OR OTHER MOTOR VEHICLE INSURANCE LAW ONLY. Only those **autos** that are land vehicles and that would qualify under the definition of **mobile equipment** under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged.

B. **Owned Autos You Acquire After the Policy Begins**

1. If symbols 1, 2, 3, 4, 5, 6 or 19 are entered next to a coverage in Item Two of the Declarations, then you have coverage for **autos** that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol 7 is entered next to a coverage in Item Two of the Declarations, an **auto** you acquire will be a covered **auto** for that coverage only if:

    a. We already cover all **autos** that you own for that coverage or it replaces an **auto** you previously owned that had that coverage; and

    b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

C. **Certain Trailers, Mobile Equipment and Temporary Substitute Autos**

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered **autos** for Covered Autos Liability Coverage:

1. **Trailers** with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. **Mobile equipment** while being carried or towed by a covered **auto.**

3. Any **auto** you do not own while used with the permission of its owner as a temporary substitute for a covered **auto** you own that is out of service because of its:

    a. Breakdown;

    b. Repair;

    c. Servicing;

    d. **Loss**; or

    e. Destruction.

**Section II - Covered Autos Liability Coverage**

A. **Coverage**

We will pay all sums an **insured** legally must pay as damages because of **bodily injury** or **property damage** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of a covered **auto.**

We will also pay all sums an **insured** legally must pay as a **covered pollution cost or expense** to which this insurance applies, caused by an **accident** and resulting from the ownership, maintenance or use of covered **autos.** However, we will only pay for the **covered pollution cost or expense** if there is either **bodily injury** or **property damage** to which this insurance applies that is caused by the same **accident.**

We have the right and duty to defend any **insured** against a **suit** asking for such damages or a **covered pollution cost or expense.** However, we have no duty to defend any **insured** against a **suit** seeking damages for **bodily injury** or **property damage** or a **covered pollution cost or expense** to which this insurance does not apply. We may investigate and settle any claim or **suit** as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. Who Is an Insured

    The following are **insureds:**

    a. You for any covered **auto.**

© Insurance Services Office, Inc., 2011

b. Anyone else while using with your permission a covered **auto** you own, hire or borrow except:

(1) The owner or anyone else from whom you hire or borrow a covered **auto.** This exception does not apply if the covered **auto** is a **trailer** connected to a covered **auto** you own.

(2) Your **employee** if the covered **auto** is owned by that **employee** or a member of his or her household.

(3) Someone using a covered **auto** while he or she is working in a business of selling, servicing, repairing, parking or storing **autos** unless that business is yours.

(4) Anyone other than your **employees,** partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their **employees,** while moving property to or from a covered **auto.**

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered **auto** owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an **insured** described above but only to the extent of that liability.

2. Coverage Extensions

a. Supplementary Payments

We will pay for the **insured:**

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an **accident** we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any **suit** against the

**insured** we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the **insured** at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the **insured** in any **suit** against the **insured** we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the **insured.**

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any **suit** against the **insured** we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

b. Out-of-state Coverage Extensions

While a covered **auto** is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered **auto** is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered **auto** is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

B. **Exclusions**

This insurance does not apply to any of the following:

1. Expected or Intended Injury

   **Bodily injury** or **property damage** expected or intended from the standpoint of the **insured**.

2. Contractual

   Liability assumed under any contract or agreement.

   But this exclusion does not apply to liability for damages:

   a. Assumed in a contract or agreement that is an **insured contract** provided the **bodily injury** or **property damage** occurs subsequent to the execution of the contract or agreement; or

   b. That the **insured** would have in the absence of the contract or agreement.

3. Workers' Compensation

   Any obligation for which the **insured** or the **insured's** insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. Employee Indemnification and Employer's Liability

   **Bodily injury** to:

   a. An **employee** of the **insured** arising out of and in the course of:

      (1) Employment by the **insured**; or

      (2) Performing the duties related to the conduct of the **insured's** business; or

   b. The spouse, child, parent, brother or sister of that **employee** as a consequence of Paragraph a. above.

   This exclusion applies:

      (1) Whether the **insured** may be liable as an employer or in any other capacity; and

      (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

   But this exclusion does not apply to **bodily injury** to domestic **employees** not entitled to workers' compensation benefits or to liability assumed by the **insured** under an **insured contract**. For the purposes of the Coverage Form, a domestic **employee** is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. Fellow Employee

   **Bodily injury** to:

   a. Any fellow **employee** of the **insured** arising out of and in the course of the fellow **employee's** employment or while performing duties related to the conduct of your business; or

   b. The spouse, child, parent, brother or sister of that fellow **employee** as a consequence of Paragraph a. above.

6. Care, Custody or Control

   **Property damage** to or **covered pollution cost or expense** involving property owned or transported by the **insured** or in the **insured's** care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

7. Handling of Property

   **Bodily injury** or **property damage** resulting from the handling of property:

   a. Before it is moved from the place where it is accepted by the **insured** for movement into or onto the covered **auto**; or

   b. After it is moved from the covered **auto** to the place where it is finally delivered by the **insured.**

8. Movement of Property by Mechanical Device

   **Bodily injury** or **property damage** resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered **auto**.

9.  Operations

**Bodily injury** or **property damage** arising out of the operation of:

a.  Any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**; or

b.  Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of **mobile equipment** if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

10. Completed Operations

**Bodily injury** or **property damage** arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

a.  Work or operations performed by you or on your behalf; and

b.  Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed;

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

11. Pollution

**Bodily injury** or **property damage** arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a.  That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered **auto**;

(2) Otherwise in the course of transit by or on behalf of the **insured**; or

(3) Being stored, disposed of, treated or processed in or upon the covered **auto**;

b.  Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the covered **auto**; or

c.  After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured**.

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

(1) The **pollutants** escape, seep, migrate or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and

(2) The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of **mobile equipment**.

Paragraphs b. and c. above of this exclusion do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

  (a) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and

  (b) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

12. War

   **Bodily injury** or **property damage** arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

13. Racing

   Covered **autos** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered **auto** is being prepared for such a contest or activity.

C. **Limit of Insurance**

   Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for the total of all damages and **covered pollution cost or expense** combined resulting from any one **accident** is the Limit of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All **bodily injury**, **property damage** and **covered pollution cost or expense** resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one **accident**.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

**Section III - Physical Damage Coverage**

A. **Coverage**

1. We will pay for **loss** to a covered **auto** or its equipment under:

   a. Comprehensive Coverage

      From any cause except:

      (1) The covered **auto's** collision with another object; or

      (2) The covered **auto's** overturn.

   b. Specified Causes of Loss Coverage

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered **auto**.

   c. Collision Coverage

      Caused by:

      (1) The covered **auto's** collision with another object; or

      (2) The covered **auto's** overturn.

2. Towing

   We will pay up to the limit shown in the Declarations for towing and labor costs

incurred each time a covered **auto** of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. Glass Breakage - Hitting a Bird or Animal - Falling Objects or Missiles

If you carry Comprehensive Coverage for the damaged covered **auto**, we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. **Loss** caused by hitting a bird or animal; and

   c. **Loss** caused by falling objects or missiles.

However, you have the option of having glass breakage caused by a covered **auto's** collision or overturn considered a **loss** under Collision Coverage.

4. Coverage Extensions

   a. Transportation Expenses

   We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered **auto** of the private passenger type. We will pay only for those covered **autos** for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered **auto** is returned to use or we pay for its **loss**.

   b. Loss of Use Expenses

   For Hired Auto Physical Damage, we will pay expenses for which an **insured** becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered **auto**;

   (2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered **auto**; or

   (3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered **auto**.

   However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

B. **Exclusions**

1. We will not pay for **loss** caused by or resulting from any of the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**.

   a. Nuclear Hazard

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. War or Military Action

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for **loss** to any covered **auto** while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for **loss** to any covered **auto** while that covered **auto** is being prepared for such a contest or activity.

3. We will not pay for **loss** due and confined to:

a. Wear and tear, freezing, mechanical or electrical breakdown.

b. Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such **loss** resulting from the total theft of a covered **auto**.

4. We will not pay for **loss** to any of the following:

a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

d. Any accessories used with the electronic equipment described in Paragraph c. above.

5. Exclusions 4.c. and 4.d. do not apply to equipment designed to be operated solely by use of the power from the **auto's** electrical system that, at the time of **loss**, is:

a. Permanently installed in or upon the covered **auto**;

b. Removable from a housing unit which is permanently installed in or upon the covered **auto**;

c. An integral part of the same unit housing any electronic equipment described in Paragraphs a. and b. above; or

d. Necessary for the normal operation of the covered **auto** or the monitoring of the covered **auto's** operating system.

6. We will not pay for **loss** to a covered **auto** due to **diminution in value**.

C. **Limit of Insurance**

1. The most we will pay for:

a. **Loss** to any one covered **auto** is the lesser of:

(1) The actual cash value of the damaged or stolen property as of the time of the **loss**; or

(2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one **loss** is $1,000, if, at the time of **loss**, such electronic equipment is:

(1) Permanently installed in or upon the covered **auto** in a housing, opening or other location that is not normally used by the **auto** manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph b.(1) above; or

(3) An integral part of such equipment as described in Paragraphs b.(1) and b.(2) above.

2. An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total **loss**.

3. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

D. **Deductible**

For each covered **auto**, our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to **loss** caused by fire or lightning.

**Section IV - Business Auto Conditions**

The following conditions apply in addition to the Common Policy Conditions:

A. **Loss Conditions**

1. Appraisal for Physical Damage Loss

   If you and we disagree on the amount of **loss**, either may demand an appraisal of the **loss**. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of **loss**. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If we submit to an appraisal, we will still retain our right to deny the claim.

2. Duties in the Event of Accident, Claim, Suit or Loss

   We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

   a. In the event of **accident**, claim, **suit** or **loss**, you must give us or our authorized representative prompt notice of the **accident** or **loss**. Include:

      (1) How, when and where the **accident** or **loss** occurred;

      (2) The **insured's** name and address; and

      (3) To the extent possible, the names and addresses of any injured persons and witnesses.

   b. Additionally, you and any other involved **insured** must:

      (1) Assume no obligation, make no payment or incur no expense without our consent, except at the **insured's** own cost.

      (2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or **suit**.

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the **suit**.

      (4) Authorize us to obtain medical records or other pertinent information.

      (5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

   c. If there is **loss** to a covered **auto** or its equipment, you must also do the following:

      (1) Promptly notify the police if the covered **auto** or any of its equipment is stolen.

      (2) Take all reasonable steps to protect the covered **auto** from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

      (3) Permit us to inspect the covered **auto** and records proving the **loss** before its repair or disposition.

      (4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. Legal Action Against Us

   No one may bring a legal action against us under this Coverage Form until:

   a. There has been full compliance with all the terms of this Coverage Form; and

   b. Under Covered Autos Liability Coverage, we agree in writing that the **insured** has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the **insured's** liability.

4. Loss Payment - Physical Damage Coverages

   At our option, we may:

   a. Pay for, repair or replace damaged or stolen property;

© Insurance Services Office, Inc., 2011

b. Return the stolen property, at our expense. We will pay for any damage that results to the **auto** from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the **loss**, our payment will include the applicable sales tax for the damaged or stolen property.

5. Transfer of Rights of Recovery Against Others to Us

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after **accident** or **loss** to impair them.

B. **General Conditions**

1. Bankruptcy

Bankruptcy or insolvency of the **insured** or the **insured's** estate will not relieve us of any obligations under this Coverage Form.

2. Concealment, Misrepresentation or Fraud

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other **insured,** at any time, intentionally conceals or misrepresents a material fact concerning:

a. This Coverage Form;

b. The covered **auto**;

c. Your interest in the covered **auto**; or

d. A claim under this Coverage Form.

3. Liberalization

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. No Benefit to Bailee - Physical Damage Coverages

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

5. Other Insurance

a. For any covered **auto** you own, this Coverage Form provides primary insurance. For any covered **auto** you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered **auto** which is a **trailer** is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the **trailer** is:

(1) Excess while it is connected to a motor vehicle you do not own; or

(2) Primary while it is connected to a covered **auto** you own.

b. For Hired Auto Physical Damage Coverage, any covered **auto** you lease, hire, rent or borrow is deemed to be a covered **auto** you own. However, any **auto** that is leased, hired, rented or borrowed with a driver is not a covered **auto**.

c. Regardless of the provisions of Paragraph a. above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an **insured contract**.

d. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. Premium Audit

a. The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your

actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. Policy Period, Coverage Territory

Under this Coverage Form, we cover **accidents** and **losses** occurring:

a. During the policy period shown in the Declarations; and

b. Within the coverage territory.

The coverage territory is:

(1) The United States of America;

(2) The territories and possessions of the United States of America;

(3) Puerto Rico;

(4) Canada; and

(5) Anywhere in the world if a covered **auto** of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less provided that the **insured's** responsibility to pay damages is determined in a **suit** on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover **loss** to, or **accidents** involving, a covered **auto** while being transported between any of these places.

8. Two or More Coverage Forms or Policies Issued by Us

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same **accident**, the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**Section V - Definitions**

A. **Accident** includes continuous or repeated exposure to the same conditions resulting in **bodily injury** or **property damage.**

B. **Auto** means:

1. A land motor vehicle, **trailer** or semitrailer designed for travel on public roads; or

2. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, **auto** does not include **mobile equipment.**

C. **Bodily injury** means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. **Covered pollution cost or expense** means any cost or expense arising out of:

1. Any request, demand, order or statutory or regulatory requirement that any **insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, **pollutants**; or

2. Any claim or **suit** by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, **pollutants**.

**Covered pollution cost or expense** does not include any cost or expense arising out of the actual,

alleged or threatened discharge, dispersal, seepage, migration, release or escape of **pollutants**:

a. That are, or that are contained in any property that is:

   (1) Being transported or towed by, handled or handled for movement into, onto or from the covered **auto**;

   (2) Otherwise in the course of transit by or on behalf of the **insured**; or

   (3) Being stored, disposed of, treated or processed in or upon the covered **auto**;

b. Before the **pollutants** or any property in which the **pollutants** are contained are moved from the place where they are accepted by the **insured** for movement into or onto the covered **auto**; or

c. After the **pollutants** or any property in which the **pollutants** are contained are moved from the covered **auto** to the place where they are finally delivered, disposed of or abandoned by the **insured**.

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar **pollutants** that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered **auto** or its parts, if:

   (1) The **pollutants** escape, seep, migrate or are discharged, dispersed or released directly from an **auto** part designed by its manufacturer to hold, store, receive or dispose of such **pollutants**; and

   (2) The **bodily injury**, **property damage** or **covered pollution cost or expense** does not arise out of the operation of any equipment listed in Paragraph 6.b. or 6.c. of the definition of **mobile equipment**.

Paragraphs b. and c. above do not apply to **accidents** that occur away from premises owned by or rented to an **insured** with respect to **pollutants** not in or upon a covered **auto** if:

   (a) The **pollutants** or any property in which the **pollutants** are contained are upset, overturned or damaged as a result of the maintenance or use of a covered **auto**; and

   (b) The discharge, dispersal, seepage, migration, release or escape of the **pollutants** is caused directly by such upset, overturn or damage.

E. **Diminution in value** means the actual or perceived loss in market value or resale value which results from a direct and accidental **loss**.

F. **Employee** includes a **leased worker**. **Employee** does not include a **temporary worker**.

G. **Insured** means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or **suit** is brought.

H. **Insured contract** means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for **bodily injury** or **property damage** to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your **employees**, of any **auto**. However, such contract or agreement shall not be considered an **insured contract** to the extent that it obligates you or any of your **employees** to pay for **property damage** to any **auto** rented or leased by you or any of your **employees.**

An **insured contract** does not include that part of any contract or agreement:

© Insurance Services Office, Inc., 2011

a. That indemnifies a railroad for **bodily injury** or **property damage** arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

b. That pertains to the loan, lease or rental of an **auto** to you or any of your **employees,** if the **auto** is loaned, leased or rented with a driver; or

c. That holds a person or organization engaged in the business of transporting property by **auto** for hire harmless for your use of a covered **auto** over a route or territory that person or organization is authorized to serve by public authority.

I. **Leased worker** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. **Leased worker** does not include a **temporary worker**.

J. **Loss** means direct and accidental loss or damage.

K. **Mobile equipment** means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers; or

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not **mobile equipment** but will be considered **autos**:

   a. Equipment designed primarily for:

      (1) Snow removal;

      (2) Road maintenance, but not construction or resurfacing; or

      (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, **mobile equipment** does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered **autos**.

L. **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. **Property damage** means damage to or loss of use of tangible property.

N. **Suit** means a civil proceeding in which:

1. Damages because of **bodily injury** or **property damage**; or

2. A **covered pollution cost or expense**;

to which this insurance applies, are alleged.

**Suit** includes:

a.  An arbitration proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the **insured** must submit or does submit with our consent; or

b.  Any other alternative dispute resolution proceeding in which such damages or **covered pollution costs or expenses** are claimed and to which the insured submits with our consent.

O.  **Temporary worker** means a person who is furnished to you to substitute for a permanent **employee** on leave or to meet seasonal or short-term workload conditions.

P.  **Trailer** includes semitrailer.

# Florida Changes - CA 01 28 06 17

Policy Amendment(s)  Commercial  Auto  Dealers  Coverage  Form  - Business  Auto  Coverage  Form
Motor  Carrier  Coverage  Form

**For a covered auto licensed or principally garaged in, or auto dealer operations conducted in, Florida, this endorsement modifies insurance provided under the following:**

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

With  respect  to  coverage  provided  by  this  endorsement, the  provisions  of  the  Coverage  Form  apply  unless modified  by  the  endorsement.

A.  **Covered Autos Liability Coverage**  is  changed  as follows:

Paragraph  (5)  of  a.  **Supplementary Payments**  under  **Coverage Extensions**  in  the  Auto  Dealers, Business  Auto  and  Motor  Carrier  Coverage  Forms is  replaced  by  the  following:

We  will  pay  for  the  **insured**:

(5)  All  court  costs  taxed  against  the  **insured**  in any  **suit**  against  the  **insured**  we  defend.  However,  these  payments  do  not  include  attorneys' fees  or  attorneys'  expenses  taxed  against  the **insured**.

B.  **Physical Damage Coverage**  is  changed  as  follows:

1.  No  deductible  applies  under  Specified  Causes Of  Loss  or  Comprehensive  Coverage  for  **loss** to  glass  used  in  the  windshield.

2.  All  other  **Physical Damage Coverage**  provisions  will  apply.

C.  Paragraph  1.  of  **Loss Conditions**,  **Appraisal For Physical Damage Loss**,  is  replaced  by  the  following:

1.  Appraisal  for  Physical  Damage  Loss

If  you  and  we  disagree  on  the  amount  of **loss**,  either  may  demand  an  appraisal  of  the

**loss**.  Upon  notice  of  a  demand  for  appraisal, the  opposing  party  may,  prior  to  appraisal, demand  mediation  of  the  dispute  in  accordance  with  the  Mediation  provision  contained in  this  endorsement.  The  mediation  must  be completed  before  a  demand  for  appraisal  can be  made.  In  this  event,  each  party  will  select a  competent  appraiser.  The  two  appraisers will  select  a  competent  and  impartial  umpire. The  appraisers  will  state  separately  the  actual cash  value  and  amount  of  **loss**.  If  they  fail  to agree,  they  will  submit  their  differences  to  the umpire.  A  decision  agreed  to  by  any  two  will be  binding.  Each  party  will:

a.  Pay  its  chosen  appraiser;  and

b.  Bear  the  other  expenses  of  the  appraisal and  umpire  equally.

If  we  submit  to  an  appraisal,  we  will  still  retain  our  right  to  deny  the  claim.

D.  The  **General Conditions**  are  amended  as  follows:

1.  The  following  is  added  to  the  **Other Insurance** Condition  in  the  Auto  Dealers  and  Business Auto  Coverage  Forms,  and  **Other Insurance - Primary And Excess Provisions**  Condition in  the  Motor  Carrier  Coverage  Form:

a.  When  this  Coverage  Form  and  any  other Coverage  Form  or  policy  providing  liability  coverage  applies  to  an  **auto**  and:

This  Form  must  be  attached  to  Change  Endorsement  when  issued  after  the  policy  is  written.
One  of  the  **Fireman's Fund Insurance Companies**  as  named  in  the  policy

_____

Secretary

_____

President

(1) One provides coverage to a lessor of **autos** for rent or lease; and

(2) The other provides coverage to a person not described in Paragraph D.1.a.(1);

then the Coverage Form or policy issued to the lessor described in Paragraph D.1.a.(1) is excess over any insurance available to a person described in D.1.a.(2) if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

2. The following condition is added to the Auto Dealers, Business Auto and Motor Carrier Coverage Forms:

**Mediation**

1. In any claim filed by an **insured** with us for:

   a. **Bodily injury** in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered **auto**;

   b. **Property damage** in any amount, arising out of the ownership, operation, maintenance or use of a covered **auto**; or

   c. **Loss** to a covered **auto** or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

2. A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

3. The request must state:

   a. Why mediation is being requested.

   b. The issues in dispute, which are to be mediated.

4. The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

© Insurance Services Office, Inc., 2016

# Florida Changes - Cancellation and Nonrenewal - CA 02 67 06 17

Policy Amendment(s)  Commercial Auto Dealers Coverage Form - Business Auto Coverage Form
Motor  Carrier Coverage Form

**This endorsement modifies insurance provided under the following:**

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

A.  Paragraph  A.2.b.  of the  Common  Policy Conditions,  **Cancellation**, is replaced  by the following:

   b.  45  days  before  the  effective  date  of cancellation  if we cancel  for any other  reason.

B.  Paragraph  A.4. and A.5. of the Common  Policy Conditions,  **Cancellation**, are replaced  by the following:

   4.  Notice of cancellation  will state the effective date of, and reason(s)  for, the cancellation. The policy period will end on that date.

   5.  If this Policy is cancelled, we will send the first Named Insured  any premium  refund due. If we cancel, the refund will be pro rata.  If the first Named Insured  cancels, the refund may be less than pro rata.  If the return premium is not refunded  with the notice of cancellation or when this Policy is returned  to us, we will mail the refund within 15 working days after the date cancellation  takes effect, unless this is an audit policy.

   If this is an audit policy, then, subject to your full cooperation  with us or our agent in securing the necessary data for audit, we will return  any premium  refund due within 90 days of the date cancellation takes effect.  If our audit is not completed  within this time limitation,  then we shall accept  your own audit, and any premium  refund due shall be mailed within 10 working days of receipt of your audit.

   The cancellation  will be effective even if we have not made or offered a refund.

C.  The following is added to Paragraph  A. of the Common  Policy Conditions,  **Cancellation**:

   7.  If this Policy provides Personal  Injury Protection,  Property  Damage  Liability Coverage or both and:

   a.  It is a new or renewal policy, it may not be cancelled  by the first Named Insured during  the  first 60 days immediately following the effective date of the Policy or renewal,  except  for one of the following reasons:

      (1)  The covered  **auto** is completely destroyed  such that it is no longer operable;

      (2)  Ownership  of the covered  **auto** is transferred;  or

      (3)  The Named Insured has purchased another policy covering the motor vehicle insured  under this Policy.

This Form must be attached to Change Endorsement  when issued after the policy is written.
**One of the  Fireman's Fund Insurance Companies** as named  in the policy

_____
Secretary

_____
President

b. It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the Policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

D. The following Condition is added:

**Nonrenewal**

1. If we decide not to renew or continue this Policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

2. If we fail to mail proper notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

3. Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

# Florida Uninsured Motorists Coverage - Nonstacked - CA 21 72 06 17

Policy Amendment(s) Commercial Auto Dealers Coverage Form - Business Auto Coverage Form
Motor Carrier Coverage Form

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

Insured: **ABBEY HOTEL ACQUISITION LLC**      Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**      Effective Date: **04-27-19**

---

**For a covered auto licensed or principally garaged in, or auto dealer operations conducted in, Florida, this endorsement modifies insurance provided under the following:**

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.**

**Schedule**

**Limit of Insurance: $**                     **Each Accident**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A. **Coverage**

1. We will pay all sums the **insured** is legally entitled to recover as compensatory damages from the owner or driver of an **uninsured motor vehicle**. The damages must result from **bodily injury** sustained by the **insured** caused by an **accident**. The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the **uninsured motor vehicle**.

2. With respect to damages resulting from an **accident** with a vehicle described in Paragraph b. of the definition of **uninsured motor vehicle,** we will pay under this coverage only if Paragraph a. or b. below applies:

a. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

b. A tentative settlement has been made between an **insured** and the insurer of the **underinsured motor vehicle** and we:

   (1) Have been given prompt written notice of such tentative settlement; and

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named in the policy

Secretary                                     President

CA2172 6-17 FL
Ⓒ Insurance Services Office, Inc., 2016                                     Page 1 of 6

(2) Advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a **suit** brought without our written consent is not binding on us.

**B.   Who Is an Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are **insureds**:

   a. The Named Insured and any **family members**.

   b. Anyone else **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   c. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are **insureds**:

   a. Anyone **occupying** a covered **auto** or a temporary substitute for a covered **auto**. The covered **auto** must be out of service because of its breakdown, repair, servicing, **loss** or destruction.

   b. Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

**C.   Exclusions**

This insurance does not apply to:

1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle**.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. **Bodily injury** sustained by:

   a. An individual Named Insured while **occupying** or when struck by a vehicle owned by that individual Named Insured that is not a covered **auto** for Uninsured Motorists Coverage under this coverage form;

   b. Any **family member** while **occupying** or when struck by any vehicle owned by that **family member** that is not a covered **auto** for Uninsured Motorists Coverage under this coverage form;

   c. Any **family member** while **occupying** or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy; or

   d. Any **insured** with respect to damages for pain, suffering, mental anguish or inconvenience unless the **bodily injury** consists in whole or in part of:

      (1) Significant and permanent loss of an important bodily function;

      (2) Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

      (3) Significant and permanent scarring or disfigurement; or

      (4) Death.

5. Punitive or exemplary damages.

6. **Bodily injury** arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other

© Insurance Services Office, Inc., 2016

authority using military personnel or other agents; or

c.   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

D.   **Limit of Insurance**

1.   Regardless of the number of covered **autos**, **insureds**, premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for all damages resulting from any one **accident** is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2.   No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

3.   We will not make a duplicate payment under this coverage for any element of **loss** for which payment has been made by or for anyone who is legally responsible.

4.   We will not pay for any element of **loss** if a person is entitled to receive payment for the same element of **loss** under any workers' compensation, disability benefits or similar law.

E.   **Changes in Conditions**

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

1.   **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form is replaced by the following:

a.   If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage, any recovery for damages sustained by an individual Named Insured or any **family member**:

(1)   While **occupying** a vehicle owned by that Named Insured or any **family member** may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

(2)   While **occupying** a vehicle not owned by that Named Insured or any **family member** may equal, but not exceed, the sum of:

(a)   The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any **family member** was **occupying** at the time of the **accident**; and

(b)   The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any **family member**.

(3)   While not **occupying** any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any **family member**.

b.   Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

c.   If the coverage under this coverage form is provided:

(1)   On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a **suit** is brought.

   c. A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the **insured** and the insurer of the vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle** and allow us 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle**.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the **insured** recovers from another party, the **insured** shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

   a. Have been given prompt written notice of a tentative settlement between an **insured** and the insurer of a vehicle described in Paragraph b. of the definition of an **uninsured motor vehicle;** and

   b. Fail to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the **insured** is entitled to recover under the provisions of Uninsured Motorists Coverage; and

   b. We also have a right to recover the advanced payment.

4. The following condition is added:

   a. Arbitration

      (1) If we and an **insured** do not agree:

         (a) Whether that person is legally entitled to recover damages under this endorsement; or

         (b) As to the amount of damages that are recoverable by that person;

         then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from **bodily injury** are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

      (2) Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

      (3) Unless both parties agree otherwise, arbitration will take place in the county in which the **insured** lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

b.  Florida Arbitration Act

If we and an **insured** agree to arbitration, the **Florida Arbitration Act** will not apply.

c.  Mediation

(1)  In any claim filed by an **insured** with us for:

(a)  **Bodily injury** in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered **auto**;

(b)  **Property damage** in any amount, arising out of the ownership, operation, maintenance or use of a covered **auto**; or

(c)  **Loss** to a covered **auto** or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

(2)  A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

(3)  The request must state:

(a)  Why mediation is being requested.

(b)  The issues in dispute, which are to be mediated.

(4)  The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will

be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

(5)  Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

(6)  The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

F.  **Additional Definitions**

As used in this endorsement:

1.  **Family member** means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2.  **Occupying** means in, upon, getting in, on, out or off.

3.  **Uninsured motor vehicle** means a land motor vehicle or **trailer**:

a.  For which no liability bond or policy applies at the time of an **accident**;

b.  That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or **trailer** for which a **bodily injury** liability bond or policy applies at the time of an **accident** but the amount paid under that bond or policy to an **insured** is not enough to pay the full amount the **insured** is legally entitled to recover as damages caused by the **accident**;

c.  For which an insuring or bonding company denies coverage or is or becomes insolvent; or

d. For which neither the driver nor owner can be identified. The land motor vehicle or **trailer** must:

(1) Hit an individual Named Insured or any **family member**, a covered **auto** or a vehicle such Named Insured or any **family member** is **occupying**; or

(2) Cause an **accident** resulting in **bodily injury** to an individual Named Insured or any **family member** without hitting that Named Insured, any **family member**, a covered **auto** or a vehicle such Named Insured or any **family member** is occupying.

If there is no physical contact with the land motor vehicle or **trailer**, the facts of the **accident** must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, **uninsured motor vehicle** does not include any vehicle:

a. Owned by a governmental unit or agency;

b. Designed for use mainly off public roads while not on public roads; or

c. Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any **family member** unless it is a covered **auto** to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any **family member**.

# Florida Personal Injury Protection - CA 22 10 02 18

Policy Amendment(s)  Commercial  Auto  Dealers  Coverage  Form  -  Business  Auto  Coverage  Form
Motor  Carrier  Coverage  Form

This endorsement  changes  the policy effective on the inception  date of the policy unless another  date is indicated
below.

Insured:  **ABBEY HOTEL ACQUISITION LLC**          Policy  Number:  **S 61 DXJ 80996603**

Producer:  **MAURY DONNELLY & PARR, INC.**          Effective  Date:  **04-27-19**

---

**For a covered auto licensed or principally garaged in, or garage operations conducted in, Florida, this endorsement
modifies insurance provided under the following:**

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified
by the endorsement.**

**Schedule**

**Any Personal Injury Protection deductible shown in the Declarations of $_____  is
applicable to ___  the following named insured only:  _____**
            **___ each named insured and each dependent family member.**
**___ Work loss for named insured does not apply.**
**___ Work loss for named insured and dependent family member does not apply.**

| Benefits | Limit Per Person |
|---|---|
| **Total Aggregate  Limit for all Personal Injury Protection Benefits, except  Death Benefits** | **$10,000** |
| **Death  Benefits** | **$5,000** |
| **Medical Expenses** | **80% of medical expenses subject to total aggregate limit and the provisions of Paragraphs D.2.a.  and b. under Limit Of Insurance.** |
| **Work Loss** | **60% of work loss subject to the total aggregate  limit** |
| **Replacement Services Expense** | **subject to the total aggregate limit** |

Information  required  to complete  this Schedule,  if not  shown  above,  will be shown  in the Declarations.

This Form  must be attached  to Change  Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____          _____
Secretary                                President

CA2210 2-18 FL
Ⓒ Insurance Services Office,  Inc., 2017                                Page 1 of 8

We agree with the **named insured,** subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

A.   **Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-Fault Law to or for an **insured** who sustains **bodily injury** in an **accident** arising out of the ownership, maintenance or use of a **motor vehicle**. Subject to the limits shown in the schedule, these Personal Injury Protection benefits consist of the following:

1.   Medical Expense

a.   All reasonable **medically necessary** expenses for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the **insured** receives initial services and care within 14 days after the **motor vehicle accident** that are:

(1)   Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist or chiropractic physician;

(2)   Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

(3)   Provided by a person or entity licensed to provide emergency transportation and treatment;

as authorized by the Florida Motor Vehicle No-fault Law.

b.   Upon referral by a licensed health care provider described in Paragraph A.1.a.(1), (2) or (3), follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph A.1.a., if provided, supervised, ordered or prescribed only by a licensed:

(1)   Physician, osteopathic physician, chiropractic physician or dentist; or

(2)   Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

(3)   A licensed hospital or ambulatory surgical center;

(4)   An entity wholly owned by one or more licensed physicians, osteopathic or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

(5)   An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

(6)   A licensed physical therapist, based upon referral by a provider described in Paragraph A.1.b; or

(7)   A health care clinic licensed under the Florida Health Care Clinic Act:

(a)   Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care, Inc.; or

(b)   Which:

(i)   Has a licensed medical director;

(ii)   Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

(iii) Provides at least four of the following medical specialties:

    i.   General medicine;

    ii.   Radiography;

    iii.  Orthopedic medicine;

    iv.  Physical medicine;

    v.   Physical therapy;

    vi.  Physical rehabilitation;

    vii.  Prescribing or dispensing outpatient prescription medication; or

    viii. Laboratory services;

as authorized by the Florida Motor Vehicle No-fault Law.

However, with respect to Paragraph A.1., medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

2.   Replacement Services Expenses

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

3.   Work Loss

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

4.   Death Benefits

**B.**   **Who Is an Insured**

1.   The **named insured**.

2.   If the **named insured** is an individual, any **family member**.

3.   Any other person while **occupying** a covered **motor vehicle** with the **named insured's** consent.

4.   A **pedestrian** if the **accident** involves the covered **motor vehicle**.

**C.**   **Exclusions**

We will not pay Personal Injury Protection benefits for **bodily injury**:

1.   Sustained by the **named insured** or any **family member** while **occupying** any **motor vehicle** owned by the **named insured** that is not a covered **motor vehicle**;

2.   Sustained by any person while operating the covered **motor vehicle** without the **named insured's** expressed or implied consent;

3.   Sustained by any person, if such person's conduct contributed to his or her **bodily injury** under any of the following circumstances:

    a.   Causing **bodily injury** to himself or herself intentionally; or

    b.   While committing a felony.

4.   To the **named insured** or any **family member** for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

5.   To any **pedestrian**, other than the **named insured** or any **family member**, not a legal resident of the State of Florida;

6.   To any person, other than the **named insured**, if that person is the **owner** of a **motor vehicle** for which security is required under the Florida Motor Vehicle No-Fault Law;

7.   To any person, other than the **named insured**, or any **family member**, who is entitled to personal injury protection benefits from the **owner** of a **motor vehicle** that is not a covered **motor vehicle** under this insurance or from the **owner's** insurer; or

8. To any person who sustains **bodily injury** while **occupying** a **motor vehicle** located for use as a residence or premises.

D. **Limit of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits, available under the Florida Motor Vehicle No-fault Law from all sources combined, including this policy, for or on behalf of any one person who sustains **bodily injury** as the result of any one **accident**, shall be:

   a. $10,000 for medical expenses, work loss and replacement services; and

   b. $5,000 for death benefits.

2. Subject to Paragraph D.1.a., we will pay:

   a. Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the **insured** had an **emergency medical condition**; or

   b. Up to $2,500 for medical expenses, if any health care provider described in Paragraph A.1.a. or A.1.b. has determined that the **insured** did not have an **emergency medical condition**.

3. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of **loss** under any workers' compensation law.

4. If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs A.1., A.2. and A.3. of this endorsement before the application of any percentage limitation for each **insured** to whom the deductible applies. The deductible does not apply to the death benefit.

6. Any amount paid under this coverage for medical expenses shall be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

E. **Changes in Conditions**

The **Conditions** are changed for **Personal Injury Protection** as follows:

1. **Duties in the Event of Accident, Claim, Suit or Loss** is replaced by the following:

   Compliance with the following duties is a condition precedent to receiving benefits:

   In the event of an **accident**, the **named insured** must give us or our authorized representative, prompt written notice of the **accident**.

   If any injured person or his or her legal representative institutes a legal action to recover damages for **bodily injury** against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

   A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

   A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

Ⓒ Insurance Services Office, Inc., 2017

2.  **Legal Action Against Us** is replaced by the following:

    **Legal Action Against Us**

    a.  No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

        (1)  Until the claim for benefits is overdue in accordance with Paragraph F.2. of this endorsement; and

        (2)  Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

        (3)  With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

            (a)  Pay the overdue claim; or

            (b)  Agree to pay for future treatment not yet rendered;

            in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

    b.  If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

3.  **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

    **Transfer Of Rights Of Recovery Against Others To Us**

    Unless prohibited by the Florida Motor Vehicle No-fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

    a.  We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the **bodily injury** from which the payment arises. We will also have a lien on those proceeds.

    b.  If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

    c.  The insurer providing personal injury protection benefits on a private passenger **motor vehicle**, as defined in the Florida Motor Vehicle No-Fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the **owner** or insurer of the **owner** of a commercial **motor vehicle**, as defined in the Florida Motor Vehicle No-Fault Law, if such injured person sustained the injury while **occupying**, or while a **pedestrian** through being struck by, such commercial **motor vehicle**. However, such insurer's right of reimbursement under this Paragraph **c**. does not apply to an **owner** or registrant of a **motor vehicle** used as a taxicab.

4.  **Concealment, Misrepresentation or Fraud** is replaced by the following:

    **Concealment, Misrepresentation Or Fraud**

    We do not provide coverage under this endorsement for an **insured** if that **insured** has committed, by a material act or omission, any insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the **insured** or if the fraud is established in a court of competent jurisdiction. Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the **insured** who committed the fraud. Any benefits paid prior to the discovery of the fraud are recoverable from that **insured**.

5. **Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to **accidents** which occur during the policy period:

a. In the state of Florida;

b. As respects the **named insured** or any **family member**, while **occupying** the covered **motor vehicle** outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c. As respects the **named insured**, while **occupying** a **motor vehicle** of which a **family member** is the **owner** and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

F. **Additional Conditions**

The following Conditions are added:

1. Mediation

a. In any claim filed by an **insured** with us for:

(1) **Bodily injury** in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered **auto**;

(2) **Property damage** in any amount, arising out of the ownership, operation, maintenance or use of a covered **auto**, or

(3) **Loss** to a covered **auto** or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

b. A written request for mediation must be filed with the Florida Department of Financial Services on an approved form,

which may be obtained from the Florida Department of Financial Services.

c. The request must state:

(1) Why mediation is being requested.

(2) The issues in dispute, which are to be mediated.

d. The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

e. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

f. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

2. Payment of Benefits

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the **insured** in writing, within 30 days

after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

3.   Modification of Policy Coverages

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

4.   Medical Reports And Examinations; Payment Of Claim Withheld

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to, or failure to appear at, two examinations, raises a

rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

5.   Provisional Premium

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the **named insured** pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the **named insured** shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

6.   Special Provisions for Rented or Leased Vehicles

Notwithstanding any provision of this coverage to the contrary, if a person is injured while **occupying**, or through being struck by, a **motor vehicle** rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

7. Insured's Right to Personal Injury Protection Information

    a. In a dispute between us and an **insured**, or between us and an assignee of the **insured's** personal injury protection benefits, we will, upon request, notify such **insured** or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

    b. If legal action is commenced, we will, upon request, provide an **insured** with a copy of a log of personal injury protection benefits paid by us on behalf of the **insured**. We will provide such information within 30 days of receipt of the request for the log from the **insured**.

## G. Additional Definitions

As used in this endorsement:

1. **Emergency medical condition** means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

    a. Serious jeopardy to **insured's** health;

    b. Serious impairment to bodily functions; or

    c. Serious dysfunction of any bodily organ part.

2. **Motor vehicle** means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle.

However, **motor vehicle** does not include:

    a. A mobile home;

    b. Any **motor vehicle** which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority or a political subdivision of the state.

3. **Family member** means a person related to the **named insured** by blood, marriage or adoption, including a ward or foster child, who is a resident of the same household as the **named insured**.

4. **Named insured** means the person or organization named named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

5. **Occupying** means in or upon or entering into or alighting from.

6. **Owner** means a person or organization who holds the legal title to a **motor vehicle** and also includes:

    a. A debtor having the right to possession, in the event a **motor vehicle** is the subject of a security agreement;

    b. A lessee having the right to possession, in the event a **motor vehicle** is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

    c. A lessee having the right to possession, in the event a **motor vehicle** is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

7. **Pedestrian** means a person while not an occupant of any self-propelled vehicle.

8. **Medically necessary** refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

    a. In accordance with generally accepted standards of medical practice;

    b. Clinically appropriate in terms of type, frequency, extent, site and duration; and

    c. Not primarily for the convenience of the patient, physician or other health care provider.

# Explanation of Premium Basis - CA 70 03 10 01

Policy Amendment(s)  Commercial  Business  Auto  Coverage  Form  - Garage  Coverage  Form

When  used as a premium  basis:

A. **Cost of Hire**

Cost of hire means  the total  amount  you incur for the hire of **autos** you don't own (not including **autos** you borrow  or rent from your partners  or **employees** or their family members).  Cost of hire does not include charges for services performed by motor  carriers of property  or passengers.

B. **For Public Autos**

Gross Receipts means  the total  amount  to which you are entitled for transporting  passengers,  mail or merchandise during the policy period regardless of whether  you or any other carrier originate the transportation.   Gross Receipts does not include:

1. Amounts  you pay to railroads,  steamship lines, airlines and other motor  carriers operating under their own ICC  or PUC  permits.

2. Advertising  Revenue.

3. Taxes which  you collect  as a separate  item and remit directly to a governmental  division.

4. C.O.D.  collections  for cost of mail or merchandise  including  collection fees.

Mileage means  the total live and dead mileage of all revenue producing  units operated  during the policy period.

C. **For Rental or Leasing Concerns**

Gross receipts means  the total  amount  to which you are entitled for the leasing or rental of **autos** during the policy period and includes taxes except those taxes which  you collect  as a separate  item and remit directly to a governmental  division.

Mileage means  the total of all live and dead mileage developed by all the **autos** you leased or rented to others during the policy period.

This Form  must be attached to Change  Endorsement  when issued after the policy is written.
One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____
Secretary

_____
President

# FleetCover® Endorsement - CA 70 18 10 14

Policy Amendment(s)

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

A.  **Broadened Named Insured**

**Section II - Covered Autos Liability Coverage**, A. Coverage, 1. Who Is An Insured, the following is added:

Any organization you own on the inception of this policy, or newly acquire or form during the policy period, and over which you maintain during the policy period, majority ownership or majority interest will qualify as a Named Insured if:

(1)  There is no other similar insurance available to that organization; and

(2)  The first Named Insured shown in the Declarations of this policy has the responsibility of placing insurance for that organization; and

(3)  The organization is incorporated or organized under the laws of the United States of America.

However:

(a)  Coverage under this provision is afforded only until the next occurring 12 month anniversary of the beginning of the policy period shown in the Declarations, or the end of the policy period, whichever is earlier; and

(b)  Coverage under this provision does not apply to **bodily injury** or **property damage** that results from an **accident** that occurred before you acquired or formed the organization; and

(c)  No person or organization is an **insured** with respect to any current or past partnership, or joint venture that is not shown as a Named Insured in the Declarations; and

(d)  Coverage under A.(1), (2) and (3) above does not apply to any organization that is covered as an insured under any other automobile liability insurance policy whose limits of insurance have been exhausted or whose insurer has become insolvent.

B.  **Broadened Who Is an Insured**

1.  Form CA0001 (if attached to this policy), **Section II - Covered Autos Liability Coverage**, A. Coverage, 1. Who Is An Insured, item b.(2) is deleted, and d. is added as follows:

d.  Your **employee** while using with your permission his owned **auto**, or an **auto** owned by a member of his or her household, in your business or your personal affairs, provided you do not own, hire or borrow that **auto**.

This Form must be attached to Change Endorsement when issued after the policy is written.
One of the **Allianz Global Risks US Companies** as named in the policy

2. Form CA0020 (if attached to this policy), **Section II - Covered Autos Liability Coverage**, A. Coverage, 1. Who Is An Insured, item b.(2) is deleted, and f. is added as follows:

   f. Your **employee** or agent while using with your permission his owned **private passenger type auto**, or a **private passenger type auto** owned by a member of his or her household, in your business or your personal affairs, provided you do not own, hire or borrow that **auto**.

C. **Additional Insured Coverage and Waiver of Subrogation**

1. Form CA0001 (if attached to this policy), **Section II - Covered Autos Liability Coverage**, A. Coverage, 1. Who Is An Insured, the following is added as item e.; and form CA0020 (if attached to this policy), **Section II - Covered Autos Liability Coverage**, A. Coverage, 1. Who Is An Insured; the following is added as item g.:

   Any person or organization with respect to the operation, maintenance, or use, of a covered **auto**, provided that you and such person or organization have agreed under an expressed provision in a written **insured contract** or written agreement, or a written permit issued to you by a governmental or public authority, to add such person, organization, or governmental or public authority to this policy as an **insured**.

   However, such person or organization is an **insured**:

   (1) Only with respect to the operation, maintenance, or use, of a covered **auto**; and

   (2) Only for **bodily injury** or **property damage** caused by an **accident** which takes place after:

       (a) You executed the **insured contract** or written agreement; or

       (b) The permit has been issued to you.

2. Form CA0001 (if attached to this policy), **Section IV - Business Auto Conditions**, A. Loss Conditions, item 5.; and form CA0020 (if attached to this policy), **Section V - Motor Carrier Conditions**, A. Loss Conditions, item 6.; the following is added:

   **Waiver of Subrogation**

   If required by a:

   a. Written **insured contract** or written agreement executed prior to the **accident;** or

   b. Written permit issued to you by a governmental or public authority prior to the **accident**;

   we waive any right of recovery we may have against any person or organization named in such contract, agreement or permit, because of payments we make for injury or damage arising out of a covered **auto**.

D. **Auto Medical Payments - Increased Limit**

   For each covered **auto** described in the Declarations or shown in the Schedule as having Auto Medical Payments Coverage, the Medical Payments Limit of Insurance for those **autos** is revised to the greater of:

   1. $5,000; or

   2. The limit shown in the Declarations.

E. **Hired Auto Physical Damage Coverage and Loss of Use Expenses**

   **Hired Auto Physical Damage Coverage**

   If Physical Damage Coverage is provided by this policy on your owned covered **autos**, the following applies:

Any **auto** that you lease, hire, rent or borrow without a driver, will be covered under this policy for Physical Damage Coverage. However, any such **auto**:

1. Will be covered only for the same Physical Damage Coverage that applies to your owned covered **autos**;

2. Will be subject to the same applicable deductible shown in the Declarations that applies to your most similar owned covered **auto**, except any Comprehensive Coverage deductible does not apply to **loss** caused by fire or lightning; and

3. The most we will pay for any one **loss** in any one **accident** is the lesser of the following:

   a. Actual Cash Value of the damaged or stolen property as of the time of the **loss** as determined by us; or

   b. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

In addition, we will pay costs and fees associated with such covered **loss** only for a maximum time period of seven days beginning with the date of **loss**, subject to a maximum of $500.

However:

(1) If form CA0001 is attached to this policy, this coverage does not apply to **autos** you lease, hire, rent or borrow from any of your **employees**, partners (if you are a partnership), members (if you are a limited liability company) or members of their households; and

(2) If form CA0020 is attached to this policy, this coverage does not apply to any **private passenger type auto** you lease, hire, rent or borrow from any member of your household, any of your **employees**, partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households.

### Hired Auto Loss of Use Expenses

Form CA0001 (if attached to this policy), **Section III - Physical Damage Coverage**, A. Coverage, 4. Coverage Extension, b. Loss of Use Expenses; and form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage**, A. Coverage, 4. Coverage Extension, b. Loss of Use Expenses; is deleted and replaced by the following:

b. For Hired Auto Physical Damage, we will pay expenses for which an **Insured** becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

   (1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered **auto**;

   (2) Specified Causes of Loss only if the Declarations indicate that Specified Causes of Loss is provided for any covered **auto**; or

   (3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered **auto**.

   However, the most we will pay for any expenses for loss of use is $100 per day, to a maximum of $1,000.

F. **Coverage Territory - Hired Auto**

1. Form CA0001, (if attached to this policy), **Section IV - Business Auto Conditions**, B. General Conditions, 7. Policy Period, Coverage Territory, b.(5) is deleted and replaced by the following:

(5)  Anywhere in the world if a covered **auto** of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 180 days or less,

2.  Form CA0020 (if attached to this policy), **Section V - Motor Carrier Conditions**, B. General Conditions, 7. Policy Period, Coverage Territory, b.(5) is deleted and replaced by the following:

(5)  Anywhere in the world if a covered **auto** of the **private passenger type** is leased, hired, rented or borrowed without a driver for a period of 180 days or less,

G.  **Communication Equipment Coverage**

Form CA0001 (if attached to this policy), **Section III - Physical Damage Coverage**, C. Limits of Insurance, Paragraph 1.b.; and form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage**, C. Limits of Insurance, Paragraph 1.b.; is deleted and replaced by the following:

b.  All electronic equipment that reproduces , receives or transmits audio, visual or data signals in any one **loss** is $1,500, if, at the time of **loss**, such electronic equipment is:

H.  **Tapes, Records, CDs and DVD Coverage**

The Physical Damage Coverage Section is amended as follows:

1.  The exclusion referring to tapes, records, discs, or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment does not apply.

2.  Under Comprehensive Coverage - Form CA0001 (if attached to this policy), **Section III- Physical Damage Coverage**, A. Coverage; and form CA0020 (if attached to this policy), **Section IV- Physical Damage Coverage**, A. Coverage; the following is added:

We will pay for **loss** to tapes, records, discs or other similar devices used with audio, visual or data electronic equipment.  We will pay only if the tapes, records, discs or other similar audio, visual or data electronic devices:

a.  Are your property, or that of a family member; and

b.  Are in a covered **auto** at the time of a **loss**.

The most we will pay for **loss** is $250. No deductible applies to this coverage.

I.  **Personal Effects Coverage**

Form CA0001 (if attached to this policy), **Section III - Physical Damage Coverage**, A. Coverage, 4. Coverage Extensions; and form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage**, A. Coverage, 4. Coverage Extension; item c. is added as follows:

c.  Personal Effects Coverage

We will pay up to $500 for **loss** for clothing items or other personal effects that are owned by an **insured** and are in a covered **auto** in the event of a covered **loss.**

Personal Effects do not include audio visual or electronic devices, money, giftcards, securities, jewelry, or tools.

This coverage is excess over any other collectible insurance.

No deductible applies to this coverage.

J.  **Airbag Coverage**

Form  CA0001 (if attached  to this policy),  **Section III - Physical Damage Coverage**, B. Exclusions,  3.a.; and form CA0020 (if attached  to this policy),  **Section IV - Physical Damage Coverage**, B. Exclusions,  3.a.; the following  is added:

However,  mechanical  breakdown  does not mean the unintended  discharge of an airbag, provided that any **loss** covered under this provision  is excess over any other collectable  insurance  or warranty  designed to cover such unintended  discharge.

K.  **Rental Reimbursement**

Form  CA0001 (if attached  to this policy),  **Section III - Physical Damage Coverage**, A. Coverage, 4. Coverage Extensions;  and form CA0020 (if attached  to this policy),  **Section IV - Physical Damage Coverage,** A. Coverage, 4. Coverage  Extension;  item d. is added as follows:

d.  Rental Reimbursement   or Transportation   Expenses

If **loss** occurs  to a covered  **auto** described  or designated  in the Declarations   or Schedule  and covered for Physical Damage  Coverage,  we will pay for rental expenses for the rental of a similar replacement  **auto** and additional  transportation   expenses, incurred by you.  This payment  applies in addition  to the otherwise applicable  amount  of each coverage you have on the covered  **auto**.  No deductible  applies to this coverage.

However:

(1)  We will pay only for those expenses  incurred  by you that begin 24 hours after the covered  **loss**.

(2)  We will cease paying for those expenses, regardless of the policy's expiration  date, at the earlier of the following  dates:

(a)  The number  of days reasonably  required  to repair or replace the covered  **auto**.  If **loss** is caused by theft, this number  of days is added to the number  of days it takes to locate and return the covered  **auto** to you; or

(b)  45 days from the date this coverage begins.

(3)  Our payment  is limited  to the lesser of the following  amounts:

(a)  Necessary  and actual  expenses incurred  by you; or

(b)  $1,500.

(4)  This coverage  does not apply while there are spare or reserve  **autos** available to you for your operations.

(5)  If **loss** results from  the total theft of a covered  **private passenger type auto** (if CA0020 is attached  to this policy), or a covered  private passenger  **auto** (if CA0001 is attached  to this policy), we will pay under this coverage  only that amount  of your covered rental expenses or additional  transportation expenses which are not already provided  for under the Physical Damage  Coverage Extensions.

L.  **Extended Towing Coverage**

1.  Form  CA0001 (if attached  to this policy),  **Section III - Physical Damage Coverage**, A. Coverage, 2. Towing,  is deleted  and replaced  by the following:

2.   Extended Towing

We will pay up to $750 per disablement for towing and labor costs you incur each time your covered **auto** is disabled. However:

a.   All labor must be performed at the place of disablement; and

b.   If the covered **auto** is of the private passenger type, no deductible applies; and

c.   If the covered **auto** is not of the private passenger type, our obligation to pay will be reduced by a $250 deductible per disablement.

d.   If the covered **auto** is not of the private passenger type and the disablement results from a **loss** covered under **Section III - Physical Damage Coverage**, A. Coverage, Paragraphs 1, a., b., or c., there is no separate deductible for the Extended Towing Coverage.

For purposes of this coverage, disablement means a breakdown of the covered **auto** including mechanical breakdown, engine failure, or tire blowout, where repairs cannot be made roadside and a tow is required to remove the auto from the roadway and to seek additional services and repair.

2.   Form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage**, A. Coverage, 2. Towing - Private Passenger Autos, is deleted and replaced by the following:

2.   Extended Towing

We will pay up to $750 per disablement for towing and labor costs you incur each time your covered **auto** is disabled. However:

a.   All labor must be performed at the place of disablement; and

b.   If the covered **auto** is of the **private passenger type**, no deductible applies; and

c.   If the covered **auto** is not of the **private passenger type**, our obligation to pay will be reduced by a $250 deductible per disablement.

d.   If the covered **auto** is not of the **private passenger type** and the disablement results from a **loss** covered under **Section IV - Physical Damage Coverage**, A. Coverage, Paragraphs 1, a., b., or c., there is no separate deductible for the Extended Towing Coverage.

For purposes of this coverage, disablement means a breakdown of the covered **auto** including mechanical breakdown, engine failure, or tire blowout, where repairs cannot be made roadside and a tow is required to remove the auto from the roadway and to seek additional services and repair.

M.   **Cancellation - 120 Days Notice**

If we cancel this policy for any reason other than nonpayment of premium, we will mail or deliver to the first Named Insured at the last mailing address known to us, written notice of cancellation at least 120 days prior to the effective date of cancellation.

N.   **Supplementary Payments - Increased Limits**

**Section II - Covered Autos Liability Coverage**, 2. Coverage Extensions, a. Supplementary Payments, items (2) and (4) are deleted and replaced by the following:

(2)   Up to $2,500 for the cost of bail bonds (including bonds for related traffic law violations) required because of an **accident** we cover. We do not have to furnish these bonds.

(4)   All reasonable  expenses  incurred  by  the  **insured** at  our  request,  including  substantiated  loss of earnings  up to $500 a day, because  of time off from work.

O.   **Duties In The Event Of Accident, Claim, Suit Or Loss - Amended**

Form  CA0001 (if attached  to this policy) **Section IV - Business Auto Conditions**, A. Loss Conditions,  item 2. a.; and form CA0020 (if attached  to this policy) **Section V - Motor Carrier Conditions**, A. Loss Conditions, item 2. a.; is deleted  and replaced  by the following:

a.   In the event of **accident**, claim, **suit** or **loss**, you must promptly  notify us or our authorized  representative when it becomes  known to:

(1)   You,  if you are an individual;

(2)   Your  partner  or member,  if you are a partnership  or joint  venture;

(3)   Your  member,  if you are a limited  liability company;

(4)   Your  executive  officer if you are an organization  other than a partnership,  joint venture or limited  liability company;  or

(5)   Your  authorized  representative  or insurance  manager.

Knowledge  of an **accident**, claim, **suit** or **loss** by other  persons  does  not imply that the persons  listed above have such knowledge.

Notice  should  include:

(a)   How, when and where the **accident** or **loss** occurred;  and

(b)   The **insured's** name and address; and

(c)   To the extent possible, the names and address of any injured persons and witnesses.

P.   **Unintentional Failure to Disclose Hazards**

Form  CA0001 (if attached  to this policy), **Section IV - Business Auto Conditions**, B. General Conditions,  item 2.; and form CA0020 (if attached  to this policy), **Section V - Motor Carrier Conditions**, B. General  Conditions, item 2.; the following  is added:

However,  if you unintentionally   fail to disclose any hazards existing at the inception  date of this policy, we will not deny coverage under this Coverage Form  because  of such failure.  However,  this provision  does  not affect our right to collect additional  premium  or exercise  our right of cancellation  or non-renewal.

Q.   **Fellow Employee Coverage**

**Section II - Covered Autos Liability Coverage**, B. Exclusions, 5. Fellow  Employee,  the following  is added:

However,  this exclusion  does  not apply if the **bodily injury** results from  the use of a covered  **auto** you own or hire, and provided  that any coverage under this provision  only applies in excess over any other collectible insurance.

R.   **Limited Mexico  Coverage**

WARNING

AUTO  ACCIDENTS   IN MEXICO   ARE SUBJECT  TO THE  LAWS  OF MEXICO   ONLY - NOT  THE LAWS  OF THE UNITED  STATES  OF AMERICA.   THE REPUBLIC  OF MEXICO  CONSIDERS  ANY AUTO  ACCIDENT   A CRIMINAL   OFFENSE   AS WELL  AS A CIVIL  MATTER.

IN SOME CASES THE COVERAGE PROVIDED HERE MAY NOT BE RECOGNIZED BY THE MEXICAN AUTHORITIES AND WE MAY NOT BE ALLOWED TO IMPLEMENT THIS COVERAGE AT ALL IN MEXICO. YOU SHOULD CONSIDER PURCHASING AUTO COVERAGE FROM A LICENSED MEXICAN INSURANCE COMPANY BEFORE DRIVING IN MEXICO.

THIS ENDORSEMENT DOES NOT APPLY TO ACCIDENTS OR LOSSES WHICH OCCUR OUTSIDE OF 25 MILES FROM THE BORDER OF THE UNITED STATES OF AMERICA.

Form CA0001 (if attached to this policy), **Section IV - Business Auto Conditions**, B. General Conditions, item 7.; and form CA0020 (if attached to this policy), **Section V - Motor Carrier Conditions**, B. General Conditions, item 7.; the following is added:

The coverage territory is extended to include Mexico, but only:

(i)   For **accidents** or **losses** occurring within 25 miles of the United States border; and

(ii)   For trips into Mexico of 10 days or less; and

(iii)   If the covered **auto** is principally garaged and principally used in the United States; and

(iv)   If the **insured** is a resident of the United States.

If a **loss** to a covered **auto** occurs in Mexico, we pay for such **loss** in the United States. If the covered **auto** must be repaired in Mexico in order to be driven, we will not pay for more than the actual cash value of such **loss** as determined by us at the nearest United States point where the repairs can be made.

Any insurance provided under this provision will be excess over any other collectible insurance.

S.   **Extended Glass Coverage**

Form CA0001 (if attached to this policy), **Section III - Physical Damage Coverage**, A. Coverage, item 3.a.; and form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage**, A. Coverage, item 3.a.; is deleted and replaced by the following:

a.   Glass breakage. If glass must be replaced, the deductible will be $100 or the deductible shown in the Declarations, whichever is less. If glass can be repaired and is actually repaired rather than replaced, the deductible will be waived. You have the option of having the glass repaired rather than replaced.

T.   **Broadened Definition of Bodily Injury**

Form CA0001 (if attached to this policy), **Section V - Definitions**, item C.; and form CA0020 (if attached to this policy), **Section VI - Definitions**, item C.; is replaced by the following:

C.   **Bodily injury** means bodily injury, sickness or disease sustained by a person including death or mental anguish resulting from any of these at any time. Mental anguish means any type of mental or emotional illness or disease.

U.   **Customer Lease or Loan Physical Damage Coverage Extension**

Form CA0001 (if attached to this policy), **Section III - Physical Damage Coverage**, C. Limits of Insurance; and form CA0020 (if attached to this policy), **Section IV - Physical Damage Coverage,** C. Limits of Insurance; item 4. is added as follows:

4.   If your covered owned **auto** is:

(1)   Shown in the Schedule and designated as covered for Physical Damage Coverage; and

(2)   Shown in this policy as having a loss payee or additional insured-lessor; and

(3)  Incurs a covered total **loss**;

we will pay the greater of:

(a)  The actual cash value, as determined by us, of the damaged or stolen property as of the time of the total **loss**; or

(b)  The **outstanding indebtedness** under the initial finance agreement for the covered **auto** and its equipment.

As used here, **outstanding indebtedness** means the amount you owe on the finance agreement at the time of total **loss**:

(i)  Less any amounts representing taxes, overdue payments, penalties, interest, or charges resulting from overdue payments, additional mileage, excess wear and tear, or lease termination fees; and

(ii)  Less any administrative costs or overhead fees assessed by the finance company who has leased the covered **auto** to you; and

(iii)  Less security deposits not returned by the lessor; and

(iv)  Less costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

(v)  Less carry-over balances from previous loans or leases.

## V.  **Two or More Deductibles**

1.  **Section III - Physical Damage Coverage** D. Deductible, of form CA0001 (if attached to this policy), the following is added:

    If another Fireman's Fund Insurance Company policy or coverage form that is not an automobile policy or coverage form applies to the same **accident** or **loss,** the following applies:

    (1)  If the deductible under this **Business Auto Coverage Form** is the lesser (or least) deductible, it will be waived.

    (2)  If the deductible under this **Business Auto Coverage Form** is not the lesser (or least) deductible, it will be reduced by the amount of the lesser (or least) deductible.

2.  **Section IV - Physical Damage Coverage**, D. Deductible of form CA0020 (if attached to this policy), the following is added:

    If another Fireman's Fund Insurance Company policy or coverage form that is not an automobile policy or coverage form applies to the same **accident** or **loss**, the following applies:

    (1)  If the deductible under this **Motor Carrier Coverage Form** is the lesser (or least) deductible, it will be waived.

    (2)  If the deductible under this **Motor Carrier Coverage Form** is not the lesser (or least) deductible, it will be reduced by the amount of the lesser (or least) deductible.

All other terms and conditions of the policy remain unchanged.

# Auto Medical Payments Coverage - CA 99 03 10 13

Policy Amendment(s)  Commercial  Auto  Dealers  Coverage  Form  - Business  Auto  Coverage  Form
Motor  Carrier  Coverage  Form

**This endorsement modifies insurance provided under the following:**

**Auto Dealers Coverage Form**
**Business Auto Coverage Form**
**Motor Carrier Coverage Form**

With  respect  to  coverage  provided  by  this  endorsement,
the  provisions  of  the  Coverage  Form  apply  unless
modified  by  the  endorsement.

A.  **Coverage**

We will pay reasonable expenses incurred for nec-
essary medical and funeral services to or for an **in-
sured** who sustains **bodily injury** caused by
**accident.** We will pay only those expenses in-
curred, for services rendered within three years
from the date of the **accident**.

B.  **Who Is an Insured**

1.  You while **occupying** or, while a pedestrian,
when struck by any **auto**.

2.  If you are an individual, any **family member**
while **occupying** or, while a pedestrian, when
struck by any **auto**.

3.  Anyone else **occupying** a covered **auto** or a
temporary  substitute  for a covered **auto**. The
covered **auto** must be out of service because
of its breakdown, repair, servicing, loss or de-
struction.

C.  **Exclusions**

This insurance does not apply to any of the
following:

1.  **Bodily injury** sustained by an **insured** while
**occupying** a vehicle located for use as a
premises.

2.  **Bodily injury** sustained by you or any **family
member** while **occupying** or struck by any
vehicle  (other  than  a covered **auto**) owned by

you or furnished or available for your regular
use.

3.  **Bodily injury** sustained by any **family member**
while **occupying** or struck by any vehicle
(other  than  a covered **auto**) owned by or
furnished or available for the regular use of
any **family member.**

4.  **Bodily injury** to your **employee** arising out of
and in the course of employment by you.
However, we will cover **bodily injury** to your
domestic  **employees** if not entitled to workers'
compensation benefits.  For the purposes of
this  endorsement,  a domestic  **employee** is a
person engaged in household or domestic
work performed principally in connection
with a residence premises.

5.  **Bodily injury** to an **insured** while working in
a business of selling, servicing, repairing or
parking **autos** unless that business is yours.

6.  **Bodily injury** arising directly or indirectly out
of:

a.  War, including undeclared or civil war;

b.  Warlike action by a military force, in-
cluding action in hindering or defending
against an actual or expected attack, by
any government, sovereign or other au-
thority using military personnel or other
agents; or

c.  Insurrection, rebellion, revolution,
usurped power, or action taken by gov-
ernmental authority in hindering or de-
fending against any of these.

This  Form  must  be  attached  to  Change  Endorsement  when  issued  after  the  policy  is  written.
One  of  the **Fireman's Fund Insurance Companies** as  named  in  the  policy

7.  **Bodily injury** to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8.  **Bodily Injury** sustained by an **insured** while **occupying** any covered **auto** while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any **bodily injury** sustained by an **insured** while the **auto** is being prepared for such a contest or activity.

D.  **Limit of Insurance**

Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **accident**, the most we will pay for **bodily injury** for each **insured** injured in any one **accident** is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of **loss** under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

E.  **Changes in Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows:

1.  The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2.  The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to **other collectible insurance** applies only to other collectible auto medical payments insurance.

F.  **Additional Definitions**

As used in this endorsement:

1.  **Family member** means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2.  **Occupying** means in, upon, getting in, on, out or off.

# Garagekeepers Coverage - CA 99 37 03 10

Policy Amendment(s)  Commercial  Business  Auto  Coverage  Form  - Motor  Carrier  Coverage  Form
Truckers  Coverage  Form

This endorsement  changes the policy effective on the inception  date of the policy unless another  date is indicated
below.

Insured: **ABBEY HOTEL ACQUISITION LLC**              Policy Number: **S 61 DXJ 80996603**

Producer: **MAURY DONNELLY & PARR, INC.**              Effective Date: **04-27-19**

**This endorsement modifies insurance provided under the following:**

**Business Auto Coverage Form**
**Motor Carrier Coverage Form**
**Truckers Coverage Form**

**With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified**
**by the endorsement.**

**Schedule**

| Location Number | Address Where You Conduct Garage Operations (Main Location) | |
|---|---|---|
| **Coverages** | **Limit of Insurance and Deductible** | **Premium** |
| _ Comprehensive | $     Limit of Insurance | $ |
|  | $     Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
|  | $     Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event Or | |
|  | $     Limit of Insurance | |
|  | $     Deductible for All Perils for Each Customer's Auto | |
|  | $     Maximum Deductible for All Loss in Any One Event | |
| _ Specified Causes of Loss | $     Limit of Insurance | $ |
|  | $     Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
|  | $     Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event Or | |
|  | $     Limit of Insurance | |
|  | $     Deductible for All Perils for Each Customer's Auto | |
|  | $     Maximum Deductible for All Loss in Any One Event | |
| _ Collision | $     Limit of Insurance | $ |
|  | $     Deductible for Each Customer's Auto | |

This Form  must be attached  to Change  Endorsement  when issued after the policy is written.

One of the **Fireman's Fund Insurance Companies** as named  in the policy

_____              _____
Secretary                                                      President

| Location Number | Address Where You Conduct Garage Operations (Main Location) | | |
|---|---|---|---|
| | | | |
| **Coverages** | **Limit of Insurance and Deductible** | | **Premium** |
| _ **Comprehensive** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
| | $ | Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event | |
| | | Or | |
| | $ | Limit of Insurance | |
| | $ | Deductible for All Perils for Each Customer's Auto | |
| | $ | Maximum Deductible for All Loss in Any One Event | |
| _ **Specified Causes of Loss** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
| | $ | Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event | |
| | | Or | |
| | $ | Limit of Insurance | |
| | $ | Deductible for All Perils for Each Customer's Auto | |
| | $ | Maximum Deductible for All Loss in Any One Event | |
| _ **Collision** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto | |

| Location Number | Address Where You Conduct Garage Operations (Main Location) | | |
|---|---|---|---|
| | | | |
| **Coverages** | **Limit of Insurance and Deductible** | | **Premium** |
| _ **Comprehensive** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
| | $ | Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event | |
| | | Or | |
| | $ | Limit of Insurance | |
| | $ | Deductible for All Perils for Each Customer's Auto | |
| | $ | Maximum Deductible for All Loss in Any One Event | |
| _ **Specified Causes of Loss** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto for Loss Caused By Theft or Mischief or Vandalism | |
| | $ | Maximum Deductible for Loss Caused by Theft or Mischief or Vandalism in Any One Event | |
| | | Or | |
| | $ | Limit of Insurance | |
| | $ | Deductible for All Perils for Each Customer's Auto | |
| | $ | Maximum Deductible for All Loss in Any One Event | |
| _ **Collision** | $ | Limit of Insurance | $ |
| | $ | Deductible for Each Customer's Auto | |

| Total Premium for All Locations | $ |
|---|---|

**Direct Coverage Options**

**Indicate below with an X which, if any, Direct Coverage Option is selected.**

__   **Excess Insurance**

**If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other insured's legal liability for loss to a customer's auto on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other insured's interest or the interest of the customer's auto's owner.**

__   **Primary Insurance**

**If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other insured's legal liability for loss to a customer's auto and is primary insurance.**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

A.   This endorsement provides only those coverages:

    1.   Where a Limit of Insurance and a premium are shown for that coverage in the Schedule; and

    2.   For the location shown in the Schedule.

B.   Coverage

    1.   We will pay all sums the **insured** legally must pay as damages for **loss** to a **customer's auto** or **customer's auto** equipment left in the **insured's** care while the **insured** is attending, servicing, repairing, parking or storing it in your **garage operations** under:

        a.   Comprehensive Coverage

        From any cause except:

        (1)   The **customer's auto's** collision with another object; or

        (2)   The **customer's auto's** overturn.

        b.   Specified Causes of Loss Coverage

        Caused by:

        (1)   Fire, lightning or explosion;

        (2)   Theft; or

        (3)   Mischief or vandalism.

        c.   Collision Coverage

        Caused by:

        (1)   The **customer's auto's** collision with another object; or

        (2)   The **customer's auto's** overturn.

    2.   We will have the right and duty to defend any **insured** against a **suit** asking for these damages. However, we have no duty to defend any **insured** against a **suit** seeking damages for **loss** to which this insurance does not apply. We may investigate and settle any claim or **suit** as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

    3.   Who Is an Insured

    The following are **insureds** for **loss** to **customer's autos** and **customer's auto** equipment:

        a.   You.

        b.   Your partners (if you are a partnership), or members (if you are a limited liability company), **employees**, directors or shareholders while acting within the scope of their duties as such.

    4.   Coverage Extensions

    The following applies as Supplementary Payments. We will pay for the **insured:**

        a.   All expenses we incur.

b.  The cost of bonds to release attachments in any **suit** against an **insured** we defend, but only for bond amounts within our Limit of Insurance.

c.  All reasonable expenses incurred by the **insured** at our request, including actual loss of earnings up to $250 a day because of time off from work.

d.  All court costs taxed against the **insured** in any **suit** against an **insured** we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the **insured.**

e.  All interest on the full amount of any judgment that accrues after entry of the judgment in any **suit** against an **insured** we defend; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

C.  Exclusions

1.  This insurance does not apply to any of the following:

a.  Contractual Obligations

Liability resulting from any contract or agreement by which the **insured** accepts responsibility for **loss**. But this exclusion does not apply to liability for **loss** that the **insured** would have in the absence of the contract or agreement.

b.  Theft

**Loss** due to theft or conversion caused in any way by you, your **employees** or by your shareholders.

c.  Defective Parts

Defective parts or materials.

d.  Faulty Work

Faulty **work you performed.**

2.  We will not pay for **loss** to any of the following:

a.  Tape decks or other sound-reproducing equipment unless permanently installed in a **customer's auto.**

b.  Tapes, records or other sound-reproducing devices designed for use with sound-reproducing equipment.

c.  Sound-receiving equipment designed for use as a citizens' band radio, two-way mobile radio or telephone or scanning monitor receiver, including its antennas and other accessories, unless permanently installed in the dash or console opening normally used by the **customer's auto** manufacturer for the installation of a radio.

d.  Any device designed or used to detect speed measurement equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed measurement equipment.

3.  We will not pay for **loss** caused by or resulting from the following. Such **loss** is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the **loss**:

a.  War, including undeclared or civil war;

b.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c.  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

D.  Limits of Insurance and Deductibles

1.  Regardless of the number of **customer's autos**, **insureds**, premiums paid, claims made or **suits** brought, the most we will pay for each **loss** at each location is the Garagekeepers Coverage Limit of Insurance shown in the Schedule for that location. Prior to the application of this limit, the damages for **loss** that would otherwise be payable will be re-

duced by the applicable deductibles for **loss** caused by:

a.  Collision; or

b.  With respect to Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage:

(1) Theft or mischief or vandalism; or

(2) All perils.

2.  The maximum deductible stated in the Schedule for Garagekeepers Coverage Comprehensive or Specified Causes Of Loss Coverage is the most that will be deducted for all **loss** in any one event caused by:

a.  Theft or mischief or vandalism; or

b.  All perils.

3.  Sometimes to settle a claim or **suit**, we may pay all or any part of the deductible.  If this happens you must reimburse us for the deductible or that portion of the deductible that we paid.

E.  Additional Definitions

As used in this endorsement:

1.  **Customer's auto** means a land motor vehicle, **trailer** or semitrailer lawfully within your possession for service, repair, storage or safekeeping, with or without the vehicle owner's knowledge or consent.  A **customer's auto** also includes any such vehicle left in your care by your **employees** and members of their households, who pay for services performed.

2.  **Loss** means direct and accidental loss or damage and includes any resulting loss of use.

3.  **Garage operations** means the ownership, maintenance or use of locations for the purpose of a business of selling, servicing, repairing, parking or storing **customer's autos** and that portion of the roads or other accesses that adjoin these locations.  **Garage operations** also includes all operations necessary or incidental to the performance of garage operations.

4.  **Work you performed** includes:

a.  Work that someone performed on your behalf; and

b.  The providing of or failure to provide warnings or instructions.

Ⓒ Insurance Services Office, Inc., 2009