# Exhibit B

Filed For Record
HARVEY RUVIN
Clerk, Circuit and County Court
March 17, 2020
at: 10:59 AM
By: Sandra Hernandez/
Sandra Hernandez
e24037

CFN 2020R0170779
OR BK 31856 Pgs 1544-1547 (4Pgs)
RECORDED 03/17/2020 11:16:23
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA

**MIAMI-DADE COUNTY**

## MIAMI-DADE COUNTY EMERGENCY ORDER 03-20

WHEREAS, Section 252.38(3)(a), Florida Statutes, gives political subdivisions the authority to declare and enact a State of Local Emergency for a period of up to seven days, thereby waiving the procedures and formalities otherwise required of the political subdivision by law; and

WHEREAS, on March 1, 2020, the Governor of Florida issued Executive Order Number 20-51, directing the State Health Officer and Surgeon General to declare a Public Health Emergency due to the discovery of COVID-19/novel Coronavirus in Florida; and

WHEREAS, on March 9, 2020, the Governor of Florida issued Executive Order Number 20-52, declaring a State of Emergency for the state of Florida related to COVID-19/novel Coronavirus; and

WHEREAS, on March 12, 2020, the County Mayor declared a State of Emergency for all of Miami-Dade County; and

WHEREAS, COVID-19/novel Coronavirus poses a health risk to Miami-Dade County residents, particularly elderly residents and those who are immunosuppressed or otherwise have high-risk medical conditions; and

WHEREAS, minimization of contact is necessary to avoid risk of COVID-19 infection for the residents of the County; and

WHEREAS, restaurants, bars, taverns, pubs, night clubs, banquet halls, cocktail lounges, cabarets, breweries, and cafeterias are potential gathering places for the spread of COVID-19/novel Coronavirus; and

WHEREAS, movie theaters, concert houses, auditoriums, playhouses, bowling alleys, arcades, gymnasiums and fitness studios are potential gathering places for the spread of COVID-19/novel Coronavirus; and

WHEREAS, the Federal government is recommending that persons do not participate in gatherings of more than ten people; and

WHEREAS, section 8B-7(2)(f) of the Code of Miami-Dade County authorizes the County Mayor to order the closure of any commercial establishment; and

Miami-Dade County Declaration of Local State of Emergency

WHEREAS, section 8B-7(2)(g) of the Code of Miami-Dade County authorizes the County Mayor to order the closure of any or all bars, taverns, and other business establishments where alcoholic beverages are predominantly sold or otherwise dispensed; and

WHEREAS, sections 8B-7(2)(e) and (o) authorize the County Mayor to limit the movement of persons inside Miami-Dade County in order to safeguard life and health,

THEREFORE, as County Mayor of Miami-Dade County, I hereby order:

1. All restaurants, bars, taverns, pubs, night clubs, banquet halls, cocktail lounges, cabarets, breweries, cafeterias, and any other alcohol and/or food service business establishment with seating for more than eight people within the incorporated and unincorporated areas of Miami-Dade County shall close on-premises service of customers. Notwithstanding the foregoing, such establishments may operate their kitchens for the purpose of providing delivery services as authorized in paragraph 3 below, and employees, janitorial personnel, contractors, and delivery personnel shall be allowed access to such establishments.

2. This order shall not apply to grocery stores, pharmacies, gas stations, and convenience stores, except that those discrete portions of such establishments that provide alcohol and/or food service with seating for more than eight people shall abide by the restrictions in paragraph 1.

3. This order shall not apply to delivery services, pick-up, or take out services provided by any of the establishments listed in paragraph 1 or 2.

4. This order shall not apply to restaurants that are ancillary to essential services, including the airports, PortMiami, secure facilities, and hospitals. Other essential services may be determined by the County Mayor from time to time and filed with the Clerk of the Board.

5. All movie theaters, concert houses, auditoriums, playhouses, bowling alleys, arcades, gymnasiums and fitness studios shall close. This order shall not apply to gymnasiums or fitness centers which are: (i) amenities of hotels and which have a capacity of 10 persons or less, (ii) are an amenity of a residential building, (iii) are interior to any fire or police stations, or (iv) are located inside any single-occupant office building.

6. The provisions of this order shall serve as minimum standards. Municipalities may impose more stringent standards within their jurisdictions.

7. This order shall expire upon the expiration of the existing Miami-Dade County State of Local Emergency, except that if such State of Local Emergency is extended, this order shall also be deemed to extend for the duration of such extension. This order may be cancelled earlier by action of the County Mayor.

8. This order shall be effective as of 11 p.m., March 17, 2020.

9. This order shall be provided to all appropriate media consistent with the requirements of section 8B-7(2)(n) of the Code of Miami-Dade County.

Miami-Dade County Declaration of Local State of Emergency

10.   This order cancels, supersedes, and replaces Miami-Dade County Emergency Order 2-20.

Enacted:
Signed: _____[signature]_____
        **COUNTY MAYOR**

        Date: 3/17/2020    Time: 10:20

        Witness: Lourdes P. Gimenez

Cancelled:
Signed: _____
        **COUNTY MAYOR**

        Date: _____    Time: ___:___

        Witness: _____

Miami-Dade County Declaration of Local State of Emergency