# Exhibit C



# AMENDMENT NO. 1 TO MIAMI-DADE COUNTY EMERGENCY ORDER 09-20

WHEREAS, on March 21, 2020, the County Mayor issued Emergency Order 09-20; and

WHEREAS, Emergency Order 09-20 directed hotels, motels, and other commercial lodging establishments to stop accepting new reservations from persons other than Essential Lodgers, as defined by the Emergency Order; and

WHEREAS, Emergency Order 09-20 further reduced the occupancy limitations on short-term vacation rentals and directed that new rental agreements for short-term vacation rentals not be on a nightly or weekly basis; and

WHEREAS, Emergency Order 09-20 provided for amendment by filing written notice with the clerk; and

WHEREAS, Miami-Dade County continues to see an influx of travelers and visitors staying in hotels and congregating without observing the social distancing guidelines recommended by the CDC; and

WHEREAS, reports suggest that people are traveling to Florida from areas with severe COVID-19 outbreaks to avoid lockdown orders in their area, which could lead to a further spread of COVID-19; and

WHEREAS, on March 23, 2020, Governor DeSantis issued Executive Order 20-80, which ordered persons flying into Florida from areas with substantial community spread of COVID-19, including the tri-state area New York, New Jersey, and Connecticut, to self-isolate or quarantine for 14 days upon arrival or for the duration of their stay in Florida, whichever is shorter; and

WHEREAS, reducing the influx of potential new carriers will potentially reduce the amount of community spread within Miami-Dade County,

THEREFORE, as County Mayor of Miami-Dade County, I hereby order:

1.     Paragraph 1 of Emergency Order 09-20 is hereby amended and restated as follows:

To aid the availability of hotel rooms for (1) healthcare professionals, (2) first responders, (3) National Guard members, (4) law enforcement, (5) state or federal government employees, (6) airline crewmembers, (7) patients, (8) patients' families, (9) journalists, (10) others responding to

## Miami-Dade County Declaration of Local State of Emergency

COVID-19, (11) displaced residents or visitors, (12) persons unable to return >>to<< their home due to COVID-19 impacts on travel, (13) persons who must vacate their homes due to exigent circumstances, such as fire or flood, (14) persons utilizing hotels as transitional living arrangements, (15) persons sheltering in hotels due to domestic violence, (16) hotel employees, service providers, and contractors, or (17) individuals who, for any reason, are temporarily unable to reside in their home ("Essential Lodgers"), the following restrictions shall apply to commercial lodging establishments:

(a) Hotels, motels, and other commercial lodging establishments shall not accept new reservations for persons other than Essential Lodgers.

(b) Hotels, motels, and other commercial lodging establishments may accept reservations for new Essential Lodgers.

>>(c) Commencing March 26, 2020, hotels, motels, short-term vacation rentals, and other commercial lodging establishments shall not (i) accept any occupants, regardless of when reservations were made, or (ii) extend existing reservations, for persons other than Essential Lodgers.<<

2. The balance of Emergency Order 09-20, including provisions related to short-term vacation rentals, remains in full force and effect and is subject to further amendment as set forth in Emergency Order 09-20.

Enacted:
Signed: _____
COUNTY MAYOR

Date: 3/25/2020      Time: 11:05

Witness: Jeanette Ury

Cancelled:
Signed: _____
COUNTY MAYOR

Date: 5/31/2020      Time: 15:04

Witness: Lourdes P. Jimenez