```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ABBEY HOTEL ACQUISITION, LLC, SETAI            :
HOTEL ACQUISITION, LLC, SETAI RESORT           :
AND RESIDENCE CONDOMINIUM                      :
ASSOCIATION, INC, and SETAI VALET              :
SERVICES, LLC,                                 :      21-CV-3506 (VEC)
                     Plaintiffs,      :
       -against-                              :      ORDER
                                               :
NATIONAL SURETY CORPORATION,                   :
                                               :
                     Defendant.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 11, 2021, the parties appeared for a conference;

      IT IS HEREBY ORDERED that Plaintiffs' response to Defendant's motion to dismiss is due not later than **July 16, 2021**. In response to Defendant's motion, Plaintiffs may either amend their complaint or file a brief in opposition to the motion, not both. If Plaintiffs opt to oppose the motion, Defendant may file a reply in further support of its motion not later than **August 8, 2021**.

      IT IS FURTHER ORDERED that discovery in this matter is STAYED pending the Court's decision on Defendant's motion to dismiss. The Court will reassess its decision to stay discovery after it has received the parties' full briefing on the motion.

**SO ORDERED.**

Date: June 11, 2021
       New York, New York

                                            **VALERIE CAPRONI**
                                            **United States District Judge**