UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ABBEY HOTEL ACQUISITION, LLC, SETAI
HOTEL ACQUISITION, LLC, SETAI RESORT
AND RESIDENCE CONDOMINIUM
ASSOCIATION, INC, and SETAI VALET
SERVICES, LLC,

       Plaintiffs,

  -against-                 21 **CIVIL** 3506 (VEC)

                            **JUDGMENT**

NATIONAL SURETY CORPORATION,

       Defendant.

------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 1, 2021, the impact of COVID-19 on Plaintiffs' businesses is deeply unfortunate. But in the face of the plain language of the contract, and the insurmountable weight of the case law, it is clear that Plaintiffs have not stated and cannot state a claim. For that reason, Defendant's motion to dismiss is GRANTED, and Plaintiffs' claim is dismissed with prejudice.

**Dated:**  New York, New York

   October 1, 2021

                          **RUBY J. KRAJICK**

                           **Clerk of Court**

                 **BY:**  *K. Mango*

                           **Deputy Clerk**