# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ABBEY HOTEL ACQUISITION, LLC, SETAI HOTEL ACQUISITION LLC, SETAI RESORT AND RESIDENCE CONDOMINIUM ASSOCIATION, INC and SETAI VALET SERVICES, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 03506 ( VEC )( )

-against-

**NOTICE OF APPEAL**

NATIONAL SURETY CORPORATION

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: ABBEY HOTEL ACQUISITION, LLC, SETAI HOTEL ACQUISITION, LLC, SETAI RESORT AND RESIDENCE CONDOMINIUM ASSOCIATION, INC. and SETAI VALET SERVICES, LLC

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☒ order entered on: October 1, 2021

(date that judgment or order was entered on docket)

that: granted Defendant's motion to dismiss

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 15, 2021
Dated

Signature

D'ANTONIO, DENNIS T.
Name (Last, First, MI)

800 WESTCHESTER AVENUE, SUITE N-513, RYE BROOK, NY 10573
Address                City              State                Zip Code

212-227-4210                              crexach@wegandmyers.com
Telephone Number                          E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13